IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| WILLIAM EMMETT LECROY, JR. | : | NO. 2:02CR 038 |

THE GRAND JURY CHARGES THAT:

On or about October 7, 2001, in the Northern District of Georgia, the defendant, WILLIAM EMMETT LECROY, JR., with the intent to cause death and serious bodily harm, did take a Ford Explorer motor vehicle that had been transported, shipped, and received in interstate commerce from the person and presence of Joann Lee Tiesler by force and violence resulting in her death, in violation of Title 18, United State Code, Section 2119(3).

A ___TRUE___ BILL

_____
FOREPERSON

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

_____
RUSSELL G. VINEYARD
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 727890

600 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
(404) 581-6000