U.S. Department of Justice
*United States Attorney*

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - ATLANTA

MAY 15 2002

DIVISION Gainesville
(USAO 2001R01357)

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY CODE NO. 13123 (Gilmer)

DISTRICT COURT NO.  2:02-CR-
MAGISTRATE CASE NO.

**2:02-CR-38**

_X_ Indictment          __ Information          __ Magistrate's Complaint

DATE: 5-15-02          DATE:          DATE:

| UNITED STATES OF AMERICA<br>vs.<br>***WILLIAM EMMETT LECROY, JR.*** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION: 18:2119(3) - Count 1

COUNTS CHARGED: 1          TOTAL COUNTS: 1
(as to deft) 1          (as to deft) 1
GREATER OFFENSE CHARGED:
_X_ Felony          __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. ___ Is on bail or release from (district, state & date):
   _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____          Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. _X_ On another conviction.
6. Awaiting trial on other charges __Yes          _X_ No
   ___ Federal          _X_ State
   If Yes, show name of institution _____
   Has detainer been filed _X_ Yes          __ No
   If Yes, give date  May 15, 2002

| ADDITIONAL INFORMATION OR COMMENTS:<br>**DATE OF BIRTH: 4-12-70**<br>**SOCIAL SECURITY NO.: 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**<br><br>**Reg. No. 45795-019     State I.D. # (Cobb County) 205577** | MAGISTRATE: _____<br>JUDGE: _____<br>A.U.S.A.:   Russell G. Vineyard<br>DEFT'S ATTY: _____ |
|---|---|

cc:  Orig - Court file
   Copy - Clerk
   Copy - U.S. Attorney
   Copy - Defense Attorney

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY
BY:  Russell G. Vineyard, AUSA
   *Assistant United States Attorney*

DATE:  May 15, 2002