U.S. Department of Justice

United States Attorney
Northern District of Georgia

May 15, 2002
Date Submitted

MAY 1 5 2002

# In the United States District Court
### For The Northern District of Georgia

United States of America

v.

William Emmett LeCroy

Indictment/Information

CR 2:02-CR- 2 02CR 038

May 15, 2002
Date of Indictment

## REQUEST FOR ARRAIGNMENT

**DEFENDANT IN CUSTODY**

William Emmet LeCroy
(Name)

Cobb County Jail    I.D. # 205577
(Institution)

May 14, 2002
(Date Verified)

ATTORNEY FOR DEFENDANT

(Name)

(Address)

( ) SUPERSEDING INDICTMENT
( ) COMPANION CASE with Indictment No. CR _____

Other defendants previously arraigned (or now set for arr.)

_____

CATEGORY OF CASE        ( ) Short        ( ) Medium        ( ) Long

Assistant U.S. Attorney handling case Russell G.Vineyard
(for additional defendants--use supplemental sheet)

Special Date Requested: _____

Form No. USA-40-19-35a
(08/18/83)
N.D.Ga 08/26/94

# Memorandum



*United States Attorney*
*Northern District of Georgia*

| Subject | Date |
|---|---|
| WRIT OF HABEAS CORPUS | May 14, 2002 |

| To | From |
|---|---|
| ROBERT McMICHAEL<br>U.S. MARSHAL | RUSSELL G. VINEYARD<br>ASSISTANT U.S. ATTORNEY<br>404-581-6073 |

The following information is submitted in order to expedite the execution of the attached Writ of Habeas Corpus, to assist in the proper identification of the defendant and/or witness, and to aid in the safety of transporting deputies.

NAME:  William Emmett LeCroy, Jr.

NAME OF INSTITUTION AND LOCATION:  Cobb County Jail

WILL CUSTODIAL INSTITUTION AGREE TO RELEASE PRISONER ON WRIT?  yes

NAME OF PERSON AGREEING TO RELEASE: Sgt. Rice; TELEPHONE:  770-499-4200

ALIASES:

DOB OR AGE:  4-12-70                                         RACE:  White

FBI NUMBER:                                                 USM OR BOP NUMBER:  45795-019

STATE PRISONER NUMBER:  205577

PENDING FEDERAL CHARGES:  18:2119(3) "carjacking" resulting in death of victim

CASE NUMBER:  2:02-CR

Special handling considerations, separatees, or special security measures deemed necessary:

Defendant is charged with killing victim and taking her car.  Defendant should be considered extremely dangerous and an escape risk.  Contact AUSA for details of past threats against law enforcement and other acts of violence

It is understood that 21 days are needed to process Writs of Habeas Corpus except those directed to federal institutions located in the Northern District of Georgia.  State institutions require 21 working days.  I have checked with the institution involved and they are willing to release the individual.