FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAY 2 0 2002

LUTHER D. ~~~~~~, Clerk
By: ~~~~~~ Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM EMMETT LECROY, JR.,

Defendant.

CRIMINAL CASE NO.:

2:02-CR-038

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:    Any U.S. Marshal, Warden, COBB COUNTY JAIL, MARIETTA, GA  and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of **WILLIAM EMMETT LECROY, JR.** by you restrained of his liberty, as it is said, by whatsoever names detained before the **HONORABLE SUSAN S. COLE**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, in Courtroom 103,  of said Court in the City of Gainesville, Georgia, at **1:30PM**, on **MAY 30, 2002**, and from day to day thereafter until discharged by the Court, then and there to be arraigned/tried on the indictment and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 20th day of May, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Marshal
    Russell Vineyard, AUSA
    Federal Defender Program, Inc.
    Pretrial Services

ATTEST: A TRUE COPY

MAY ~ ~ ~~~~

~~~~~~~~~~~
Deputy Clerk