FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAY 3 0 2002

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              CASE NO. 2:02-CR-038

WILLIAM EMMETT LACROY, JR.,

    Defendant.

### ORDER APPOINTING COUNSEL

PAUL KISH & STEPHANIE KEARNS &
Brian Mendelsohn

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Gainesville, Georgia this 30th day of May, 2002.

Susan S. Cole
_____
**UNITED STATES MAGISTRATE JUDGE**