**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Filed in Open Court: ~~Susan S. Cole~~
Magistrate (presiding): ~~JOHN R. STROTHER, JR.~~      **JANICE WAITS, Deputy Clerk**

SSCG

Tape: ~~802~~ 02-003 at 4378      Ct.Reporter:_____

Date: 5/30/02 from 1:40pm until:_____    INTERPRETER:_____Sworn
                        Language:_____

Case Number: 2:02-CR-038    Defendant's Name: William Emmett Lecroy
AUSA: Russell Vineyard           Defendant's Attorney: Stephanie Kearns,
USPO/PTR: Sallie Clark          Type Counsel: ( ) Retained ( ) CJA (✓) FPD ( ) Waived

_____ ARREST DATE: Writ - Other Custody        Paul Kish & Brian

✓ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT   Dft. In Custody? (✓) Yes ( ) No Mendelsohn

_____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.

✓ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY

_____ ORDER appointing _____ as counsel.

_____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)

_____ Dft. to pay attorney fees as follows: _____

_____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.

✓ Copy indictment/~~information~~ given to dft? (✓) Yes ( ) No   Read to dft? ( ) Yes (✓) No.

_____ CONSENT BEFORE MAGISTRATE (MISD/PETTY) offense filed.

✓ ARRAIGNMENT HELD. ( ) superseding indictment/information.

_____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt. ( ) Dft.

_____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED_____

✓ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.

_____ CONSENT TO CHANGE PLEA BEFORE MAGISTRATE JUDGE filed.

_____ REPORT & RECOMMENDATION CONCERNING GUILTY PLEA filed. WRITTEN OBJECTIONS BY_____.

_____ PLEA OF GUILTY/NOLO as to count(s) _____( ) Tendered before Magistrate Judge.

_____ Petition to enter plea of GUILTY/NOLO filed.

_____ NEGOTIATED PLEA between Government and defendant filed.

✓ ASSIGNED TO JUDGE O'Kelley for: (✓) trial ( ) arraignment/sentence.

✓ ASSIGNED TO MAGISTRATE Cole for pretrial proceedings.

✓ Estimated trial time: _____ days ( ) SHORT ( ) MEDIUM (X) LONG

_____ CONSENT TO PRESENCE INVESTIGATION filed. Referred to USPO for PSI and continued until
_____ at _____ for sentencing.

_____ Sentencing to be scheduled by DISTRICT JUDGE

✓ Time to file pretrial motions 10 days. PRETRIAL CONFERENCE SET _____.

_____ See other side.   Possible not to declare case complex

✓ A in state custody - no bond issue at this time

_____ Government MOTION FOR DETENTION filed.  Hearing set for _____ at _____

_____ Temporary commitment issued.


BOND/PRETRIAL DETENTION HEARING


_____ BOND/PRETRIAL DETENTION hearing held.

_____ MOTION FOR REDUCTION/REVOCATION  OF BOND hearing held.

_____ Motion for reduction /revocation of bond (  ) GRANTED  (  ) DENIED

_____ GOVERNMENT MOTION FOR DETENTION (  ) GRANTED  (  ) DENIED

_____WRITTEN ORDER TO FOLLOW.


_____ BOND SET AT $ _____

_____ Non-surety

_____ Surety  (  ) Cash  (  ) Property  (  ) Corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____

_____

_____

_____


_____ Bond Filed: defendant released.

_____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

_____

SENTENCE : _____

_____

_____

_____

_____

_____

MISC:_____

_____

_____

# P L E A (With Counsel)

U.S. Department of Justice
*United States Attorney*
*Northern District of Georgia*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 2:02-CR-038

I, William Emmett LeCroy, Jr., defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to count(s) One thereof.

In Open Court this 30th day of May, 2002.

_____
SIGNATURE (Attorney for Defendant)
Paul Kish

_____
SIGNATURE (Defendant)
WILLIAM EMMETT LECROY, JR.

INFORMATION BELOW MUST BE TYPED OR PRINTED

Paul Kish_____
NAME (Attorney for Defendant)

William Emmett LeCroy, Jr._____
NAME (Defendant)

100 Peachtree Street,NW, Ste. 200_____
STREET

_____
STREET

Atlanta, Georgia  30303_____
CITY & STATE    ZIP CODE

_____
CITY & STATE     ZIP CODE

PHONE NUMBER 404-688-7530_____

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER _____

Filed in Open Court 5|30|02

_____

By _____

Form No. USA-40-19-B
(Rev. 7/12/82)