**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE,
U.S.D.C. - Gainesville

GAINESVILLE DIVISION

JUN 0 3 2002

LUTHER D. THOMAS, Clerk
By:
_____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | NO. 2:02-038 |
| WILLIAM E. LECROY, JR. | ) | **(UNDER SEAL)** |
| | ) | |

<u>EX PARTE APPLICATION IN FORMA PAUPERIS FOR ORDER</u>
<u>REQUIRING SUBPOENA TO BE ISSUED FOR SERVICE</u>

NOW COMES Petitioner, William E. LeCroy, Jr., by and through undersigned counsel, pursuant to Rule 17(a), (b), and 17(c) Federal Rules of Criminal Procedure and prays for issuance by this Court of an Order requiring service of a subpoena, at Government expense, upon:

Custodian of Records
Georgia Department of Corrections
Inmate Records

In support hereof the Petitioner shows the following:

1.    The Petitioner was adjudged indigent under the provisions of the Criminal Justice Act of 1964, and the Federal Defender Program, Inc., was appointed to represent William E. LeCroy, Jr. on May 29, 2002.

2.    The above-listed witness has in their possession documents necessary for the preparation of the defense of the above-referenced Petitioner.

3.    The requested documents are deemed material to the

representation of said Petitioner at his trial.  The documents requested are the Georgia Department of Corrections Inmate file and Medical file of William Emmitt LeCroy, Jr., EF286451, White Male, Date of Birth 4/12/70.  **A copy of the documents requested will suffice in lieu of a court appearance.**

4.  The Petitioner also requests that this application and Order be placed under seal until further order of the Court.

WHEREFORE, Applicant respectfully requests this Court to issue an order requiring service of a subpoena upon the aforementioned witness at Government expense.

Dated:  This  _3_  day of June, 2002.

Respectfully submitted,

STEPHANIE KEARNS
ATTORNEY FOR: WILLIAM E. LECROY, JR.
STATE BAR NO.  409950

Federal Defender Program, Inc.
Suite 200, 100 Peachtree Street
The Equitable Building
Atlanta, Georgia  30303
404/688-7530