IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN 0 3 2002

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | NO. 2:02-CR-038 |
| WILLIAM E. LECROY, JR. | ) | **(UNDER SEAL)** |
| | ) | |

EX PARTE ORDER

Having considered the foregoing Motion for Issuance and Service of Subpoenas,

IT IS HEREBY ORDERED that the requested subpoena be issued for the presence of Custodian of Records, Georgia Department Of Corrections, Inmate Records. The cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the government. The documents requested are the Georgia Department of Corrections Inmate file and Medical file of William Emmitt LeCroy, Jr., EF286451, White Male, Date of Birth 4/12/70. **A copy of the documents requested will suffice in lieu of a court appearance if produced to counsel for Mr. LeCroy on or before June 17, 2002.**

IT IS HEREBY FURTHER ORDERED that the Application and Order for issuance of subpoenas be placed under seal until further order of the Court.

SO ORDERED this 3rd day of June, 2002.

_Susan S. Cole_
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

STEPHANIE KEARNS
Attorney for William E. LeCroy, Jr.
State Bar Number: 409950
Federal Defender Program, Inc.
Suite 200, 100 Peachtree Street
Atlanta, Georgia 30303
404/688-7530