FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN - 5 2002

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

## UNITED UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | **CRIMINAL INDICTMENT** |
| vs. | * | No:  2:02CR038 |
| | * | |
| WILLIAM EMMETT LECROY, JR. | * | |
| Defendant, | * | |

## ENTRY OF APPEARANCE

PLEASE NOTE the entry of appearance of Daniel A. Summer as attorney-of-record for the Defendant, **WILLIAM EMMETT LECROY, JR.**

SUMMER & SUMMER

_____
**DANIEL A. SUMMER**
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the within and foregoing ENTRY OF APPEARANCE on behalf of **WILLIAM EMMETT LECROY**, upon Mr. William S. Duffey, Jr. United States Attorney, & Russell G. Vineyard, Assistant U.S. Attorney, 600 Richard B. Russell Bldg., 75 Spring Street, S.W. , Atlanta, Georgia 30303.

This ___5___ day of June, 2002.

SUMMER & SUMMER

_____
**DANIEL A. SUMMER**
Attorney for Defendant

SUMMER & SUMMER
P.O. BOX 921
GAINESVILLE, GEORGIA
30503-0921
(770) 535-1700