FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA JUN - 7 2002
GAINESVILLE DIVISION

LUTHER D. THOMAS, Clerk
By:_____
Deputy Clerk

UNITED STATES OF AMERICA            *

                                    *

                                        CRIMINAL ACTION:
            v.                      *   NO: 2:02-CR-058-38

WILLIAM EMMETT LECROY, JR.          *


## N O T I C E

A status conference is hereby scheduled in the above named case before Susan S.

Cole, United States Magistrate Judge, on Friday,  June 28, 2002, at 10:00 A.M., in the

United States Courthouse, Courtroom 103, 121 Spring Street, S. E., Gainesville, Georgia

30501.

DATED this 7th day of June, 2002.


_____
Janice Waits
Courtroom Deputy Clerk
Phone: 678-450-2792

AO 72A
(Rev.8/82)