FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN 1 2 2002

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | **CRIMINAL INDICTMENT** |
| vs. | * | No:  2:02CR038 |
| | * | |
| WILLIAM EMMETT LECROY, JR. | * | |
| Defendant, | * | |

## MOTION TO STAY PROCEEDINGS
## PETIT JURY CHALLENGE

**COMES NOW, WILLIAM EMMETT LECROY, JR.,** (hereinafter the "Defendant") by and through undersigned counsel, and respectfully moves this Court pursuant to Title 28 U.S.C. § 1867 et seq. to stay the proceedings in the above-styled case and as grounds therefor shows the following:

-1-

Defendant interposes this challenge pursuant to Title 28 U.S.C. § 1861 et seq., Title 28 U.S.C. § 1862 et seq., Title 28 U.S.C. § 1863 et seq., Title 28 U.S.C. § 1864 et seq., Title 28 U.S.C. § 1865 et seq., Title 28 U.S.C. § 1866 et seq. and Title 28 U.S.C. § 1867 et seq.

-2-

Defendant further challenges the petit jury composition and selection process of the Northern District of Georgia (Gainesville Division) pursuant to the Fifth, Sixth and Fourteenth Amendments to the United States Constitution as specifically authorized under Title 28 U.S.C. § 1867 (e).

SUMMER & SUMMER
P.O. BOX 921
GAINESVILLE, GEORGIA
30503-0921
(770) 535-1700

-3-

Defendant insists that under the Jury Selection Act of 1968 (the Act) the Amended Plan for the United States District Court for the Northern District of Georgia (Gainesville Division) for the Random Selection of Grand and Petit Jurors (the "Plan" attached hereto as Exhibit "A") operates now and has operated to deprive Defendant of his right to have "a petit jury selected at random from a fair cross-section of the community" and further deprives Defendant of the right to have all citizens "considered for service on a petit jury" in United District Court for the Northern District of Georgia (Gainesville Division) in direct contravention of Title 28 U.S.C. § 1861.

-4-

Defendant further contends a preliminary review of the Report on Operation of the Petit Jury Selection Plan (JS-12) for the Northern District of Georgia (Gainesville Division) demonstrates that there may be a substantial under-representation of African Americans and persons of Hispanic origin in the master jury wheel from which the petit jury was drawn.

-5-

Defendant believes that the substantial under-representation of African Americans and Hispanics in this Division results primarily from the exclusive use of the voter registration list as the source for names of potential jurors and the failure of the Clerk to supplement the voter registration list with other lists more representative of the community.

-6-

The substantial under-representation of African Americans and persons of

SUMMER & SUMMER
P.O. BOX 921
GAINESVILLE, GEORGIA
30503-0921
(770) 535-1700

Hispanic origin in the petit jury selection process in the Northern District of Georgia, (Gainesville Division), resulting from the exclusive use of the voter registration list as the source of the names for all potential petit jurors, and the failure of the Clerk of the Northern District of Georgia to assemble a master jury wheel that reflects a fair cross-section of the community, violates the Defendant's right to due process under the Fifth Amendment to the United States Constitution and his right to be tried by a petit jury drawn from a fair cross-section of the community as guaranteed by the Sixth Amendment of the United States Constitution and Title 28 U.S.C.§1861 et seq.

-7-

The "Plan" and procedures employed by the Clerk of the United District Court for the Northern District of Georgia (Gainesville Division) which has resulted in such a substantial under-representation of African Americans and persons of Hispanic origin demonstrates a failure to comply with the explicit directive of Title 28 U.S.C. §1861 and Title 28 U.S.C. § 1867 et seq. and requires the staying of all proceedings in this case until such time that procedures are employed which result in a fair cross-section of the community represented in the master jury wheel.  Title 28 U.S.C.§1861 et seq.

-8-

This motion is further supplemented by the Affidavit of Defendant's attorneys as mandated by Title 28 U.S.C. § 1867 (a).

-9-

Attached hereto as Exhibit "B" is the report on operation of the Jury Selection Plan for the Northern District of Georgia. (Gainesville Division) (JS-12).

WHEREFORE, the Defendant respectfully requests that the Court set down a

hearing on this Motion at a time convenient to the Court and the Parties and after receiving evidence thereon that the Court stay the proceedings in this case until such time as a plan is properly devised which fulfills the mandate a fair cross-section of the community be represented in the petit jury pursuant to Title 28 U.S.C. § 1861 and the Sixth Amendment to the United States Constitution.

Respectfully submitted this 11th day of June, 2002.

SUMMER & SUMMER


Daniel A. Summer
State Bar No.691759
Attorney for William Emmett LeCroy, Defendant


Stephanie Kearns
State Bar No. 409950
Attorney for William Emmett LeCroy, Defendant


Paul Kish
State Bar No. 424277
Attorney for William Emmett LeCroy, Defendant

SUMMER & SUMMER
P.O. BOX 921
GAINESVILLE, GEORGIA
30503-0921
(770) 535-1700

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | **CRIMINAL INDICTMENT** |
| **vs.** | * | **No:  2:02CR038** |
| | * | |
| WILLIAM EMMETT LECROY, JR. | * | |
| Defendant, | * | |

---

# VERIFICATION

---

Personally appeared before the undersigned officer duly authorized to administer oaths came DANIEL A. SUMMER, who after first being duly sworn, states and deposes that the allegations contained in the forgoing Motion To Stay Proceedings Petit Jury Challenge, are true and correct to the best of his knowledge.

This __11__ day of June, 2002.

SUMMER & SUMMER

Daniel A. Summer
State Bar No.691759
Attorney for William Emmett LeCroy, Defendant

Sworn to and subscribed before me

this ____ day of ____, 2002.

____
NOTARY PUBLIC

SUMMER & SUMMER
P.O. BOX 921
GAINESVILLE, GEORGIA
30503-0921
(770) 535-1700

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | **CRIMINAL INDICTMENT** |
| vs. | * | No:  2:02CR038 |
| | * | |
| WILLIAM EMMETT LECROY, JR. | * | |
| Defendant, | * | |

---

## CERTIFICATE OF SERVICE

---

This is to certify that I have on this day served upon the person listed below a copy of the foregoing Motion To Stay Proceeding Petit Jury Challenge by U.S. Mail to:

Mr. William S. Duffey, Jr.
United States Attorney
600 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303

Russell G. Vineyard,
Assistant U.S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303.

This __11__ day of June, 2002.

SUMMER & SUMMER

Daniel A. Summer
State Bar No.691759
Attorney for William Emmett LeCroy, Defendant

SUMMER & SUMMER
P.O. BOX 921
GAINESVILLE, GEORGIA
30503-0921
(770) 535-1700