FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN 1 3 2002

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

**ORIGINAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | NO. 2:02-CR-038 |
| WILLIAM EMMETT LECROY, JR. | : | |

### GOVERNMENT'S MOTION FOR NOTICE OF ALIBI

Comes now the United States of America, by and through the United States Attorney for the Northern District of Georgia, and pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, moves for written notice of the defendant's intention to offer a defense of alibi to the offense charged in the Indictment that occurred between the hours of 5:30 p.m. and 8:30 p.m on October 7, 2001, at 144 Little Bushy Head Road, Blue Ridge, Gilmer County, Georgia. Pursuant to Rule 12.1, "Such notice by the defendant shall state the specific place or places at which the defendant claims to have been at the time of the alleged offense and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi." Fed.R.Crim.P. 12.1.

Respectfully submitted,

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

RUSSELL G. VINEYARD
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 727890

600 Richard B. Russell Bldg.
75 Spring St., S.W.
Atlanta, GA 30335
404/581-6000

14

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused a copy of the foregoing motion to be served upon defense counsel by causing a copy to be placed in the United States mail, First Class postage prepaid, and addressed as follows:

> Ms. Stephanie Kearns
> Mr. Paul Kish
> Mr. Brian Mendelsohn
> Federal Defender Program, Inc.
> 200 The Equitable Bldg.
> 100 Peachtree Street
> Atlanta, GA 30303

This _12th_ day of _June_, 2002.

_Russell G. Vineyard_
RUSSELL G. VINEYARD
ASSISTANT UNITED STATES ATTORNEY