FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN 1 3 2002

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 2:02-CR-038 |
| WILLIAM EMMETT LECROY, JR. | : | |

## GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY

Comes now the United States of America, by and through the United States Attorney for the Northern District of Georgia, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure, moves for reciprocal discovery in the following manner:

1. Pursuant to Fed. R. Crim. P. 16(b)(1)(A), to permit the Government to inspect, examine, and copy any and all books, papers, documents, photographs, tangible objects, and copies or portions thereof, which are in the possession, custody, or control of the defendant, and which the defendant intends to introduce as evidence at the trial;

2. Pursuant to Fed. R. Crim. P. 16(b)(1)(B), to permit the Government to inspect, examine, and copy any and all results and reports of physical and mental examinations and of scientific tests and experiments made in connection with this particular case, which are within the possession or control of the defendant, and which the defendant intends to introduce as part of his evidence-in-chief at the trial, or which were prepared by a witness whom the defendant intends to call at trial when the results or reports relate to that witness' testimony;

3.     Pursuant to Fed. R. Crim. P. 16(b)(1)(C), to disclose to the Government a written summary of all testimony that the defendant intends to use as evidence at trial under Rules 702, 703, or 705 of the Federal Rules of Evidence, including a description of the witnesses' opinions, the bases and reasons for those opinions, and the witnesses' qualifications; and

4.     Pursuant to Fed. R. Crim. P. 26.2 and <u>United States v. Nobles</u>, 422 U.S. 225 (1975), to permit the Government to examine and copy any and all defense witness statements on the same basis as that upon which statements of Government witnesses are available to the defense under said authorities.

Respectfully submitted,

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

*Russell G. Vineyard*

RUSSELL G. VINEYARD
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 727890

600 Richard B. Russell Bldg.
75 Spring St., S.W.
Atlanta, GA   30335
404/581-6000

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused a copy of the foregoing motion to be served upon defense counsel by causing a copy to be placed in the United States mail, First Class postage prepaid, and addressed as follows:

> Ms. Stephanie Kearns
> Mr. Paul Kish
> Mr. Brian Mendelsohn
> Federal Defender Program, Inc.
> 200 The Equitable Bldg.
> 100 Peachtree Street
> Atlanta, GA 30303

This _12th_ day of _June_ , 2002.

_Russell G. Vineyard_

RUSSELL G. VINEYARD
ASSISTANT UNITED STATES ATTORNEY