**ORIGINAL** IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN 1 3 2002

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

GAINESVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
            vs.                   )        Criminal Action No.
                                  )
WILLIAM EMMETT LECROY, JR.        )        2:02-CR-38
                                  )
_____ )

## MOTION FOR EXTENSION OF TIME FOR FILING ADDITIONAL PRETRIAL MOTIONS

COMES NOW Defendant, WILLIAM EMMETT LECROY, JR., by and through undersigned counsel, and files this Motion, seeking an extension of time for the filing of additional pretrial motions.

The indictment in this case alleges that the defendant was involved in a carjacking that resulted in the death of another person. Under 18 U.S.C. §2119, the penalty for such a crime potentially includes a death sentence. The United States Attorney has informed defense counsel that the government will be following its protocols to determine whether it will seek the death penalty. Those protocols allow for the defense to make a presentation both at the local level, and to the Department of Justice in Washington. Until those protocols are finished, the government cannot make a final determination as to whether to seek the death sentence in this case.

17

Defendant is already filing a Motion for Continuance in this case to which the government agrees. Because this is potentially a death penalty case, the parties agree that the Speedy Trial Act "clock" should be stopped at least up until the time that the government notifies the defendant and the Court whether the government will seek a sentence of death. For the same reason, Defendant asks for an extension of time in which to file additional pretrial motions. The motions involved in a death penalty case are significantly different than those found in non-death penalty prosecutions. Defendant submits that the Court should extend the time for filing pretrial motions until after the government has made a decision on the death penalty issue.

Based on the foregoing, Defendant asks that the Court extend the time for filing additional pretrial motions until some point after the government has notified Defendant and the Court about whether it will seek the death penalty.

Dated: This /2/4 day of June, 2002.

                              Respectfully submitted,

                              PAUL KISH
                              STATE BAR NO: 424277

                              STEPHANIE A. KEARNS
                              STATE BAR NO. 409950

                              BRIAN MENDELSOHN
                              STATE BAR NO. 502031


Federal Defender Program, Inc.
Suite 200, The Equitable Building
100 Peachtree Street
Atlanta, Georgia  30303
404/688-7530

and

                              DANIEL A. SUMMER
                              STATE BAR NO. 691759


COUNSEL FOR DEFENDANT WILLIAM EMMETT LECROY, JR.

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 5.1B

This is to certify that I have this day served a copy of the foregoing Motion for

Extension, which is prepared in compliance with LR 5.1B, upon:

> Russell Vineyard, Esq.
> Assistant United States Attorney
> 600 Richard B. Russell Building
> 75 Spring Street, S. W.
> Atlanta, Georgia 30303

by hand delivering a copy of the same.

Dated: This /4/ day of June, 2002.

PAUL KISH
STATE BAR NO: 424277
ATTORNEY FOR WILLIAM EMMETT LECROY, JR.

4