*DSC*
*7-5-02* ✓

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### MAGISTRATE JUDGE'S CRIMINAL MINUTES

PRETRIAL PROCEEDINGS & MOTIONS           DATE: 6/28/02 @ 10:05 AM
FILED IN OPEN COURT                      TAPE: 02-005 @ 4293

MAGISTRATE: **SUSAN S. COLE, PRESIDING**    CASE NO. 2:02-CR-038

DEPUTY CLERK: Janice Waits          DEFT: William Emmett Lecroy
                                    ( )Present (X)Not Present
                                    Stephanie Kearns, Paul Kish
AUSA: Russell Vineyard              DEFT ATTY: Brian Mendelsohn & Dan Summer
(X)Present ( )Not Present           ( )Present ( ) Not Present
                                    Type Cnsl: Retained CJA (FDP)

CONTINUANCES:

Pretrial Conference/Hearing reset to _____ at _____,
( ) by Court Order, or at the request of the ( ) Govt. ( ) Deft.

Pretrial Conference/Hearing cont'd. to _____ at _____,
( ) by Court Order, or at the request of the ( ) Govt. ( ) Deft.

Defendant's time for filing pretrial motions extended to _____.
Government's time for filing responses extended to _____.
Transcript ordered filed by _____.

( ) Pretrial Conference/Hearing **NOT** held.
(X) ~~Pretrial Conference held~~ Status hearing held
( ) Motion/Evidentiary Hearing held

**Motion Short Title**                              **Ruling**

1. Stay Proceedings - Petit Jury Challenges #12
                                    ( ) Gr ( ) Dn ( ) GI (X) Adv
( ) Oral Motion. Written Motion: ( ) filed w/clerk, ( ) to be filed w/clerk.
Other: deft to perfect - 45 days

Term E excl int (Y/N); Cont E excl int (Y/N);Begin G excl Int (Y/N)
Suppl brief due _____; Govt response due _____;
Clerk to submit on _____.

D- req. to have Ct Reporter at all proceedings

19

2. Stay Proceedings &/or Mot to Dismiss #13 _____

( ) Gr ( ) Dn ( ) GI (X) Adv

( ) Oral Motion. Written Motion: ( ) filed w/clerk, ( ) to be filed w/clerk.
Other: Δ- to perfect - 45 days _____

Term E excl int (Y/N); Cont E excl int (Y/N); Begin G excl Int (Y/N)
Suppl brief due _____; Govt response due _____;
Clerk to submit on _____.

B. Continuance- Speedy Trial Act # 16 _____

(X) Gr ( )Dn ( ) GI ( ) Adv

Other Case eligible - pot death penalty    6/12/02 - until
Δ date Govt informs D:    18 USC 3161(h)(8)(B)(11)
Term E excl int (Y/N); Cont E excl int (Y/N); Begin G excl int (Y/N)
Suppl brief due _____; Govt response due _____ that it enters to seek
Clerk to submit on _____.    death penalty
                                  is excl

4. Ext time - Add'l Pretrial Mots #17 _____

(X) Gr ( ) Dn ( )GI ( ) Adv

Other: Δ needs 90 days after Govt files - Govt req recip
time excl 18 USC 3161(h)(8)(B)(11)
Term E excl int (Y/N); Cont E excl int (Y/N); Begin G excl int (Y/N)
Suppl brief due_____; Govt response due _____;
Clerk to submit on_____.

5. _____

Gr ( ) Dn ( ) GI ( ) Adv ( )

Other:_____

Term E excl int (Y/N); Cont E excl int (Y/N); Begin G excl int (Y/N)
Suppl brief due_____; Govt response due_____;
Clerk to submit on_____.

**The parties shall have until** **to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C. 3161 (h)(8)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweighed the interests of the public and the defendant in a speedy trial.**

**If no motions are pending after** **this case will be certified as ready for trial.**

Govt Mcts

1. GM- For notice of Alibi #14

[X] Gr ( ) Dn ( ) GI ( ) Adv
( ) Oral Motion.  Written Motion: ( ) filed w/clerk, ( ) to be filed w/clerk.
Other: not opposed purs R 12.1

Term E excl int (Y/N); Cont E excl int (Y/N);Begin G excl Int (Y/N)
Suppl brief due _____; Govt response due _____;
Clerk to submit on _____.

2. GM- Reciprocal Discovery #15

[X] Gr ( ) Dn ( ) GI ( ) Adv
( ) Oral Motion.  Written Motion: ( ) filed w/clerk, ( ) to be filed w/clerk
Other: Δ to provide purs R16

Term E excl int (Y/N); Cont E excl int (Y/N); Begin G excl Int (Y/N)
Suppl brief due _____; Govt response due _____;
Clerk to submit on _____.

3. GM - Continuance Under Speedy Trial Act #16

[X] Gr ( ) Dn ( ) GI ( ) Adv
( ) Oral Motion.  Written Motion: ( ) filed w/clerk,( ) to be filed w/clerk.
Other:_____

Term E excl int (Y/N); Cont E excl int (Y/N); Begin G excl Int (Y/N)
Suppl brief due _____; Govt response due _____;
Clerk to submit on _____.

( ). _____

( ) Gr ( ) Dn ( ) GI ( ) Adv
( ) Oral Motion.  Written Motion: ( ) filed w/clerk, ( ) to be filed w/clerk.
( ) to be filed w/clerk.
Other:_____

Term E excl int (Y/N); Cont E excl int (Y/N);Begin G excl Int (Y/N)
Suppl brief due _____; Govt response due _____;
Clerk to submit on _____.

( ). _____

( ) Gr ( ) Dn ( ) GI ( ) Adv
( ) Oral Motion.  Written Motion: ( ) filed w/clerk, ( ) to be filed w/clerk.
Other:_____

Term E excl int (Y/N); Cont E excl int (Y/N); Begin G excl Int (Y/N)
Suppl brief due _____; Govt response due _____;
Clerk to submit on _____.