

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUL 0 1 2002

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL INDICTMENT |
| v. | * | NO: 2:02-CR-058-WCO |
| | * | |
| WILLIAM EMMETT LECROY, JR. | * | |

## **N O T I C E**

A status conference is scheduled before the Honorable Susan S. Cole, U.S. Magistrate Judge, on Thursday, August 29, 2002, at 10:00 A.M., in the United States Courthouse, 121 Sprig Street, S.E., Gainesville, Georgia 30501.

Dated this 1st day of July, 2002.

_____

Janice Waits,
Courtroom Deputy Clerk
Phone: (678)450-2792

20