FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUL 1 9 2002

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
            v.                    )     CRIMINAL ACTION
                                  )     NO. 2:02-CR-038
WILLIAM E. LECROY, JR.            )     **(UNDER SEAL)**
_____    )


### EX PARTE ORDER

Having considered the foregoing Motion for Issuance and Service of Subpoenas,

IT IS HEREBY ORDERED that the requested subpoena be issued for the presence of Custodian of Records, Georgia Department Of Corrections, Inmate Records.  The cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the government.  The documents requested are the Georgia Department of Corrections Administrative file for William Emmitt LeCroy, Jr., EF286451, White Male, Date of Birth 4/12/70.  **A copy of the documents requested will suffice in lieu of a court appearance if produced to counsel for Mr. LeCroy on or before August 12, 2002.**

IT IS HEREBY FURTHER ORDERED that the Application and Order for issuance of subpoenas be placed <u>under</u> <u>seal</u> until further order of the Court.

SO ORDERED this __19__ day of July, 2002.


_Susan S. We_____
UNITED STATES MAGISTRATE JUDGE


PRESENTED BY:

STEPHANIE KEARNS
Attorney for William E. LeCroy, Jr.
State Bar Number: 409950
Federal Defender Program, Inc.
Suite 200, 100 Peachtree Street
Atlanta, Georgia 30303
404/688-7530