**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

AUG 1 2 2002

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Action No. |
| ) | |
| WILLIAM EMMETT LECROY, JR. ) | 2:02-CR-38 |
| ) | |

### MOTION FOR EXTENSION OF TIME TO PERFECT MOTION CHALLENGING JURY SELECTION SYSTEM

COMES NOW Defendant, WILLIAM EMMETT LECROY, JR., by and through undersigned counsel, and files this Motion, seeking an extension of time in which he may perfect his previously filed challenge to the jury selection system used in this District,

Defendant filed a Motion in which he seeks a hearing on whether the jury selection system used in this District results in a violation of either the Constitution or the Jury Selection Act. At a status conference on June 28, 2002, the Court allowed an additional 45 days in which Mr. LeCroy could perfect this motion. That 45 day period will elapse on August 12, 2002.

In order to prefect this jury challenge, Defendant needs the assistance of various expert witnesses. The summer vacation schedules of these various experts have precluded counsel from being able to meet the August 12 deadline for





perfecting the jury challenge motion. Therefore, Defendant asks for an extension of time to perfect the motion. Defendant asks for an extension until Friday, August 23, 2002 in which he can perfect this Motion. This deadline will assure that the perfected Motion will be filed and served on opposing counsel one week prior to the next status conference in this case, currently set for August 29.

Dated: This 9th day of August, 2002.

Respectfully submitted,

PAUL KISH
STATE BAR NO: 424277

Stephanie A. Kearns by PJK
STEPHANIE A. KEARNS
STATE BAR NO. 409950

Brian Mendelsohn by PJK
BRIAN MENDELSOHN
STATE BAR NO. 502031

Federal Defender Program, Inc.
Suite 200, The Equitable Building
100 Peachtree Street
Atlanta, Georgia  30303
404/688-7530
and

Daniel A. Summer by PJK
DANIEL A. SUMMER
STATE BAR NO. 691759

COUNSEL FOR DEFENDANT WILLIAM EMMETT LECROY, JR.

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 5.1B

This is to certify that I have this day served a copy of the foregoing Motion for

Extension of Time to Perfect Jury Challenge Motion, which is prepared in

compliance with LR 5.1B, upon:

> Russell Vineyard,Esq.
> Assistant United States Attorney
> 600 Richard B. Russell Building
> 75 Spring Street, S. W.
> Atlanta, Georgia  30303

by hand delivering a copy of the same.

Dated:  This ___ day of August, 2002.

PAUL KISH
STATE BAR NO: 424277
ATTORNEY FOR WILLIAM EMMETT LECROY, JR.