CC: *Deru*

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

AUG 1 6 2002

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,           :
                                    :
        v.                          :        Criminal Indictment
                                    :        No. 2:02-CR-038
WILLIAM EMMETT LECROY, JR.          :
                                    :

## ORDER

The United States of America ("the government"), through the United States Attorney for the Northern District of Georgia, filed a Motion for Reconsideration [Doc. 21] of the magistrate's ruling [see Doc. 19] granting Defendant's Motion to Extend Time for Filing Additional Pretrial Motions [Doc. 17]. This case is a potential death penalty case, and Defendant sought an extension of time to file additional pretrial motions until after the government decides whether it will seek the death penalty. The undersigned granted Defendant an extension of time to file motions until 90 days after the government files its notice of intent to seek the death penalty or notifies the court that it will not seek the death penalty.

LCrR12.1B, NDGa provides that "[m]otions filed in criminal proceedings shall be filed with the clerk within ten (10) days after arraignment. A magistrate judge may for good cause extend the filing time for one fifteen (15)-day period. Motions requesting additional extensions of time must be presented to the judge to whom the case is assigned." Because it appears that the extension granted to Defendant for filing additional pretrial motions exceeds the extension allowed by this rule, the



undersigned **GRANTS** the government's motion for reconsideration [Doc. 21]. It is hereby **ORDERED** that all pretrial motions which are not death penalty related shall be filed **no later than September 3, 2002.** Defendant may move District Court Judge William C. O'Kelley, the judge to whom this case is assigned for trial, for an extension to file those motions which would be unique to a death penalty prosecution. (See, eg., Attachment B to the government's reply brief, Doc. 24).

**IT IS SO ORDERED**, this 16 day of August, 2002.

*Susan S. Cole*

SUSAN S. COLE
United States Magistrate Judge

2