RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

AUG 2 0 2002

LUTHER D. THOMAS, Clerk
By:
    Deputy Clerk

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

AUG 2 0 2002

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.

WILLIAM EMMETT LECROY, JR.

: Criminal Indictment
: No. 2:02-CR-038

## ORDER

Defendant filed a Motion for Extension of Time to Perfect Motion Challenging Jury Selection System [Doc. 27], seeking an extension of time until August 23, 2002 to perfect his previously filed Motion to Stay Proceedings based on a challenge to the jury selection system used in this District [Doc. 12]. The government does not object to this extension. Therefore, Defendant's Motion for Extension of Time [Doc. 27] is **GRANTED**, and Defendant has until Friday, August 23, 2002 to perfect his motion challenging the jury selection system.

**IT IS SO ORDERED**, this 19 day of August, 2002.

_____
SUSAN S. COLE
United States Magistrate Judge

29