# ORIGINAL

**FILED IN CLERK'S OFFICE**
U.S.D.C. Gainesville

AUG 2 1 2002

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

UNITED STATES OF AMERICA     )
                               )
            vs.                    )
                               )
WILLIAM EMMETT LECROY, JR.    )
_____ )

CRIMINAL ACTION
FILE NO. 2:02-CR-38
**(UNDER SEAL)**

## APPLICATION IN FORMA PAUPERIS FOR ORDER
## REQUIRING SUBPOENA TO BE ISSUED FOR SERVICE

NOW COMES Defendant, WILLIAM EMMETT LECROY, JR., by and through undersigned counsel, pursuant to Rule 17(b) and/or 17(c), Federal Rules of Criminal Procedure and prays for issuance by this Court of an Order requiring service of subpoena, at government expense, upon:

> Kathy Cox
> Secretary of State

In support hereof the Defendant shows the following:

1. The Defendant was adjudged indigent under the provisions of the Criminal Justice Act of 1964, and the Federal Defender Program, Inc, was appointed to represent William Emmett LeCroy, Jr., on May 29, 2002.

2. The above-named witness has in their possession documents necessary for the preparation of the defense of the above-referenced Petitioner.

3. The requested documents are deemed material to the representation of said Petitioner at his trial. The documents requested are the General Election Data for year 2000. **A copy of the documents requested will suffice in lieu of a court appearance.**

30


4. The Petitioner also requests that this application and Order be placed <u>under seal</u> until further order of the Court.

**WHEREFORE**, Applicant respectfully requests this Court to issue an Order requiring service of subpoena upon the aforementioned witness at government expense.

DATED:    This _/ʃ_ day of August, 2002.

Respectfully submitted,

DANIEL SUMMER
State Bar No. 691759
Attorney for WILLIAM EMMETT LECROY, JR.

Summer & Summer
The Imperial Building
101 Braford Street
Gainesville, Georgia 30503
(770) 535-1233