FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

AUG 2 1 2002

LUTHER D. THOMAS, Clerk

By: _____ Deputy Clerk

GAINESVILLE DIVISION

UNITED STATES OF AMERICA    )
                            )
vs.                         )
                            )
WILLIAM EMMETT LECROY, JR.  )
_____)

CRIMINAL ACTION
FILE NO. 2:02-CR-38
**(UNDER SEAL)**

## ORDER

Having considered the foregoing Motion for Issuance and Service of Subpoena,

**IT IS HEREBY ORDERED** that the requested subpoena be issued for the presence

of Kathy Cox, Secretary of State.

The cost of transportation, subsistence, and fees for the witness shall be paid by the

United States Marshal in the same manner as witnesses subpoenaed by the government.

In order to prepare for the defense the above documents should be presented to the

Honorable Magistrate Susan Cole's courtroom, Room 123, 121 Spring Street, S.E.,

Federal Building, Gainesville, Georgia 30501, on August _20_, 2002, at 9:30 a.m.

**SO ORDERED** this _19_ day of August, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:
DANIEL SUMMER
Attorney for William Emmett LeCroy, Jr.
Summer & Summer
The Imperial Building
101 Bradford Street
Gainesville, Georgia 30503
(770) 535-1700

31