RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

AUG 2 3 2002

LUTHER D. THOMAS, Clerk
By:                    Deputy Clerk

.ED IN CLERK'S OFFIC
U.S.D.C. - Gainesville

AUG 1 3 2002

LUTHER D. THOMAS, Clerk
By:                Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| | : | |
| v. | : | NO. 2:02-CR-038 |
| | : | |
| WILLIAM EMMETT LECROY, JR. | : | (Superseding Indictment) |

THE GRAND JURY CHARGES THAT:

1.  On or about October 7, 2001, in the Northern District of Georgia, the defendant, WILLIAM EMMETT LECROY, JR., with the intent to cause death and serious bodily harm, did take a Ford Explorer motor vehicle that had been transported, shipped, and received in interstate commerce from the person and presence of Joann Lee Tiesler by force and violence resulting in her death, in violation of Title 18, United State Code, Section 2119(3).

### NOTICE OF SPECIAL FINDINGS

2.  The defendant, WILLIAM EMMETT LECROY, JR., was more than 18 years of age at the time of the offense.  (18 U.S.C. § 3591(a)).

3.  The defendant, WILLIAM EMMETT LECROY, JR.,:

a.  intentionally killed Joann Lee Tiesler (18 U.S.C. § 3591(a)(2)(A));

b.  intentionally inflicted serious bodily injury that resulted in the death of Joann Lee Tiesler (18 U.S.C. § 3591(a)(2)(B)).

32

4.    The defendant, WILLIAM EMMETT LECROY, JR.,:

a.    committed the offense in an especially heinous, cruel, and depraved manner in that it involved torture and serious physical abuse to Joann Lee Tiesler (18 U.S.C. § 3592(c)(6));

b.    committed the offense in the expectation of the receipt of anything of pecuniary value (18 U.S.C. § 3592(c)(8));

c.    committed the offense after substantial planning and premeditation to cause the death of a person or commit an act of terrorism.    (18 U.S.C. § 3592(c)(9)).

A _____*True*_____ BILL

_____
FOREPERSON


WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

*Russell G. Vineyard*

RUSSELL G. VINEYARD
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 727890

*Roger G. Queen*

ROGER G. QUEEN
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No.  590800

600 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
(404)581-6000

**ATTEST: A TRUE COPY
CERTIFIED THIS**

AUG 2 3 2002

Luther D. Thomas, Clerk
By: _____
Deputy Clerk

2