**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

AUG 2 3 2002

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

DIVISION  Gainesville
(USAO 2001R01357)

COUNTY CODE NO. 13123 (Gilmer) _____

DISTRICT COURT NO.  2:02-CR- 038 _____

MAGISTRATE CASE NO. _____

__X__ Indictment                __ Information                __ Magistrate's Complaint

DATE: 8-13-02              DATE:                    DATE:

| UNITED STATES OF AMERICA vs. | SUPERSEDING INDICTMENT |
|---|---|
| ***WILLIAM EMMETT LECROY, JR.*** | 2:02-cr-038 FILED May 15, 2002 |
| | Prior Case No. & Date Filed |

VIOLATION:  18:2119(3) - Count 1

COUNTS CHARGED: **1**
(as to deft) **1**
GREATER OFFENSE CHARGED:
__X__ Felony          _____ Misdemeanor

TOTAL COUNTS: **1**
(as to deft) __1__

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

AUG 1 3 2002

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. ____ Is on bail or release from (district, state & date):
   _____

DATE OF ARREST: _____
    Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
    Are there any outstanding warrants in this proceeding __ Yes __ No
    Date: _____          Issued by: _____

<u>IS IN CUSTODY:</u>

4. __ On this charge.
5. __X__ On another conviction.
6. Awaiting trial on other charges __Yes          __X__ No
    ____ Federal    __X__ State
    If Yes, show name of institution _____
    Has detainer been filed __X__ Yes          __ No
    If Yes, give date  May 15, 2002 _____

| ADDITIONAL INFORMATION OR COMMENTS: | |
|---|---|
| **DATE OF BIRTH: 4-12-70** | MAGISTRATE: _____ |
| **SOCIAL SECURITY NO.: 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** | JUDGE: _____ |
| | A.U.S.A.:  Russell G. Vineyard |
| **Reg. No. 45795-019    State I.D. # (Cobb County) 205577** | DEFT'S ATTY:  Paul Kish, Stephanie Kearns |

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

cc:  Orig - Court file
     Copy - Clerk
     Copy - U.S. Attorney
     Copy - Defense Attorney

BY:  Russell G. Vineyard, AUSA
         Assistant United States Attorney

DATE:  August 13, 2002

33