U.S. Department of Justice
United States Attorney
Northern District of Georgia

RECEIVED IN CLERK'S OFFICE

U.S.D.C. - Gainesville

AUG 2 3 2002

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

August 13, 2002
Date Submitted

# In the United States District Court
## For The Northern District of Georgia

United States of America

v.

William Emmett LeCroy

Indictment/Information

CR 2:02-CR-038

August 13, 2002
Date of Indictment

## REQUEST FOR ARRAIGNMENT – IN MARSHALS CUSTODY

**DEFENDANT IN MARSHALS CUSTODY**

William Emmett LeCroy
(Name)

Union City Jail
(Institution)

August 12, 2002
(Date Verified)

ATTORNEY FOR DEFENDANT

Paul Kish, Stephanie Kearns et al
(Name)

100 Peachtree Street, Suite 200, Atlanta, Ga  30303
(Address)

(X) SUPERSEDING INDICTMENT
( ) COMPANION CASE with Indictment No. CR _____

    Other defendants previously arraigned (or now set for arr.)

_____

CATEGORY OF CASE    ( ) Short    ( ) Medium    ( ) Long

Assistant U.S. Attorney handling case Russell G. Vineyard
(for additional defendants--use supplemental sheet)

Special Date Requested: We request the date of August 29, 2002 when there will also be a Status Hearing in Gainesville at 10:00 a.m. - All counsel will already be in Gainesville on this date.

Form No. USA-40-19-35a
(08/18/83)
N.D.Ga. 08/26/94 .

34