## AFFIDAVIT

STATE OF GEORGIA
COUNTY OF CLARKE

Before the undersigned officer duly authorized to administer oaths comes

Stephanie A. Bohon, who swears and affirms the following under oath:

-1-

My name is Stephanie A. Bohon, and I am an assistant professor of sociology at

the University of Georgia, an affiliate with the Institute for Behavioral Research at the

University of Georgia, and a research associate with the Southern Poverty Research

Center at the University of Alabama. I hold a bachelor's degree in economics and

political science from the College of Idaho, a master's degree in sociology from Bowling

Green State University, and a doctorate in demography and sociology from Penn State

University. My research focuses on Hispanic demographics, particularly with regard to

Hispanic migration to the South. I have published several journal articles and a book on

the topic. I have been qualified as an expert witness on Hispanic demography in Hall,

DeKalb, and Gordon counties in Georgia.

-2-

At the request of counsel for William LeCroy, Jr., I reviewed various documents

regarding the jury wheel used for the Northern Georgia District of the United States

District Court. I was instructed in this examination to focus on the Gainesville Division,

in particular. Counsel for Mr. LeCroy have asked that I render an opinion as to a)

whether or not Latino in the Northern Georgia District represent a cognizable class and b)

whether or not blacks and Hispanics are systematically excluded from the jury pool in



that district. I reviewed the "Amended Plan of the United States District Court for the Northern District of Georgia, All Divisions, for the Random Selection of Grand and Petit Jurors," ("the plan") and the "Report on Operation of the Jury Selection Plan" (JS-12s) for December 21, 2001. The JS-12s were for each of the four divisions within the Northern Georgia District: Atlanta, Gainesville, Newnan, and Rome. I also examined the Summary File 1 (SF1) data from the 2000 United States Census for the counties comprising the four divisions of the Northern Georgia District.

-3-

I met with Saralyn Skinner from the Georgia Secretary of State's Office. She supplied information on voter files and clarified distinctions between active and inactive voters.

-4-

From my expertise on Hispanic populations, I conclude that Hispanics are a cognizable class. The Hispanic population displays population patterns that are distinct from non-Hispanic whites and non-Hispanic blacks. Hispanics are the largest minority group in the United States. Hispanics are more likely to live in the West and less likely to live in the Northeast and Midwest than non-Hispanics. Hispanics are very likely to live in urban areas (90 percent, versus 76 percent for non-Hispanics). Hispanics are more likely to live inside central cities rather than in suburbs (50 percent of all Hispanics live in cities compared to 20 percent of non-Hispanic whites). Hispanics are more likely than whites to be less than 18 years old. Hispanics live in larger families than whites (31 percent live in households with five or more people compared to 11 percent for non-Hispanic whites). In Georgia, the average household size is 2.65 persons per household.

The average Hispanic household size in Georgia is 4.06. In Georgia, the average family is 3.14 people; among Hispanics in Georgia, the average family size is 4.07. Hispanics are disproportionately arrested for index crimes compared to non-Hispanic whites. Hispanics make up a disproportionate share of federal prisoners, compared to non-Hispanic whites. Hispanics have the highest high school drop out rate of the three groups (non-Hispanic white, non-Hispanic black, and Hispanic). Less than 3/5 of all Hispanic adults have finished high school. Hispanics are less likely to graduate from college than any other major population group. Hispanics are much more likely than whites to be unemployed, but less likely than blacks. Hispanics are disproportionately likely to work in service jobs. They are twice as likely as whites to be laborers. They are disproportionately unlikely to be in managerial and professional occupations (14 percent of Hispanics, 33 percent for non-Hispanics). Hispanics are more likely to work in jobs that are low paying, unstable, hazardous, and without benefits than non-Hispanics. Hispanics earn considerably less than non-Hispanic whites but more than non-Hispanic blacks. Hispanics are disproportionately likely to live in poverty (22.8 percent for Hispanics compared to 7.7 percent for non-Hispanic whites). Hispanics do not live as long as non-Hispanic whites, but they live longer than non-Hispanic blacks. Hispanic women are disproportionately likely to give birth to low birth weight babies. Hispanic children who are born low birth weight have better odds of survival than non-Hispanic, low birth weight children. Hispanic women have a considerably higher birth rate than non-Hispanics. Hispanics are less likely to marry than whites, but more likely to marry than blacks. Hispanics are less likely to divorce than non-Hispanics. Poor Hispanics are less likely to use government welfare programs than poor blacks. Hispanics are younger,

on average, than non-Hispanics; the median age in Georgia is 33.4. The median age of Hispanics living in Georgia is 24.6. Hispanics are more likely to rent, rather than own, their homes. Hispanics are more likely than non-Hispanics to be in the age/sex group (young adult and late teen males) that is disproportionately likely to commit crime. A disproportionately small percentage of Hispanics in Georgia are in the age group that is most likely to register to vote (over 55).

-5-

My review of the plan, the JS-12s, and the SF1 data indicates that use of voter registration records to create a jury wheel systematically excludes blacks and Latinos from this wheel. The population of registered voters does not reflect the demography of the total population of the state, since eligible non-voters comprise a greater percent of the total population for blacks and Latinos than they do for whites. This problem is exacerbated by the use of inactive voters in construction of the jury wheel.

-6-

Under the plan, the jury wheel is drawn from registered voters. According to the information provided by the Secretary of State's office, there were 2,279,018 voters in the Northern District as of August 1, 2002. There are officially 3,701,374 persons over the age of 18 living in this District. In short, the voter registration records represent only 61.5 percent of the total population. Even when you exclude institutionalized persons (persons in correctional institutions and nursing homes), of whom there are 25,642 in the Northern Georgia District, the voter pool only represented 62 percent of the population.

In short, 38 percent of the over 18 population is excluded from the jury pool because they did not register to vote.

-7-

A common method for determining the exclusion of a class of persons from a jury wheel is to calculate absolute disparity. Absolute disparity is the difference between the percent of a class in a population and the percent of persons in that same class in the jury wheel. For example, if blacks make up 30 percent of the population and only 20 percent of the jury wheel, then there is an absolute disparity of 10 percent.

-8-

The problem of using a measure of absolute disparity as a standard is that it is distorted by population size, so any arbitrary number selected as the acceptable level of absolute disparity is also distorted. It is my understanding that most courts allow for a level of absolute disparity that is no greater than ten percent. However, suppose a hypothetical population was 9 percent black, 9 percent Hispanic, 9 percent Asian and 73 percent white. Using the standard of absolute disparity, an all white jury wheel would be allowed because you could not achieve an absolute disparity for any other group of more than 8 percent (the percent of the total population of that class). In other words, absolute disparity does not measure the likelihood of being underrepresented in a jury pool if you are a member of a minority class that comprised less than ten percent of the population.

-9-

According to the Department of Justice's Bureau of Justice Statistics, a more appropriate measure of under-representation is comparative disparity. Comparative

disparity is calculated as a ratio of the absolute disparity of a class to the proportion of that class in the total population. Using the example above, the absolute disparity for blacks is 9% and the proportion of blacks in the population is also 9%. A ratio of the two numbers yields .09/.09 x 100 = 100 percent. In other words, if you are black, the probability that you will be under-represented in the jury wheel is 100 percent. The Bureau of Justice Statistics suggests that comparative disparity over 15 percent is not acceptable if a jury wheel is to represent the population.

-10-

Using the data from both the JS-12s and the SF1, I created a table that examines the absolute and comparative disparity of the black and Hispanic population in the Gainesville Division and for the entire Northern Georgia District. For simplicity, I considered only those persons who reported only one race category on their census form to be black. That is, persons who are both black and Native American, for example, are not considered black for these purposes. Eliminating multiple race persons understates the amount of disparity present in the jury wheel, hereby rendering a conservative estimate of both absolute and comparative disparity.

Absolute and Comparative Disparity in the Jury Wheel

| Gainesville Division and Northern Georgia District | | Proportion of persons in population* | Proportions of persons in jury wheel** | Absolute disparity*** | Comparative disparity*** |
|---|---|---|---|---|---|
| Gainesville Division | Whites | 90.7 | 95.1 | + 4.4 | +4.9 |
| | Blacks | 4.2 | 3.4 | -0.8 | -19.7 |
| | Hispanics | 6.7 | 0.6 | -6.1 | -90.8 |
| Northern Georgia District | Whites | 69.4 | 80.5 | +11.1 | +16.0 |
| | Blacks | 23.4 | 17.2 | -6.2 | -26.4 |
| | Hispanics | 6.3 | 1.0 | -5.3 | -84.1 |

*Source: 2000 U.S. Census
**JS-12 data provides only a sample of the qualified jury wheel.
***Negative numbers represent under-representation while positive numbers represent over-representation in the jury wheel.

-11-

The table above shows that the comparative disparity for blacks and Hispanics in the Gainesville Division and in the Northern Georgia District exceeds the level of 15 percent recommended by the Bureau of Justice Statistics. The level of comparative disparity seen in this table cannot be due to chance (that is, it exceeds the statistically acceptable level of error attributed to randomness). Hispanics and blacks have a very high likelihood of being under-represented in the jury wheel. For Hispanics, the odds of being under-represented are far greater than their odds of being represented. Hispanics have an 84 percent chance of not being represented in the District and a 90 percent change of not being represented in the Gainesville Division.

-12-

The table above also shows that absolute disparity does not exceed ten percent for either the Gainesville District or the Northern Georgia District. In fact, it is nearly impossible for this to be the case, since absolute disparity is distorted by population proportion. The counties that make up the Northern Georgia District are populated by at least 339,583 Hispanics, yet Hispanics only comprise more than ten percent of three of those 46 counties. In other words, the fact that Hispanics are spread out across the counties and the fact that Hispanics do not comprise more than 10 percent of the total population of the Northern Georgia District makes it impossible for there to be an absolute disparity of 10 percent or more even if there were no Hispanics at all in the jury wheel.

-13-

Even if absolute disparity were a good standard for measuring under-representation, the measures of absolute disparity presented in the table above are understated since blacks and Hispanics are particularly likely to be undercounted in the Census. While official undercount statistics have not yet been released, official undercount rates for blacks in Georgia in the 1990 Census was 3.8 percent. The official rate for Hispanics was 7.1 percent. Whites were undercounted by only 1.4 percent. Undercount varies considerably by county (for example, black undercount in Cobb County was 5.3 percent and Hispanic undercount in Hall County was 12 percent). It is also likely to be larger as the class gets larger. In other words, since the Hispanic population in Georgia increased 300 percent in the last ten years, the undercount for Latinos is likely to be considerably higher in 2000 than it was in 1990. My own research on Hispanics in Georgia utilizing school registration records suggests that Hispanic undercount in Georgia is probably 40 percent. If this were not the case, there would be only one Hispanic parent for about every eight Hispanic children in the Gainesville schools.

-14-

Given the high rates of undercount of both the black and Hispanic population and the low rates of undercount for whites, the given absolute disparity rates shown in the Table above are distorted. Absolute disparity for blacks and Hispanics is larger than the figures shown. The absolute disparity for the true population exceeds ten percent.

-15-

In every Division comprising the Northern Georgia District, absolute and comparative disparity was found to a degree that would not occur by chance. If disparities were simply due to sampling, each group might be under-represented in some places and over-represented in others. In every division, whites are over-represented. This can only happen in the presence of a systematic bias toward whites in the jury wheel.

-16-

The use of active and inactive voter registration records as the sole source of jurors for the Northern District of Georgia creates a jury wheel that is not representative of the population. Given that blacks and Hispanics are less likely than whites to register to vote, they are systematically excluded from the jury wheel. The level of absolute disparity between the population and the pool for these two groups exceeds ten percent when undercount is taken into consideration. Furthermore, as absolute disparity thresholds are biased towards larger groups (and biased against smaller groups), comparative disparity measures are a more accurate indication of the degree of under-representation in the population. The comparative disparity levels seen for blacks and Hispanics in the Northern District of Georgia and in the Gainesville Division are alarmingly high. There is no possibility that the high levels of disparity are attributable to chance.

IN WITNESS WHEROF, I have set my signature to this affidavit on this 22 day

of August 2002.

Stephanie A. Bohon

Sworn before me this

23 ᵗᵈ day of _August_ , 2002

Ruth Nash

NOTARY PUBLIC

My commission expires _____

Notary Public, Athens-Clarke County, Georgia
My Commission Expires May 11, 2004

# CURRICULUM VITAE

**Stephanie A. Bohon**
August 2002

Department of Sociology
315 Baldwin Hall
The University of Georgia
Athens, GA 30602-1611
sbohon@arches.uga.edu
Phone: (706) 542-3190
FAX:   (706) 542-4320

126 Woodmont Lane
Jefferson, GA 30549
(706) 367-0703

## Education:

Ph.D.   Sociology and Demography
The Pennsylvania State University, 1998
Dissertation: *Inter-ethnic Competition, Enclave Economies, and Economic Adaptation among Latin American Immigrant Workers* (Gordon De Jong, Chair)

Speciality Areas: social demography, Latin American immigration, ethnic economies, immigrant incorporation/adaptation, community sociology

M. A.   Sociology
Bowling Green State University, 1994
Thesis:  Human Capital Depreciation and Child Spacing: An Economic Analysis of Second Birth Timing

B. A.   Economics and Political Science
The College of Idaho (now Albertson College), 1990
Thesis:  Voting by Feet:  The Effects of State and Local Taxes on Elderly Migration to and from Washington State

## Experience and Training:
ASSISTANT PROFESSOR OF SOCIOLOGY, University of Georgia
**Survey Research Design***
**The Logic and Practice of Sociological Research**
**Sociology of Urban Life**
**Seminar in Social Theory and Research***
**Population Issues**
**Demographic Techniques***
*Graduate seminar

ASSISTANT PROFESSOR OF SOCIOLOGY, Ohio University:
**Human Population Ecology**
**Introduction to Sociology**
**Urban Sociology**

RESEARCH ASSISTANT, Penn State University
National (U.S.) for William G. Axinn:
**Influence of the Parental Family on the Well-Being of Children** (1994-1995)
International (Nepal) for William G. Axinn and Kerry Richter:
**Changing Social Contexts and Family Formation** (Sept 1994-May 1995)
**Reciprocal Relation between Population and Environment** (Oct. 1994-Feb. 1996)

DEMOGRAPHIC ANALYST: SMALL AREA ESTIMATIONS, Bowling Green State Univ.
**Population and Society Research Center** (Sept. 1992-May 1993)

DIRECTOR OF MARKET RESEARCH, **Market Insight**, State College, PA
Medical and high tech industrial research consulting (April 1995 to August 1998)

UNDERGRADUATE INSTRUCTOR, Penn State and Bowling Green State Universities:
**Fertility and Family Planning**
**Population and Policy Issues**
**Introduction to Sociology**
**Social Problems**

TEACHING ASSISTANT, Penn State and Bowling Green State Universities:
**Introduction to Sociology**, Professor H. Theodore Groat (Fall 1993)
**Families in Cross-Cultural Perspective**, Professor Anastasia Gage (Spring 1996)

## Funded Research Grants and Awards
*Awards*
2003    Sandy Beaver Teaching Award Nomination. Selection pending.

2002    M.G. Michael Creative Research Award. College of Arts and Sciences, University of Georgia ($2500).

*Consulting*
2002    "The Emergence of Hispanic Immigrants in Rural Alabama Communities" Alexander T. Vazsonyi, Auburn University, Principal Investigator. Funded by the Environmental Protection Agency, National Research Initiative.

*Investigating (Principal)*
2000    "A Profile and Needs Assessment of the Latino Migrant Population in Selected Georgia Counties." Funded by the University of Georgia Research Foundation ($3000). Jorge Atiles, Department of Housing and Consumer Economics, Co-Investigator.

2000    "Pilot Study: The Needs of the North Georgia Latino Population." Funded by the University of Georgia Office of International Development through the North Georgia Latino Project ($1500). Jorge Atiles, Department of Housing and Consumer Economics, Co-Investigator.

2000    Institute for Behavioral Research Traineeship ($3000).

## Grants in Progress/Under Review

2002    "New Latino Immigrant Housing and Risks for Asthma in the Southern United States" Proposal in progress for submission to the Demographic and Behavioral Science Branch of the National Institute of Child Health and Development. Jorges Atiles, Department of Housing and Consumer Economics, University of Georgia and Bridget K. Gorman, Carolina Population Center, University of North Carolina, Co-Investigators. ($1,250,000)

2000    "A National Study of the Informal Economy." Leif Jensen, Pennsylvania State University, Principal Investigator. Other co-investigators: Ann Tickamyer, Ohio University; Katherine Donato, Rice University; and Charles Tolbert, Louisiana State University

## Publications

Atiles, Jorge H., and Stephanie A. Bohon. (2002). The Needs of Georgia's New Latinos: A Policy Agenda for the Decade Ahead. *Public Policy Research.* 3: 1-81

Atiles, Jorge H. and Stephanie A. Bohon (In press). *"Camas Calientes:* Housing Adjustments and Barriers to Adaptation among the South's Rural Latinos." *Rural Southern Sociology.*

Bohon, Stephanie A. (2001). *Latinos in Ethnic Enclaves: Immigrant Workers and the Competition for Jobs.* New York: Routledge.

Bohon, Stephanie A. (1999). "Race and Politics: Asian Americans, Latinos, and Whites in a Los Angeles Suburb" *Contemporary Sociology,* 28(6) 669.

Bohon, Stephanie A. and Craig R. Humphrey. (2000) "Courting LULUs: Characteristics of Suitor and Objector Communities." *Rural Sociology.*

Gorman, Bridget K. and Stephanie A. Bohon. (2001) "HIV Testing, Perceptions of AIDS Risk and Condom Use Motivation among U.S. Women." *Population Research and Policy Review, 20*(4): 321-343.

Tickamyer, Ann R. and Stephanie A. Bohon. (2000). "The Informal Economy." In *The Encyclopedia of Sociology,* Second Edition. E. Borgatta and R. J. V. Montgomery, (eds.) New York: MacMillan.



Stockwell, Edward G., Verl O. Luse, and Stephanie A. Bohon. (1994). "Income of Ohio's People," *Cities and Villages* 42(3): 17-23.

## Papers Under Review

Bohon, Stephanie A. "Occupations and Origins: Latin American Immigrant Adaptation in Four Ethnic Economies." Under review at *The Sociological Quarterly.*

Bohon, Stephanie A. and Suzanne Baker. "Ethnic Entrepreneurs and Opportunity Structures: Do Enclaves Really Improve the Self-Employment Chances for Latino Immigrants." Under review at *The Journal of Ethnic and Migration Studies.*

Bohon, Stephanie A. and Gordon De Jong. "The Future of Recent Immigrants: Differential Attainment and Country of Origin Barriers." Under review at *Population Research and Policy Review.*

Neal, Micki & Stephanie A. Bohon. "The Dixie Diaspora: Attitudes toward Immigration in the New South." Revised and resubmitted to *The Sociological Spectrum.*

Alzate, Monica, Stephanie A. Bohon, & Larry Nackerud. "What makes women confident to get off of welfare?" Under review at *Women and Health.*

## Papers in Progress

Bohon, Stephanie A. "Latinos in Georgia." Under contract for the *New Georgia Encyclopedia.*

Bohon, Stephanie A. and Jennifer Farris. "New Latinas in the South: Differential Barriers to Adaptation." In preparation for submission to *Gender and Society.*

Bohon, Stephanie A., and Micki Neal. "Political Orientation and Attitudes towards Immigrants: Deconstructing Extreme Liberalism." In preparation for submission to *Racial and Ethnic Studies.*

Bohon, Stephanie A. "Guests and Aliens." Invited paper in progress for *Contemporary Sociology.*

Bohon, Stephanie A. & Jorge H. Atiles. "'Bottlenecks' to Adaptation: Adaptation Barriers among Recent Latino Immigrants to the Southeast." In progress for submission to *American Journal of Sociology.*

Bohon, Stephanie A., Jorge H. Atiles, & Monica Alzate. "Conducting Focus Groups with Undocumented Immigrants." In progress for submission to *Qualitative Methodology.*

Bohon, Stephanie A., Monica Kirkpatrick Johnson, and Bridget K. Gorman. "Latino Adolescents and Perceptions of College Attendance Likelihood: Neighborhood Effects in



the AddHealth Data"  In progress for submission to *Social Forces.*

Calienes, Christian M. and Stephanie A. Bohon. "Metropolitan Growth in Atlanta and its Impact on Minority Populations." In progress for submission to *Cities and Communities.*

Alzate, Monica, Stephanie A. Bohon, & Jorge H. Atiles. "Using Social Workers as Key Informants." In progress for submission to *Social Work and Research.*

## Specialized Training
2002    ICPSR course on multi-level modeling using SAS.  Chapel Hill, NC.

## Professional Presentations:

2002    Atiles, J.H., & Bohon, S.A.  "Housing Needs of Latino Migrants in Georgia." To be presented at the Annual Conference of the American Association of Housing Educators.  Minneapolis, MN.

2002    Bohon, Stephanie A.  "Best Practices for Serving Latinos in Georgia."  Invited presentation to Georgia Power Company.  August 21.  Atlanta, GA.

2002    Bohon, Stephanie A.  "So, What's New? Changing Demographics and their Impact on Agriculture."  Invited presentation to the National Association of Agriculture Communicators in Education.  August 19.  Savannah, GA.

2002    Bohon, Stephanie A.  "Latinos in Georgia" Invited presentation to the Washington Kiwanis Club.  June 18.  Washington, GA.

2002    Bohon, Stephanie A. and Jorge H. Atiles. "Making the Change: "Bottlenecks" to Adaptation for New Immigrants" Presented at the Annual Meetings of the Population Association of America.  May 10.  Atlanta, GA.

2002    Atiles, Jorge H. and Stephanie A. Bohon.  "*Cama Caliente:* "Hot Beds" in the South." To be presented at the Conference on Latinos in the South.  April 25.  Atlanta, GA.

2002    Atiles, Jorge H. and Stephanie A. Bohon.  "Housing Options for Georgia's New Latinos." To be presented at the Conference on Immigration and America's Changing Ethnic Landscape.  April 12.  Athens, GA.

2002.  Bohon, Stephanie.  "Immigration in the South," Roundtable facilitated at the Conference on Immigration and America's Changing Ethnic Landscape.

2002 Bohon, Stephanie.  "Ethnic Prejudice in Georgia" Invited keynote address to the Vinings Rotary Club.  March 20.  Vinings, GA.

2002    Bohon, Stephanie A. and Jorge H. Atiles.  "The Community Context of Immigrant

Adaptation." Colloquium given to the Institute for Behavioral Research, February 18. Athens, GA.

2002    Bohon, Stephanie A. "The Demography of Georgia's New Immigrants." Invited address to be given at the Annual Meetings of the University of Georgia's College of Agriculture and Environmental Sciences Advisory Council. February. Atlanta, GA.

2002    Bohon, Stephanie A. "The Challenge of Illegal Immigration in the New South." Invited address to be given to Life Enrichment Services. January 24. Decatur, GA.

2002.    Bohon, Stephanie A. "Latinas in the South." Invited address to the University of Georgia's Women's Studies Noon Lecture Series. January 10. Athens, GA.

2001    Bohon, Stephanie A. and Jorge H. Atiles. "Meeting the Needs of Georgia's New Latinos." Invited colloquium address to the Carl Vinson Institute for Government. October. Athens, GA.

2001    Bohon, Stephanie A. "Georgia: A New Accent for the Coming Century." Invited keynote address for Hispanic Heritage Month. Environmental Protection Agency. Athens, GA. September . Athens, GA.

2001    Bohon, Stephanie A. "Latino Housing and Family Issues." Invited panelist at the Conference on the Power of Latinos for a Stronger Georgia. July 30-31. Athens, GA.

2001    Bohon, Stephanie A. "Responding to Georgia's New Accent." Invited speaker at the Annual Meetings of the Georgia Municipal Association. June 25. Savannah, GA.

2001    Alzate, Monica and Stephanie A. Bohon. "What makes women confident to get off welfare?" Paper presented at the National Association on Welfare Reform and Statistics. August 19-22. Baltimore, Maryland.

2000    Bohon, Stephanie A. and Gordon F. De Jong. "Occupations, Origins, and Adaptation: Latino Immigrants in Enclave and Non-Enclave Contexts." Paper presented at the 2000 Annual Meetings of the Population Association of America, Los Angeles, California.

2000    Gorman, Bridget K. and Stephanie A. Bohon. "HIV Testing, Perceptions of AIDS Risk and Condom Use Motivation among U.S. Women." Paper presented at the 2000 Annual Meetings of the Southern Sociological Society, New Orleans, Louisiana.

1999    Bohon, Stephanie A. "Occupations and Origins: Latin American Immigrant Adaptation in Fourth Ethnic Economies." Paper presented at the 1999 Annual Meetings of the American Sociological Association, Chicago, Illinois.

1999    Bohon, Stephanie A. and Suzanne C. Baker. "Disproving the Human Capital Thesis:

Self-Employment in Ethnic Economies." Paper presented at the 1999 Annual Meetings of the American Sociological Association, Chicago, Illinois.

1999 Bohon, Stephanie A. "Informal Economies in Ethnic Enclaves: Data Needs for the Coming Century." Invited paper presented to the ASA/NSF/FAD Planning Conference for the Informal Economy Study, Chicago, IL.

1997 Bohon, Stephanie A., Barbara Toombs, and Craig R. Humphrey. "Courting LULUs: Suitor and Objector Communities." Paper presented at the 1997 Annual Meetings of the American Sociological Association, Toronto, Ontario, Canada.

1996 Bohon, Stephanie A. and Kurt G. Vicha. "The Effects of U.S. Refugee Policy on Nicaraguan and Salvadoran Long-Term Economic Integration." Paper presented at the 1996 Annual Meetings of the Population Association of America, New Orleans, Louisiana.

1995 Bohon, Stephanie A. "Not in Anyone's Backyard: The Grassroots Challenge to the Post-Materialist Thesis." Paper presented at the Seventh International Conference on Socio-Economics, Washington, D. C.

1994 Bohon, Stephanie A. "The Impact of Interstate Tax Differentials on Elderly Migration to and from Ohio: 1985-1990." Paper presented at the Fifth International Conference on Applied Demography, Bowling Green, Ohio.

## Professional Activities

RESEARCH ASSOCIATE, The Southern Poverty Research Center, University of Alabama.
WORKING GROUP MEMBER, Center for Rural Health, University of Georgia
WORKING GROUP MEMBER, Emerging Immigrant Gateways Project, Brookings Institution
ASSOCIATE EDITOR, *Rural Sociology*
MANUSCRIPT REVIEWER, *American Sociological Review, Rural Sociology, Social Forces, Sociological Quarterly and Sociological Focus.*
MEMBER, American Sociological Association
MEMBER, Population Association of America
MEMBER, Southern Sociological Society
INVITED SCHOLAR, Mobile Youth Survey

COMMITTEE MEMBERSHIP

2001 Academic Program Committee, Department of Sociology, University of Georgia
Search Committee, Position on Work and Organizations, University of Georgia
Search Committee, Joint position in Sociology & Women's Studies, UGA

2000 Academic Program Committee, Department of Sociology, University of Georgia
Georgia Latino Project, Fanning Institute for Government, University of Georgia
Complete Count Committee, Athens-Clarke County Planning Department



1999   Curriculum Committee, Department of Sociology & Anthropology,
Ohio University
Sociology Committee, Department of Sociology & Anthropology,
Ohio University
Search Committee (Medical Sociologist), Dept. of Sociology & Anthropology,
Ohio University
Academic Program Committee, Department of Sociology, University of Georgia
Ad Hoc Methods Committee, Department of Sociology, University of Georgia