**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
**PLEA AND**
**SENTENCE**

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Gainesville

AUG 3 0 2002

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk



DSIC

Filed in Open Court:
Magistrate (presiding): **SUSAN S. COLE**

JANICE WAITS, Deputy Clerk

Tape: SSC-G_____at_____

Ct. Reporter: _Pat Tanner_____

Date: 8/29/02 from 10:15AM until:_____

INTERPRETER:_____Sworn
Language:_____

Case Number: 2:02-CR-38(S)

Defendant's Name: William Emmett Lecroy

AUSA: Russell Vineyard

Defendant's Attorney: Stephanie Kearns

USPO/PTR:_____

Type Counsel: ( ) Retained (x) CJA (x) FPD ( ) Waived
_Paul Kish, Brian Mendelschn_
_Dan Summer_

_____ ARREST DATE:_____

_____ INITIAL APPEARANCE HEARING. ( ) in <u>THIS DISTRICT</u>     Dft. In Custody? ( ) Yes ( ) No

_____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.

_____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY

_____ ORDER appointing _____ as counsel.

_____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)

_____ Dft. to pay attorney fees as follows: _____

_____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.

✓ Copy indictment/information given to dft? (X) Yes ( ) No     Read to dft? (X) Yes ( ) No.

_____ CONSENT BEFORE MAGISTRATE (MISD/PETTY) offense filed.

✓ ARRAIGNMENT HELD. (X) superseding indictment/information.

_____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt. ( ) Dft.

_____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED_____

✓ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.

_____ CONSENT TO CHANGE PLEA BEFORE MAGISTRATE JUDGE filed.

_____ REPORT & RECOMMENDATION CONCERNING GUILTY PLEA filed. WRITTEN OBJECTIONS BY_____.

_____ PLEA OF GUILTY/NOLO as to count(s) _____ ( ) Tendered before Magistrate Judge.

_____ Petition to enter plea of GUILTY/NOLO filed.

_____ NEGOTIATED PLEA between Government and defendant filed.

✓ ASSIGNED TO JUDGE _____O'Kelley_____ for: (✓) trial ( ) arraignment/sentence.

✓ ASSIGNED TO MAGISTRATE _____Cole_____ for pretrial proceedings.

_____ Estimated trial time: _____ days ( ) SHORT ( ) MEDIUM ( ) LONG

_____ CONSENT TO PRESENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until
_____ at _____ for sentencing.

_____ Sentencing to be scheduled by DISTRICT JUDGE

_____ Time to file pretrial motions _____ days. PRETRIAL CONFERENCE SET _____.

37

✓ See other side. Discovery provided at time of arraignment on original Indict. additional discovery provided today. Gov't to continue providing discovery as it receives it.

_____ Government MOTION FOR DETENTION filed.  Hearing set for _____ at _____

_____ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

_____ BOND/PRETRIAL DETENTION hearing held.

_____ MOTION FOR REDUCTION/REVOCATION OF BOND hearing held.

_____ Motion for reduction /revocation of bond ( ) GRANTED  ( ) DENIED

_____ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED  ( ) DENIED

_____ WRITTEN ORDER TO FOLLOW.

_____ BOND SET AT $ _____

_____ Non-surety

_____ Surety  ( ) Cash  ( ) Property  ( ) Corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____

_____

_____

_____

_____ Bond Filed: defendant released.

_____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

COMMENTS: Routine Motions - time extended - Clock restarted
Δ have until 9/30/02 to file routine motions
Challenge to Jury Array - Court has reviewed - Govt to Respond
within 15 days (9-13-02) - Δ to reply to Govt response
15 days after 9-13-02 - [9-30-02]
Govt - type of restraints) on deft during Court
Govt - to file Motion within 15 days - (9-13-02)
Conference set for - 10/3/02 @ 10:00 AM

MISC: Deft requested Δ be dressed in Street Clothes)