# P L E A (With Counsel)

U.S. Department of Justice
*United States Attorney*
*Northern District of Georgia*

RECEIVED IN CLERK'S OFFICE

U.S.D.C. - Gainesville

AUG 3 0 2002

LUTHER D. THOMAS, Clerk
By: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 2:02-CR-038

I, William E. LeCroy, Jr., defendant, having received a copy of the within Superseding Indictment, and having been arraigned plead Not Guilty thereto to count(s) One thereof.

In Open Court this 29th day of August, 2002.

_____
SIGNATURE (Attorney for Defendant)
Paul Kish

_____
SIGNATURE (Defendant)
WILLIAM E. LECROY, JR.

### INFORMATION BELOW MUST BE TYPED OR PRINTED

Paul Kish
NAME (Attorney for Defendant)

William E. LeCroy, Jr.
NAME (Defendant)

100 Peachtree Street, Suite 200
STREET

_____
STREET

Atlanta, Georgia 30303
CITY & STATE   ZIP CODE

_____
CITY & STATE    ZIP CODE

PHONE NUMBER 404-688-7530

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER _____

Filed in Open Court 8/29/02

_____
Luther D. Thomas

By _____

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93