FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

MAR - 4 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk



**CRIMINAL MINUTE SHEET - GAINESVILLE DIVISION**

(X) IN OPEN COURT () IN CHAMBERS    DATE: March 4, 2004   TIME: 9:05 a.m.

HONORABLE RICHARD W. STORY                Sharon Upchurch, Court Reporter
     Rick Goss, Courtroom Deputy Clerk

    UNITED STATES OF AMERICA                Russell Vineyard, Joey Burby & Roger Queen

              v                        2:02-CR-038-RWS

    WILLIAM EMMETT LECROY, JR.            Stephanie Kearns, Paul Kish, Brian Mendelsohn &
                                       Dan Summer

**TRIAL - JURY**

**Cause came on for (X) jury trial on merits. Came the United States as shown above. Came the defendant(s) in person and by counsel as shown above. (X) Whereupon the Court ordered that a jury be impaneled to try said issue and after the Court had qualified the jurors for cause, and after counsel had exercised all peremptory challenges, the jurors selected to try said issue came and were sworn , to wit:**

| | | |
|---|---|---|
| (1) Amy Allison | (2) Kellie Segraves | (3) Katrice Montgomery |
| (4) Chad Pitts | (5) Eva Echols | (6) Connie Guthrie |
| (7) Tom Macloskie | (8) Linda Richter | (9) Janet Smith |
| (10) Janice Gardner | (11) Eddie Price | (12) Blake Podsen |
| **ALTERNATE JURORS** | (13) Nathan Goss | (14) Betty Watts |
| | (15) Robert Amitrano | (16) David Decker |

The Rule of Sequestration (X) was invoked.

**EVIDENCE: Witness - William Lecroy, Sr. Witness - Theodore Swanson. Government exhibits # 172-176 admitted. Witness - Cayce Tiesler. Government exhibits 168, 169, 170A, 170B, 171 admitted. Government rest. Witness - Shanna Smith. Defendant exhibits # 8A-F admitted. Witness James Garth Moose. Defendant exhibits #9A-E admitted. Court advised witness Moose of his 5th amendment rights - witness waives rights. Witness - Dr. Randall Atlas. Defendant exhibits #10-19, 21, 22, 30-34 admitted. Witness - Jason Medlock. Witness - Herbert Keller. Witness - John Swatz. Witness - Lemuel Bleu. Witness - William Galloway. Defendant exhibit #25 admitted. Witness - Clyde Denbo.**

Court adjourned at 4:35 p.m. until 3/5/04 @ 9:00 a.m.
(X)    jurors excused until the above time under the usual caution of the Court
Exhibits returned to counsel for (X) Government. Court retained Defendant's exhibits.

