IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

```
UNITED STATES OF AMERICA        )
                                )
           v.                   )      CRIMINAL ACTION
                                )      NO. 2:02-CR-038-RWS
WILLIAM EMMETT LECROY, JR.      )
_____ )
```

DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW the Defendant, WILLIAM EMMETT LECROY, JR., and moves this Court pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A and 21 U.S.C. § 848(q)(4)(B), for the appointment of counsel to prepare and file a habeas corpus petition on his behalf.

Mr. LeCroy qualified for the appointment of counsel in this case on May 29, 2002, prior to his initial appearance and arraignment. Mr. LeCroy has been in custody continuously since that time, and his financial situation has not changed.

Mr. LeCroy was sentenced to death on March 10, 2004, and the Judgment and Commitment was filed March 11, 2004. Mr. LeCroy continued to be represented by appointed counsel through his direct appeal, which was concluded on April 23, 2007, when the Supreme Court denied his Petition for a Writ of Certiorari. It is Mr. LeCroy's intention to pursue a post-conviction proceeding under 28 U.S.C. § 2255 to vacate or set aside his sentence of death. Mr. LeCroy submits he continues to be financially unable to retain counsel and requests this Court appoint qualified counsel for him. 21 U.S.C. § 848(a((4)(B) and McFarland v. Scott, 512 U.S. 849, 114 S.Ct. 2568 (1994).

Mr. LeCroy requests that this Court appoint him one or more qualified counsel to represent him in the preparation and filing of a petition pursuant to 28 U.S.C. § 2255 to vacate or set aside his sentence of death.

This 14th day of May, 2007.

_____/s/ STEPHANIE A. KEARNS
GEORGIA BAR NO. 409950
COUNSEL FOR WILLIAM EMMETT LECROY, JR.

Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street
Atlanta, Georgia  30303
404/688-7530; FAX 404/688-0768
stephanie_kearns@fd.org

CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 5.1B

I hereby certify that the foregoing Motion for Appointment of Counsel is formatted in Courier 12 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Joey Burby, Esq.
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Spring Street, S. W.
>Atlanta, Georgia  30303

and upon

>Mr. William E. LeCroy
>Reg. # 45795-019
>USP Terre Haute
>Highway 63 South
>Terre Haute, Indiana 47808

by placing a copy of same in the United States Mail.

Dated:  This 14th day of May, 2007.

>/s/ STEPHANIE KEARNS
>GEORGIA BAR NO. 409950
>COUNSEL FOR DEFENDANT