IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,                    :
                                             :
        v.                                   :        Criminal Indictment
                                             :        No. 2:02-CR-038
WILLIAM EMMETT LECROY, JR.                   :
                                             :

## ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL

Before the court is the motion of Defendant for the appointment of counsel to prepare and file a habeas corpus petition on his behalf. [Doc. 476]. Pursuant to 18 U.S.C. §§ 3006A and 3599, and Volume 7 of the *Guidelines for the Administration of the Criminal Justice Act and Related Statutes,* which includes among other applicable provisions Chapter 6, concerning Representation in Federal Death Penalty Cases and in Federal Capital Habeas Corpus Proceedings ("the *Guidelines*"), Defendant's motion is **GRANTED**. The court **APPOINTS** John R. Martin as lead counsel and Sandra L. Michaels as co-counsel to represent Defendant in accordance with the CJA Form 30 filed contemporaneously with this order as to each counsel.

In accordance with the *Guidelines* and applicable statutes, counsel are **DIRECTED** to prepare a proposed budget that includes their best estimate of

the cost of all services (counsel, expert, investigative, and other) for the case and to submit their proposed budget to the court *ex parte* under seal by June 25, 2007.

Counsel are further **DIRECTED** to appear before the court on June 29, 2007at 11:00 A.M., for an *ex parte* conference to facilitate agreement on their proposed budget.

**IT IS SO ORDERED**, this 25th day of May, 2007.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge