

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building*   *Telephone (404)581-6000*
*75 Spring Street, S.W.*                    *Fax (404)581-6181*
*Atlanta, Georgia  30303*


July 18, 2007


James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

    Re: *United States v. William LeCroy, Jr.*
       Criminal Action No. 2:02-CR-038-RWS
       Substitution of Counsel

Dear Mr. Hatten:

    This is to notify you that the above-styled case has been transferred from Assistant U.S. Attorney Raymond Joseph Burby and Assistant U.S. Attorney Russell G. Vineyard to Assistant U.S. Attorney Jane W. Swift, telephone number 404/581-6305.  I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

            Sincerely,

            DAVID E. NAHMIAS
            UNITED STATES ATTORNEY


            /s/JANE W. SWIFT
            ASSISTANT U.S. ATTORNEY

cc:  Defense Counsel
     Rick Goss, Court Deputy
     Criminal Docketing