IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP 1 2 2007

JAMES N. HATTEN, Clerk
By:_____
Deputy Clerk

UNITED STATES OF AMERICA

      v

WILLIAM EMMETT LECROY, JR.

\*

\*      CRIMINAL INDICTMENT
      NO: 2:02-CR-038-RWS-SSC

\*

## NOTICE RESCHEDULING CONFERENCE

Notice is given that the ex-parte budget consultation in the above-named case originally scheduled for October 3, 2007 at 11:00 A.M., has been rescheduled until **October 18, 2007**, at **11:00 A.M.** before the Honorable Susan S. Cole, U.S. Magistrate Judge, in Room 106, Chambers, U.S. Courthouse, 121 Spring Street, S. E., Gainesville, Georgia.

Dated this 6th day of September, 2007.

JAMES N. HATTEN, CLERK


By:_Janice Waits_
Janice Waits, Courtroom Deputy Clerk
Phone: 678-450-2792