FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP 12 2007

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v

WILLIAM EMMETT LECROY, JR.

\*

\*          CRIMINAL INDICTMENT
           NO: 2:02-CR-038-RWS-SSC

\*

## NOTICE RESCHEDULING CONFERENCE

Notice is given that the ex-parte budget consultation in the above-named case originally scheduled for October 18, 2007 at 11:00 A.M., has been rescheduled until **October 24, 2007**, at **11:00 A.M.** before the Honorable Susan S. Cole, U.S. Magistrate Judge, in Room 106, Chambers, U.S. Courthouse, 121 Spring Street, S. E., Gainesville, Georgia.

Dated this 11th day of September, 2007.

JAMES N. HATTEN, CLERK

By: *Janice Waits*

Janice Waits, Courtroom Deputy Clerk
Phone: 678-450-2792