

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                        Fax (404)581-6181*
*Atlanta, Georgia  30303*


October 1, 2007


James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

    Re:  *United States v. William Emmett LeCroy, Jr.*
         Criminal Action No. 2:02-CR-038-RWS
         Addition of Counsel

Dear Mr. Hatten:

    This is to notify you that in the above-styled case, Assistant U.S. Attorney William L. McKinnon, Jr. has been added as co-counsel, telephone number 404/581-6046.  I request papers and pleadings in this action be served upon me as co-counsel of record for the United States from this date forward.

                    Sincerely,

                    DAVID E. NAHMIAS
                    UNITED STATES ATTORNEY


                    /S/WILLIAM L. McKINNON
                    ASSISTANT U.S. ATTORNEY


cc:  Rick Goss, Court Deputy