ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL INDICTMENT NO. |
| | ) | 2:02-CR-038 |
| WILLIAM EMMETT LECROY, JR. | ) | |
| | ) | *Under Seal* |
| Defendant. | ) | |

## DEFENDANT'S EX PARTE MOTION FOR TRAVEL FUNDS

NOW COMES DEFENDANT, William Emmett Lecroy, Jr., by and through undersigned appointed counsel, and files this Motion for Travel Funds to fly to Indianapolis, Indiana, to visit with their client William Emmett, LeCroy, Jr., at the FCI Terre Haute in Terre Haute, Indiana, and shows as follows:

Funds are needed for undersigned appointed counsel John R. Martin and Sandra Michaels to travel from Atlanta, Georgia to Indianapolis, Indiana and ultimately to the Federal Correction Institution in Terre Haute, Indiana, where Defendant LeCroy is incarcerated in order to visit with their client.

485

WHEREFORE, for the above and foregoing reasons, Defendant LeCroy respectfully requests the Court Order travel funds in an amount not to exceed $1,000.00 for travel on November 29, 2007 and December 1, 2007. The Defendant further requests that this Motion and any order thereon be filed under seal.

This 25th day of October, 2007.

Respectfully submitted,

John R. Martin
Georgia Bar No. 473325

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
jack@martinbroslaw.com

Sandra Michaels
Georgia Bar No. 504014

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
slmichaels@mindspring.com          Counsel for William LeCroy