UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL INDICTMENT NO. |
| | ) | 2:02-CR-038 |
| WILLIAM EMMETT LECROY, JR. | ) | |
| | ) | **UNDER SEAL** |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR FUNDS

Defendant's Motion for Funds for Travel having been presented to the Court, and for good cause being shown,

IT IS HEREBY ORDERED, counsel for Mr. LeCroy be granted funds for undersigned appointed counsel John R. Martin and Sandra Michaels to travel to Indianapolis, Indiana and the Federal Correctional Institution in Terre Haute, Indiana on November 29, 2007 through December 1, 2007, in an amount not to exceed $1,000.00.

IT IS FURTHER ORDERED that the Defendant's Motion and this Order be filed under seal.

THIS _29_ day of October, 2007.

_Susan S. Cole_
The Honorable Susan S. Cole
United States Magistrate Judge

Prepared and presented by:

_J. R. Martin_
John R. Martin
Georgia Bar No. 473325
Counsel for Mr. LeCroy