# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:02-cr-00038-RWS-SSC
### USA v. Lecroy
### Honorable Susan S. Cole

*Under Seal*

Minute Sheet for proceedings held In Open Court and In Chambers on 01/08/2008.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:15 A.M.    DEPUTY CLERK: Janice Waits
TIME IN COURT: 00:15

| | |
|---|---|
| DEFENDANT(S): | [1]William Emmett Lecroy, Jr. NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | John Martin representing William Emmett Lecroy<br>Sandra Michaels representing William Emmett Lecroy |
| PROCEEDING CATEGORY: | Telephone Conference(Attorney Appointment Hearing); |
| MINUTE TEXT: | Telephone conference regarding expenses. Counsel to correct budget and remit to Judge Cole. |