

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                          Fax (404)581-6181*
*Atlanta, Georgia  30303*

October 18, 2006

James N. Hatten
Clerk of the U.S. District Court
Richard B. Russell Federal Building
2212 U.S. Courthouse

    Re:  Notice of Withdrawal of Counsel, Jane Swift

       *U.S. v. LeCr*oy 2:02-CR-0038-RWS

Dear Mr. Hatten:

    This is to notify you that in the above-styled case, former
Assistant U.S. Attorney, Jane Swift, is no longer associated with
this office.  Please remove electronic notification for Jane Swift
for the above styled case.

                        Sincerely,

                        DAVID E. NAHMIAS
                        UNITED STATES ATTORNEY

                        /s/
                        WILLIAM L. MCKINNON, JR.
                        ASSISTANT U.S. ATTORNEY