UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL INDICTMENT NO. |
| | ) | 2:02-CR-038 |
| WILLIAM EMMETT LECROY, JR. | ) | (Sealed) |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR FUNDS

Defendant's Motion for Funds for Travel having been presented to the Court, and for good cause being shown,

IT IS HEREBY ORDERED, counsel for Mr. LeCroy be granted funds for undersigned appointed counsel Sandra Michaels and court appointed investigator Caroline Boddie to travel to Indianapolis, Indiana and the Federal Correctional Institution in Terre Haute, Indiana on Sunday, April 20, 2008 through Tuesday, April 22, 2008, in an amount not to exceed $1,500.00.

IT IS FURTHER ORDERED that the Defendant's Motion and this Order be filed under seal.

THIS 17 day of April, 2008.

_Susan S. Cole_
The Honorable Susan S. Cole
United States Magistrate Judge

Prepared and presented by:

_SMichaels_
Sandra Michaels
Georgia Bar No. 504014
Counsel for Mr. LeCroy