# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA     :

           : 

         v.           :

           :    CRIMINAL ACTION NO.

WILLIAM EMMETT LECROY,    :    2:02-CR-38-RWS

JR.,                  :

           :

      Defendant.      :

## ORDER

It is hereby **ORDERED** that the documents attached hereto as Exhibit A be filed under seal.

**SO ORDERED** this _23rd_ day of April, 2008.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE