GN

Story

# MEMORANDUM

**TO:**      **The Honorable J. L. Edmondson, Chief Judge (or Delegate)**
         **United States Court of Appeals for the Eleventh Circuit**

**DATE:**    **January 28, 2008**

**FROM:**    **Richard W. Story, United States District Judge**

**SUBJECT:** **U.S. v. William E. LeCroy, Jr., No. 2:02-CR-038-RWS**
         **Advance Authorization for Investigative, Expert or Other**
         **Services**

I find that the following investigative and expert services are reasonably necessary for the representation of the above defendant.

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of 18 U.S.C. § 3599(g)(2), as follows:

Case Name & Designation: United States of America v. William Emmett LeCroy, Jr.; Criminal Acton File No. 2:02-CR-038-RWS

Name of Expert or Investigator or Service Provider: Jeffery Martin

Address: % Martin Brothers, P. C.; 202 The Grant Building; Fairlie-Poplar District; 44 Broad Street, N. W.; Atlanta, GA 30303

Type of Service: Juror Selection and Composition Analysis

Reasons for Application: Mr. Martin is a demographer/statistician consulted by trial counsel about the composition of the jury wheel. Counsel at this stage seek Mr. Martin's assistance in determining the juror eligible composition of the community at the time of trial, information that was not presented by trial counsel, as part of their exploration of trial counsel's effectiveness.

Estimated Compensation (Non-Capital Case) $ _____ N/A _____

Estimated Compensation and Expenses (Capital Case) $5,000.00 _____

Estimated Compensation and Expenses of All Investigative, Expert, and Other Services (Capital Case) $ 33,603.35

1

I certify that the estimated compensation in excess of the maximum set forth in 18 U.S.C. § 3599(g)(2) appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of $5,000.00

RICHARD W. STORY
United States District Judge

Date _March 12, 2008_

Advance authorization is hereby approved in the amount of

$ _5,000.00_

Hon. J. L. EDMONDSON, Chief Judge
United States Court of Appeals
Eleventh Circuit
(or Delegate)

Date _4/14/08_