

# MEMORANDUM

**TO:**       **The Honorable J. L. Edmondson, Chief Judge (or Delegate)**
             **United States Court of Appeals for the Eleventh Circuit**

**DATE:**     **January 28, 2008**

**FROM:**     **Richard W. Story, United States District Judge**

**SUBJECT:**  **U.S. v. William E. LeCroy, Jr., No. 2:02-CR-038-RWS**
             **Advance Authorization for Investigative, Expert or Other**
             **Services**

I find that the following investigative and expert services are reasonably necessary for the representation of the above defendant.

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of 18 U.S.C. § 3599(g)(2), as follows:

Case Name & Designation: <u>United States of America v. William Emmett LeCroy, Jr.; Criminal Acton File No. 2:02-CR-038-RWS</u>

Name of Expert or Investigator or Service Provider: <u>Dr. David Lisak</u>

Address: <u>% Martin Brothers, P. C.; 202 The Grant Building; Fairlie-Poplar District; 44 Broad Street, N. W.; Atlanta, GA 30303</u>

Type of Service: <u>Expert Testimony re: Child Molestation</u>

Reasons for Application: <u>Dr. Lisak is a Ph.D. with expertise in the area of child molestation. He was consulted by trial counsel but not called as a witness at trial. Counsel wish to determine what Dr. Lisak's testimony would have been and may call him as a witness at a hearing on the 2255 motion.</u>

Estimated Compensation (Non-Capital Case) $ <u>          N/A          </u>

Estimated Compensation and Expenses (Capital Case) <u>$8,450.00          </u>

Estimated Compensation and Expenses of All Investigative, Expert, and Other Services (Capital Case) <u>$ 33,603.35</u>

1

I certify that the estimated compensation in excess of the maximum set forth in 18 U.S.C. § 3599(g)(2) appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of $8,450.00

_____          March 12, 2008
RICHARD W. STORY                          Date
United States District Judge

Advance authorization is hereby approved in the amount of
$ ____8,450.00____.

_____          4/14/08
Hon. J. L. EDMONDSON, Chief Judge         Date
United States Court of Appeals
Eleventh Circuit
(or Delegate)

2