*GN*

Story

## MEMORANDUM

**TO:**      **The Honorable J. L. Edmondson, Chief Judge (or Delegate)**
            **United States Court of Appeals for the Eleventh Circuit**

**DATE:**    **January 28, 2008**

**FROM:**    **Richard W. Story, United States District Judge**

**SUBJECT:** **U.S. v. William E. LeCroy, Jr., No. 2:02-CR-038-RWS**
            **Advance Authorization for Investigative, Expert or Other**
            **Services**

I find that the following investigative and expert services are reasonably necessary for the representation of the above defendant.

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of 18 U.S.C. § 3599(g)(2), as follows:

Case Name & Designation: United States of America v. William Emmett LeCroy, Jr.; Criminal Acton File No. 2:02-CR-038-RWS

Name of Expert or Investigator or Service Provider: Caroline Boddie

Address: % Martin Brothers, P. C.; 202 The Grant Building; Fairlie-Poplar District; 44 Broad Street, N. W.; Atlanta, GA 30303

Type of Service: Investigator

Reasons for Application:  The investigator's role will be to attempt to identify and locate a person who allegedly molested Mr. LeCroy as a child.  The alleged molestation is considered by counsel to play a key part in Mr. LeCroy's "total mental health picture."

Estimated Compensation (Non-Capital Case) $ _____ N/A _____

Estimated Compensation and Expenses (Capital Case) $10,000.00

Estimated Compensation and Expenses of All Investigative, Expert, and Other Services (Capital Case) $ 33,603.35

1

I certify that the estimated compensation in excess of the maximum set forth in 18 U.S.C. § 3599(g)(2) appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of $10,000.00.

_____
RICHARD W. STORY
United States District Judge

_____March 12, 2008_____
Date

Advance authorization is hereby approved in the amount of
$ __10,000.00__.

_____
Hon. J. L. EDMONDSON, Chief Judge
United States Court of Appeals
Eleventh Circuit
(or Delegate)

___4/14/08___
Date