UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, )
                                )
v.                              )        CASE NO.
                                )        2:02-CR-038-RWS-SSC-1
WILLIAM EMMETT LECROY, JR. )
                                )
        Defendant.              )

## MOTION FOR FUNDS TO TRAVEL

William Emmett Lecroy, Jr., by and through undersigned appointed counsel, moves this Court pursuant to 28 U.S.C. §2255 to vacate, set aside or correct his convictions and sentences in the above-styled matter on the grounds that they were obtained in violation of the Constitution and other law. Mr. LeCroy is incarcerated on death row at the United States Penitentiary in Terre Haute, Indiana.

Funds are needed for undersigned appointed counsel John R. Martin to travel from Atlanta, Georgia to Boston, Massachusetts in order to talk with family members of Defendant LeCroy who were not previously interviewed by the defense at trial and to consult with the expert on child abuse that the defense neglected to call as a witness in Defendant's case.



WHEREFORE, for the above and foregoing reasons, Defendant LeCroy respectfully requests the Court Order travel funds in an amount not to exceed $1,500.00 for travel on July 18, 2008 and July 20, 2008. The Defendant further requests that this Motion and any order thereon be filed under seal.

This 10th day of July, 2008.

Respectfully submitted,

_John R. Martin_
John R. Martin
Georgia Bar No. 473325

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
jack@martinbroslaw.com

_Sandra Michaels_
Sandra Michaels
Georgia Bar No. 504014

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
slmichaels@mindspring.com

Counsel for William LeCroy