IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,                    :
                                             :
        v.                                   :        Criminal Action File
                                             :        No. 2:02-CR-038-RWS
WILLIAM EMMETT LECROY, JR.                   :
                                             :

## ORDER GRANTING DEFENDANT'S MOTION FOR FUNDS

Defendant's Motion for Funds for Travel having been presented to the Court, and for good cause being shown,

**IT IS HEREBY ORDERED**, counsel for Mr. LeCroy be granted funds for undersigned appointed counsel John R. Martin to travel to Boston, Massachusetts on July 18, 2008 through July 20, 2008, in an amount not to exceed $1,500.00. The funds are to be provided from Criminal Justice Act funds.

**IT IS FURTHER ORDERED** that the Defendant's Motion and this Order be filed under seal.

**IT IS SO ORDERED**, this 14th day of July, 2008.

_____
SUSAN S. COLE
United States Magistrate Judge