IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,      :

      v.                     :      Criminal Action File
                          :      No. 2:02-CR-038-RWS

WILLIAM EMMETT LECROY, JR.    :

                          :      **UNDER SEAL**

                          :

## AMENDED ORDER GRANTING DEFENDANT'S MOTION FOR FUNDS

Defendant's Motion for Funds for Travel, which was orally amended, having been presented to the Court, and for good cause being shown,

**IT IS HEREBY ORDERED**, that John R. Martin, counsel for Mr. LeCroy, be granted funds to travel to Boston, Massachusetts on July 18, 2008 through July 20, 2008, in an amount not to exceed $650.00. The funds are to be provided from Criminal Justice Act funds.

**IT IS FURTHER ORDERED** that the Defendant's Motion and this Order be filed under seal.

**IT IS SO ORDERED**, this 16th day of July, 2008.

_Susan S. Cole_

SUSAN S. COLE
United States Magistrate Judge