IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action File |
| | : | No. 2:02-CR-038-RWS |
| WILLIAM EMMETT LECROY, JR. | : | |
| | : | **UNDER SEAL** |
| | : | |

## SECOND AMENDED ORDER GRANTING DEFENDANT'S MOTION FOR FUNDS

Defendant's Motion for Funds for Travel, which was orally amended twice, having been presented to the Court, and for good cause being shown,

**IT IS HEREBY ORDERED**, that John R. Martin, counsel for Mr. LeCroy, be granted funds to travel to Boston, Massachusetts on July 17, 2008 through July 20, 2008, in an amount not to exceed $650.00. The funds are to be provided from Criminal Justice Act funds.

**IT IS FURTHER ORDERED** that the Defendant's Motion and this Order be filed under seal.

**IT IS SO ORDERED**, this 16th day of July, 2008.

SUSAN S. COLE
United States Magistrate Judge

