# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA :

 :

 :

 :

 v. :

 : CRIMINAL ACTION NO.

WILLIAM EMMETT LECROY, : 2:02-CR-0038-RWS

JR., :

 :

 Defendant. :

## ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence [493] has been submitted to the Court for preliminary review pursuant to Rule 4 of the rules governing Section 2255 proceedings.  Having reviewed the Motion, it is hereby **ORDERED** that the United States Attorney file a response to the Motion within thirty (30) days of the entry of this Order.

**SO ORDERED** this  19th  day of August, 2008.

_____

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)