IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: |
| | : | |
| v. | : | 2:02-CR-0038-RWS |
| | : | |
| WILLIAM EMMETT LECROY, JR. | : | |

GOVERNMENT'S MOTION FOR 60 DAY EXTENSION OF TIME TO REPLY
TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2255

Comes now the United States by and through counsel David E. Nahmias, United States Attorney, and William L. McKinnon, Jr., Assistant United States Attorney, and hereby moves for a 60 day extension of time within which to file the Government's reply brief to defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 [Doc. 493]. As good cause therefor, the Government respectfully shows the following:

(1)

Defendant was charged with carjacking in that defendant took a motor vehicle from Joanne Lee Tiesler by force and violence and caused her death thereby. On March 1, 2004, a trial jury in this district returned a verdict of guilty, and on March 10, 2004, the jury returned a death sentence for the offense. The Eleventh Circuit affirmed defendant's conviction and sentence. Defendant has now filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (Section 2255 motion).

(2)

On August 19, 2008, the Court ordered the Government to file a response to defendant's Section 2255 motion within 30 days, thereby making the Government's reply due on September 18, 2008.

(3)

The Assistant United States Attorneys who represented the United States at trial and on direct appeal are no longer with the United States Attorney's Office.  The undersigned AUSA is lead counsel for the Government for the instant proceeding.

(4)

When the Court issued its Order directing the Government to respond to defendant's Section 2255 motion within 30 days, undersigned counsel was in the middle of a two week vacation. Counsel returned to the United States Attorney's Office on August 25.  Because counsel had to catch up on two weeks worth of work on other cases and matters, counsel was a presenter at a United States Attorney's Office retreat/seminar on September 4 and 5 and counsel is supervising the law student interns who started their internships on August 28, counsel for the Government has not had sufficient time to complete the Government's brief by September 18.

(5)

2

The Government is asking for a 60 day extension of time because undersigned counsel is lead counsel for the Government in the trial of <u>United States v. Aquilar-Garcia, et al.</u>, Case Number 1:07-CR-123-CC, which is a six defendant drug conspiracy case set for trial before Judge Cooper on October 6, 2008.

(6)

Defendant's counsel, Sandra Michaels and Jack Martin, have advised counsel for the Government that defendant has no objection to a 60 day extension of time within which to file the Government's reply brief.

WHEREFORE, the Government respectfully requests a 60 day extension of time within which to file the Government's response to defendant's Section 2255 motion.

Respectfully submitted this the 18th day of September, 2008.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

/s/
WILLIAM L. McKINNON, JR.
ASSISTANT U.S. ATTORNEY
Georgia Bar Number 495812

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
Telephone 404/581-6000
Facsimile 404/581-6181

3

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will automatically send notification via email said copy to:

Jack Martin

Sandra Michaels

This 18th day of September, 2008.


/s/_____
WILLIAM L. MCKINNON, JR.
ASSISTANT UNITED STATES ATTORNEY

4