**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA          :
                                  :
                                  :
                                  :
      v.                          :
                                  :          CRIMINAL ACTION NO.
WILLIAM EMMETT LECROY,            :          2:02-CR-0038-RWS
JR.,                              :
                                  :
      Defendant.                  :

## ORDER

This case is before the Court for consideration of the Government's

Motion for an Extension of Time to file a response brief [501]. For good cause

shown, the Motion is hereby **GRANTED**. The Government shall file its

response not later than November 18, 2008.

      **SO ORDERED** this   29th   day of September, 2008.


                              _____
                              RICHARD W. STORY
                              UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)