IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: |
| | : | |
| v. | : | 2:02-CR-0038-RWS |
| | : | |
| WILLIAM EMMETT LECROY, JR. | : | |

GOVERNMENT'S MOTION FOR 45 DAY EXTENSION OF TIME TO REPLY
TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2255

Comes now the United States by and through counsel David E. Nahmias, United States Attorney, and William L. McKinnon, Jr., Assistant United States Attorney, and hereby moves for an additional 45 day extension of time within which to file the Government's reply brief to defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 [Doc. 493]. As good cause therefor, the Government respectfully shows the following:

(1)

Defendant was charged with carjacking in that defendant took a motor vehicle from Joanne Lee Tiesler by force and violence and caused her death thereby. On March 1, 2004, a trial jury in this district returned a verdict of guilty, and on March 10, 2004, the jury returned a death sentence for the offense. The Eleventh Circuit affirmed defendant's conviction and sentence. Defendant has now filed a Motion to Vacate, Set Aside, or Correct Sentence by

a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (Section 2255 motion).

(2)

On August 19, 2008, the Court ordered the Government to file a response to defendant's Section 2255 motion within 30 days, thereby making the Government's reply due on September 18, 2008. The Government moved for a 60 day extension of time within which to file its response.  The Court granted the Government's motion and ordered the Government to file its response on or before November 18, 2008.

(3)

The United States is asking for an additional extension of time for the following reasons: as the Court is aware, the Assistant United States Attorneys who represented the United States at trial and on direct appeal are no longer with the United States Attorney's Office.  The undersigned AUSA is lead counsel for the Government for the instant proceeding.  However, the undersigned AUSA was not directly involved in the pre-trial matters, the trial or the direct appeal of the case and is having to learn the case from its inception.  However, in the past 30 days counsel has had to devote considerable time to the preparation of the Government's brief in the United States v. Orr, Case No. 08-13304-JJ, which is due to be filed in the Eleventh Circuit on November 26, 2000.  In addition, counsel has a second Eleventh Circuit brief due in early

2

December, counsel has oral argument before the Eleventh Circuit on December 3, 2008, in <u>United States v. Thomas, et al.</u>, Case No. 07-14640, and counsel is the lead trial attorney in <u>United States v. Nimapoo</u>, Case No. 1:06-CR-175 Superseding, which is scheduled for trial before Judge Martin on December 8, 2008.  The Nimapoo case is a mortgage fraud case that is expected to take six to seven trial days to conclude.

(4)

Because of the time that counsel has devoted to the matters described above and to other cases pending before the district court, counsel has not had sufficient time to complete the Government's response in the instant case.  Because of the pendency of another appellate brief, oral argument, and the trial, counsel asks for an additional 45 days to complete and file the Government's response.

WHEREFORE, the Government respectfully requests an additional 45 day extension of time within which to file the Government's response to defendant's Section 2255 motion.

Respectfully submitted this the 25th day of November, 2008.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

/s/
WILLIAM L. McKINNON, JR.
ASSISTANT U.S. ATTORNEY
Georgia Bar Number 495812

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
Telephone 404/581-6000
Facsimile 404/581-6181

4

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will automatically send notification via email said copy to:

Jack Martin

Sandra Michaels

This 25th day of November, 2008.

/s/
WILLIAM L. MCKINNON, JR.
ASSISTANT UNITED STATES ATTORNEY

5