

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

DEC 2 2 2008

JAMES N. HATTEN, Clerk

By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,     )
                              )
v.                            )          CASE NO.
                              )          2:02-CR-038-RWS-SSC-1
WILLIAM EMMETT LECROY, JR.    )
                              )
        Defendant.            )

## MOTION FOR FUNDS TO TRAVEL

William Emmett LeCroy, Jr., by and through undersigned appointed counsel, moves this Court pursuant to 28 U.S.C. §2255 to vacate, set aside or correct his convictions and sentences in the above-styled matter on the grounds that they were obtained in violation of the Constitution and other law. Mr. LeCroy is incarcerated on death row at the United States Penitentiary in Terre Haute, Indiana.

Funds are needed for undersigned appointed counsel John R. Martin and Sandra Michaels to travel on January 11 though 13, 2009, from Atlanta, Georgia to Indianapolis, Indiana and ultimately to the Federal Correction Institution in Terre Haute, Indiana, where Defendant LeCroy is incarcerated in order to visit with their client and coordinate with Dr. David Lisak in connection with his evaluation of Mr. LeCroy on January 13 and 14, 2009.

504

WHEREFORE, for the above and foregoing reasons, Defendant LeCroy respectfully requests the Court Order travel funds in an amount not to exceed $1,200.00 for travel on January 11, 2009 through January 13, 2009. The Defendant further requests that this Motion and any order thereon be filed under seal.

This ___ day of December, 2008.

Respectfully submitted,

John R. Martin
Georgia Bar No. 473325

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
jack@martinbroslaw.com

Sandra Michaels
Georgia Bar No. 504014

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
slmichaels@mindspring.com          Counsel for William LeCroy