UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**FILED IN CLERK'S OFFICE**
U.S.D.C. Gainesville

**DEC 22 2008**

JAMES N. HATTEN, Clerk
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. |
| ) | 2:02-CR-038-RWS-SSC-1 |
| WILLIAM EMMETT LECROY, JR. ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR FUNDS TO TRAVEL

William Emmett LeCroy, Jr., by and through undersigned appointed counsel, moves this Court pursuant to 28 U.S.C. §2255 to vacate, set aside or correct his convictions and sentences in the above-styled matter on the grounds that they were obtained in violation of the Constitution and other law. Mr. LeCroy is incarcerated on death row at the United States Penitentiary in Terre Haute, Indiana.

Funds are needed for Dr. David Lisak to travel on January 12 though 15, 2009, from Boston, Massachusetts to Indianapolis, Indiana and ultimately to the Federal Correction Institution in Terre Haute, Indiana, where Defendant LeCroy is incarcerated in order to perform a psychological evaluation on the Defendant on January 13 and 14, 2009.

505

WHEREFORE, for the above and foregoing reasons, Defendant LeCroy respectfully requests the Court Order travel funds in an amount not to exceed $750.00 for travel on January 12, 2009 through January 15, 2009. The Defendant further requests that this Motion and any order thereon be filed under seal.

This 18th day of December, 2008.

Respectfully submitted,

John R. Martin
Georgia Bar No. 473325

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
jack@martinbroslaw.com

Sandra Michaels
Georgia Bar No. 504014

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
slmichaels@mindspring.com        Counsel for William LeCroy