FILED IN CLERK'S OFFICE
U.S.D.C   Gainesville

DEC 2 3 2008

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

v.

WILLIAM EMMETT LECROY, JR.,

                Defendant.

CASE NO.
2:02-CR-038-RWS-SSC-1

### ORDER GRANTING DEFENDANT'S MOTION FOR FUNDS

Defendant's Motion for Funds for Travel having been presented to the Court, and for good cause being shown, it is hereby

**ORDERED** that counsel for Mr. LeCroy be granted funds for appointed counsel John R. Martin and Sandra Michaels to travel to Indianapolis, Indiana and the Federal Correctional Institution in Terre Haute, Indiana on January 11, 2009 through January 13, 2009.  The approved amount shall not exceed $1,200.00 for the combined travel of counsel. Both counsel shall submit original detailed receipts of actual expenses for air fare, accommodations, and other incurred expenses in order to obtain reimbursement under the Criminal Justice Act.

It is further **ORDERED** that the Defendant's motion and this order be filed under seal.

**SO ORDERED** this __23rd__ day of _December_, 2008.

_Susan S. Cole_

SUSAN S. COLE
UNITED STATES MAGISTRATE JUDGE

