**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C.  Gainesville

DEC 23 2008

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM EMMETT LECROY, JR.,

        Defendant.

CASE NO.
2:02-CR-038-RWS-SSC-1

## ORDER GRANTING DEFENDANT'S MOTION FOR FUNDS

Defendant's Motion for Funds for Travel having been presented to the Court, and for good cause being shown, it is hereby

**ORDERED** that counsel for Mr. LeCroy be granted funds for Defendant's expert psychologist Dr. David Lisak to travel to Indianapolis, Indiana and the Federal Correctional Institution in Terre Haute, Indiana on January 12, 2009 through January 15, 2009, in an amount not to exceed $750.00. Counsel is directed to submit original detailed receipts of actual expenses for air fare, accommodations, and other incurred expenses in order to obtain reimbursement under the Criminal Justice Act.

It is further **ORDERED** that the Defendant's motion and this order be filed under seal.

**SO ORDERED** this _23rd_ day of _December_, 2008.

_Susan S. Cole_

SUSAN S. COLE
UNITED STATES MAGISTRATE JUDGE