**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA          :
                                     :
                                     :
       v.                         :
                                     :   CRIMINAL ACTION NO.
WILLIAM EMMETT LECROY,   :   2:02-CR-00038-RWS
JR.,                             :
                                     :
          Defendant.        :

## <u>ORDER</u>

This case is before the Court for consideration of the Government's

Motion for Extension of Time to Reply to Defendant's Motion [503]. The

Motion is hereby **GRANTED** such that the Response [508] filed January 9,

2009 shall be deemed to be timely.

     **SO ORDERED** this __14th__ day of January, 2009.


_____
**RICHARD W. STORY**
United States District Judge