UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, )
                                                     )
        v.                                          )          CASE NO.
                                                     )          2:02-CR-038-RWS-SSC-1
WILLIAM EMMETT LECROY, JR. )
                                                     )
        Defendant.                         )

## MOTION FOR EVIDENTIARY HEARING AND DISCOVERY

William Emmett LeCroy, Jr., by and through his undersigned appointed counsel, moves this Court pursuant to Rules 6 and 8 of the Rules Governing §2255 Proceedings and the standards of Townsend v. Sain, 372 U.S. 293 (1963), to hold an evidentiary hearing in this matter and to allow discovery with regard to various claims set forth in Defendant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. §2255 (hereinafter the "Motion to Vacate")(Doc. 493).

-1-

Defendant has filed today a Traverse to Government's Response to Defendant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. §2255 (hereinafter the "Defendant's Traverse"), in which the Defendant sets out in detail grounds for relief asserted in the Motion to Vacate upon which the Defendant believes that the receipt of evidence is required and the reasons for receipt of such evidence. The Defendant

incorporates herein and restates the requests for discovery and/or the receipt of evidence as set out in the Defendant's Traverse, much of which the Government agreed should be received by the Court in the Government's Response to Defendant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. §2255. (Doc. 508).

-2-

In particular, the Defendant requests the receipt of evidence and discovery with regard to the following claims as follows:

Grounds A and B Regarding Ineffective Assistance of Counsel with Respect to Mental Health Evidence at Sentencing: Testimony of Dr. David Lisak, Dr. Michael C. Hilton, Ms. Jan Vogelsang, Dr. Marti Carlson, Dr. Gary Ganahl, Ms. Anita Novey, Ms. Stephanie Kearns, Mr. Brian Mendelsohn, Mr. Paul Kish, Mr. Dan Summer, Ms. Susan Miller, Mr. Michael Hutcheson.

Ground C regarding Potential Violation of the Court's Firewall Order: Testimony of Honorable Russell Vineyard, Ms. Sally Yates, Mr. Joe Plummer, Mr. Paul Kish.

Ground D regarding Ineffective Assistance of Counsel With Regard to Inadequate Mitigation Investigation and Presentation at Trial: Testimony of Ms. Jan Vogelsang, William LeCroy, Donna Houston, Sr., Tonya LeCroy, Chad LeCroy, Keisha LeCroy, Linda Cook, Curtis Cook, Kristie Grasis, Julie Cook, Rita McLeod, Russell Kelly, Sr., Russell Kelly, Jr., Richard Kelly, Larry LeCroy,

Charlotte LeCroy, Luther LeCroy, Charles Bradley, Barbara Bradley, Shannon Bradley, Andy Bradley, Christy Bradley, James Thomas LeCroy, neighbors from apartment complexes, Ms. Stephanie Kearns, Mr. Brian Mendelsohn, Mr. Paul Kish, Mr. Dan Summer, Ms. Susan Miller, Mr. Michael Hutcheson.

Ground F regarding Ineffective Assistance of Counsel in Raising a Jury Challenge Claim Regarding the Underrepresentation of the Hispanic/Latino Community: Custodian of Records of Clerk's Office, relevant officials of the Clerk's Office, Jeffrey Martin (jury selection statistical expert).

Ground K regarding The Constitutionality of the Justice Department Protocols for Lethal Injection: Taking of evidence deferred.

Ground N regarding The Undisclosed Jury Selection Expert: Discovery of the name of the jury expert hired by the Government, testimony of Government jury expert, Mr. Paul Kish, Ms. Sally Yates.

While the Defendant may not call all of the above witnesses, he, nevertheless respectfully requests the right to call them if necessary to support his constitutional and other claims. Other witnesses may be identified as defense counsel's investigation continues and, if so, an additional request may be made to take their testimony.

3

WHEREFORE, Defendant LeCroy respectfully requests that the Court set down an evidentiary hearing as requested herein and in the Traverse according to Rule 8 of the rules governing §2255 proceedings and the standards set forth in Townsend v. Sain.

This 11th day of February, 2009.

Respectfully submitted,

s/John R. Martin

44 Broad Street, N.W.                John R. Martin
Suite 202 The Grant Building         Georgia Bar No. 473325
Atlanta, Georgia  30303
404.522.0400
jack@martinbroslaw.com

s/Sandra Michaels

44 Broad Street, N.W.                Sandra Michaels
Suite 202 The Grant Building         Georgia Bar No. 504014
Atlanta, Georgia  30303
404.522.0400

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2009, I electronically filed the foregoing **MOTION FOR EVIDENTIARY HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to William McKinnon, Assistant United States Attorney.

s/John R. Martin
JOHN R. MARTIN
