# SANDRA MICHAELS

MARTIN BROTHERS
ATTORNEYS AT LAW

44 BROAD STREET
THE GRANT BUILDING
SUITE 202
ATLANTA, GEORGIA 30303
404-522-0400
FAX 404-223-6467
slmichaels@mindspring.com

March 30, 2009

| | |
|---|---|
| Courtroom Deputy for Judge Carnes<br>US Courthouse, Rm 2167<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Hagy<br>US Courthouse, Rm 1885<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |
| Courtroom Deputy for Judge Story<br>US Courthouse, Rm 2121<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Cole<br>United States District Court<br>121 Spring Street, S.E.<br>Suite 106<br>Gainesville, GA 30501 |
| Courtroom Deputy for Judge Thrash<br>US Courthouse, Rm 2188<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Vineyard<br>US Courthouse, Rm 2027<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |
| Courtroom Deputy for Judge Camp<br>Post Office Box 939<br>Newnan, GA 30264-0939 | Courtroom Deputy for Judge Brill<br>US Courthouse, Rm 1837<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |

Re:  U. S. v. Garcia-Limones, Case No. NO. 1:07-CR-356-TWT-CCH
     U. S. v. Burley, Case No. 1:06-CR-186-JEC
     U. S. v. Melvin Johnson, Jr., Case No. 3:08-CR-003-4-JTC-ECS
     U. S. v. Kristi Wilson, Case No. 1:08-CR-416-TWT-RGV
     U. S. v. Richard Ong, Case No. 1:05-CR-543-JEC
     U. S. v. William LeCroy, Case No. 2:02-CR-038-RWS-SSC
     U. S. v. Cortes-Meza, Case No. 1:08-CR-55-RWS-GGB

Dear Courtroom Deputies,

    This letter is to notify the Court pursuant to Local Rule 83, that I request that no proceedings be calendared during the following periods, for which I request a leave of absence:

    June 1-10, 2009
    June 18-24, 2009

I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

s/Sandra Michaels
SANDRA MICHAELS

SM:cm