FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

MAR 11 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, )
)
v. )       CASE NO.
)       2:02-CR-038-RWS-SSC-1
WILLIAM EMMETT LECROY, JR. )
)
Defendant. )

## EX PARTE MOTION FOR AUTHORIZATION
## TO PAY DR. DAVID LISAK, PH.D.

Defendant William Emmett LeCroy, Jr., by and through undersigned appointed counsel, hereby moves this Court for an order, pursuant to 18 U.S.C. §3599(f), authorizing the payment to Dr. David Lisak for his services in connection with Defendant's currently pending Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. §2255 (Doc. 493).

-1-

The Defendant's previously submitted and approved budget for expert assistance in connection with counsel's representation of the Defendant in this matter includes payments for the assistance of Dr. David Lisak, Ph.D.

-2-

Dr. Lisak was retained by trial counsel. However, trial counsel did not effectively use the expertise of Dr. Lisak nor call him as a witness for the defense.

This circumstance is part of the Defendant's present claim that he was denied the effective assistance of counsel at his sentencing. See, Traverse to Government's Response to Defendant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (Doc. 511)(pp. 4-9).

-3-

In order to show what evidence was available to the defense at the time of the Defendant's sentencing, but not presented by trial counsel, present counsel consulted with Dr. Lisak and it was determined that it was necessary for Dr. Lisak to interview the Defendant, something that trial counsel had not accomplished.

-4-

Present counsel arranged for Dr. Lisak to interview the Defendant at the United States Penitentiary at Terre Haute, which interview resulted in the discovery of important evidence which could have and should have been presented as mitigating evidence during the sentencing phase of the Defendant's trial. (Doc. 511)(pp. 6-8).

-5-

Prior to Dr. Lisak's traveling to visit with the Defendant, the Court entered an order authorizing travel expenses for his trip to Terre Haute.

-6-

Dr. Lisak has now presented a voucher in the amount of $7,138.77 for his time and expenses, which we have been informed by the CJA Clerk will not be

paid unless there is a specific order authorizing payment by the Court. A copy of this invoice is attached hereto and made a part hereof.

-7-

Accordingly, counsel for Mr. LeCroy respectfully requests that the Court enter an Order authorizing payment of the $7,138.77 voucher representing the time and expenses that Dr. Lisak has so far expended in this case.

-8-

In addition, the defense has filed a Motion for Evidentiary Hearing (Doc. 510), asking in part that the Court receive the testimony of Dr. Lisak. (¶2). The Government has agreed that this testimony should be heard by the Court. Government's Response to Defendant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. §2255 (Doc. 508)(p. 26). Accordingly, additional expense will be incurred in preparing Dr. Lisak for his testimony, and presenting that testimony, as well as his travel. Counsel will make a further request of the Court for authorization to pay for that time and expenses.

WHEREFORE, for the above and foregoing reasons, Defendant LeCroy respectfully requests that the Court grant this Motion and authorize the payment of the $7,138.77 currently outstanding invoice for Dr. Lisak. Counsel further requests that this Motion and the Order enter thereon be filed ex parte.

[signatures on next page]

This _11th_ day of March, 2009.

Respectfully submitted,

John R. Martin
Georgia Bar No. 473325

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
jack@martinbroslaw.com

Sandra Michaels
Georgia Bar No. 504014

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
slmichaels@mindspring.com          Counsel for William LeCroy