12off

12off

CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 9/05)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED William Emmett LeCroy, Jr. | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 2:02-CR-038-RWS | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) U. S. v. William Emmett LeCroy, Jr. | 8. TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Other ☐ Habeas Petitioner ☐ Appellee | 9. REPRESENTATION TYPE ☐D1 28 U.S.C. § 2254 Habeas (Capital) ☐D3 28 U.S.C. § 2255 (Capital) ☐D2 Federal Capital Prosecution ☐D4 Other (Specify) |
|---|---|---|

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
☑ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of Attorney _J.R. Mart_ Date 2-11-08
☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

John R. Martin, 44 Broad Street, N.W., Atlanta, Georgia 30303

Telephone Number: (404) 522-0400

| 12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions) See attached invoice. | 13. TYPE OF SERVICE PROVIDER | |
|---|---|---|
| | 01 ☐ Investigator | 15 ☐ Other Medical |
| | 02 ☐ Interpreter/Translator | 16 ☐ Voice/Audio Analyst |
| | 03 ☑ Psychologist | 17 ☐ Hair/Fiber Expert |
| | 04 ☐ Psychiatrist | 18 ☐ Computer (Hardware/ Software/Systems) |
| | 05 ☐ Polygraph | |
| 14. COURT ORDER  Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted. | 06 ☐ Documents Examiner | 19 ☐ Paralegal Services |
| | 07 ☐ Fingerprint Analyst | 20 ☐ Legal Analyst/Consultant |
| | 08 ☐ Accountant | 21 ☐ Jury Consultant |
| Signature of Presiding Judge or By Order of the Court | 09 ☐ CALR (Westlaw/Lexis, etc.) | 22 ☐ Mitigation Specialist |
| | 10 ☐ Chemist/Toxicologist | 23 ☐ Duplication Services |
| Date of Order                Nunc Pro Tunc Date | 11 ☐ Ballistics | (See Instructions) |
| Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO | 13 ☐ Weapons/Firearms/Explosive Expert | 24 ☐ Other (Specify) |
| | 14 ☐ Pathologist/Medical Examiner | |

15. STAGE OF PROCEEDING   Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING | |
|---|---|---|---|---|---|
| a. ☐ Pre-Trial | e. ☐ Appeal | g. ☐ Habeas Petition | k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | l. ☐ Stay of Execution | o. ☐ Other |
| b. ☐ Trial | f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | h. ☐ Evidentiary Hearing | | m. ☐ Appeal of Denial of Stay | |
| c. ☐ Sentencing | | i. ☐ Dispositive Motions | | n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay | |
| d. ☐ Other Post Trial | | j. ☐ Appeal | | | |

**CLAIM FOR SERVICES AND EXPENSES**   **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 6,600.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 538.77 | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $7,138.77 | $0.00 | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Dr. David Lisak, Ph.D., 455 Winch Street, Framingham, MA 01701

TIN: 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
Telephone Number: (617) 947-4119

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 12/14/2008 TO 1/14/2009
CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _David Lisak_ Date 1/30/09

18. CERTIFICATION OF ATTORNEY   I hereby certify that the services were rendered for this case.
Signature of Attorney _J.R. Mart_ Date 2-11-09

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED $0.00 |
|---|---|---|---|

23 ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500.

Signature of Presiding Judge          Date          Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED $0.00 |
|---|---|---|---|

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate)          Date          Judge Code

# David Lisak, Ph.D.
## Forensic Consultation

455 Winch Street
Framingham, MA 01701

617-947-4119
davidlisak@verizon.net

## INVOICE

**Date of Invoice:**    January 16, 2009

**Re:**    William Emmett LeCroy, Jr.

**To:**    John R. Martin
Martin Brothers, P.C.
202 The Grant Building
Fairlie-Poplar District
44 Broad Street, N.W.
Atlanta, Georgia  30303

| Function | Dates | Hours |
|---|---|---|
| Review of documents | 12-14-08; 1-11-09; 1-12-09: | 8 |
| Attorney consultation | 1-12-09; 1-13-09; 1-15-09: | 4 |
| Interviewing | 1-13-09; 1-14-09: | 10 |

### Consultation Fee

22 hours @ $300/hr.  = $6,600.00

### Expenses

| | |
|---|---|
| Airport parking | 72.00 |
| Hotel | 244.16 |
| Rental car | 128.14 |
| Gasoline | 15.21 |
| Meals | 79.26 |
| Total Expenses | 538.77 |

**Total Invoice:**    **$7,138.77**

David Lisak, Ph.D.

# Hilton Garden Inn®
## Terre Haute

750 Wabash Avenue • Terre Haute, IN 47807
Phone (812) 234-8900 • Fax (812) 234-8903
Reservations
www.StayHGI.com or 1 877 STAY HGI

**Name & Address**

LISAK, DAVID
455 WITCH STREET

FRAMINGHAM, MA 01701
US

| | |
|---|---|
| Room | 304/K1RZQ |
| Arrival Date | 1/12/2009   2:47:00PM |
| Departure Date | 1/14/2009 |
| Adult/Child | 1/0 |
| Room Rate | 109.00 |

RATE PLAN          L-GV

HH#
AL:
BONUS AL:          CAR:

CONFIRMATION NUMBER : 3333671876

1/14/2009    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO. | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 1/12/2009 | GUEST ROOM | JOSHSIBC | 148492 | $109.00 | | |
| 1/12/2009 | RM-STATE TAX | JOSHSIBC | 148492 | $7.63 | | |
| 1/12/2009 | RM-LOCAL TAX | JOSHSIBC | 148492 | $5.45 | | |
| 1/13/2009 | GUEST ROOM | JOSHSIBC | 148771 | $109.00 | | |
| 1/13/2009 | RM-STATE TAX | JOSHSIBC | 148771 | $7.63 | | |
| 1/13/2009 | RM-LOCAL TAX | JOSHSIBC | 148771 | $5.45 | | |
| | WILL BE SETTLED TO VS *1761 | | | | | $244.16 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 12:00:00AM | 01/13/09 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $122.08 | $122.08 | $244.16 |
| DAILY TOTAL | $122.08 | $122.08 | $244.16 |

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.  *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 55696  A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

**PAYMENT DUE UPON RECEIPT**

THANK YOU

Massport Parkinfacilities
1 Harborside Inn Suite 200S
East Boston, MB28
Phone: (617) 3H73

Location of your ar Row

Receipt: 6159/06202 01/14/09   Pg. 1/1

Pay Parkino Tidet!        72.00
Entered:    01/1208:49
Paid:       01/1407:04
Facility:   TE Lot
Epan!       79140U0012317480
Total Amount    !       72.00
Credit Visa     !       72.00
xxxx xxxx xxxx IN

                 at Airport
                 317 241 6334
         Broadripple/96th St,
            HHH, tchopstix.com
         12:59           01-14-2009
         MC NO.0000            9449

         Kitchen             $6.49T1
         Drinks              $1.79T1
         -----------------------------
         SUBTOTAL             $8.28
         TAX1                 $0.75
         TOTAL-TAX            $0.75
         -----------------------------
         TOTAL                $9.03
         CASH                $20.03
         CHANGE              $11.00
          CATERING, PARTY PLATES
         Visit our other stores,

**BRUEGGER'S**
Kudos, Comments, Questions?
Call 1-888-8BAKERY
www.brueggers.com

1/12/2009 9:01:11 AM
Eat In
Order Number:  56474

| | | |
|---|---|---|
| 1 | CC Sandwich BGL | 2.29 |
| 1 | Bottled Water | 1.69 |
| | Sub. Total: | 3.98 |
| | Tax: | 0.19 |
| | Total: | 4.17 |
| | Discount Total: | 0.00 |
| | Change | -1.00 |
| | Cash | -5.17 |

| | | |
|---|---|---|
| Register:2 | Tran Seq No: | 56474 |
| Store No: | | Bembery |

BP am/pm 92246
2068 E Hadley Rd
Plainfield
IN 46168
Tel: 3178393185
Fax: 3178393185

Site Number 11901097

Trans#  043083
01/14/09  12:40

| Pump | Gallons | Price |
|---|---|---|
| 05 | 8.500 | $ 1.789 |

| Product | Amount |
|---|---|
| UNLEADED REGU | $ 15.21 |

Total Sale    $ 15.21

VISA
XXXXXXXXXXXX1761
Auth #: 061856
Ref: 56996019
Resp Code: 000
Stan: 0072177178

Case 2:02-cr-00038-RWS-JCF    Document 515-1 [illegible] Filed [illegible] 1/09 [illegible] Page 6 of 12

Cracker Barrel Store #156
Terre Haute, IN
1193058 WHITNEY Z                    1
-----------------------------------
TBL 111/1      3 7 5 6        GST 1
        JAN13'09  3:34PM
-----------------------------------

1 CIDER RG                      1.99
1 PINTO BNS & MFN               3.89
1 TURNIP GNS & MFN              4.19
1 COHAM BISC                    1.79
  576640
1 CB CHOC MNTS                  3.99
  Subtotal                     15.85
  Tip                           3.00
  Tax                           1.11
  Total          1 9 . 9 6
  Charged Tip $                 3.00
  XXXXXXXXXXXX1761        XX/XX
  VISA                         19.96
--366127 CLOSED JAN13  4:03PM--
Merchandise refunds gladly given
within 90 days of purchase when
merchandise is accompanied by
original purchase receipt.
        Thank You
      Please Come Back
    www.CrackerBarrel.com
*****************************
      Reference Number:

Please come again
REG  01-13-2009 08:59
                    000016
FOOD                       $6.30
TAX                        $6.30
TAX                        $0.44
TOTAL                      $6.74
CASH                       $7.00
CHANGE                     $0.26

ALSO AT
1612 LAFAYETTE AVE

#1135                        OUT
                            6.59
1 ORG 3PC ML T/L
  S-POTGRV
  S-GRBEAN
  BISCUIT
-----------------------------------
  SUBT                      6.59
-----------------------------------
  TAX                        .46
  TOTL          7 . 0 5
  CASH                     20.10
  CHNG                     13.05
  WE APPRECIATE YOUR BUSINESS
ROBERT
  0029 13:50 #15 JAN.12'09  REG0001

Case 2:02-cr-00038-RWS-JCF    Document 515-1    Page 6 of 12

Date: 1/13/2009    Time: 6:44:53 PM

Card Type:        Visa
Card Number:      XXXXXXXXXXXXX1761
Expiration Date:  X/XX/XXXX
Server Name:      JAY
Check Number:     252194
Tab Number:       2515

Card Owner:       LISAK/DAVID

**HILTON GARDEN INN**
TERRE HAUTE
750 WABASH AVENUE
TERRE HAUTE, IN 47807
812-234-8900

EMP: AARON W                        VISA
Date 01/14/09              Time 06:50
Table    10
180359
----------------------------------------
Card Holder  LISAK/DAVID
Card Number  xxxxxxxxxxxx11761    xx/xx
Auth-Code..  064660          Ctrl: 12076

Amount..        10.65

Tip....          3.00

Total..         $13.65

AMOUNT 15.66

TIP      3.00

TOTAL    $18.66

Approval: 052197

X _Darrel Lim_

Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

*** Customer Copy ***

Thank you for renting from Budget.
We value your business. Have a safe trip.



**TRANSACTION RECORD**

RENTAL NUMBER     CAR NUMBER     CAR GROUP

380618840    09148101    X

LISAK,DAVID
BCD = T788300
CV . CXXXXXXXXXXXXX1761

```
OUT IND 12JAN09/1307 MI = 28228
IN  IND 14JAN09/1253 MI = 28396
    168 MI@     .00 =
          HR@  21.00 =
         2 DY@ 42.00 =            84.00
*$3.00/DY CFC          =           6.00
$.69/DY ERF            =           1.38
**11.11% FEE           =          10.60
GARS $ 5.00/DAY        =          10.00
TAXABLE SUBTOT         =         111.98
TAX 11.000%            =          12.32
#4% CNTY TX            =           3.84

TOTAL CHARGES          =         128.14
**CONCESSION RECOVERY FEE
#4% MARION CNTY TAX
*$3/DYCUST FAC CHG 14 DAY MAX
ENERGY RECOVERY FEE     .69/DY
```

*Please check your car for personal effects.*

Thank you for renting from Budget.
We value your business. Have a safe trip.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.  Gainesville

DEC 23 2008

JAMES N. HATTEN, Clerk
By _____
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM EMMETT LECROY, JR.,

Defendant.

CASE NO.
2:02-CR-038-RWS-SSC-1

## ORDER GRANTING DEFENDANT'S MOTION FOR FUNDS

Defendant's Motion for Funds for Travel having been presented to the Court, and for good cause being shown, it is hereby

**ORDERED** that counsel for Mr. LeCroy be granted funds for Defendant's expert psychologist Dr. David Lisak to travel to Indianapolis, Indiana and the Federal Correctional Institution in Terre Haute, Indiana on January 12, 2009 through January 15, 2009, in an amount not to exceed $750.00.  Counsel is directed to submit original detailed receipts of actual expenses for air fare, accommodations, and other incurred expenses in order to obtain reimbursement under the Criminal Justice Act.

It is further **ORDERED** that the Defendant's motion and this order be filed under seal.

**SO ORDERED** this _23rd_ day of _December_, 2008.

_Susan S. Cole_

SUSAN S. COLE
UNITED STATES MAGISTRATE JUDGE

(subject to increase per notice issued by the Administrative Office of the Courts).

2.     Counsel's best estimate of the cost of all services (counsel, expert, investigative, and other) through completion of the proceedings under Mr. LeCroy's anticipated motion pursuant to 28 U.S.C. §2255 is $392,594.00[1]. No more than $33,603.00 is expected to be spent for investigative, expert, or other reasonably necessary services. No more than $358,991.00[2] is expected to be spent for defense counsel fees and expenses.

Counsel are advised that pursuant to Section 6.03B, Chapter 6, Volume 7 of the *Guidelines for the Administration of The Criminal Justice Act and Related Statutes*, "[t]he fees **and** expenses for investigative, expert and other services are limited to $7500 in any case unless payment in excess of that amount is certified by the court . . . as necessary to provide fair compensation for services of an unusual character or duration, and the amount of the excess payment is approved by the chief judge of the circuit [or his designee]. The $7,500 limit applies to the total payments for investigative, expert, and other services in a case, not to each service individually." See also 18 U.S.C. § 3599(g)(2). The court's approval of

---

[1] The attorney's fees portion of this calculation is figured at $170.00 per hour, though attorney's fees for services performed prior to January 1, 2008 will be reimbursed at $166.00 per hour.

[2] See Note 1.

2

counsel's budget for investigative, expert and other services is subject to these requirements. Counsel are further advised that fees or expenses for such services that exceed $7,500 will not be accessible until the excess payment is approved by the United States Court of Appeals for the Eleventh Circuit, as noted above. (Judge Story will submit a memorandum to Chief Judge Edmondson seeking advance authorization for payment of these services.)

3.    The procedure and schedule for submission, review, and payment of interim vouchers for counsel will be governed by a separate Memorandum Order to be issued by the Honorable Richard W. Story, United States District Judge. Counsel should use form CJA 30.

4.    The procedure for authorization and interim payment for investigative, expert, and other services will be governed by a separate Memorandum Order to be issued by Judge Story. Persons seeking payment for such services should use form CJA 31.

5.    Counsel's proposed budget is approved. The budget in this case may be re-evaluated/changed when justified by the circumstances. Counsel shall promptly advise the court of significant changes to estimates contained in the budget. Counsel should file a request for additional funds with this court prior to committing funds that have not been approved. Any future request should

3

include a description of the type of service to be performed, an estimate of the time required to perform those services, a cost estimate, and the background and relevant experience of any expert sought to be retained.

6. The Clerk is **DIRECTED** to transmit a copy of this Order to the District Court CJA coordinator, Ms. Judith Motz.

**IT IS SO ORDERED**, this 23rd day of January, 2008.

*Susan S. Cole*

SUSAN S. COLE
United States Magistrate Judge

4