UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C.  Gainesville

APR 01 2009

JAMES N. HATTEN, Clerk
By_____
Deputy Clerk

UNITED STATES OF AMERICA,    )
                             )
v.                           )    CRIMINAL INDICTMENT NO.
                             )    2:02-CR-038
WILLIAM EMMETT LECROY, JR.   )
                             )
Defendant.                   )

## ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR AUTHORIZATION TO PAY DR. DAVID LISAK, PH.D.

Defendant's Ex Parte Motion for Authorization to Pay Dr. David Lisak, Ph.D, having been read and considered by the Court, the Court hereby authorizes the payment of the current voucher of Dr. Lisak in the amount of $7,138.77.

IT IS FURTHER ORDERED that the Defendant's Motion and this Order be filed under seal.

This __1__ day of ~~March~~ April, 2009.

_____
The Honorable Susan S. Cole
United States Magistrate Judge