**U.S. Department of Justice**



United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building    Telephone (404)581-6000*
*75 Spring Street, S.W.                          Fax (404)581-6181*
*Atlanta, Georgia  30303*

April 6,2009

Richard Goss
Courtroom Deputy
2121 U.S. Courthouse
Atlanta, Georgia 30303

  Re: <u>U.S. v. LeCroy</u>
    Criminal Action No. 2:02-CR-038-RWS

Dear Mr.Goss:

  This letter is to notify the Court pursuant to LCrR 57.1E(4),
NDGa, that I will be out of the office from June 15,2009 through
June 26, 2009 assisting with an office evaluation at the USAO in
Chicago and on vacation from July 27, 2009 through July 31, 2009.
I request that the Court not schedule any court appearances in the
above-referenced matters for those dates.

      Sincerely,

      DAVID E. NAHMIAS
      UNITED STATES ATTORNEY

      /S/WILLIAM L. MCKINNON, JR.
      ASSISTANT UNITED STATES ATTORNEY

cc: Counsel for Defendant