# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:02-cr-00038-RWS-SSC**
**USA v. Lecroy**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Chambers on 08/20/2009.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:15 A.M.
TIME IN COURT: 00:15

COURT REPORTER: Sharon Upchurch
DEPUTY CLERK: Rick Goss

| | |
|---|---|
| DEFENDANT(S): | [1]William Emmett Lecroy, Jr. NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | William McKinnon representing USA |
| | Sandra Michaels representing William Emmett Lecroy |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Evidentiary hearing set for 1/11/10. |