# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:02-cr-00038-RWS-SSC**
**USA v. Lecroy**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Open Court on 01/11/2010.

TIME COURT COMMENCED: 9:50 A.M.
TIME COURT CONCLUDED: 4:05 P.M.
TIME IN COURT: 4:10

COURT REPORTER: Sharon Upchurch
DEPUTY CLERK: Rick Goss

| | |
|---|---|
| DEFENDANT(S): | [1]William Emmett Lecroy, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | John Martin representing William Emmett Lecroy<br>William McKinnon representing USA<br>Sandra Michaels representing William Emmett Lecroy<br>** Shanya Dingle representing USA<br>** Mary Jane Stewart representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing(Other Evidentiary Hearing-Contested); |
| JURY INFORMATION: | The Rule of Sequestration was invoked. |
| MINUTE TEXT: | Hearing held in Atlanta. Defendant appeared via video conference from FCC Terre Haute, IN. Witnesses sworn and testified: Paul Kish; Stephanie Kearns; Brian Mendelsohn. Government exhibits admitted: 53-63, 67-70, 85, 86. Defendant exhibits admitted: 1-3. The Court Orders that all sealed documents in this case shall be unsealed. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 10:30 a.m on 1/12/2010. |