FILED IN CHAMBERS
U.S.D.C.  Gainesville

JAN 1 1 2010

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,　　:
　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　:
　　　　　　　　　　　　　　:
WILLIAM EMMETT LECROY　　:　　CRIMINAL ACTION NO.
　　　　　　　　　　　　　　:　　2:02-CR-00038-01-RWS
　　　Defendant.　　　　　　:
　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　:

## ORDER

The Court has received a request from defense counsel to authorize expenses for Marti Carlson to travel from Dallas, Texas to Atlanta, Georgia to testify in this proceeding. Defendant's request is hereby **GRANTED**. Payment of the expenses associated with the travel of Ms. Carlson to Atlanta to provide testimony is hereby **AUTHORIZED**.

**SO ORDERED** this _11th_ day of January, 2010.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)