# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:02-cr-00038-RWS-SSC
### USA v. Lecroy
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 01/12/2010.

TIME COURT COMMENCED: 10:50 A.M.
TIME COURT CONCLUDED: 4:25 P.M.
TIME IN COURT: 4:10

COURT REPORTER: Sharon Upchurch
DEPUTY CLERK: Rick Goss

DEFENDANT(S):     [1]William Emmett Lecroy, Jr. Present at proceedings

ATTORNEY(S) PRESENT:     John Martin representing William Emmett Lecroy
William McKinnon representing USA
Sandra Michaels representing William Emmett Lecroy
** Shanya Dingle representing USA
** Mary Jane Stewart representing USA

PROCEEDING CATEGORY:     Evidentiary Hearing(Other Evidentiary Hearing-Contested);

MINUTE TEXT:     Hearing held in Atlanta. Defendant appeared via video conference from FCC Terre Haute, IN. Witnesses sworn and testified: Dr. Michael Hilton ; Dr. Marti Carlson; Brian Mendelsohn recalled. Government exhibits admitted: 72, 73, 103. Defendant exhibits admitted: 4, 14-16.

HEARING STATUS:     Hearing not concluded. Court adjourned and will reconvene at 10:00 a.m. on 1/13/2010.