Case 2:02-cr-00038-RWS-JCF    Document 523    Filed 01/14/10    Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:02-cr-00038-RWS-SSC
### USA v. Lecroy
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 01/13/2010.

TIME COURT COMMENCED: 10:25 A.M.
TIME COURT CONCLUDED: 4:50 P.M.
TIME IN COURT: 4:40

COURT REPORTER: Sharon Upchurch
DEPUTY CLERK: Rick Goss

DEFENDANT(S): [1]William Emmett Lecroy, Jr. Present at proceedings

ATTORNEY(S) PRESENT:
John Martin representing William Emmett Lecroy
William McKinnon representing USA
Sandra Michaels representing William Emmett Lecroy
** Shanya Dingle representing USA
** Mary Jane Stewart representing USA

PROCEEDING CATEGORY: Evidentiary Hearing(Other Evidentiary Hearing-Contested);

MINUTE TEXT: Hearing held in Atlanta. Defendant appeared via video conference from FCC Terre Haute, IN. Witnesses sworn and testified: Jeffrey Martin; West Taylor; Joey Burby; Lucy Moses; Joe Plummer; Russell Vineyard. Government exhibits admitted: 2-4, 6-22, 24-33, 37-39, 41, 64-66, 71, 90, 108-110. (Government exhibit admitted 103 from 1/12 was in error and not admitted) Defendant exhibits admitted: 7, 13, 17-22. Defendant exhibits 20-22 are placed under seal.

HEARING STATUS: Hearing not concluded. Court adjourned and will reconvene at 10:00 a.m. on 2/8/2010.

EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.