# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:02-cr-00038-RWS-SSC
## USA v. Lecroy
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 02/08/2010.

TIME COURT COMMENCED: 10:10 A.M.
TIME COURT CONCLUDED: 4:15 P.M.
TIME IN COURT: 4:40

COURT REPORTER: Elise Evans
DEPUTY CLERK: Rick Goss

DEFENDANT(S):          [1]William Emmett Lecroy, Jr. Present at proceedings

ATTORNEY(S)            John Martin representing William Emmett Lecroy
PRESENT:               William McKinnon representing USA
                       Sandra Michaels representing William Emmett Lecroy
                       ** Mary Jane Stewart representing USA

PROCEEDING             Evidentiary Hearing(Other Evidentiary Hearing-Contested);
CATEGORY:

MINUTE TEXT:           Hearing held in Atlanta. Defendant appeared via video conference
                       from FCC Terre Haute, IN. Witnesses sworn and testified: Dr. David
                       Lisak; Dr. Julie Medland. Government exhibits admitted: 111-116.
                       Parties to confer regarding briefing schedule.