UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, )
)
    v. )     CASE NO.
)     2:02-CR-038-RWS-SSC-1
WILLIAM EMMETT LECROY, JR. )
)
    Defendant. )

DEFENDANT'S PROFFER OF MITIGATION WITNESS TESTIMONY

DEFENDANT WILLIAM EMMETT LECROY, JR., by and through his undersigned appointed counsel, and pursuant to the Court's instructions, hereby files this, his proffer of additional witness testimony that the Defendant requests the Court to receive and consider in support of his petition for relief under 28 U.S.C. §2255. The Defendant believes the Court should receive evidence from the following witnesses.

-1-

Julie Cook is Mr. LeCroy's paternal cousin. If she had been called to testify at the Defendant's trial she would have testified that she grew up with Mr. LeCroy in the Marietta, Georgia area. Ms. Cook is approximately five years younger than Mr. LeCroy. Ms. Cook would testify that when she was five years old and he was ten years old, Mr. LeCroy lay on top of her and simulated sexual intercourse on her, by rubbing his body back and forth on hers. This testimony would have

1

supported a conclusion that Mr. LeCroy had been sexually abused, because, as Dr. Lisak testified, sexually abused children will often engage in age inappropriate sexual activity after being abused. Ms. Cook was not interviewed by anyone from the defense team.

-2-

Kristie Cook Grasis is Mr. LeCroy's paternal cousin and Julie Cook's sister. She would also testify to age inappropriate sexual episodes with Mr. LeCroy, further corroborating evidence of the sexual abuse the Defendant suffered and its consequences. If she had been called to tiestfy, she would have also testified to witnessing the physical and mental abuse Mr. LeCroy's father, her uncle, engaged in against the Defendant. In addition, she would have testified as to good qualities of the Defendant. Ms. Grasis would have testified that the Defendant told her he had been sexually assaulted by a guard while in Georgia State Prison. Ms. Grasis would have testified that she recalled the LeCroy boys having babysitters when they were young. Ms. Grasis would testify that the Defendant engaged in inappropriate sexual behavior with her when they were children, specifically while in a car on a family vacation. She would also testify that the Defendant and his mother appeared to have an inappropriate intimate relationship.

-3-

Chad LeCroy is Mr. LeCroy's brother. If he had been called to testify at trial he would have testified about the physical abuse and beatings his father inflicted upon both he and his brother, but in particular on the Defendant. Mr. Chad LeCroy would also testify as to the mental abuse his father inflicted upon both brothers, but in particular on the Defendant. Chad would have testified to the violence Mr. LeCroy, Sr. inflicted upon their mother, Donna LeCroy, and the atmosphere of fear and violence in which they grew up. He would have testified as to the times his father attempted to kill their mother. He would have testified as to the time his father sexually assaulted their mother. Chad LeCroy would also testify as to their mother's leaving him and the Defendant with their father to live, when she left the marriage and how they both felt abandoned by her. Chad would also testify as to the impact the divorce had on he and his brother, and how the Defendant was close to their mother.

Chad LeCroy would testify as to good qualities of his brother, his creative abilities in writing stories, poems and greeting cards. Chad LeCroy would confirm that his father and his Uncle Larry, whom they worked with, constantly made derogatory remarks about homosexuals. This would have been important testimony in light of Dr. Lisak's testimony concerning how the childhood sexual abuse of the Defendant caused severe confusion as to his sexuality. Chad LeCroy would testify

3

as to inappropriate sexual behavior that the LeCroys and their cousins, Kristie and Julie Cook and Richard and Russell Kelly engaged in when they were children. Chad LeCroy would testify that he recalled that he and the Defendant had a babysitter when they were younger and that the Defendant would hug on the babysitter all the time.

-4-

Larry LeCroy is the Defendant's paternal uncle. If he had been called to testify, Larry LeCroy would have testified that he lived in the same neighborhood and was a constant presence in the lives of his brother and his nephews while they were growing up.  Larry LeCroy would have testified as to the violence in the home witnessed by the LeCroy boys and experienced by their mother, Donna LeCroy. Larry LeCroy would also testify of inappropriate intimate behavior between the Defendant and his mother, such as the Defendant's mother asking the Defendant to sit on her lap when he was an older teenager and calling the Defendant her "boyfriend."

Larry LeCroy would have also testified to the good qualities of the Defendant. He would have testified as to his brother, William LeCroy, Sr.'s abuse, both physical and mental, of both boys, and in particular the Defendant. He would have testified that the LeCroy boys and the Cook female cousins were observed engaging in inappropriate sexual conduct when they were children and were

4

punished. Mr. Larry LeCroy would also have testified to being told by his brother that the Defendant had been sexually assaulted while he was in state prison and that is when he attempted to kill himself.

-5-

Linda Cook is Mr. LeCroy's paternal aunt. If she had been called to testify she would have testified to being present during Mr. LeCroy's childhood, and living in the same apartment complex as they did when Mr. LeCroy and his brother were very young. Ms. Cook would have testified to the conditions in Mr. LeCroy's house when he was growing up and the effect her brother's and his wife's divorce had on the Defendant. Ms. Cook would also testify as to good qualities of the Defendant. Ms. Cook would further testify that the Defendant's mother, Donna LeCroy, worked a lot when he was younger and that Chad and the Defendant had numerous female babysitters while they lived in the same apartment complex. Ms. Cook would also have testified to punishing her daughters for engaging in inappropriate sexual behavior with the LeCroy boys when they were young children.

-6-

Russell Kelly is Mr. LeCroy's paternal cousin. If he had been called to testify, Mr. Kelly would have testified as to the physical and emotional abuse the Defendant's father inflicted upon the Defendant and his brother, Chad. He would

testify as to how the Defendant's parents' divorce traumatized the Defendant. Mr. Kelly would also testify as to the inappropriate sexual behavior the cousins, including the Defendant, engaged in as children. He would also testify as to his recollection of the Defendant's telling him when they were younger about the sexual acts the babysitter did to him.

-7-

Richard Kelly is the Defendant's paternal cousin. If he had been called to testify, he would have testified as to the inappropriate sexual conduct he and his cousins engaged in when they were young. Mr. Kelly would have testified as to the violence in the LeCroy household and in the Kelly household and that as a result of the violence, he and the Defendant ran away from home when they were children to get away from their families.

-8-

Denisha Butler was the Defendant's former step mother. She was married to Mr. LeCroy, Sr. when the Defendant was a teenager. If she had been called to testify she would have testified to Mr. LeCroy, Sr.'s violence towards Chad and the Defendant. Ms. Butler would have testified to Mr. LeCroy, Sr.'s singling out the Defendant for additional abuse. Ms. Butler would have testified to the Defendant's good qualities, such as being respectfully to her, well mannered and always helpful.

-9-

Rita LeCroy Kelly McLeod is Mr. LeCroy's paternal aunt. If she had been called to testify she would have testified to good qualities of the Defendant. She would have testified as to the devastating effect his parents' divorce had upon him as a child.

-10-

Jamie LeCroy is the Defendant's half brother. If he had been called to testify he would have testified as to good things about his half brother and his communications with him during the Defendant's incarcerations.

This 18th day of February, 2010.

Respectfully submitted,

s/John R. Martin

44 Broad Street, N.W.                    John R. Martin
Suite 202 The Grant Building         Georgia Bar No. 473325
Atlanta, Georgia  30303
404.522.0400
jack@martinbroslaw.com

s/Sandra Michaels

Sandra Michaels
44 Broad Street, N.W.                    Georgia Bar No. 504014
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
slmichaels@mindspring.com          Counsel for William LeCroy

7

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2010, I electronically filed the foregoing **DEFENDANT'S PROFFER OF MITIGATION WITNESS TESITMONY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to William McKinnon, Assistant United States Attorney.

s/John R. Martin
JOHN R. MARTIN