# SANDRA MICHAELS

MARTIN BROTHERS
ATTORNEYS AT LAW

44 BROAD STREET
THE GRANT BUILDING
SUITE 202
ATLANTA, GEORGIA 30303
404-522-0400
FAX 404-223-6467
slmichaels@mindspring.com

February 22, 2010

| | |
|---|---|
| Courtroom Deputy for Judge Thrash<br>US Courthouse, Rm 2188<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Story<br>US Courthouse, Rm 2121<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |
| Courtroom Deputy for Judge Evans<br>US Courthouse, Rm 1988<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Carnes<br>US Courthouse, Rm 2167<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |
| Courtroom Deputy for Judge King<br>US Courthouse, Rm 2007<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Brill<br>US Courthouse, Rm 1837<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |

Re:  U. S. v. Mariama Stenson, Case No. 1:09-CR-498-TWT-ECS
     U. S. v. Yvonne Bostic, Case No. 1:09-CR-516-ODE-ECS
     U. S. v. Haces-Delgado, Case No. 1:09-CR-184-JEC-JFK
     U. S. v. William LeCroy, Case No. 2:02-CR-038-RWS-SSC
     U. S. v. Cortes-Meza, Case No. 1:08-CR-55-RWS-GGB

Dear Courtroom Deputies,

This letter is to notify the Court pursuant to Local Rule 57.1E(4), that I request that no proceedings be calendared during the following periods, for which I request a leave of absence:

April 30-May 11, 2010

I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

s/Sandra Michaels
SANDRA MICHAELS

SM:cm