## MARTIN BROTHERS, P.C.
### ATTORNEYS AT LAW
#### A PROFESSIONAL CORPORATION

JOHN R. MARTIN

OF COUNSEL
SANDRA MICHAELS

February 22, 2010

202 THE GRANT BUILDING
FAIRLIE-POPLAR DISTRICT
44 BROAD STREET, N.W.
ATLANTA, GEORGIA 30303
TELEPHONE 404-522-0400
FAX 404-223-6467

Courtroom Deputy for Judge Story
US Courthouse, Rm 2121
75 Spring Street, S.W.
Atlanta, GA   30303

Re:   United States v. William Emmett LeCroy, Jr.
      Case No. 2:02-CR-038-RWS-SSC

Dear Courtroom Deputy,

This letter is to notify the Court pursuant to LCrR57.1E(4), that I will be out of the office for a family vacation on the following dates:

April 30, 2010 through May 11, 2010

I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

s/John R. Martin
JOHN R. MARTIN

JRM:cm
cc:   all counsel
      (via ECF)