**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,    :
                                   :

v.                                          :

WILLIAM EMMETT LECROY, JR.,  :   CIVIL ACTION NO.
         Defendant.              :   2:02-CR-038-RWS
                                     :
                                     :
                                     :
                                     :

## <u>ORDER</u>

This case comes before the Court on Defendant's Proffer of Mitigation Witness Testimony [527].  In Defendant's Traverse to the Government's response to his Section 2255 motion, he contended that his trial counsel should have presented mitigating witnesses "who could have testified about bizarre sexual activities that were allowed or occurred involving the Defendant as a child . . . ." Dkt. No. [511] at 13.  Following the Court's Order and subsequent hearing on these issues, the Court allowed the Defendant to make a written proffer regarding what "bizarre sexual activity" evidence the Defendant seeks to present. <u>See</u> Dkt. No. [512] at 2; Hearing Tr., Dkt. No. [537] at 725.

Upon consideration of the proffer and each party's responses, this Court finds that Defendant's proffer does not warrant the holding of a hearing to receive evidence .  Accepting the evidence on its face, this evidence was, for the most part,  expressly discussed by Defendant's mitigation expert at trial. <u>See</u> Trial Tr., Dkt. No. [436] at 2531-32.  Any additional presentation of this same evidence would only be cumulative.  And any evidence that would not be cumulative would not constitute new evidence of "bizarre sexual activity."

Therefore, the Court will not conduct a hearing to receive additional evidence.  The parties are **ORDERED** to submit a Joint Proposed Schedule for final briefing of the issues in this action.

**SO ORDERED** this   7th   day of December, 2010.

_____

**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)