IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA        :
                                  :        CRIMINAL ACTION
        v.                 :
                                  :        NO. 2:02-CR-038-RWS
WILLIAM EMMETT LECROY, JR.    :

GOVERNMENT'S NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through its counsel, Sally Quillian Yates, United States Attorney for the Northern District of Georgia, and Shanya J. Dingle, Assistant United States Attorney for said District, and hereby files Government's Notice of Appearance in the above-captioned case to advise the Court that Shanya J. Dingle, Assistant United States Attorney, will be co-counsel in prosecuting this case.  Please add Shanya J. Dingle, Assistant United States Attorney, as co-counsel of record for the United States of America.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/ SHANYA DINGLE
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
404/581-6000
404/581-6181 (Fax)
Provisionally Admitted Pursuant
to Local Rule 83.1(A)(3)

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document electronically:

John Richard Martin
jack@martinbroslaw.com

Sandra Louise Michaels
slmichaels@mindspring.com

This 5th day of APRIL, 2011.

/s/ SHANYA J. DINGLE
ASSISTANT UNITED STATES ATTORNEY
Shanya.Dingle@usdoj.gov