# SANDRA MICHAELS

MARTIN BROTHERS
ATTORNEYS AT LAW

44 BROAD STREET
THE GRANT BUILDING
SUITE 202
ATLANTA, GEORGIA 30303
404-522-0400
FAX 404-223-6467
slmichaels@mindspring.com

May 17, 2011

| | |
|---|---|
| Courtroom Deputy for Judge Thrash<br>US Courthouse, Rm 2188<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Story<br>US Courthouse, Rm 2121<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |
| Courtroom Deputy for Judge Evans<br>US Courthouse, Rm 1988<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Carnes<br>US Courthouse, Rm 2167<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |
| Courtroom Deputy for Judge King<br>US Courthouse, Rm 2007<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Brill<br>US Courthouse, Rm 1837<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |
| Courtroom Deputy for Judge Duffey<br>U. S. Courthouse, Rm 1721<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 | Courtroom Deputy for Judge Schofield<br>U. S. Courthouse, Rm 1807<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |

Re:  U. S. v. Mariama Stenson, Case No. 1:09-CR-498-TWT-ECS
     U. S. v. Haces-Delgado, Case No. 1:09-CR-184-JEC-JFK
     U. S. v. William LeCroy, Case No. 2:02-CR-038-RWS-SSC
     U. S. v. Cortes-Meza, Case No. 1:08-CR-55-RWS-GGB
     U. S. v. Genia Elam, Case No. 1:11-CR-231-2-JEC
     U. S. v. Haces Delgado, Case No. 1:09-CR-184-JEC-JFK
     U. S. v. Haces Delgado, Case No. 1:09-CR-446-TWT-LTW
     U. S. v. Terreco Jones, Case No. 1:10-CR-252-ODE
     U. S. v. Laponcio Ross, Case No. 1:-11-CR-200-WSD-AJB
     U. S. v. Eduardo Moreno-Rosales, Case No. 1:09-CR-361-4-RWS
     U. S. v. Boyer, Case No. 1:11-MJ-229-ECS
     U. S. v. Hidalgo, Case No. 1:10-CR-156-RWS-ECS

Dear Courtroom Deputies,

     This letter is to notify the Court pursuant to Local Rule 57.1E(4), that I request that no proceedings be calendared during the following periods, for which I request a leave of absence:

     June 6, 2011 through June 10, 2011
     August 9, 2011 through August 12, 2011
     September 1, 2011 through September 30, 2011

I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

s/Sandra Michaels
SANDRA MICHAELS

SM:cm
cc:  all counsel
     (via ECF)