**MARTIN BROTHERS, P.C.**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

JOHN R. MARTIN

OF COUNSEL
SANDRA MICHAELS

May 18, 2011

202 THE GRANT BUILDING
FAIRLIE-POPLAR DISTRICT
44 BROAD STREET, N.W.
ATLANTA, GEORGIA 30303
TELEPHONE 404-522-0400
FAX 404-223-6467

| Courtroom Deputy for Judge Story | Courtroom Deputy for Judge Cooper |
|---|---|
| US Courthouse, Rm 2121 | US Courthouse, Rm 1701 |
| 75 Spring Street, S.W. | 75 Spring Street, S.W. |
| Atlanta, GA  30303 | Atlanta, GA  30303 |

Re:  United States v. William Emmett LeCroy, Jr.
      Case No. 2:02-CR-038-RWS-SSC

      United States v. Lawrence Jefferson,
      Case No. 1:96-CV-989-CC

Dear Courtroom Deputies,

      This letter is to notify the Court pursuant to Local Rule 57.1E(4), that I request that no proceedings be calendared during the following periods, for which I request a leave of absence:

      June 6, 2011 through June 10, 2011
      August 9, 2011 through August 12, 2011
      September 1, 2011 through September 6, 2011

      I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

                          Sincerely,

                          s/John R. Martin
                          JOHN R. MARTIN

JRM:cm
cc: all counsel
     (via ECF)