**MARTIN BROTHERS, P.C.**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

JOHN R. MARTIN

OF COUNSEL
SANDRA MICHAELS

May 19, 2011

202 THE GRANT BUILDING
FAIRLIE-POPLAR DISTRICT
44 BROAD STREET, N.W.
ATLANTA, GEORGIA 30303
TELEPHONE 404-522-0400
FAX 404-223-6467

| Courtroom Deputy for Judge Story | Courtroom Deputy for Judge Cooper |
|---|---|
| US Courthouse, Rm 2121 | US Courthouse, Rm 1701 |
| 75 Spring Street, S.W. | 75 Spring Street, S.W. |
| Atlanta, GA  30303 | Atlanta, GA  30303 |

Re:  United States v. William Emmett LeCroy, Jr.
     Case No. 2:02-CR-038-RWS-SSC

     United States v. Lawrence Jefferson,
     Case No. 1:96-CV-989-CC

Dear Courtroom Deputies,

     This letter is to correct the previously filed request for leave of absence filed on May 18, 2011, pursuant to Local Rule 57.1E(4). The dates for which I request a leave of absence as follows:

     May 30, 2011 through June 3, 2011
     August 9, 2011 through August 12, 2011
     September 1, 2, 5, 6, 2011
     September 9, 12, 13, 14, 15, 16, 19, 20, 21, 22, 23, 26, 27, 28, 29, 30, 2011

     I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

                              Sincerely,

                              s/John R. Martin
                              JOHN R. MARTIN

JRM:cm
cc:  all counsel
     (via ECF)