**MARTIN BROTHERS, P.C.**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

JOHN R. MARTIN
_____
OF COUNSEL
SANDRA MICHAELS

January 27, 2012

202 THE GRANT BUILDING
FAIRLIE-POPLAR DISTRICT
44 BROAD STREET, N.W.
ATLANTA, GEORGIA 30303
TELEPHONE 404-522-0400
FAX 404-223-6467

```
Courtroom Deputy for Judge Story
US Courthouse, Rm 2121
75 Spring Street, S.W.
Atlanta, GA  30303
```

Re:  United States v. William Emmett LeCroy, Jr.
     Case No. 2:02-CR-038-RWS-SSC

Dear Courtroom Deputy,

This letter is to notify the Court, pursuant to Local Rule 57.1E(4), that I request that no proceedings be calendared during the following period, for which I request a leave of absence:

May 18, 2012 through June 8, 2012

I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

s/John R. Martin
JOHN R. MARTIN

JRM:cm
cc:  all counsel
     (via ECF)