IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | 2:02-CR-038-RWS-SSC-1 |
| WILLIAM EMMETT LECROY, JR. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WILLIAM EMMETT LECROY, JR. | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | 2:08-CV-2277-RWS |
| | ) | |
| v. | ) | Prisoner Habeas Petition |
| | ) | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner William Emmett LeCroy, Jr. hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court (Doc. 551) denying his Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. §2255 (Doc. 493), as well as the Order (Doc. 554) of the District Court denying Petitioner's Motion to Alter or Amend the Judgment (Doc. 553).

This 2nd day of October, 2012.

Respectfully submitted,

s/John R. Martin
John R. Martin
Georgia Bar No. 473325

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
jack@martinbroslaw.com

s/Sandra Michaels
Sandra Michaels
Georgia Bar No. 504014

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
slmichaels@mindspring.com

Counsel for William LeCroy

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2012, I electronically filed the foregoing

**Notice of Appeal** with the Clerk of Court using the CM/ECF system.

s/John R. Martin
JOHN R. MARTIN