# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### 201 UNITED STATES COURTHOUSE
### 121 SPRING STREET, SE
### GAINESVILLE, GEORGIA 30501

JAMES N. HATTEN
CLERK OF COURT

TELEPHONE
678-450-2760

October 3, 2012

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

Re:    *United States of America v. WILLIAM EMMETT LECROY, JR.*
USDC Criminal No. 2:02-cr-38-RWS;  USCA No.

Enclosed are documents regarding an appeal in the action referenced above.  Please acknowledge receipt of same on the enclosed copy of this letter.

|   |   |
|---|---|
| **x** | Certified copy of notice of appeal, docket, order and/or judgment and commitment appealed from enclosed. |
|   | Original record transmitted pursuant to request.  (See attached copy of request.) |
|   | Appeal fees  been paid. |
|   | Certified copy of order appointing Federal Defender Program enclosed. |
| **x** | Certified copy of CJA orders appointing counsel enclosed. |
|   | Appellant has been forwarded an application to proceed IFP. |
|   | Appellant has been granted leave to proceed IFP, copy of order enclosed. |
|   | An appeal bond has been denied. |
| **x** | Magistrate/Judge appealed from is **Honorable Richard W. Story.** |
|   | Other: |

The enclosed certified,  record on appeal consists of:

Volume(s) of pleadings.                    Volume(s) of exhibits.

Volume(s) of transcripts.                   PSI enclosed. (SEALED)

Sincerely,

James N. Hatten
Clerk of Court

By:    s/Stacey Kemp
Deputy Clerk

Enclosures