# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
ROOM 201, FEDERAL BUILDING
121 SPRING STREET, SE
GAINESVILLE, GEORGIA 30501

JAMES N. HATTEN                                                    TELEPHONE
CLERK OF COURT                                                     678-450-2760

October 3, 2012

John R. Martin
44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, GA  30303

Re:   *USA v. William Lecroy, Jr.*
      **Criminal Action No.:  2:02-cr-38-RWS**

Dear Mr. Martin:

On 10/02/12 we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

_____    Docketing fee of $ 5.00

_____    Filing fee of $ 450.00

_____    or Application to proceed on appeal *in forma pauperis*.

___x___    Please complete the attached appeal information sheet as directed.

Sincerely,

James N. Hatten
Clerk of Court

By:  s/Stacey Kemp
     Deputy Clerk

cc:    USCA