## UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF GEORGIA**
**201 UNITED STATES COURTHOUSE**
**121 SPRING STREET, SE**
**GAINESVILLE, GEORGIA 30501**

**JAMES N. HATTEN**
**CLERK OF COURT**

**TELEPHONE**
**678-450-2760**

December 19, 2012

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

Re:    *United States of America v. William Emmett Lecroy, Jr.*
       **USDC Criminal No. 2:02-cr-38-RWS-02;  USCA No. 12-15132-P**

Enclosed are documents regarding an appeal in the action referenced above.  Please acknowledge receipt of same on the enclosed copy of this letter.

Certified copy of notice of appeal, docket, order and/or judgment and commitment appealed from enclosed.

Original record transmitted pursuant to request.  (See attached copy of request.)

Appeal fees  been paid.

Certified copy of order appointing Federal Defender Program enclosed.

Certified copy of CJA order appointing counsel enclosed.

Appellant has been forwarded an application to proceed IFP.

Appellant has been granted leave to proceed IFP, copy of order enclosed.

An appeal bond has been denied.

Magistrate/Judge appealed from is **Honorable .**

**x**    Other: [564] Certificate of Appealability

The enclosed certified,  record on appeal consists of:

Volume(s) of pleadings.                           Volume(s) of exhibits.

Volume(s) of transcripts.                         PSI enclosed. (SEALED)

Sincerely,

James N. Hatten
Clerk of Court

By:    s/Stacey Kemp
       Deputy Clerk

Enclosures