# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 10, 2013

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  12-15132-P
Case Style:  William LeCroy, Jr. v. USA
District Court Docket No:  2:08-cv-00083-RWS
Secondary Case Number:  2:02-cr-00038-RWS-SSC-1


The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to:  Jenifer L. Tubbs
Phone #:  404-335-6166


MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-15132-P

_____

WILLIAM EMMETT LECROY, JR.,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

Appellant's motion for an extension of time, to February 27, 2013, to file his initial brief and record excerpts is *Granted*

_____
UNITED STATES CIRCUIT JUDGE