

**ROA request; 12-15132-P**
**Jenifer Tubbs**   to: Stacey Kemp                                05/07/2013 11:31 AM
Cc:  Vicki Dougherty

William LeCroy Jr. v. USA

USDC#  2:08-cv-00083-RWS

Please forward the COR and record on appeal to my attention.  This is a capital case.  Therefore, I will
need the record in paper form (not electronically).

Thanks,
Jenifer

*Jenifer Tubbs*
*U.S. Court of Appeals - 11th Circuit*
*Assistant Supervisor / Capital Cases*
*Atlanta, GA*
*(404) 335-6166 or (404) 335-6200*
*fax:  (404) 331-7040*

ATTEST: A TRUE COPY
CERTIFIED THIS

MAY - 7 2013

By: James N. Hatten, Clerk
Deputy Clerk