# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ROOM 201, FEDERAL BUILDING
### 121 SPRING STREET, SE
### GAINESVILLE, GEORGIA 30501

JAMES N. HATTEN
CLERK OF COURT

TELEPHONE
678-450-2760

June 4, 2013

**In Re:**      *USA v. William Emmett Lecroy, Jr.*

**USDC No.:**   **2:02-cr-38-RWS-01**

**USCA No.:**   **12-15132-P**

---

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to the Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Northern District of Georgia hereby certifies that the record, as more particularly described below, is complete for purposes of appeal.  The record and all necessary exhibits and transcripts or parts thereof designated for inclusion consist of:

|  |  |
|---|---|
| 19 | Volume(s) of pleadings (1 Sealed) |
| 37 | Volume(s) of transcripts |

Exhibits consisting of:

|  |  |
|---|---|
|  | Boxes |
|  | Folders |
| 8 | Envelopes |
|  | PSI report(s)  (Sealed) |

Sincerely,

James N. Hatten
Clerk of Court

By:     s/Stacey Kemp
Deputy Clerk