# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### 201 UNITED STATES COURTHOUSE
### 121 SPRING STREET, SE
### GAINESVILLE, GEORGIA 30501

JAMES N. HATTEN
CLERK OF COURT

TELEPHONE
678-450-2760

June 4, 2013

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

> **Re:** *United States of America v. William Emmett Lecroy, Jr.*
> **USDC Criminal No. 2:02-cr-38-RWS;  USCA No. RWS**

Enclosed are documents regarding an appeal in the action referenced above.  Please acknowledge receipt of same on the enclosed copy of this letter.

_____  Certified copy of notice of appeal, docket, order and/or judgment and commitment appealed from enclosed.

_____  Original record transmitted pursuant to request.  (See attached copy of request.)

_____  Appeal fees  been paid.

_____  Certified copy of order appointing Federal Defender Program enclosed.

_____  Certified copy of CJA order appointing counsel enclosed.

_____  Appellant has been forwarded an application to proceed IFP.

_____  Appellant has been granted leave to proceed IFP, copy of order enclosed.

_____  An appeal bond has been denied.

_____  Magistrate/Judge appealed from is **Honorable .**

__x__  Other: CERTIFICATE OF READINESS

The enclosed certified,  record on appeal consists of:

_____  Volume(s) of pleadings.          _____  Volume(s) of exhibits.

_____  Volume(s) of transcripts.          _____  PSI enclosed. (SEALED)

Sincerely,

James N. Hatten
Clerk of Court

By:     s/Stacey Kemp
Deputy Clerk

Enclosures