**MARTIN BROTHERS, P.C.**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

JOHN R. MARTIN
───────
OF COUNSEL
SANDRA MICHAELS

March 17, 2015

202 THE GRANT BUILDING
FAIRLIE-POPLAR DISTRICT
44 BROAD STREET, N.W.
ATLANTA, GEORGIA 30303
TELEPHONE 404-522-0400
FAX 404-223-6467

The Honorable Richard W. Story
United States District Court
2121 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

*FILED IN CLERK'S OFFICE*
*U.S.D.C. Gainesville*

*APR 0 3 2015*

By: JAMES N. HATTEN, Clerk
Deputy Clerk

RE:    United States v. William Emmett LeCroy, Jr.,
       Criminal Indictment No. 2:02-CR-038

Dear Judge Story,

On March 9, 2015, the Supreme Court entered an Order denying our Petition for Writ of Certiorari. The case has now been returned to the District Court. (Doc. 576). Based upon my letter to of August 22, 2014 and your response of September 4, 2014, I am requesting that a new appointment be entered for Ms. Michaels and myself to represent Mr. LeCroy for whatever remaining legal processes are available to him, as well as a request for commutation of his sentence by the President. 18 U.S.C. §3599(e); Harbison v. Bell, 556 U.S. 180 (2009). It is my understanding that our time and expenses would be submitted to you and any travel requests would be requested in advance through Ms. Motz in the Clerk's Office.

Should you need any additional information from me, please let us know.

Best regards.

Sincerely,

John R. Martin

John R. Martin

JRM:cm