## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,     :

                      :       CRIMINAL INDICTMENT

v.                    :       2:02-CR-038-RWS-JCF

                      :

WILLIAM EMMETT LECROY, JR.     :

### ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is the letter motion of Defendant for the appointment of counsel for whatever remaining legal processes are available to him, as well as a request for commutation of his sentence by the President (Doc. 577). Pursuant to 18 U.S.C. §§ 3006A and 3599, and Volume 7 of the *Guidelines for the Administration of the Criminal Justice Act and Related Statutes*, which includes among other applicable provisions Chapter 6, concerning <u>Representation in Federal Death Penalty Cases and in Federal Capital Habeas Court Proceedings</u> ("the *Guidelines"*), Defendant's motion is **GRANTED**. The Court continues the appointment of John R. Martin as lead counsel and Sandra L. Michaels as co-counsel to represent Defendant in accordance with the CJA Form 30 and 31 filed contemporaneously with this Order as to each counsel.

In accordance with the *Guidelines* and applicable statutes, counsel are **DIRECTED** to prepare a proposed budget that includes their best estimate of the

costs of all services (counsel, expert, investigative, and other) for the case and to submit their proposed budget to the court *ex parte* under seal by May 30, 2015.

    **IT IS SO ORDERED** this 13th day of April, 2015.

                  /s/ *J. CLAY FULLER*
                  J. CLAY FULLER
                  United States Magistrate Judge