IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | 2:02-CR-038-RWS-SSC-1 |
| WILLIAM EMMETT LECROY, JR. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WILLIAM EMMETT LECROY, JR. | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | 2:08-CV-2277-RWS |
| | ) | |
| v. | ) | Prisoner Habeas Petition |
| | ) | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO PREPARE PROPOSED
BUDGET**

Undersigned appointed counsel for Defendant William Emmett LeCroy, Jr.,

John R. Martin and Sandra L. Michaels, hereby request that the Court allow

through and including July 31, 2015 to submit a proposed budget for their

continued representation of Mr. LeCroy in this matter.

-1-

On April 13, 2015, the Court entered an Order continuing the appointment

of John R. Martin and Sandra Michaels to represent the Defendant in remaining

1

legal proceedings in this case, including a request for commutation of his sentence by the President. (Doc. 578).

-2-

Counsel has been in contact with Resource Counsel regarding a proposed budget, who have recommended that counsel associate on a pro bono basis a law willing to assist in the representation or in the alternative a Federal Public Defender office, other than the Atlanta office, to assist in the remaining issues involved in this case, as has happened with other defendants in the same posture as Mr. LeCroy.

-3-

This process is ongoing and counsel has not yet obtained an agreement for additional counsel to assist on a pro bono basis.

-4-

In addition, it is unclear exactly what future proceedings may be necessary regarding execution protocols in light of the fact that the Attorney General has not yet approved any such protocols and issues regarding lethal injection are pending before the United States Supreme Court. If litigation on this issue is required, expert services would be necessary.

-5-

In sum, it is difficult for counsel at this time to give their best estimate of the cost of services that may be necessary and accordingly, counsel request that the Court allow additional time to come up with this figure.

-6-

In particular, there is a meeting scheduled for July 21-22, 2015, in Philadelphia, Pennsylvania, for counsel with clients in the same posture as Mr. LeCroy to discuss related issues. Counsel believe that with additional time and after that meeting in July counsel will be in a better posture to give an accurate proposed budget.

-7-

It is not expected that counsel will have to spend significant time in their representation of Mr. LeCroy prior to that meeting in July.

-8-

Accordingly, counsel respectfully request that the Court allow counsel through and including July 31, 2015 to submit a proposed budget. Should matters become clearer before that time, counsel would be in a position to submit such a proposed budget prior to that date.

WHEREFORE, counsel respectfully request that the Court allow through and including July 31, 2015 to submit ex parte and under seal a proposed budget in this matter.

This 28th day of May, 2015.

Respectfully submitted,

s/John R. Martin
John R. Martin
Georgia Bar No. 473325

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
jack@martinbroslaw.com

s/Sandra Michaels
Sandra Michaels
Georgia Bar No. 504014

44 Broad Street, N.W.
Suite 202 The Grant Building
Atlanta, Georgia  30303
404.522.0400
slmichaels@mindspring.com          Counsel for William LeCroy

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I electronically filed the foregoing

**Motion for Enlargement of Time to Prepare Proposed Budget** with the Clerk of

Court using the CM/ECF system.

s/John R. Martin
JOHN R. MARTIN