# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 2:02-CR-38-RWS |
| WILLIAM EMMETT LECROY, | : | |
| JR., | : | |
| Defendant. | : | |

## ORDER

This case is before the Court for consideration of the Motion for Enlargement of Time to Prepare Proposed Budget [581]. After due consideration, the Motion [581] is **GRANTED**. Counsel shall submit a proposed budget not later than July 31, 2015.

**SO ORDERED** this 1st day of June, 2015.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)