# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

_____
:
WILLIAM EMMETT LECROY, JR.   :   Criminal Case No.
:   2:02-CR-38-RWS-SSC
Movant,   :
:   Civil Action No.
-v-   :   2:08-CV-2277-RWS
:
UNITED STATES OF AMERICA,   :   Hon. Richard W. Story, U.S.D.J.
:
Respondent.   :   **CAPITAL § 2255 PROCEEDING**
_____   :

### PETITIONER'S MOTION FOR APPOINTMENT OF
### CO-COUNSEL AT NO COST TO THE COURT

Petitioner, WILLIAM EMMETT LECROY, JR., hereby moves for the appointment of co-counsel to assist the undersigned in representing him through the conclusion of proceedings related to his capital conviction and sentence of death, including executive clemency proceedings. In support of this motion, counsel represent the following:

1. Mr. Lecroy is a federal prisoner who was sentenced to death by this Court on March 10, 2004. His conviction and death sentence were affirmed on direct appeal. United States v. Lecroy, 441 F.3d 914 (11th Cir. 2006). Mr. Lecroy's

1

petition for a writ of certiorari was denied on April 23, 2007. Lecroy v. United States, 550 U.S. 905 (2007).

2. Mr. Lecroy filed a motion to vacate his conviction pursuant to 28 U.S.C. § 2255 on April 22, 2008, and filed an amended motion on September 10, 2008. This Court denied Mr. Lecroy's § 2255 motion following an evidentiary hearing on March 30, 2012. United States v. Lecroy, 2012 WL 1114238 F. Supp. 2d 514, 521 (N.D. Ga. Mar. 30, 2012). On August 6, 2012, Mr. Lecroy's motion pursuant to Fed. R. Civ. P. 59(e) was denied. Lecroy v. United States, Criminal Case No. 2:02-CR-38-RWS-SSC, Civil Case No. 2:08-CV-2277-RWS, ECF Doc. 554 (N.D. Ga. Aug. 6, 2012). This Court entered an order granting in part a certificate of appealability on December 19, 2012. Id. at ECF Doc. 564 (Dec. 19, 2012). On appeal, a panel of the Eleventh Circuit Court of Appeals affirmed this Court's denial of the § 2255 motion. Lecroy v. United States, 739 F.3d 1297 (11th Cir. 2014). Petitions for rehearing and rehearing en banc were denied March 7, 2014. Lecroy v. United States, No. 12-15132-P (11th Cir. Mar. 7, 2014). Mr. Lecroy's petition for writ of certiorari was subsequently denied on March 9, 2015. Lecroy v. United States, 135 S. Ct. 1528 (2015).

3.     The undersigned, John R. Martin and Sandra Michaels, were appointed in this Court to represent Mr. Lecroy in his § 2255 proceedings and have remained his sole counsel since that time.

4.     The undersigned together comprise an Atlanta firm and have handled this case since the appointment in May of 2007. We have determined that in light of Mr. Lecroy's ongoing case needs and the approaching clemency, the case would benefit greatly from appointment of co-counsel. We therefore respectfully request that the Court appoint co-counsel at no cost to the Court: specifically, we request that the Court appoint the Federal Defender Services of Eastern Tennessee, Inc., to assist in the representation of Mr. Lecroy in any further proceedings, including executive clemency proceedings.[1]

5.     This Court may properly appoint co-counsel to represent Mr. Lecroy through further proceedings in this capital case, pursuant to 18 U.S.C. § 3599 (a)(2) and (e). Section 3599 (a)(2) states:

> In any post conviction proceeding under section 2254 or 2255 of title 28, United States Code, seeking to vacate or set aside a death

---

[1] Representation by federal defender organizations outside their local federal jurisdiction has become an established practice in capital §2255 cases and capital federal clemency requests because it meets a unique and critical need. In this case, the Northern District of Georgia FDO represented Mr. Lecroy from the time of his arrest through his direct appeal and therefore has a conflict precluding involvement in Mr. Lecroy's case at this juncture. Stephanie Kearns, the Federal Defender for the Georgia Northern FDO, supports the appointment of FDSET in Mr. Lecroy's case.

sentence, any defendant who is or becomes financially unable to obtain adequate representation or investigative, expert, or other reasonably necessary services shall be entitled to the appointment of one or more attorneys and the furnishing of such other services in accordance with subsections (b) through (f).

Subsection 3599(e) further provides post-conviction counsel represent the defendant in

all available post-conviction process, together with applications for stays of execution and other appropriate motions and procedures, and shall also represent the defendant in such competency proceedings and proceedings for executive or other clemency as may be available to the defendant.

6.    Clemency represents Mr. Lecroy's final opportunity to seek relief from his sentence of death. Undersigned counsel believe that the addition of requested co-counsel would bring requisite expertise, experience, and staffing necessary for the preparation of Mr. Lecroy's federal executive clemency and would, in addition, bring a fresh perspective to Mr. Lecroy's case at this final juncture.[2]

7.    The Federal Defender Services of Eastern Tennessee, Inc. (FDSET) is available immediately and prepared to join the undersigned as appointed co-

---

[2] It is the understanding of undersigned counsel that every other federally death-sentenced prisoner who has completed litigation of his § 2255 motion has a federal defender office or large law firm assisting with representation in clemency proceedings.

4

counsel in this case. FDSET, a Federal Community Defender Organization established under 18 U.S.C. §§ 3006A(a) and 3006A(g)(2)(B), has extensive capital habeas expertise, including experience in capital §§ 2254 and 2255 proceedings as well as in the preparation of executive clemency petitions. Its current availability to assist the undersigned will be critical to quickly reviewing a voluminous case file, undertaking the investigation and preparation of a clemency petition in a limited time-frame, and determining if any viable avenues for further litigation exist.

8.    FDSET includes a specialized capital habeas unit, established in 1997, with attorneys and legal staff who are fully qualified for appointment under 18 U.S.C. § 3599. The office has the experience, including familiarity with the complex legal procedures for this specialized area of law and unique executive clemency proceedings, and resources sufficient to assist Mr. Lecroy's current counsel and to ensure that his clemency and any other related matters, such as potential challenges to the method of execution, are handled cost-effectively. In particular, Stephen M. Kissinger, Assistant Federal Community Defender with FDSET, has represented state and federal death row inmates in post-conviction proceedings for more than 25 years. He has practiced law in both the Sixth and Eleventh Circuits and is available as co-counsel for Mr. Lecroy.

9.    FDSET can assist in the representation of Mr. Lecroy in a manner that is efficient and cost-effective. First, attorney Kissinger and his colleagues have extensive experience representing defendants in precisely this kind of case. FDSET has handled a broad and diverse group of habeas cases in federal courts, including those in which execution dates were set. In addition to its Tennessee-based cases, FDSET has responded to requests to represent capital post-conviction petitioners in § 2255 litigation as counsel or co-counsel in jurisdictions outside of Tennessee, one of which is within the Eleventh Circuit.[3]   Second, consistent with each district's Criminal Justice Act Plan, the defender employees are on salary from their defender organization. They will not seek payment from this Court for any staff member's time or expenses on this case, or for any other related services that they obtain. FDSET, therefore, will not bill the Court for any time or expenses related to its work on this matter. In addition, FDSET is headquartered in Knoxville, Tennessee, which is geographically well-situated for the aspects of Mr. Lecroy's case that might require travel and investigation. Mr. Lecroy grew up in, and later returned to, northwestern Georgia, within three hours driving distance from the FDSET office. Finally, their office is also centrally located in relation to

---

[3] FDSET is appointed in the following capital § 2255 cases: Runyon v. United States, No. 4:08-CR-00016 (E.D. Va.); and Sanchez v. United States, No. 16-80693-CIV-Bloom (S.D. Fla.).

6

USP Terre Haute, where Mr. Lecroy is incarcerated and where FDSET has other clients, thus making any visits to Mr. Lecroy also cost-effective.

10. As required, the chief judges of both the Eleventh Circuit and the Sixth Circuit were given notice of this intended out-of-district appointment request, and the Administrative Office of the Courts, Office of Defender Services, has approved FDSET's involvement in this case.[4]

11.    Should FDSET be appointed, attorneys from the office would immediately seek permission to appear in the District *pro hac vice*.

---

[4] FDSET must receive approval from the Administrative Office of the United States Courts before seeking appointment in a case that is out of district. This approval, in turn, requires that both the Chief Judge of the Circuit where the case is located and the Chief Judge of the Circuit where the office seeking appointment is located be advised. Counsel understands that Chief Judge of the Eleventh Circuit, Hon. Ed Carnes, and Chief Judge of the Sixth Circuit, Hon. R. Guy Cole, Jr., have been notified and the Administrative Office has given approval to FDSET to seek this appointment.

WHEREFORE, undersigned counsel respectfully request that the Court appoint the Federal Defender Services of Eastern Tennessee, Inc. as co-counsel for Mr. Lecroy; and that the Court subsequently accept notices of appearance of FDSET attorneys and admit them to the bar of this Court *pro hac vice*.  A proposed order accompanies this motion.

Respectfully Submitted,

*s/John R. Martin*
John R. Martin
Georgia Bar No. 473325
Martin Brothers, P.C.
1099 St. Louis Pl
Atlanta, GA  30306
Ph: (404) 433-7446
E-mail: jack@martinbroslaw.com

*s/Sandra Michaels*
Sandra Michaels
Georgia Bar No. 504014
1099 St. Louis Pl.
Atlanta, GA 30306
Ph: (404) 312-5781
E-mail: slmichaels@mindspring.com

Attorneys for William Emmett Lecroy, Jr.

Dated:       December 4, 2018

8

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2018, I electronically filed the foregoing **PETITIONER'S MOTION FOR APPOINTMENT OF CO-COUNSEL AT NO COST TO THE COURT** with the Clerk of the Court using the CM/ECF system and will be electronically notified to all counsel of record and is available for viewing and downloading from the Court's CM/ECF system by all counsel of record.

s/ John R. Martin_____
JOHN R. MARTIN
Counsel for William Emmitt Lecroy