# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM EMMETT LECROY, JR. | : | Criminal Case No. |
| | : | 2:02-CR-38-RWS-SSC |
| Petitioner, | : | |
| | : | Civil Action No. |
| -v- | : | 2:08-CV-2277-RWS |
| | : | |
| UNITED STATES OF AMERICA, | : | Hon. Richard W. Story, U.S.D.J. |
| | : | |
| Respondent. | : | |

## ORDER

And Now, this 7th day of January, 2019 upon consideration of the *Motion for Appointment of Co-Counsel at No Cost to the Court*, it is hereby **ORDERED:**

1. The Motion is Granted.

2. Federal Defender Services of Eastern Tennessee, Inc. (FDSET) is hereby appointed as co-counsel for Petitioner William Emmett Lecroy, Jr. Counsel from FDSET shall file a notice of appearance immediately and upon such filing will be deemed admitted *pro hac vice* without need for further application or payment of any fees.

3. This appointment is made based upon representation that FDSET will not bill the Court for any fees or expenses related to their representation.

**SO ORDERED.**

Hon. Richard W. Story, United States
District Judge