AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Gainesville

**MAR 0 1 2019**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| WILLIAM EMMETT LECROY, JR. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    2:02-CR-00038 |
| UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Emmett Lecroy, Jr.

Date:    02/28/2019

_Stephl Ferrell_
*Attorney's signature*

Stephen Allen Ferrell, TN Bar # 025170
*Printed name and bar number*

Assistant Federal Defender
Federal Defender Services of Eastern Tennessee
800 South Gay Street, Ste. 2400
Knoxville, TN 37929
*Address*

Stephen_Ferrell@fd.org
*E-mail address*

(865) 637-7979
*Telephone number*

(865) 637-7999
*FAX number*

**FedEx** Express   Package **US Airbill**   FedEx Tracking Number **8137 1291 1522**

Form ID No. **0215**

**1 From**   Date 02/28/2019

Sender's Name Stephen A. Ferrell   Phone 965 637-7979

Company FED DEFENDER SVC OF EASTERN TN

Address 800 S GAY ST STE 2400   Dept/Floor/Suite/Room

City KNOXVILLE   State TN   ZIP 37929-9714

**2 Your Internal Billing Reference** William Lecroy

**3 To**   Recipient's Name District Court Clerk   Phone 678 450-2760

Company U.S. District Court Northern Dist. of Georgia

Address Sidney O. Smith Fed. Bldg & U.S. Courthouse   Dept/Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address 121 Spring Street SE   Room 201
Use this line for the HOLD location address or for continuation of your shipping address.

City Gainesville   State Ga   ZIP 30501-3789

0131561731

8137 1291 1522

**4 Express Package Service**   *To most locations.*   Packages up to 150 lbs. For packages over 150 lbs., use the FedEx Express Freight US Airbill.

Next Business Day
☐ FedEx First Overnight   Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
☐ FedEx Priority Overnight   Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
☑ FedEx Standard Overnight   Next business afternoon.* Saturday Delivery NOT available.

2 or 3 Business Days
☐ FedEx 2Day A.M.   Second business morning.* Saturday Delivery NOT available.
☐ FedEx 2Day   Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.
☐ FedEx Express Saver   Third business day.* Saturday Delivery NOT available.

**5 Packaging**   *Declared value limit $500.
☑ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.
☐ Saturday Delivery   NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required   Package may be left without obtaining a signature for delivery.
☑ Direct Signature   Someone at recipient's address may sign for delivery.
☐ Indirect Signature   If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked.
☑ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice   Dry Ice, 9, UN 1845 ___ x ___ kg.   ☐ Cargo Aircraft Only
Restrictions apply for dangerous goods — see the current FedEx Service Guide.

**7 Payment**   Bill to:
Enter FedEx Acct. No. or Credit Card No. below.   Obtain recip. Acct. No. ☐
☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight ___ lbs.   Credit Card Auth.

Your liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

611

Rev. Date 5/15 • Part #163134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM

**FedEx**   TRK# **0215** 8137 1291 1522

FRI - 01 MAR AA
STANDARD OVERNIGHT
DSR

**XH TOCA**

30501
GA-US
ATL

RT 437   1 15:00   B 1522 03.01   FZ

FID  5102416  28FEB19  RKWA  553C2/0E3D/0C8A