IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINSEVILLE DIVISION

UNITED STATES OF AMERICA

*v.*

WILLIAM EMMETT LECROY, JR.
Defendant.

CRIMINAL ACTION NO.
2:02-CR-00038-RWS-JCF
(CAPITAL CASE)

## Notice of Entry of Appearance

Assistant United States Attorney J. Elizabeth McBath herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as counsel of record for the United States.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/ J. ELIZABETH MCBATH
*Assistant United States Attorney*
Georgia Bar No. 297458
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404)581-6000; fax (404)581-6181

## <u>CERTIFICATE OF COMPLIANCE AND SERVICE</u>

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 1, 2020

/s/ J. ELIZABETH MCBATH
*Assistant United States Attorney*

2