IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| *v.* | 2:02-CR-00038-RWS-JCF |
| WILLIAM EMMETT LECROY, JR. Defendant. | (CAPITAL CASE) |

## **GOVERNMENT'S NOTICE REGARDING EXECUTION DATE**

The United States hereby notifies the Court that the Director of the Federal Bureau of Prisons, upon the direction of the Attorney General, has scheduled the execution of William Emmett Lecroy, Jr., in accordance with 28 C.F.R. Part 26, to take place on September 22, 2020.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/J. Elizabeth McBath
*Assistant United States Attorney*
Georgia Bar No. 297458
elizabeth.mcbath@usdoj.gov

600 U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 1, 2020

/s/ J. Elizabeth McBath
*Assistant United States Attorney*