IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

William Emmett Lecroy, Jr.
DEFENDANT.

Criminal Action No.

2:02-CR-00038-RWS-JCF-1

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Carolyn "Tippi" Cain Burch herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as counsel of record for the United States.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/Carolyn "Tippi" Cain Burch
  *Assistant United States Attorney*
Georgia Bar No. 094515
Tippi.Burch@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 13, 2020

/s/ CAROLYN "TIPPI" CAIN BURCH
CAROLYN "TIPPI" CAIN BURCH
*Assistant United States Attorney*