Nikita I̶̶̶̶̶, ̶̶̶̶̶.

Vasily J. Assikis, M.D.

W. Perry Ballard, III, M.D.

Jonathan C. Bender, M.D.

Trevor M. Feinstein, M.D.

William S. Jonas, M.D.



## PIEDMONT
### CANCER INSTITUTE

Vipin R. Lohiya, M.D.

Eric D. Mininberg, M.D.

Minesh D. Patel, M.D.

Jay Rhee, M.D.

Samantha R. Shams, M.D.

Rajni Sinha, M.D.

Ha N. Tran, M.D.

August 17, 2020

To Whom It May Concern:

Mr. John Martin has been under my care for the past ten years for his current condition. In light of the current pandemic and Mr. Martin's health, I am advising him against traveling to Indiana or entering a penal institution at this time. If I can be of any further assistance, please feel free to contact our office at 770-350-9853.

Sincerely,

Dr. Eric D. Mininberg

ATLANTA
1800 Howell Mill Rd. - Suite 800
Atlanta, GA 30318
404-350-9853 office   404-350-8407 fax

FAYETTEVILLE
1267 Highway 54 West - Suite 4200
Fayetteville, GA 30214
678-829-1060 office   678-829-1099 fax

NEWNAN
775 Poplar Road - Suite 310
Newnan, GA 30265
770-251-2590 office   770-251-1490 fax

HENRY
1240 Eagles Landing Pkwy - Suite 260
Stockbridge, GA 30281
678-854-9500 office   678-854-9502 fax

WWW.PIEDMONTCANCERINSTITUTE.COM