UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 2:02-CR-38-RWS-SSC |
| | ) | |
| WILLIAM EMMETT LECROY, JR., | ) | |
| | ) | |
| Respondent. | ) | |

| | | |
|---|---|---|
| WILLIAM EMMETT LECROY, JR., | ) | Civil Action No. |
| | ) | 2:08-CV-227-RWS |
| Petitioner, | ) | |
| | ) | Prisoner Habeas Petition |
| v. | ) | 28 U.S.C. § 2255 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

---

## ORDER SETTING EXECUTION DATE

---

On March 11, 2004, this Court sentenced William Emmett Lecroy, Jr. to

death on Count 1 in the above-captioned case.

**NOW, THEREFORE IT IS HEREBY ORDERED THAT:**

The Attorney General shall release William Emmett Lecroy, Jr. to the

custody of a United States Marshal, who shall on _____, 2021,

supervise the implementation of the sentence of death in the manner prescribed by

the law of the State of Georgia. 18 U.S.C. § 3596(a).

**SO ORDERED** this ___ day of _____, 2020.


_____
Richard W. Story
United States District Judge