IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

United States of America

*v.*

William Emmett Lecroy, Jr.
DEFENDANT.

Criminal Action No.
2:02-CR-00038-RWS-JCF-1

William Emmett Lecroy, Jr.
PETITIONER.

*v.*

Civil Action No.
2:08-CV-083-RWS

United States of America,
RESPONDENT.

## GOVERNMENT'S MOTION TO FILE BRIEF IN EXCESS OF PAGE LIMIT

COMES NOW the United States of America, by Byung J. Pak, United States

Attorney, Northern District of Georgia, and Carolyn "Tippi" Cain Burch, Assistant

United States Attorney, Northern District of Georgia, and hereby requests that the

government be permitted to file a brief in excess of the 25-page limit prescribed in

Local Criminal Rule 12.1B and Local Rule 7.1D the reasons set forth below.

1.

On August 24, 2020, Defendant/Petitioner William Emmett Lecroy, Jr. filed

a motion to reset or modify his execution date, (Doc. 593), and the Court has set a hearing on Lecroy's motion for September 2, 2020. The government anticipates filing its response to Lecroy's motion today.

2.

Lecroy's motion raises important issues of this Court's authority to enter the relief requested and the interests at stake in delaying a scheduled execution. In order to address Lecroy's motion adequately, the government requests permission to file a 30-page brief.

3.

WHERETOFORE, the United States of America respectfully requests that its motion to file a brief in excess of the page limit prescribed in Local Criminal Rule 12.1B and Local Rule 7.1D be granted.

Respectfully Submitted,

BYUNG J. PAK
*United States Attorney*
Northern District of Georgia

/s/ CAROLYN "TIPPI" CAIN BURCH
*Assistant United States Attorney*
Northern District of Georgia
Georgia Bar No. 094515
tippi.burch@usdoj.gov

600 U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, GA 30303
(404) 581-6000; fax (404) 581-6181

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this document was prepared using Book Antiqua 13 point font, and that I have caused a copy to be electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends notification to the parties and counsel of record.

August 28, 2020

/s/ CAROLYN "TIPPI" CAIN BURCH
*Assistant United States Attorney*