IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| United States of America<br><br><br>*v.*<br><br><br>William Emmett Lecroy, Jr.<br>DEFENDANT.<br><br><br><br>William Emmett Lecroy, Jr.<br>PETITIONER.<br><br><br>*v.*<br><br><br>United States of America,<br>RESPONDENT.<br>. | Criminal Action No.<br>2:02-CR-00038-RWS-JCF-1<br><br><br><br><br><br>Civil Action No.<br> 2:08-CV-083-RWS |

ORDER

Having read and considered the Government's Motion to File Brief in Excess of Page Limit, and good cause having been shown,

IT IS HEREBY ORDERED, that the Government's Motion is GRANTED and the Government may file a 30-page brief.

_____
Honorable Richard W. Story
United States District Judge

Presented by:
Carolyn "Tippi" Cain Burch