IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| United States of America<br><br><br>     *v.*<br><br>William Emmett Lecroy, Jr.<br>     DEFENDANT.<br><br><br><br>William Emmett Lecroy, Jr.<br>     PETITIONER.<br><br>     *v.*<br><br><br>United States of America,<br>     RESPONDENT. | Criminal Action No.<br>2:02-CR-00038-RWS-JCF-1<br><br><br><br><br><br>Civil Action No.<br>2:08-CV-083-RWS |

## NOTICE OF ENTRY OF APPEARANCE

Scott Meisler, Trial Attorney, Criminal Division, U.S. Department of Justice, herein files notice of his appearance in the above-styled case, and respectfully requests that he be added as a counsel of record for the United States.

Respectfully submitted,

   /s/Scott Meisler
Scott A.C. Meisler
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
scott.meisler@usdoj.gov

## Certificate of Service

The undersigned served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 28, 2020

/s/Scott Meisler
Scott A.C. Meisler
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
scott.meisler@usdoj.gov
