IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| United States of America | |
| *v.* | Criminal Action No.<br>2:02-CR-00038-RWS-JCF-1 |
| William Emmett Lecroy, Jr.<br>DEFENDANT. | |
| | |
| William Emmett Lecroy, Jr.<br>PETITIONER. | |
| *v.* | Civil Action No.<br>2:08-CV-083-RWS |
| United States of America,<br>RESPONDENT.<br>. | |

## ORDER

Having read and considered the Government's Motion to File Brief in Excess of Page Limit, and good cause having been shown,

IT IS HEREBY ORDERED, that the Government's Motion is GRANTED and the Government may file a 30-page brief.

This 28th day of August, 2020.

_____

**RICHARD W. STORY**
United States District Judge

Presented by:
Carolyn "Tippi" Cain Burch