IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| United States of America<br><br>*v.*<br><br>William Emmett Lecroy, Jr.<br>DEFENDANT. | Criminal Action No.<br>2:02-CR-00038-RWS-JCF-1 |
| William Emmett Lecroy, Jr.<br>PETITIONER.<br><br>*v.*<br><br>United States of America,<br>RESPONDENT.<br>. | Civil Action No.<br>2:08-CV-083-RWS |

## NOTICE OF ENTRY OF APPEARANCE

Paul T. Crane, Trial Attorney, Criminal Division, United States Department of Justice, herein files notice of his appearance in the above-styled case, and respectfully requests that he be added as counsel of record for the United States.

Respectfully submitted,

  /s/ Paul T. Crane
  Paul T. Crane
  Attorney, Appellate Section
  Criminal Division
  United States Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  paul.crane@usdoj.gov

**Certificate of Service**

The undersigned served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 28, 2020

/s/ Paul T. Crane
Paul T. Crane
Attorney, Appellate Section
Criminal Division
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
paul.crane@usdoj.gov