# *EXHIBIT 1*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

    Petitioner,

v.

WILLIAM EMMETT LECROY, JR.,

    Respondent

Criminal Action No. 2:02-CR-38-RWS-SSC


WILLIAM EMMETT LECROY, JR.,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Action No. 2:08-CV-227-RWS


## DECLARATION OF KIRA GILLESPIE

1.    I, Kira Gillespie, hereby declare that I am employed at the Office of the Pardon Attorney ("PARDON") as a Senior Attorney Advisor. I have been employed in that position since January 11, 2015, and I have been employed at PARDON since November 8, 2010.

2.    I have reviewed William Emmett Lecroy, Jr.'s Motion to Reset or Modify Execution Date in Order to Implement Court's Order Appointing Counsel(Dkt. 593) in the above-captioned action. I make this declaration in support of the United States's opposition to the motion to reset or modify the execution date.

1

3. I am a Senior Attorney assigned to oversee PARDON's review of all clemency petitions submitted by individuals seeking relief from the sentences of death imposed upon them. In that capacity, I am responsible for overseeing the review of all death-penalty-related clemency materials, coordinating communication with other clemency stakeholders to obtain their responses, scheduling and conducting the necessary meetings with the attorneys of the clemency petitioners, and drafting the recommendations that PARDON makes to the Deputy Attorney General and the White House.

4. Notwithstanding the challenges presented by the current nationwide pandemic, PARDON continues its work on clemency cases in general, and on death-penalty-related petitions in particular. That work is now conducted remotely, utilizing all available digital and technological equipment at PARDON's disposal. PARDON can receive, and has received, clemency petitions through electronic means such as e-mail., or can easily digitize any hardcopy petition we receive. Further, PARDON has long conducted its inquiries with clemency stakeholders through electronic means and that communication has continued seamlessly throughout the pandemic. Regarding necessary death penalty hearings, PARDON can, and has recently, conducted such hearings through electronic teleconferencing applications. PARDON continues to stand ready to perform any necessary steps in the death penalty review process.

5. On December 16, 2016, Lecroy applied for commutation of his death sentence by submitting a clemency petition addressed to former President Barack Obama. On January 20, 2017, Lecroy requested to withdraw his petition for clemency. Therefore, on January 24, 2017, PARDON administratively closed Lecroy's clemency petition without prejudice

2

and advised Lecroy that should he wish to renew his clemency petition at some future time, he would be required to submit a new clemency petition.

6. As of the date of this writing, PARDON has not received a new clemency application from Lecroy seeking the commutation of his death sentence.

7. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of August, 2020.

Kira Gillespie
Office of the Pardon Attorney
Senior Attorney Advisor

3