# *EXHIBIT 2*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM EMMETT LECROY, JR.,<br><br>  Defendant<br><br><br><br>WILLIAM EMMETT LECROY, JR.,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Criminal Action No. 2:02-CR-38-RWS-SSC<br><br><br><br><br><br>Civil Action No. 2:08-CV-083-RWS |

## DECLARATION OF TOM WATSON

I, Tom Watson, do hereby declare and state as follows:

1.    I am currently employed by the Bureau of Prisons (BOP) as the Complex Warden at the Federal Correctional Complex located in Terre Haute, Indiana (FCC Terre Haute), a position I have held since November 11, 2018. I have been employed by the BOP in areas of increasing responsibility since 1995.

1

2.    The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3.    I have been advised that in the above referenced cases, William Lecroy, reg. no. 45795-019, has raised issues regarding the impact of the COVID-19 pandemic on his access to counsel at USP Terre Haute.

4.    On March 13, 2020, as part of its agency-wide modified operations in response to COVID-19, BOP announced that legal visits generally would be suspended to mitigate the risk of exposure to COVID-19 by external visitors. *See* https://www.bop.gov/resources/news/20200313_covid-19.jsp.[1]

5.    BOP acknowledges that inmates' access to legal counsel remains a paramount requirement, and accordingly allows for case-by-case accommodations of in-person legal visits. During BOP's modified operations in light of COVID-19, the institution received one request for an in-person visit from Attorney Stephen Ferrell for Mr. Lecroy. That request would have been accommodated on August 24, 2020, but the visit was cancelled by counsel.

6.    All staff, inmates, and visitors are required to wear masks inside the institution. Masks will be provided if a visitor does not have one. Additionally, all visitors can be provided full personal protective equipment (PPE) to include face shields, gowns, and gloves if they desire. Social distancing will be practiced to the greatest extent possible.

---

[1] While, this practice was initially scheduled to last for 30 days, it has been extended a number of times, and currently continues to August 31, 2020. *See* https://www.bop.gov/resources/news/pdfs/20200414_press_release_action_plan_6.pdf; https://www.bop.gov/resources/news/20200520_covid-19_phase_seven.jsp; https://www.bop.gov/foia/docs//COVIDPhase8June30.pdf; and https://www.bop.gov/foia/docs//COVIDphase9_08052020.pdf.

2

7.    Additionally, unmonitored legal calls have been allowed in order to ensure the confidentiality of inmates' communications with their counsel. In accordance with BOP Program Statement 5264.08 "Inmate Telephone Regulations," at 10-11, an inmate's properly placed call to an attorney is not monitored by staff. BOP records reflect that during BOP's modified operations in light of COVID-19, Mr. Lecroy has had ten (10) legal calls with counsel. Specifically, since March 2020, legal calls were scheduled for the following dates: April 21, 2020, May, 13, 2020, June, 8, 2020, June 19, 2020, July 6, 2020, July 23, 2020, August 7, 2929, August 12, 2020, August 21, 2020, and August 27, 2020. Although each of the above referenced calls were scheduled by Attorney Stephen Ferrell, it is not known to BOP if other attorneys were also present for the calls.

8.    Similarly, unmonitored video conferencing with outside counsel has been available to Mr. Lecroy since mid July, 2020, but no such visits have been requested.

9.    If Mr. Lecroy's counsel choose to attend his execution on September 22, 2020, BOP would afford them the following accommodations, subject to modifications for operational or safety concerns. Specifically, all witnesses will be provided face masks, and can be provided full personal protective equipment (PPE) to include face shields, gowns, and gloves if they desire. Social distancing will be practiced to the greatest extent possible.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this _2X_ day of August, 2020.

T.J. Watson
Federal Bureau of Prisons

3