IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Case Nos. 2:02-CR-38-RWS-SSC and |
| | ) 2:08-CV-083-RWS |
| | ) (Capital Case) |
| | ) (Execution Date: Sept. 22, 2020) |
| | ) |
| WILLIAM EMMETT LECROY, JR. | ) |

**NOTICE OF DEFENDANT'S SUBMISSION OF CLEMENCY APPLICATION**

The United States of America, by its undersigned attorneys, submits this Notice to advise the Court that counsel for William Emmett LeCroy, Jr. has submitted a clemency application to the Department of Justice's Office of the Pardon Attorney.  The government further informs the Court as follows:

1. On August 28, 2020, the government filed its Response in Opposition to Defendant's Motion to Reset or Modify Execution Date. The government appended as Exhibit 1 to its Response a declaration from Kira Gillespie of the Office of the Pardon Attorney. Ms. Gillespie averred in relevant part that, as of the time she finalized her declaration just before noon on that date, the Pardon Attorney "ha[d] not received a new clemency application from Lecroy seeking the commutation of his death sentence." Doc. 598-1, at 4 ¶ 6. The government's

1

Response similarly states that LeCroy has not submitted a renewed clemency application to the Pardon Attorney. Doc. 598, at 9, 18, 22.

2. On the morning of August 31, 2020, the Office of the Pardon Attorney informed the undersigned attorneys that a clemency application for LeCroy was processed by that Office over the weekend. According to the Pardon Attorney, it appears that LeCroy's counsel submitted the application via email to the Office's general inbox at 4:50 p.m. on Friday, August 28. That was approximately five hours after Ms. Gillespie finalized her declaration and three hours before the government electronically filed its response. The Pardon Attorney also informs the undersigned that LeCroy's counsel have requested to make an oral presentation in support of the clemency petition. *See* 28 C.F.R. § 1.10(c).

Respectfully submitted,

| | |
|---|---|
| BYUNG J. PAK | SCOTT A.C. MEISLER |
| United States Attorney | PAUL T. CRANE |
| Northern District of Georgia | Attorneys, Appellate Section |
| | Criminal Division |
| CAROLYN "TIPPI" CAIN BURCH | U.S. Department of Justice |
| Assistant United States Attorney | 950 Pennsylvania Ave., N.W. |
| Northern District of Georgia | Washington, D.C. 20530 |
| Georgia Bar No.: 094515 | scott.meisler@usdoj.gov |
| tippi.burch@usdoj.gov | paul.crane@usdoj.gov |

August 31, 2020

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

2

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this document was prepared using Book Antiqua 13 point font, and that I have caused a copy to be electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends notification to the parties and counsel of record.

August 31, 2020

/s/ Scott Meisler
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE