# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:02-cr-00038-RWS-JCF
### USA v. Lecroy
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 09/02/2020.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 4:00 P.M.          COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 1:30                                    DEPUTY CLERK: Stacey Kemp
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [1]William Emmett Lecroy, Jr. NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Carolyn Burch representing USA<br>Stephen Ferrell representing William Emmett Lecroy<br>John Martin representing William Emmett Lecroy<br>Scott Meisler representing USA<br>Sandra Michaels representing William Emmett Lecroy |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Cause came before the Court for a Motion Hearing. All counsel appeared via Zoom. The Court heard arguments from counsel. A written order will follow. |
| HEARING STATUS: | Hearing Concluded |