**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| | : | 2:02-CR-38-RWS |
| | : | |
| v. | : | 2:08-CV-83-RWS |
| | : | |
| | : | [CAPITAL CASE] |
| WILLIAM EMMETT LECROY, JR., | : | |
| | : | |
| Defendant/Petitioner. | : | |

_____

## NOTICE OF APPEAL

Defendant/Petitioner William Emmett Lecroy, Jr. hereby gives notice of his appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the United States District Court for the Northern District of Georgia, Gainesville Division, denying Defendant/Petitioner William Emmett Lecroy, Jr's "Motion to Reset or Modify Execution Date in Order to Implement Court's Order Appointing Counsel," entered by the Court on September 4, 2020 (Doc. 601).

[signatures on next page]

{1}

This 8th day of September, 2020.

Respectfully submitted,


BY:   /s/ John R. Martin
John R. Martin
1099 St. Louis Pl
Atlanta, Georgia  30306
Ph: (404) 433-7446
jack@martinbroslaw.com
*Attorney for Petitioner William Lecroy, Jr.*

/s/Sandra Michaels
Sandra Michaels
965 Virginia Avenue NE
Atlanta, Georgia 30306
Ph: (404) 312-5781
SLMichaelsLaw@gmail.com

/s/Stephen Ferrell
Stephen Ferrell
Federal Defender Services of Eastern
Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN  37929
Ph:  (865) 637-7979
Stephen_Ferrell@fd.org

{3}

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, the foregoing **Notice of Appeal** was filed electronically. Service was made upon Filing Users through the Electronic Filing System.  Service was accomplished via regular U.S. Mail on any participating party or counsel who was not served through the Electronic Filing System.

/s/ John R. Martin
John R. Martin

{3}