# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| | : | 2:02-CR-38-RWS |
| | : | |
| v. | : | 2:08-CV-83-RWS |
| | : | |
| | : | [CAPITAL CASE] |
| WILLIAM EMMETT LECROY, JR., | : | |
| | : | |
| Defendant/Petitioner. | : | |

_____

## MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

Defendant/Petitioner **WILLIAM EMMETT LECROY, JR.** has filed today a Notice of Appeal. (Doc. 602). He was previously determined by the District Court to be indigent and allowed to proceed in this action in forma pauperis and, under Rule 24(a)(3) of the Federal Rules of Appellate Procedure, he should be allowed to proceed on appeal in forma pauperis without further authorization. Therefore, Petitioner respectfully requests that he be allowed to proceed on appeal in forma pauperis.

[signatures on next page]

This 8th day of September, 2020.

Respectfully submitted,

BY:   /s/ John R. Martin
        John R. Martin
        1099 St. Louis Pl
        Atlanta, Georgia  30306
        Ph: (404) 433-7446
        jack@martinbroslaw.com
        *Attorney for Petitioner William Lecroy, Jr.*

        /s/Sandra Michaels
        Sandra Michaels
        965 Virginia Avenue NE
        Atlanta, Georgia 30306
        Ph: (404) 312-5781
        SLMichaelsLaw@gmail.com

        /s/Stephen Ferrell
        Stephen Ferrell
        Federal Defender Services of Eastern
        Tennessee, Inc.
        800 South Gay Street, Suite 2400
        Knoxville, TN  37929
        Ph:  (865) 637-7979
        Stephen_Ferrell@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, the foregoing **Motion to Proceed In Forma Pauperis** was filed electronically. Service was made upon Filing Users through the Electronic Filing System.  Service was accomplished via regular U.S. Mail on any participating party or counsel who was not served through the Electronic Filing System.

*/s/ John R. Martin*
John R. Martin
1099 St. Louis Pl
Atlanta, Georgia  30306
Ph: (404) 433-7446
jack@martinbroslaw.com
*Attorney for Petitioner William Lecroy, Jr*