IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 2:02-CR-38-RWS |
| WILLIAM EMMETT LECROY, JR., | 2:08-CV-83-RWS [CAPITAL CASE] |
| Defendant/Petitioner. | |

## ORDER

This matter comes before the Court on a Motion to Proceed on Appeal *In Forma Pauperis*, filed September 8, 2020 by Defendant/Petitioner WILLIAM EMMETT LECROY, JR. ("LeCroy"). [Doc. 603].

Even if a party has made the requisite financial showing, an appeal may not be taken *in forma pauperis* if the trial court certifies, either before or after the notice of appeal is filed, that the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(3). A party demonstrates good faith by seeking appellate review of any issue that is not frivolous judged under an objective standard. See Coppedge v. United States, 369 U.S. 438, 445 (1962); Busch v. County of Volusia, 189 F.R.D. 687, 691 (M.D. Fla. 1999); United States v. Wilson, 707 F. Supp. 1582, 1583 (M.D. Ga. 1989), aff'd, 896 F.2d 558 (11th Cir. 1990). An issue is frivolous when it

appears that the legal theories are "indisputably meritless." See Neitzke v. Williams, 490 U.S. 319, 327 (1989); Carroll v. Gross, 984 F.2d 392, 393 (11th Cir. 1993); see also Napier v. Preslicka, 314 F.3d 528, 531 (11th Cir. 2002) (an *in forma pauperis* action is frivolous, and thus not brought in good faith, if it is "without arguable merit either in law or fact"); Bilal v. Driver, 251 F.3d 1346, 1349 (11th Cir. 2001) (same). "Arguable means capable of being convincingly argued." Sun v. Forrester, 939 F.2d 924, 925 (11th Cir. 1991) (per curiam). Where a claim is arguable, but ultimately will be unsuccessful, it should be allowed to proceed. See Cofield v. Alabama Pub. Serv. Comm'n., 936 F.2d 512, 515 (11th Cir. 1991).

Having considered LeCroy's Motion to Proceed on Appeal *In Forma Pauperis*, as well as the legal issues raised previously [Docs. 593, 598, and 601], the Court finds that LeCroy's claim is arguable, and that the appeal is being brought by defense counsel on LeCroy's behalf in good faith.

It is hereby **ORDERED** that LeCroy's Motion to Proceed on Appeal *In Forma Pauperis* is **GRANTED**.

**SO ORDERED** this 8th day of September, 2020.

**RICHARD W. STORY**
United States District Judge

2