UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

201 UNITED STATES COURTHOUSE
121 SPRING STREET, SE
GAINESVILLE, GEORGIA 30501-3789

JAMES N. HATTEN                                                     DOCKETING SECTION
DISTRICT COURT EXECUTIVE                                            678-450-2760
AND CLERK OF COURT

September 8, 2020

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

       **Re:**    ***United States of America v. Lecroy***
           **USDC Criminal No. 2:02-cr-00038-RWS-JCF**
           **USCA No. N/A**

       Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
| | Original record transmitted pursuant to request.   (See attached copy of request.) |
| | Appeal fees    been paid. |
| | Certified copy of order appointing Federal Defender Program enclosed. |
| **X** | **Certified copy of CJA order appointing counsel enclosed.** |
| | Appellant has been forwarded an application to proceed IFP. |
| **X** | **Appellant has been GRANTED leave to proceed IFP, copy of order enclosed.** |
| | An appeal bond has been denied. |
| **X** | **Judge appealed from is Honorable Richard W. Story.** |
| | Other: |

The enclosed certified, record on appeal consists of:

| | | | |
|---|---|---|---|
| | Volume(s) of pleadings. | | Volume(s) of exhibits. |
| | Volume(s) of transcripts. | | PSI enclosed. (SEALED) |

                    Sincerely,

                    James N. Hatten
                    Clerk of Court

              By:   /s/ Shane Gazaway
Enclosures               Deputy Clerk