APPEAL,CLOSED,DEATH,EXH

# U.S. District Court
# Northern District of Georgia (Gainesville)
# CRIMINAL DOCKET FOR CASE #: 2:02−cr−00038−RWS−JCF−1

Case title: USA v. Lecroy
 Other court case number:  2:08−cv−83−RWS USDC

Date Filed: 05/15/2002
Date Terminated: 03/10/2004

Assigned to: Judge Richard W. Story
Referred to: Magistrate Judge J. Clay Fuller

Appeals court case numbers: '04−15597−P' 'USCA/1TH Circuit', 12−15132−P USCA/11th Circuit

### Defendant (1)

**William Emmett Lecroy, Jr.**
*TERMINATED: 03/11/2004*

represented by **John Richard Martin**
Martin Brothers, P.C.
1099 St. Louis Pl.
Atlanta, GA 30306
404−522−0400
Email: jack@martinbroslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Sandra Louise Michaels**
Sandra Michaels
965 Virginia Avenue NE
30306
Atlanta, GA 30306
404−312−5781
Email: SLMichaelsLaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Stephen Allen Ferrell**
Federal Defenders Services of Eastern Tennessee
Assistant Federal Defender
Suite 2400
800 South Gay Street
Knoxville, TN 37929
865−637−7979
Fax: 865−637−7999
Email: stephen_ferrell@fd.org

1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Brian Mendelsohn**
Federal Defender Program Inc.–Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404–688–7530
Fax: 404–688–0768
Email: Brian_Mendelsohn@FD.ORG
*TERMINATED: 03/11/2004*
*Designation: Public Defender or Community*
*Defender Appointment*

**Daniel A. Summer**
Summer & Summer
Imperial Building
P.O. Box 921
101 Bradford Street, NW
Gainesville, GA 30503–0921
770–535–1700
*TERMINATED: 03/11/2004*
*Designation: CJA Appointment*

**Paul Stephen Kish**
Kish Law, LLC
1700 South Tower
225 Peachtree Street, NE
Atlanta, GA 30303
404–207–1338
Fax: 404–207–1339
Email: paul@kishlawllc.com
*TERMINATED: 03/11/2004*
*Designation: Public Defender or Community*
*Defender Appointment*

**Stephanie Ann Kearns**
Federal Defender Program–Atl
Suite 1500
Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303
404–688–7530
Fax: 404–688–0768.
Email: Stephanie_Kearns@fd.org
*TERMINATED: 03/11/2004*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2119.F MOTOR VEHICLE THEFT – CARJACKING (1) | |
| 18:2119.F MOTOR VEHICLE THEFT – CARJACKING – NOTICE OF SPECIAL FINDINGS (1s) | Sentenced to Death. Special Assessment. Remanded to CUSM. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Carolyn Cain Burch**<br>Office of the United States<br>Attorney–ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404–581–6000<br>Fax: 404–581–6181<br>Email: tippi.burch@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Jane Elizabeth McBath**<br>Office of the United States<br>Attorney–ATL600<br>Northern District of Georgia<br>600 United States Courthouse |

75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6291
Email: elizabeth.mcbath@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Roger Glenn Queen**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404−581−6000
*LEAD ATTORNEY*

**Jane Swift Borucki**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404−581−6000
Email: Jane.Borucki@usdoj.gov
*TERMINATED: 01/24/2008*

**Paul T Crane , III**
DOJ−Crm
950 Pennsylvania Avenue NW
Ste 1264
Washington, DC 20530
202−616−9316
Email: paul.crane@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Raymond Joseph Burby , IV**
Alston & Bird LLP
1201 W. Peachtree Street
Suite 4900
Atlanta, GA 30309
404−881−7670
Fax: 404−881−7777
Email: joey.burby@alston.com
*TERMINATED: 07/18/2007*

**Russell Glenn Vineyard**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse

Atlanta, GA 30303
404−581−6000
Fax: 404−5816181
*TERMINATED: 07/18/2007*

**Scott Meisler**
DOJ − Criminal Appellate Section
950 Pennsylvania Ave NW
Room 1264
Washington, DC 20530
202−307−3803
Fax: 202−305−2121
Email: scott.meisler@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Shanya Dingle**
Office of the United States
Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6201
Email: shanya.dingle@usdoj.gov
*TERMINATED: 08/25/2020*
*Designation: Retained*

**William Louis McKinnon , Jr**
436 Leonardo Avenue, N.E.
Atlanta, GA 30307
404−713−1626
Email: william.mckinnon2020@gmail.com
*TERMINATED: 08/25/2020*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/15/2002 | 1 | | INDICTMENT filed. William Emmett Lecroy (1) count(s) 1 (djh) (sk). (Entered: 06/04/2002) |
| 05/15/2002 | 2 | | Defendant Information Sheet for William Emmett Lecroy Jr.. (sk) (sk). (Entered: 06/07/2002) |
| 05/15/2002 | | | Praecipe filed. Arrest warrant issued as to William Emmett Lecroy Jr. ISSUED & TO USM. (sk) (Entered: 06/07/2002) |
| 05/15/2002 | 3 | | Request for arraignment as to defendant William Emmett Lecroy Jr. (sk) (sk). (Entered: 06/07/2002) |
| 05/20/2002 | 4 | | WRIT ISSUED for writ of habeas corpus ad prosequendam as to defendant William Emmett Lecroy Jr. (sk) (sk). (Entered: 06/07/2002) |
| 05/20/2002 | 5 | | |

| | | | |
|---|---|---|---|
| | | | ORDER by Mag Judge Susan S. Cole as to defendant William Emmett Lecroy Jr., Appointing Public Defender Paul Kish, Stephanie Kearns & Brian Mendelsohn as Counsel (cc) (sk) (sk). (Entered: 06/07/2002) |
| 05/30/2002 | 6 | | INITIAL APPEARANCE HEARING held for William Emmett Lecroy Jr. before Mag Judge Susan S. Cole . (sk) (sk). (Entered: 06/07/2002) |
| 05/30/2002 | 6 | | ARRAIGNMENT HELD before Mag Judge Susan S. Cole . Case assigned to William C. O'Kelley . Pretrial referral to Mag Judge Susan S. Cole . as to William Emmett Lecroy Jr. PLEA OF NOT GUILTY. (sk) Modified on 07/11/2002 (Entered: 06/07/2002) |
| 05/30/2002 | 7 | | ORDER by Mag Judge Susan S. Cole as to defendant William Emmett Lecroy Jr., Appointing Daniel A. Summer as Counsel (cc) (sk) (sk). (Entered: 06/07/2002) |
| 06/03/2002 | 8 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for service as to defendant William Emmett Lecroy Jr. (sk) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 06/07/2002) |
| 06/03/2002 | 9 | | ORDERED that the requested subpoena be issued as to defendant William Emmett Lecroy Jr. (sk) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 06/07/2002) |
| 06/05/2002 | 10 | | Attorney appearance for defendant by Daniel Summer. (sk) (sk). (Entered: 06/07/2002) |
| 06/07/2002 | 11 | | Notice by CRD of status conference scheduled for 10:00 A.M. on 06/28/02 before Judge Susan S. Cole as to William E. LeCroy, Jr. (sk) (sk). (Entered: 06/10/2002) |
| 06/12/2002 | 12 | | MOTION by defendant William Emmett Lecroy Jr. to stay proceedings Petit Jury Challenge with exhibits in support. (sk) (Additional attachment(s) added on 8/13/2009: # 1 Exhibits) (sk). (Entered: 06/13/2002) |
| 06/12/2002 | 13 | | MOTION by defendant William Emmett Lecroy Jr. to stay proceedings and/or Motion to DISMISS Indictment Grand Jury Challenge with exhibits in support. (sk) (Additional attachment(s) added on 8/13/2009: # 1 Exhibits) (sk). (Entered: 06/13/2002) |
| 06/13/2002 | 14 | | Motion by USA as to William Emmett Lecroy Jr. for notice of alibi . (sk) (sk). (Entered: 06/13/2002) |
| 06/13/2002 | 15 | | Motion by USA as to William Emmett Lecroy Jr. for reciprocal discovery . (sk) (sk). (Entered: 06/13/2002) |
| 06/13/2002 | 16 | | Agreed Upon MOTION for continuance under the Speedy Trial Act (sk) (sk). (Entered: 06/13/2002) |
| 06/13/2002 | 17 | | MOTION by defendant William Emmett Lecroy Jr. to extend time filing additional pretrial motions . (sk) (sk). (Entered: 06/13/2002) |
| 06/28/2002 | 18 | | Response by USA to [12−1] motion to stay proceedings Petit Jury Challenge by William Emmett Lecroy Jr., [13−1] motion to stay proceedings and/or Motion to DISMISS Indictment Grand Jury Challenge by William Emmett Lecroy Jr. (sk) (sk). (Entered: 07/01/2002) |

| | | | |
|---|---|---|---|
| 06/28/2002 | 19 | | Status HEARING HELD as to defendant William Emmett Lecroy Jr. before Mag Judge Susan S. Cole [12−1] motion to stay proceedings Petit Jury Challenge by William Emmett Lecroy Jr. taken under ADVISEMENT, [13−1] motion to stay proceedings and/or Motion to DISMISS Indictment Grand Jury Challenge by William Emmett Lecroy Jr. taken under ADVISEMENT, GRANTING [16−1] joint motion for continuance under the Speedy Trial Act, GRANTING [17−1] motion to extend time filing additional pretrial motions, GRANTING [14−1] motion for notice of alibi, GRANTING [15−1] motion for reciprocal discovery, to exclude pursuant to 18:3161 (h)(8)(B)(ii) beginning 6/12/02 and ending **/**/** (sk) (sk). (Entered: 07/10/2002) |
| 07/01/2002 | 20 | | Notice by CRD of status conference status conference scheduled for 08/29/02 at 10:00 A.M. before Judge Susan S. Cole . (cc) (sk) (sk). (Entered: 07/10/2002) |
| 07/09/2002 | 21 | | Motion by USA for reconsideration of defendant's [17−1] motion to extend time for filing additional pretrial motions . (sk) (sk). (Entered: 07/10/2002) |
| 07/12/2002 | 23 | | Reply by defendant to [21−1] motion for reconsideration of defendant's [17−1] motion to extend time for filing additional pretrial motions (sk) (sk). (Entered: 07/15/2002) |
| 07/17/2002 | 24 | | Response by USA in support of [21−1] motion for reconsideration of defendant's [17−1] motion to extend time for filing additional pretrial motions by USA. (sk) (sk). (Entered: 07/18/2002) |
| 07/19/2002 | 25 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to defendant William Emmett Lecroy Jr. (sk) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 07/19/2002) |
| 07/19/2002 | 26 | | ORDERED that the Requested Subpoena be Issued as to defendant William Emmett Lecroy Jr. (sk) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 07/19/2002) |
| 08/12/2002 | 27 | | MOTION by William Emmett Lecroy Jr. to extend time through 08/23/02 for perfect [12−1] motion to stay proceedings Petit Jury Challenge . (sk) (sk). (Entered: 08/13/2002) |
| 08/13/2002 | 32 | | SUPERSEDING INDICTMENT filed William Emmett Lecroy (1) count(s) 1s (sk) (sk). (Entered: 08/23/2002) |
| 08/13/2002 | 33 | | Defendant Information Sheet for William Emmett Lecroy Jr. (sk) (sk). (Entered: 08/23/2002) |
| 08/13/2002 | 34 | | Request for arraignment as to William Emmett Lecroy Jr. (sk) (sk). (Entered: 08/23/2002) |
| 08/16/2002 | 28 | | ORDER by Mag Judge Susan S. Cole as to defendant William Emmett Lecroy Jr. GRANTING [21−1] motion for reconsideration of defendant's [17−1] motion to extend time for filing additional pretrial motions. It is ORDERED that all pretrial motion which are not death penalty related shall be filed by 09/03/02. (cc) (sk) (sk). (Entered: 08/21/2002) |
| 08/20/2002 | 29 | | ORDER by Mag Judge Susan S. Cole as to defendant William Emmett Lecroy Jr. GRANTING [27−1] motion to extend time through 08/23/02 to perfect |

| | | | |
|---|---|---|---|
| | | | [12–1] motion to stay proceedings Petit Jury Challenge (cc) (sk) (sk). (Entered: 08/21/2002) |
| 08/21/2002 | 30 | | Application in forma pauperis for Order Requiring Subpoena to be issued for Service as to defendant William Emmett Lecroy Jr. (sk) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 08/21/2002) |
| 08/21/2002 | 31 | | ORDERED that the requested subpoena be issued as to defendant William Emmett Lecroy Jr. (sk) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 08/21/2002) |
| 08/23/2002 | 35 | | Proffer by defendant William Emmett Lecroy Jr. in support of [12–1] motion to stay proceedings Petit Jury Challenge, [13–1] motion to stay proceedings and/or Motion to DISMISS Indictment Grand Jury Challenge (sk) (sk). (Entered: 08/26/2002) |
| 08/28/2002 | 36 | | Supplement by defendant William Emmett Lecroy Jr. to [12–1] motion to stay proceedings Petit Jury Challenge, [13–1] motion to stay proceedings and/or Motion to DISMISS Indicitment Grand Jury Challenge (sk) (sk). (Additional attachment(s) added on 8/13/2009: # 1 Affidavit, # 2 Affidavit) (sk). (Entered: 08/28/2002) |
| 08/29/2002 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 08/29/02 before Mag Judge Susan S. Cole, by Court Reporter Pat M. Tanner. (sk) (Entered: 08/29/2002) |
| 08/30/2002 | 37 | | ARRAIGNMENT HELD before Mag Judge Susan S. Cole. Case assigned to William C. O'Kelley. Pretrial referral to Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. PLEA OF NOT GUILTY. (sk) (Additional attachment(s) added on 8/13/2009: # 1 Plea) (sk). (Entered: 09/06/2002) |
| 09/13/2002 | 38 | | Response by USA to dft's [36–1] supplement to [12–1] motion to stay proceedings Petit Jury Challenge & [13–1] motion to stay proceedings and/or Motion to DISMISS Indicitment Grand Jury Challenge. (djh) (vld). (Entered: 09/13/2002) |
| 09/13/2002 | 39 | | Response by USA to dft's [35–1] proffer to [12–1] motion to stay proceedings Petit Jury Challenge & [13–1] motion to stay proceedings and/or Motion to DISMISS Indicitment Grand Jury Challenge. (djh) (vld). (Entered: 09/13/2002) |
| 09/13/2002 | 40 | | Motion by USA as to William Emmett Lecroy Jr. for hearing on use of stun belt (djh) (vld). (Entered: 09/13/2002) |
| 09/30/2002 | 41 | | Response by William Emmett Lecroy Jr. to govt's [40–1] motion for hearing on use of stun belt (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 42 | | MOTION by William Emmett Lecroy Jr. requesting "gag order" to enforce local rule concerning pretrl publicity with brief in support. (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 43 | | MOTION by William Emmett Lecroy Jr. for a bill of particulars with brief in support. (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 44 | | MOTION by William Emmett Lecroy Jr. to strike surplusage with brief in support. (djh) (vld). (Entered: 10/02/2002) |

| 09/30/2002 | 45 | | MOTION by William Emmett Lecroy Jr. for discovery with brief in support. (djh) (vld). (Entered: 10/02/2002) |
|---|---|---|---|
| 09/30/2002 | 46 | | MOTION by William Emmett Lecroy Jr. to produce expert witness summary testimony with brief in support. (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 47 | | MOTION by William Emmett Lecroy Jr. to produce specific info relating to DNA testing, evid & expert testimony with brief in support. (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 48 | | MOTION by William Emmett Lecroy Jr. for particular Brady info with brief in support. (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 49 | | MOTION by William Emmett Lecroy Jr. for timely and complete disclosure of Brady information with brief in support. (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 50 | | MOTION by William Emmett Lecroy Jr. for meaningful & usable discovery with brief in support. (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 51 | | MOTION by William Emmett Lecroy Jr. for information regarding prior bad acts of defendant or any co−defendant with brief in support. (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 52 | | Reply by William Emmett Lecroy Jr. to govt's [38−1] response to dft's [36−1] supplement to [12−1] motion to stay proceedings Petit Jury Challenge & [13−1] motion to stay proceedings and/or Motion to DISMISS Indicitment Grand Jury Challenge (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 53 | | Reply by William Emmett Lecroy Jr. to govt's [39−1] response to dft's [35−1] proffer in support of [12−1] motion to stay proceedings Petit Jury Challenge & [13−1] motion to stay proceedings and/or Motion to DISMISS Indicitment Grand Jury Challenge (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 54 | | MOTION by William Emmett Lecroy Jr. to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, based on consent with brief in support. (djh) (vld). (Entered: 10/02/2002) |
| 09/30/2002 | 55 | | MOTION by William Emmett Lecroy Jr. to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, w/a search warrant with brief in support. (djh) (sk). (Entered: 10/02/2002) |
| 09/30/2002 | 56 | | MOTION by William Emmett Lecroy Jr. to suppress evidence seized from a vehicle on 10/09/01 with brief in support. (djh) (sk). (Entered: 10/02/2002) |
| 09/30/2002 | 57 | | MOTION by William Emmett Lecroy Jr. to suppress evidence seized & stmts made on 3/3/91 with brief in support. (djh) (sk). (Entered: 10/02/2002) |
| 09/30/2002 | 58 | | MOTION by William Emmett Lecroy Jr. for government notice of intent to use evidence arguably subject to suppression with brief in support. (djh) (sk). (Entered: 10/02/2002) |
| 10/03/2002 | 59 | | PRE−TRIAL CONFERENCE HELD before Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. [58−1] motion for government notice of intent to use evidence arguably subject to suppression taken under ADVISEMENT; [57−1] motion to suppress evidence seized & stmts made on 3/3/91 taken under ADVISEMENT; hearing set for 10/25/02 @ 10:00 A.M., [56−1] motion to suppress evidence from a vehicle on 10/09/01 taken under ADVISEMENT; |

| | | | |
|---|---|---|---|
| | | | govt to respond in 10 days, [55–1] motion to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, w/a search warrant taken under ADVISEMENT; govt to respond within 10 days and dft to reply withing 10 days after receipt, [54–1] motion to suppress evidence from 309 Broken Arrow Path, Blue Ridge, GA, taken under ADVISEMENT; hearing set 11/15/02 @ 10:00 A.M., GRANTING [51–1] motion for information regarding prior bad acts of defendant or any co–defendant; 21 days outside NDGA & 14 days inside NDGA, DENYING [50–1] motion for meaningful & usable discovery (1), GRANTING [49–1] motion for timely and complete disclosure of Brady information, GRANTING IN PART AND DENYING IN PART [48–1] motion for particular Brady info, GRANTING [47–1] motion to produce specific info relating to DNA testing, evid & expert testimony, GRANTING [46–1] motion to produce expert witness summary testimony; GRANTING IN PART AND DENYING IN PART [45–1] motion for discovery, [44–1] motion to strike surplusage taken under ADVISEMENT until death penalty decision is made, [43–1] motion for a bill of particulars taken under ADVISEMENT; govt has 10 days to respond & dft 10 days to reply, GRANTING [42–1] motion "gag order" to enforce local rule concerning pretrl publicity, GRANTING [40–1] motion for hearing on use of stun belt; hearing set for 10/25/02 @ 10:00 A.M. (sk) (sk). (Entered: 10/10/2002) |
| 10/04/2002 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 10/03/02 before Mag Judge Susan S. Cole, by Court Reporter Sharon D. Upchurch. (sk) (Entered: 10/04/2002) |
| 10/04/2002 | 64 | | MOTION to allow C.J.A Counsel for by William Emmett Lecroy Jr. to attend D.O.J. Meeting in Washington, D.C. . (sk) (sk). (Entered: 10/16/2002) |
| 10/08/2002 | 60 | | Application In Forma Pauperis by William Emmett Lecroy Jr. for order requiring subpoena to be issued at Government expense for service upon Cobb County Human Resources/Custodian of Records. (sk) (sk). (Entered: 10/10/2002) |
| 10/08/2002 | 61 | | ORDER by Mag Judge Alan J. Baverman as to William Emmett Lecroy Jr. GRANTING [60–1] motion for order requiring subpoena to be issued at Government expense to Cobb County Human Resources/Custodian of Records. (cc) (sk) (sk). (Entered: 10/10/2002) |
| 10/08/2002 | 62 | | Application In Forma Pauperis by William Emmett Lecroy Jr. for order requiring subpoena to be issued at Government expense for service upon Rodney E. Simmons, William "Billy" Powell, Detective Kevin J. Flynn, and Joseph Turner (sk) (sk). (Entered: 10/10/2002) |
| 10/08/2002 | | | ORDER by Mag Judge Alan J. Baverman as to William Emmett Lecroy Jr. GRANTING [62–1] motion for order requiring subpoena to be issued at Government expense for service upon Rodney Simmons, William "Billy Powell", Detective Kevin J. Flynn, and Joseph Turner. (cc) (sk) (Entered: 10/10/2002) |
| 10/09/2002 | 63 | | ORDER by Mag Judge Alan J. Baverman as to William Emmett Lecroy Jr. GRANTING [62–1] motion for order requiring subpoena to be issued at Government expense for the presence of Rodney E. Simmons, Detective Kevin J. Flynn, William "Billy" Powell, and Joseph Turner. (cc) (sk) (sk). |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/16/2002) |
| 10/15/2002 | 65 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [64–1] motion to allow C.J.A. Counsel to attend D.O.J. Meeting in Washington, D.C. (cc by MAG CRD) (sk) (sk). (Entered: 10/16/2002) |
| 10/18/2002 | 66 | | TRANSCRIPT of Motion before the Honorable Joel Feldman filed as to William Emmett Lecroy Jr. RE: for dates of 06/26/95 Court Reporter: Lois D. Maczko – (sk) (sk). (Entered: 10/18/2002) |
| 10/18/2002 | 67 | | Response by USA to [55–1] motion to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, w/a search warrant by William Emmett Lecroy Jr. (sk) (sk). (Entered: 10/18/2002) |
| 10/18/2002 | 68 | | Response by USA to [56–1] motion to suppress evidence seized from a vehicle on 10/09/01 by William Emmett Lecroy Jr. (sk) (sk). (Entered: 10/18/2002) |
| 10/18/2002 | 69 | | Response by USA to [43–1] motion for a bill of particulars by William Emmett Lecroy Jr. (sk) (sk). (Entered: 10/18/2002) |
| 10/21/2002 | 70 | | Brief by defendant William Emmett Lecroy Jr. in support of supplement to [12–1] motion to stay proceedings Petit Jury Challenge, [13–1] motion to stay proceedings and/or Motion to DISMISS Indictment based on Grand Jury Challenge addressing issues raised by Government's citation to USA v. Duarte–Acero. (sk) (sk). (Entered: 10/22/2002) |
| 10/21/2002 | 71 | | Brief by defendant William Emmett Lecroy Jr. in support of the applicability of the Federal rules of Evidence and the exclusion of hearsay evidence in a preliminary hearing on use of a stun belt. (sk) (sk). (Entered: 10/22/2002) |
| 10/25/2002 | 72 | | APPLICATION In Forma Pauperis by William Emmett Lecroy Jr. for order requiring subpoena to be issued at Government expense upon John M. Dawes (sk) (sk). (Entered: 10/30/2002) |
| 10/25/2002 | 73 | | ORDER by Mag Judge E. C. Scofield III as to William Emmett Lecroy Jr. GRANTING [72–1] motion for order requiring subpoena to be issued at Government expense upon John M. Dawes (cc) (sk) (sk). (Entered: 10/30/2002) |
| 10/25/2002 | 74 | | Evidentiary HEARING HELD as to William Emmett Lecroy Jr. on [57–1] motion to suppress evidence seized & stmts made on 3/3/91 before Mag Judge Susan S. Cole. Govt to file brief 10 days after transcript filed and dft to file brief 10 days after govt filing. (sk) (sk). (Entered: 10/31/2002) |
| 11/01/2002 | 75 | | REPLY by defendant William Emmett Lecroy Jr. to government's response to defendant's [56–1] motion to suppress evidence seized from a vehicle on 10/09/01 (sk) (sk). (Entered: 11/07/2002) |
| 11/01/2002 | 77 | | Response by USA to [71–1] Brief supporting the applicability of the Federal Rules of Evidence and the exclusion of hearsay evidence in a preliminary hearing on use of a stun belt by William Emmett Lecroy Jr. (sk) (Additional attachment(s) added on 9/16/2009: # 1 Exhibit A, # 2 Exhibit B) (sk). (Entered: 11/07/2002) |
| 11/07/2002 | 76 | | |

| | | | |
|---|---|---|---|
| | | | REPLY by defendant William Emmett Lecroy Jr. to government's response to defendant's [55–1] motion to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, w/a search warrant (sk) (sk). (Entered: 11/07/2002) |
| 11/08/2002 | 78 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. DENYING defendant's request to exclude the use of hearsay evidence at the Durham hearing scheduled to determine whether the Government may use a stun belt on Defendant during court proceedings. (cc) (sk) (sk). (Entered: 11/15/2002) |
| 11/18/2002 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 11/18/02 before Mag Judge Susan S. Cole by Court Reporter Karla T. Pittman. (sk) (Entered: 11/20/2002) |
| 11/18/2002 | 79 | | Motion HEARING held before Mag Judge Susan S. Cole as to [57–1] motion to suppress evidence seized & stmts made on 3/3/91. Govt has 10 days after receipt of transcript to file brief and dft has 10 days after receipt to file a reply brief. [40–1] motion to use stun belt WITHDRAWN. Counsel is to give outline to court re: scheduling. (sk) (sk). (Entered: 11/21/2002) |
| 11/25/2002 | 80 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: for dates of 10/25/02 Court Reporter: Donna C. Keeble – (sk) Modified on 3/31/2005 to correct date of hearing (sk). (Additional attachment(s) added on 12/11/2012: # 1 Transcript, part 2) (sk). (Entered: 11/25/2002) |
| 12/05/2002 | 81 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: for dates of 11/18/02 Court Reporter: West Court Reporting by Karla T. Pittman – (sk) (sk). (Entered: 12/05/2002) |
| 12/05/2002 | 82 | | Brief by USA opposing [57–1] motion to suppress evidence seized & stmts made on 3/3/91 by William Emmett Lecroy Jr. (sk) (Additional attachment(s) added on 9/16/2009: # 1 Exhibit A, # 2 Exhibit B) (sk). (Entered: 12/05/2002) |
| 12/19/2002 | 83 | | Brief by William Emmett Lecroy Jr. in support of [57–1] motion to suppress evidence seized & stmts made on 3/3/91 (djh) (sk). (Entered: 12/19/2002) |
| 12/19/2002 | 84 | | Response by USA to [55–1] motion to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, w/a search warrant by William Emmett Lecroy Jr. (djh) (sk). (Entered: 12/19/2002) |
| 12/20/2002 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 12/20/02 before Mag Judge Susan S. Cole, by Court Reporter Linda W. Baggett. (sk) (Entered: 12/24/2002) |
| 12/20/2002 | 85 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr., extending time through 01/23/03 for defendant to file motions that are unique to death penalty cases , to exclude pursuant to 18:3161 (h)(8)(B)(ii) beginning 12/20/02 and ending 1/23/03 in order to allow the government and the defense adequate opportunity to prepare for pretrial proceedings for trial. (cc) (sk) (sk). (Entered: 12/30/2002) |
| 12/20/2002 | 87 | | Scheduling HEARING HELD as to William Emmett Lecroy Jr. before Mag Judge Susan S. Cole. Dft has until 01/07/03 to file Dalbert motions. Death penalty motions to be filed by 01/14/03. Govt to file reply brief to motion to suppress. (djh) (sk). (Entered: 12/31/2002) |

| | | | |
|---|---|---|---|
| 12/20/2002 | 88 | | Notice of intent to seek death penalty by USA as to William Emmett Lecroy Jr. (djh) (sk). (Entered: 12/31/2002) |
| 12/24/2002 | 86 | | MOTION by William Emmett Lecroy Jr. to extend time through 02/28/03 in which to file any additional motions concerning the death penalty aspect of this case (sk) (Additional attachment(s) added on 8/28/2009: # 1 Motion) (sk). (Entered: 12/30/2002) |
| 12/31/2002 | 89 | | TRANSCRIPT of ptrl cnf filed as to William Emmett Lecroy Jr. RE: for dates of 01/03/02. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/11/2012: # 1 Transcript, part 2) (sk). (Entered: 01/02/2003) |
| 01/02/2003 | 90 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/02/2003) |
| 01/02/2003 | 91 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/02/2003) |
| 01/02/2003 | 92 | | Response by USA to [86–1] motion to extend time through 02/28/03 in which to file any additional motions concerning the death penalty aspect of this case. (sk) (sk). (Entered: 01/03/2003) |
| 01/03/2003 | 93 | | ORDER by William C. O'Kelley as to William Emmett Lecroy Jr., reassigning case to Judge Richard W. Story (cc) (sk) (sk). (Entered: 01/03/2003) |
| 01/03/2003 | 95 | | Response by USA to [57–1] motion to suppress evidence seized & stmts made on 3/3/91 by William Emmett Lecroy Jr. (filed in Atlanta Div) (djh) (sk). (Entered: 01/07/2003) |
| 01/06/2003 | 94 | | MOTION by William Emmett Lecroy Jr. to exclude expert testimony with brief in support. (djh) Modified on 01/07/2003 (sk). (Entered: 01/06/2003) |
| 01/10/2003 | 96 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. GRANTING IN PART AND DENYING IN PART [86–1] motion to extend time through 02/28/03 in which to file any additional motions concerning the death penalty aspect of this case; GRANTED as to the extent that motions unique to the death penalty prosecution may be filed up until 02/10/03 and is DENIED to the extent that it seeks an extension of the time for filing Daubert motions. (cc) (sk) (sk). (Entered: 01/13/2003) |
| 01/17/2003 | 97 | | Response by USA to [94–1] motion to exclude expert testimony by William Emmett Lecroy Jr. (sk) (Additional attachment(s) added on 8/28/2009: # 1 Exh A) (sk). (Entered: 01/22/2003) |
| 01/21/2003 | 98 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr., Appointing Daniel J. Summer as Counsel (cc) (sk) (sk). (Entered: 01/24/2003) |
| 02/10/2003 | 99 | | MOTION and Authority by William Emmett Lecroy Jr. for discovery on sentencing issues with brief in support. (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 100 | | MOTION by William Emmett Lecroy Jr. for pretrial disclosure of name and addressess of all government witnesses . (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 101 | | |

| | | | |
|---|---|---|---|
| | | | MOTION by William Emmett Lecroy Jr. to bar consideration of and imposition of the death penalty due to the improper restriction on the right to weigh the sufficiency of aggravating circumstances in the event there are mitigating circumstances with brief in support. (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 102 | | MOTION by William Emmett Lecroy Jr. for pretrial hearing and other necessary procedures to prevent the admission of improper judicial victim impact evidence with brief in support. (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 103 | | MOTION by William Emmett Lecroy Jr. to declare federal death penalty unconstitutional and to strike the special findings from superceding indictment based on Ring v. Arizona, 122 S.CT. 2428 (2002) with brief in support. (sk) (sk). (Additional attachment(s) added on 9/16/2009: # 1 Motion, part 2) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 104 | | MOTION by William Emmett Lecroy Jr. to delcare federal death penalty unconstitutional with brief in support. (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 105 | | MOTION by William Emmett Lecroy Jr. to declare federal death penalty unconstitutional due to the unusual and infrequent use of the federal death penalty with exhibit in support. (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 106 | | MOTION by William Emmett Lecroy Jr. to strike constitutionally invalid aggravating factors from [88−1] notice of intent to seek the death penalty and from indictment . (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 107 | | MOTION by William Emmett Lecroy Jr. to preclude application of amended FRCP 12.2(b) and (c) on EX POST FACTO grounds . (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 108 | | MOTION by William Emmett Lecroy Jr. to require production of list of the veniremen . (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 109 | | MOTION by William Emmett Lecroy Jr. to permit counsel to participate in voir dire with incorporated authority . (sk) (sk). (Entered: 02/11/2003) |
| 02/10/2003 | 110 | | Motion by USA as to William Emmett Lecroy Jr. for penalty phase discovery (sk) (sk). (Entered: 02/12/2003) |
| 02/20/2003 | 111 | | MOTION by William Emmett Lecroy Jr. to require the government to provide a more specific notice of intent to seek death penalty so that the defendant has actual notice of the government's intent . (sk) (sk). (Entered: 02/21/2003) |
| 02/25/2003 | 112 | | PRE−TRIAL CONFERENCE HELD before Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. [111−1] motion to require the government to provide a more specific notice of intent to seek death penalty so that the defendant has actual notice of the government's intent taken under ADVISEMENT; DEFERRING ruling on [109−1] motion to permit counsel to participate in voir dire with incorporated authority, DENYING [108−1] motion to require production of list of the veniremen, [107−1] motion to preclude application of amended FRCP 12.2(b) and (c) on POST FACTO grounds taken under ADVISEMENT, [106−1] motion to strike invalid aggravating factors from [88−1] notice of intent to seek the death penalty and from indictment taken under ADVISEMENT, [105−1] motion to declare federal death penalty unconstitutional due to unusual and infrequent use of the |

| | | | |
|---|---|---|---|
| | | | federal death penalty taken under ADVISEMENT, [104–1] motion to delcare federal death penalty unconstitutional taken under ADVISEMENT, [103–1] motion to declare federal death penalty unconstitutional and to strike the special findings from superceding indictment based on Ring v. Arizona, 122 S.CT. 2428 (2002) taken under ADVISEMENT, DEFERRING ruling on [102–1] motion for pretrial hearing and other necessary procedures to prevent the admission of improper judicial victim impact evidence, [101–1] motion to bar consideration of and imposition of the death penalty due to the improper restriction on the right to weigh the sufficiency of aggravating circumstances in the event there are mitigating circumstances taken ADVISEMENT, DENYING [100–1] motion for pretrial disclosure of name and addresses of all government witnesses, [99–1] motion for discovery on sentencing issues taken under ADVISEMENT, [110–1] motion for penalty phase discovery taken under ADVISEMENT, [94–1] motion to exclude expert testimony taken under ADVISEMENT, DENYING AS MOOT the [44–1] motion to strike surplusage; Plaintiff has 25 days to perfect DAlbert motions & let Court know if they are not going to challenge experts; plaintiff will have 10 days to file a reply to government response. (sk) Modified on 03/20/2003 (sk). (Entered: 03/03/2003) |
| 02/25/2003 | 113 | | Notice of filing by USA as to William Emmett Lecroy Jr. of summary of testimony of expert witness Stephanie E. Fowler. (djh) Modified on 03/20/2003 (sk). (Entered: 03/20/2003) |
| 02/25/2003 | 114 | | Notice of filing by USA as to William Emmett Lecroy Jr. of summary of testimony of expert witness J. Bradley Pearson. (djh) Modified on 03/20/2003 (sk). (Entered: 03/20/2003) |
| 02/25/2003 | 115 | | Notice of filing by USA as to William Emmett Lecroy Jr. of summary of testimony of expert witness Arthur T. Anthony w/attachments. (djh) Modified on 03/20/2003 (Additional attachment(s) added on 9/17/2009: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (sk). (Entered: 03/20/2003) |
| 02/27/2003 | 116 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr., DIRECTING parties to appear at a hearing before the Court on 03/12/03 to discuss the parties' respective positions concerning [55–1] motion to suppress evidence hearing at 10:30 on 3/12/03 for William Emmett Lecroy Jr. (cc) (sk) Modified on 03/20/2003 (sk). (Entered: 02/28/2003) |
| 03/07/2003 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 02/25/03 before Mag Judge Susan S. Cole, by Court Reporter Martha Frutchey. (sk) (Entered: 03/07/2003) |
| 03/10/2003 | 117 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: Status Conference held on 02/25/03 Court Reporter: Martha Frutchey – (sk) Modified on 03/20/2003 (sk). (Entered: 03/10/2003) |
| 03/11/2003 | 118 | | Response by USA to [101–1] motion to bar consideration of and imposition of the death penalty due to the improper restriction on the right to weigh the sufficiency of aggravating circumstances in the event there are mitigating circumstances by William Emmett Lecroy Jr. (sk) Modified on 03/20/2003 (Additional attachment(s) added on 9/17/2009: # 1 Exhibit A, # 2 Exhibit B) (sk). (Entered: 03/11/2003) |
| 03/11/2003 | 119 | | |

| | | | |
|---|---|---|---|
| | | | Response by USA to [109–1] motion to permit counsel to participate in voir dire with incorporated authority by William Emmett Lecroy Jr. (sk) Modified on 03/20/2003 (sk). (Entered: 03/11/2003) |
| 03/11/2003 | 120 | | Response by USA to [99–1] motion for discovery on sentencing issues by William Emmett Lecroy Jr. (sk) Modified on 03/20/2003 (sk). (Entered: 03/11/2003) |
| 03/11/2003 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 3/11/03 before Mag Judge Susan S. Cole, by Court Reporter Linda W. Baggett. (djh) (Entered: 03/11/2003) |
| 03/11/2003 | 121 | | EVIDENTIARY HEARING HELD before Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. Oral arguments were heard on [55–1] dft's motion to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA. Court Reporter: Linda Baggett (sk) Modified on 03/20/2003 (sk). (Entered: 03/13/2003) |
| 03/17/2003 | 122 | | Motion by USA as to William Emmett Lecroy Jr. to extend time through 04/18/03 for pla to respond to dft's Death Penalty–related motions with proposed order. (to RWS) (sk) Modified on 03/20/2003 (sk). (Entered: 03/17/2003) |
| 03/18/2003 | 123 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. GRANTING [122–1] motion to extend time through 04/18/03 for pla to respond to dft's Death Penalty–related motions (cc) (sk) Modified on 03/20/2003 (sk). (Entered: 03/19/2003) |
| 03/24/2003 | 124 | | REPLY by defendant William Emmett Lecroy Jr. to response to [99–1] motion for discovery on sentencing issues (sk) (sk). (Entered: 03/25/2003) |
| 03/24/2003 | 125 | | REPLY by defendant William Emmett Lecroy Jr. to response to [109–1] motion to permit counsel to participate in voir dire (sk) (sk). (Entered: 03/25/2003) |
| 03/24/2003 | 126 | | REPLY BRIEF by defendant William Emmett Lecroy Jr. on [101–1] motion to bar consideration of and imposition of the death penalty due to the improper restriction on the right to weigh the sufficiency of aggravating circumstances in the event there are mitigating circumstances (sk) (sk). (Entered: 03/25/2003) |
| 03/24/2003 | 127 | | MOTION by William Emmett Lecroy Jr. to exclude testimony from Forensic Biologist, J. Bradley Pearson and request for a Daubert Hearing. (sk) (Additional attachment(s) added on 9/23/2009: # 1 Exhibit, # 2 Exhibit) (sk). (Entered: 03/25/2003) |
| 03/24/2003 | 128 | | MOTION by William Emmett Lecroy Jr. to exclude testimony from Forensic Document Examiner and request for a Daubert Hearing. (sk) (Additional attachment(s) added on 9/23/2009: # 1 Exhibit, # 2 Exhibit) (sk). (Entered: 03/25/2003) |
| 03/25/2003 | | | Added attorney for USA: Raymond Joseph Burby IV. (sk) (Entered: 03/25/2003) |
| 03/27/2003 | 129 | | ORDER DIRECTING the Lumpkin County Jail to allow Michael Hilton, MD into the Lumpkin County Jail for the purpose of psychiatric evaluation as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/18/2010 to unseal |

| | | | |
|---|---|---|---|
| | | | pursuant to 1/11/10 oral order (vld). (Entered: 03/27/2003) |
| 04/07/2003 | 130 | | Response by USA to [102−1] motion for pretrial hearing and other necessary procedures to prevent the admission of improper judicial victim impact evidence (sk) (sk). (Entered: 04/09/2003) |
| 04/07/2003 | 131 | | Response by plaintiff to [104−1] motion to delcare federal death penalty unconstitutional (sk) (sk). (Entered: 04/09/2003) |
| 04/07/2003 | 132 | | Reponse by USA to [111−1] motion to require the government to provide a more specific notice of intent to seek death penalty so that the defendant has actual notice of the government's intent (sk) (sk). (Entered: 04/09/2003) |
| 04/07/2003 | 133 | | Response by USA to [127−1] motion to exclude testimony from Forensic Biologist, J. Bradley Pearson and request for a Daubert Hearing. (sk) (sk). (Entered: 04/09/2003) |
| 04/07/2003 | 134 | | Response by USA to [128−1] motion to exclude testimony from Forensic Document Examiner and request for a Daubert Hearing. (sk) (sk). (Entered: 04/09/2003) |
| 04/18/2003 | 135 | | MOTION by William Emmett Lecroy Jr. to file replies to all government pleadings concerning challenges to the Federal Death Penalty Scheme at the same time & to extend time through 05/02/03 for dft to file reply to [104−1] motion to delcare federal death penalty unconstitutional (sk) (sk). (Entered: 04/21/2003) |
| 04/18/2003 | 136 | | Response by USA to [105−1] motion to declare federal death penalty unconstitutional due to the unusual and infrequent use of the federal death penalty by William Emmett Lecroy Jr. (sk) (sk). (Entered: 04/21/2003) |
| 04/18/2003 | 137 | | Response by USA to [106−1] motion to strike constitutionally invalid aggravating factors from [88−1] notice of intent to seek the death penalty and from indictment by William Emmett Lecroy Jr. (sk) (sk). (Entered: 04/21/2003) |
| 04/18/2003 | 138 | | Response by USA to [107−1] motion to preclude application of amended FRCP 12.2(b) and (c) on EX POST FACTO grounds by William Emmett Lecroy Jr. (sk) (sk). (Entered: 04/21/2003) |
| 04/18/2003 | 139 | | Response by USA to [103−1] motion to declare federal death penalty unconstitutional and to strike the special findings from superceding indictment based on Ring v. Arizona, 122 S.CT. 2428 (2002) by William Emmett Lecroy Jr. (sk) (Additional attachment(s) added on 11/7/2012: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (sk). (Entered: 04/21/2003) |
| 04/21/2003 | 140 | | REPLY by defendant to response to [102−1] motion for pretrial hearing and other necessary procedures to prevent the admission of improper judicial victim impact evidence (sk) (sk). (Entered: 04/22/2003) |
| 04/21/2003 | 141 | | REPLY by defendant to response to [111−1] motion to require the government to provide a more specific notice of intent to seek death penalty so that the defendant has actual notice of the government's intent (sk) (sk). (Entered: 04/22/2003) |
| 04/21/2003 | 142 | | |

| | | | |
|---|---|---|---|
| | | | REPLY by defendant to response to [127−1] motion to exclude testimony from Forensic Biologist, J. Bradley Pearson (sk) (sk). (Entered: 04/22/2003) |
| 04/21/2003 | 143 | | REPLY by defendant to response to [128−1] motion to exclude testimony from Forensic Document Examiner (sk) (sk). (Entered: 04/22/2003) |
| 04/22/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [135−1] motion to file replies to all government pleadings concerning challenges to the Federal Death Penalty Scheme at the same time & to extend time through 05/02/03 for dft to file reply to [104−1] motion to delcare federal death penalty unconstitutional (sk) (Entered: 04/22/2003) |
| 04/24/2003 | 144 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. GRANTING defendant's [135−1] motion to extend time through 05/02/03 for filing of replies to all government pleadings [103−1], [104−], & [105−1] concerning challenges to the Federal Death Penalty Scheme. (cc) (sk) (sk). (Entered: 04/25/2003) |
| 05/02/2003 | 145 | | REPLY by William Emmett Lecroy Jr. to govt's response to [103−1] motion to declare federal death penalty unconstitutional to strike the special findings from superceding indictment based on Ring v. Arizona, 122 S.CT. 2428 (2002) (djh) (sk). (Entered: 05/02/2003) |
| 05/02/2003 | 146 | | REPLY by William Emmett Lecroy Jr. to response to [104−1] motion to delcare federal death penalty unconstitutional (djh) (sk). (Entered: 05/02/2003) |
| 05/02/2003 | 147 | | REPLY by William Emmett Lecroy Jr. to response to [105−1] motion to declare federal death penalty unconstitutional due to the unusual and infrequent use of the federal death penalty (djh) (sk). (Entered: 05/02/2003) |
| 05/02/2003 | 148 | | REPLY by William Emmett Lecroy Jr. to response to [106−1] motion to strike constitutionally invalid aggravating factors from [88−1] notice of intent to seek the death penalty and from indictment (djh) (sk). (Entered: 05/02/2003) |
| 05/02/2003 | 149 | | REPLY by William Emmett Lecroy Jr. to response to [107−1] motion to preclude application of amended FRCP 12.2(b) and (c) on EX POST FACTO grounds (djh) (sk). (Entered: 05/02/2003) |
| 06/09/2003 | 150 | | MOTION to Preclude Government Interference with Defense Investigation as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 06/09/2003) |
| 06/09/2003 | 151 | | ORDER DIRECTING the US Federal Correctional Institute in El Reno, OK, to permit the defense to have access to Dr. Marti Carlson and counselors Anita Novey and Linda Lyon as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/18/2010 (vld) to unseal pursuant to 1/11/10 oral order. (Entered: 06/09/2003) |
| 06/17/2003 | 152 | | ORDERED that Augusta State Medical Prison is hereby directed to allow Attorney Brian Mendelsohn and Investigator Susan Miller into the Augusta State Medical Prison for the purpose of an interview as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 07/04/2003) |
| 06/17/2003 | 153 | | ORDERED DIRECTING the Lumpkin County Jail to allow Barry M. Crown, PhD, into the Lumpkin County Jail for the purpose of an evaluation as to |

| | | | |
|---|---|---|---|
| | | | William Emmett Lecroy Jr. (djh) (vld). Modified on 3/18/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 07/04/2003) |
| 07/02/2003 | 154 | | Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 07/04/2003) |
| 07/02/2003 | 155 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 07/04/2003) |
| 07/02/2003 | 156 | | ORDER DIRECTING the Atlanta Pretrial Detention Center to allow Barry M. Crown, PhD, with his equipment into the Atlanta Pretrial Detention Center for the purpose of an evaluation as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 07/04/2003) |
| 09/02/2003 | 157 | | REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [56–1] motion to suppress evidence seized from a vehicle on 10/09/01 as to William Emmett Lecroy (1) with order for service (sk) (sk). (Entered: 09/03/2003) |
| 09/03/2003 | 158 | | REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [57–1] motion to suppress evidence seized & stmts made on 3/3/91 as to William Emmett Lecroy (1) with order for service. (cc) (sk) (sk). (Entered: 09/03/2003) |
| 09/04/2003 | | | Exhibits by plaintiff USA received. (sk) (Entered: 09/04/2003) |
| 09/04/2003 | | | Exhibits by defendant received. (sk) (Entered: 09/04/2003) |
| 09/04/2003 | 159 | | Pla USA Exhibit list as to William Emmett Lecroy Jr. (sk) (sk). (Entered: 09/04/2003) |
| 09/04/2003 | 160 | | Dft's Exhibit list as to William Emmett Lecroy Jr. (sk) (sk). (Entered: 09/04/2003) |
| 09/04/2003 | 161 | | REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [54–1] motion to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, based on consent, RECOMMEND DENYING [55–1] motion to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, w/a search warrant with order for service. (cc by MAG) (sk) Modified on 10/06/2003 (sk). (Entered: 09/04/2003) |
| 09/16/2003 | 162 | | Objections by William Emmett Lecroy Jr. to [157–1] report & recommendation (recommending denying dft's motion to suppress evidence seized from a vehicle on 10/09/01 [56–1]). (djh) (sk). (Entered: 09/16/2003) |
| 09/17/2003 | 163 | | Objections by William Emmett Lecroy Jr. to [158–1] report & recommendation re: [57–1] motion to suppress evid seized & stmts made on 03/03/91. (djh) (sk). (Entered: 09/18/2003) |
| 09/18/2003 | 164 | | Objections by William Emmett Lecroy Jr. to [161–1] report & recommendation re: dft's motion to suppress evid seized from 309 Broken Arrow Path, Blue Ridge, GA. (djh) (sk). (Entered: 09/18/2003) |

| 09/19/2003 | 165 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. DENYING [107−1] motion to preclude application of amended FRCP 12.2(b) and (c) on EX POST FACTO grounds. Dft to provide ntc of intention to introduce expert evidence relating to mental disease or defect or any other mental condition of dft bearing on issue of guilt or issue of punishment w/i 30 days of this order. (cc by mag) (djh) (sk). (Entered: 09/19/2003) |
| --- | --- | --- | --- |
| 09/22/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [161−1] report & recommendation, [158−1] report & recommendation, [157−1] report & recommendation (sk) (Entered: 09/22/2003) |
| 09/24/2003 | 166 | | Notice by MAG CRD Daubert hearing on 10:00 10/18/03 for William Emmett Lecroy Jr. re: [127−1] motion to exclude testimony from Forsenic Biologist & [128−1] motion to exclude testimony from Forsenic Document Examiner. (sk) (sk). (Entered: 09/24/2003) |
| 09/24/2003 | 167 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr., to produce dft William Emmett Lecroy for Daubert Hearing on 11/18/03 @ 10:00 A.M. (cc by MAG CRD) (sk) (sk). (Entered: 09/24/2003) |
| 09/26/2003 | 168 | | Notice as to William Emmett Lecroy Jr., status conference set for 10:00 10/3/03 . (cc by MAG CRD) (sk) (sk). (Entered: 09/26/2003) |
| 09/30/2003 | 169 | | MOTION by William Emmett Lecroy Jr. to conduct trial in the Atlanta Div of USDC ND/Ga with brief in support. (djh) (sk). (Entered: 09/30/2003) |
| 10/03/2003 | 170 | | Objections by defendant to [165−1] order dated 09/19/03. (sk) (sk). (Entered: 10/03/2003) |
| 10/03/2003 | 171 | | Summary of Testimony of Expert Witness Kris Sperry, M.D. as to William Emmett Lecroy Jr. (sk) (Additional attachment(s) added on 3/22/2010: # 1 Exhibit A, # 2 Exhibit B) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 10/03/2003) |
| 10/03/2003 | 172 | | ORDER TO SEAL testimony of Kris Sperry, M.D. as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 10/03/2003) |
| 10/03/2003 | 173 | | STATUS CONFERENCE HELD before Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. Daubert Hearings discussed. Dft [58−1] motion for government notice of its intention to use evidence arguably subject to suppression. [94−1] motion is DENIED as abandoned. (sk) (sk). (Entered: 10/07/2003) |
| 10/03/2003 | 174 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [58−1] motion for government notice of intent to use evidence arguably subject to suppression as to William Emmett Lecroy (1). Govt is DIRECTED to provide such notice withing 10 days of its determination that it intends to use such evidence. (cc by MAG CRD) (sk) (sk). (Entered: 10/07/2003) |
| 10/06/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [170−1] objection to [165−1] order datd 09/19/03. (sk) (Entered: 10/06/2003) |
| 10/06/2003 | 175 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. DENYING [43−1] motion for a bill of particulars as to William Emmett |

| | | | |
|---|---|---|---|
| | | | Lecroy (1). (cc by MAG CRD) (sk) (sk). (Entered: 10/07/2003) |
| 10/07/2003 | 176 | | Response by USA to [169–1] motion to conduct trial in the Atlanta Div of USDC ND/Ga by William Emmett Lecroy Jr. (sk) (sk). (Entered: 10/07/2003) |
| 10/07/2003 | 177 | | REQUEST for leave of absence of dft atty Paul Kish . (sk) (sk). (Entered: 10/07/2003) |
| 10/07/2003 | | | SUBMITTED to Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. on [177–1] motion for leave of absence of dft atty Paul Kish (sk) (Entered: 10/07/2003) |
| 10/07/2003 | 180 | | Notice of filing of summary of testimony of Vickie Adams by plaintiff USA. (sk) (sk). (Entered: 10/09/2003) |
| 10/08/2003 | 178 | | Ex Parte Application In Forma Pauperis by William Emmett Lecroy Jr. for order requiring subpoena to be issued at Government expense upon Warden Keith Olson or Custodian of Records @ USP Terre Haute. (unsealed per [184–1] order dated 10/22/03) (sk) Modified on 10/22/2003 (sk). (Entered: 10/22/2003) |
| 10/08/2003 | 179 | | Ex Parte ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [178–1] motion for order requiring subpoena to be issued for Warden Keith Olson or Custodian of Records @ USP Terre Haute at Government expense. (cc)(unsealed per [184–1] order dated 10/22/03) (sk) Modified on 10/22/2003 (sk). (Entered: 10/22/2003) |
| 10/09/2003 | | | Terminated submissions. (sk) (Entered: 10/09/2003) |
| 10/09/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [177–1] motion for leave of absence of dft atty Paul Kish (sk) (Entered: 10/09/2003) |
| 10/10/2003 | 181 | | Reply by defendant to [110–1] motion for penalty phase discovery (sk) (sk). (Entered: 10/10/2003) |
| 10/14/2003 | 182 | | Objections by USA as to William Emmett Lecroy Jr. to Magistrate Judge's [167–1] order to produce dft William Emmett Lecroy for Daubert Hearing on 11/18/03 @ 10:00 A.M. (djh) (Additional attachment(s) added on 11/13/2012: # 1 Exhibit A) (sk). (Entered: 10/14/2003) |
| 10/20/2003 | 183 | | Notice of filing of expert evidence of a mental condition by defendant William Emmett Lecroy Jr. (sk) (sk). (Entered: 10/20/2003) |
| 10/22/2003 | | | Oral MOTION by defendant William Emmett Lecroy Jr. to unseal documents [178–1] & [179–1] . (sk) (Entered: 10/22/2003) |
| 10/22/2003 | 184 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [0–0] motion to unseal documents [178–1] & [179–1]. (cc) (sk) (sk). (Entered: 10/22/2003) |
| 10/23/2003 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 10/03/03 before Mag Judge Susan S. Cole, by Court Reporter Donna Keeble. (sk) (Entered: 10/23/2003) |
| 10/23/2003 | 185 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: for dates of 10/03/03 – Status Conference Court Reporter: Donna Keeble – (sk) (sk). |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/23/2003) |
| 10/24/2003 | 186 | | MOTION by William Emmett Lecroy Jr. for leave of absence of Daniel Summer beginning 01/08/04 . (sk) (sk). (Entered: 10/24/2003) |
| 10/24/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [186–1] motion for leave of absence of Daniel Summer beginning 01/08/04 (sk) (Entered: 10/24/2003) |
| 10/24/2003 | 187 | | Reply by defendant to Government's [182–1] objection to the Magistrate Judge's order scheduling Daubert Hearings. (sk) (sk). (Entered: 10/24/2003) |
| 10/27/2003 | 188 | | REPLY by defendant to response to [169–1] motion to conduct trial in the Atlanta Div of USDC ND/Ga (sk) (Entered: 10/27/2003) |
| 10/27/2003 | 189 | | Motion by USA as to William Emmett Lecroy Jr. for a psychiatric examination of dft . (sk) (vld). (Entered: 10/28/2003) |
| 10/27/2003 | 190 | | FINAL REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [12–1] motion stay proceedings Petit Jury Challenge as to William Emmett Lecroy (1), RECOMMEND DENYING [13–1] motion to stay proceedings and/or Motion to DISMISS Indicitment Grand Jury Challenge as to William Emmett Lecroy (1) with order for service ( Submission of RR due 11/13/03 for William Emmett Lecroy Jr. ) (sk) (vld). (Entered: 10/28/2003) |
| 10/27/2003 | 191 | | Response by USA to [177–1] motion for leave of absence of dft atty Paul Kish for William Emmett Lecroy Jr. (sk) (vld). (Entered: 10/28/2003) |
| 10/28/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [189–1] motion for a psychiatric examination of dft (sk) (Entered: 10/28/2003) |
| 10/28/2003 | 192 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING IN PART AND DENYING IN PART [99–1] motion for discovery on sentencing issues; GRANTING IN PART AND DENYING IN PART [110–1] motion for penalty phase discovery. (cc by mag CRD) (djh) (vld). (Entered: 10/29/2003) |
| 10/29/2003 | 193 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. re: govt's [182–1] obj to Magistrate Judge Susan S. Cole's [167–1] order to produce dft William Emmett Lecroy for Daubert hearing. SUSTAINING obj as to DNA evidence; OVERRULING obj as to handwriting analysis. Daubert hearing should proceed before Mag Judge Cole. (cc) (djh) (vld). (Entered: 10/29/2003) |
| 10/29/2003 | 194 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. GRANTING [186–1] motion for leave of absence of Daniel Summer beginning 12/01/03 and extending through 1/31/04; GRANTING [177–1] motion for leave of absence of dft atty Paul Kish beginning 12/15/03 and extending through 2/2/04; jury trial set for 2/16/04 for William Emmett Lecroy Jr. , (cc) (sk) (vld). (Entered: 10/29/2003) |
| 10/30/2003 | 195 | | Response by William Emmett Lecroy Jr. to govt's [189–1] motion for a mental examination of dft (djh) (vld). (Entered: 10/30/2003) |
| 10/30/2003 | 196 | | |

| | | | |
|---|---|---|---|
| | | | UNOPPOSED MOTION by William Emmett Lecroy Jr. for access to the alleged crime scene with brief in support. (djh) Modified on 10/30/2003 (vld). (Entered: 10/30/2003) |
| 10/30/2003 | 197 | | MOTION by William Emmett Lecroy Jr. to suppress because of unconstitutional destruction of exculpatory evidence with brief in support. (djh) (vld). (Entered: 10/30/2003) |
| 10/30/2003 | 198 | | MOTION by William Emmett Lecroy Jr. for disclosure of particular Brady and Giglio info relating to jailhouse snitch with brief in support. (djh) (vld). (Entered: 10/30/2003) |
| 10/30/2003 | 199 | | MOTION by William Emmett Lecroy Jr. in limine to exclude jail house snitch testimony with brief in support. (djh) (vld). (Entered: 10/30/2003) |
| 10/31/2003 | 200 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DENYING [169−1] motion to conduct trial in the Atlanta Div of USDC ND/Ga. (cc) (sk) (vld). (Entered: 10/31/2003) |
| 11/03/2003 | 201 | | MOTION by William Emmett Lecroy Jr. for continuance of pretrial conference from 11/10/03 to 11/18/03 with brief in support. (sk) (vld). (Entered: 11/03/2003) |
| 11/03/2003 | 202 | | MOTION by William Emmett Lecroy Jr. for information regarding the Lumpkin County Detention Center . (sk) (vld). (Entered: 11/03/2003) |
| 11/03/2003 | | | SUBMITTED to Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. on [202−1] motion for information regarding the Lumpkin County Detention Center, [201−1] motion for continuance of pretrial conference from 11/10/03 to 11/18/03 (sk) (Entered: 11/03/2003) |
| 11/03/2003 | 203 | | Response by USA to [186−1] motion for leave of absence of Daniel Summer beginning 01/08/04 by William Emmett Lecroy Jr. (sk) (vld). (Entered: 11/04/2003) |
| 11/03/2003 | 204 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [196−1] motion for access to the alleged crime scene; ORDERING govt to use its control of access to the requested areas of the Lumpkin Co Jail, by virtue of the contractural relationship between the USMS & Lumpkin Co., to afford access to the areas to dft's counsel within 30 days of date of this order. (cc by MAG CRD) (sk) (vld). (Entered: 11/04/2003) |
| 11/05/2003 | 205 | | Unopposed MOTION by William Emmett Lecroy Jr. to extend time through 12/15/03 for dft to file Lethal Injection Proffer . (sk) Modified on 11/05/2003 (vld). (Entered: 11/05/2003) |
| 11/06/2003 | 206 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [161−1] report & recommendation as the order of this court; DENYING [54−1] motion to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, based on consent as to William Emmett Lecroy (1), DENYING [55−1] motion to suppress evidence seized from 309 Broken Arrow Path, Blue Ridge, GA, w/a search warrant as to William Emmett Lecroy (1). (cc) (sk) (vld). (Entered: 11/06/2003) |
| 11/06/2003 | 207 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING IN PART AND DENYING IN PART [205−1] motion to extend |

| | | | |
|---|---|---|---|
| | | | time through 12/15/03 for dft to file Lethal Injection Proffer. Counsel for govt is DIRECTED to expedite the production of the material to dft in any way possible. Dft's evidentiary proffer is due no later than 12/01/03. (cc by MAG CRD) (sk) (vld). (Entered: 11/07/2003) |
| 11/07/2003 | 208 | | Motion by USA as to William Emmett Lecroy Jr. for issuance of Rule 17(c) subpoenas with proposed order and subpoenas in support. (sk) (vld). (Entered: 11/07/2003) |
| 11/10/2003 | 209 | | REPLY by plaintiff USA to response to [189−1] motion for a psychiatric examination of dft (sk) (vld). (Entered: 11/10/2003) |
| 11/10/2003 | 210 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [189−1] motion for a psychiatric examination of dft. (cc by MAG CRD) (sk) (vld). (Entered: 11/10/2003) |
| 11/10/2003 | 211 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr., for a mental examination . (cc by MAG CRD) (sk) (vld). (Entered: 11/10/2003) |
| 11/12/2003 | 212 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [208−1] motion for issuance of Rule 17(c) subpoenas. (see order for specifics)(cc by MAG CRD) (sk) (vld). (Entered: 11/13/2003) |
| 11/12/2003 | | | Original subpoenas signed, sealed & returned to AUSA Vineyard per [212−1] order by MAG CRD. (sk) (Entered: 11/13/2003) |
| 11/13/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [190−1] report & recommendation (sk) (Entered: 11/13/2003) |
| 11/13/2003 | 213 | | Application In Forma Pauperis by William Emmett Lecroy Jr. for order requiring subpoena for service . (sk) (vld). (Entered: 11/13/2003) |
| 11/13/2003 | 214 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [213−1] motion for issuance and service of subpoenas. (cc by MAG CRD) (sk) (vld). (Entered: 11/13/2003) |
| 11/13/2003 | 215 | | Motion by USA as to William Emmett Lecroy Jr. to extend time to respond to motions [197−1] motion to suppress because of unconstitutional destruction of exculpatory evidence, [198−1] motion for disclosure of particular Brady and Giglio info relating to jailhouse snitch, [199−1] motion in limine to exclude jail house snitch testimony, [202−1] motion for information regarding the Lumpkin County Detention Center (sk) (vld). (Entered: 11/13/2003) |
| 11/14/2003 | 217 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [215−1] motion to extend time for a response to the date in which corresponding motions are due in case 2:03−cv−52 with regard to: [197−1] motion to suppress because of unconstitutional destruction of exculpatory evidence, [198−1] motion for disclosure of particular Brady and info relating to jailhouse snitch, [199−1] motion in limine to exclude jail house snitch testimony, [202−1] motion for information regarding the Lumpkin County Detention Center (cc by MAG CRD) (sk) (vld). (Entered: 11/14/2003) |
| 11/14/2003 | 218 | | Proffer by defendant relating to innocence and the Death Penalty in support of [105−1] motion to declare federal death penalty unconstitutional due to the unusual and infrequent use of the federal death penalty, [104−1] motion to delcare federal death penalty unconstitutional, [103−1] motion to declare |

| | | | |
|---|---|---|---|
| | | | federal death penalty unconstitutional and to strike the special findings from superceding indictment based on Ring v. Arizona, 122 S.CT. 2428 (2002), [101−1] motion to bar consideration of and imposition of the death penalty due to the improper restriction on the right to weigh the sufficiency of aggravating circumstances in the event there are mitigating circumstances. (sk) (vld). (Additional attachment(s) added on 11/14/2012: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20) (vld). Modified on 11/14/2012 (vld). (Entered: 11/14/2003) |
| 11/14/2003 | 216 | | Objections by defendant to [190−1] report & recommendation concerning petit jury challenge and motion to dismiss indictment on grand jury challenge. (sk) (vld). (Entered: 12/23/2003) |
| 11/17/2003 | 219 | | MOTION by William Emmett Lecroy Jr. for reconsideration of [211−1] order for a mental examination . (sk) (sk). (Entered: 11/17/2003) |
| 11/17/2003 | 220 | | MOTION by William Emmett Lecroy Jr. for stay of Government's mental examination of dft pending decisions on motion for reconsideration, appeal of evaluation order, and resolution of objection to R&R on Ex Post Facto application of Rule 12.2 . (sk) (sk). (Entered: 11/18/2003) |
| 11/18/2003 | 221 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 11/18/2003) |
| 11/18/2003 | 222 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). (Additional attachment(s) added on 3/22/2010: # 1 Ex Parte Order) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 11/18/2003) |
| 11/18/2003 | 223 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 11/18/2003) |
| 11/18/2003 | 224 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 11/18/2003) |
| 11/18/2003 | 229 | | Daubert HEARING HELD as to William Emmett Lecroy Jr. before Mag Judge Susan S. Cole. Expert testimony by Kirsten Jackson. Dft waived preesent at 12/05/03 video conference. Dft made oral request for extension of time to file proffer re: Lethal Injection. Court verbally denied; proffer to be completed by 12/01/03. Govt exhibits admitted. (sk) (sk). (Entered: 11/20/2003) |
| 11/18/2003 | | | Oral MOTION by defendant William Emmett Lecroy Jr. to extend time to file proffer re: lethal injection . (sk) (Entered: 11/20/2003) |
| 11/18/2003 | | | VERBAL ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. DENYING [0−0] oral motion to ext time for proffer re: lethal injection to be filed. Proffer to be completed by 12/01/03. (sk) (Entered: 11/20/2003) |
| 11/18/2003 | 228 | | |

| | | |
|---|---|---|
| | | PRE–TRIAL CONFERENCE HELD before Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. [197–1] motion to suppress because of unconstitutional destruction of exculpatory evidence taken under ADVISEMENT, govt has 10 days (through 12/03/03) to respond, dft has 10 days to reply (through 12/18/03); GRANTING [198–1] motion for disclosure of particular Brady and Giglio info relating to jailhouse snitch, DEFERRING ruling on [199–1] motion in limine to exclude jail house snitch testimony, govt has 10 days to respond (through 12/03/03), dft has 10 days to reply (through 12/18/03); GRANTING [202–1] motion for information regarding the Lumpkin County Detention Center; [219–1] motion for reconsideration of [211–1] order for a mental examination taken under ADVISEMENT; [220–1] motion for stay of Government's mental examination of dft pending decisions on motion for reconsideration, appeal of evaluation order, and resolution of objection to R&R on Ex Post Facto application of Rule 12.2 taken under ADVISEMENT. (sk) (sk). (Entered: 01/09/2004) |
| 11/19/2003 | 225 | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [157–1] report & recommendation as the order of this court, DENYING [56–1] motion to suppress evidence seized from a vehicle on 10/09/01 as to William Emmett Lecroy (1) (cc) (sk) (sk). (Entered: 11/19/2003) |
| 11/19/2003 | 226 | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 11/19/2003) |
| 11/19/2003 | 227 | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/22/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 11/19/2003) |
| 11/19/2003 | 230 | Daubert HEARING HELD as to William Emmett Lecroy Jr. on before Mag Judge Susan S. Cole. Expert testimony continued. Govt exhibits admitted. Dfts waiver of personal presence for portion hearing the challenging admissibility of the govt's forsenic document examiner filed. Waiver was verbally granted by Court. (sk) (sk). (Entered: 11/20/2003) |
| 11/19/2003 | 231 | Waiver by William Emmett Lecroy Jr. of personal presence for portion of hearing the challenging admissability of the govt's forsenic document examiner . (sk) (sk). (Entered: 11/20/2003) |
| 11/19/2003 | | VERBAL ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING dft's [231–1] waiver of personal presence for portion of hearing the challenging admissibility of the govt's forsenic document examiner on 12/05/03. (sk) Modified on 11/20/2003 (Entered: 11/20/2003) |
| 11/21/2003 | 232 | Response by USA to [219–1] motion for reconsideration of [211–1] order for a mental examination by William Emmett Lecroy Jr. (sk) (sk). (Entered: 11/24/2003) |
| 11/21/2003 | 233 | Daubert HEARING HELD as to William Emmett Lecroy Jr. on before Mag Judge Susan S. Cole. Witnesses sworn & testified. Oral motion made by govt to tender Moshi Kam as an expert. No objection by dft as to this hearing. Motion was verbally granted. Deadlines set by the Courter: Transcript due 12/01/03, Video tape of 12/05/03 conference available 12/08/03, dft briefs due 12/12/03, govt briefs due 12/16/03 (sk) (sk). (Entered: 11/24/2003) |

| 11/21/2003 | | | Oral MOTION by plaintiff USA to tender Moshi Kim as an expert witness . (sk) (Entered: 11/24/2003) |
|---|---|---|---|
| 11/21/2003 | | | VERBAL ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING govt's oral [0−0] motion to tender Moshi Kim as an expert witness (sk) Modified on 11/24/2003 (Entered: 11/24/2003) |
| 11/24/2003 | 235 | | Exhibit list as to William Emmett Lecroy Jr. pla exhibits 1−12 admitted during 11/18/03 hrg. (sk) (sk). (Entered: 11/24/2003) |
| 11/24/2003 | 236 | | Exhibit list as to William Emmett Lecroy Jr. admitting govt exh 1−26 & dft exh 1 & 2 during hrg held on 11/19/03. (sk) (sk). (Entered: 11/24/2003) |
| 11/24/2003 | 237 | | Exhibit list as to William Emmett Lecroy Jr. admitting exh 27 for govt & 3 & 4 for dft during hrg held on 11/21/03. (sk) (sk). (Entered: 11/24/2003) |
| 11/24/2003 | 238 | | Witness list as to William Emmett Lecroy Jr. from hrg held on 11/18/03. (sk) (sk). (Entered: 11/24/2003) |
| 11/24/2003 | 239 | | Witness list as to William Emmett Lecroy Jr. of govt & dft witnesses sworn & tesified during hrg held on 11/19/03. (sk) (sk). (Entered: 11/24/2003) |
| 11/24/2003 | 240 | | Witness list as to William Emmett Lecroy Jr. of govt & dft witnesses sworn & testified during hrg held on 11/21/03. (sk) (sk). (Entered: 11/24/2003) |
| 11/24/2003 | 234 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING [220−1] motion for stay of Government's mental examination of dft pending decisions on motion for reconsideration, appeal of evaluation order, and resolution of objection to R&R on Ex Post Facto application of Rule 12.2; STAYING [211−1] order for a mental examination, & [210−1] order until Judge Story has had an opportunity to rule on appeal filed by dft in re: to order dated 11/10/03. (cc by CRD). (sk) (sk). (Entered: 01/09/2004) |
| 11/25/2003 | 241 | | NON−FINAL REPORT AND RECOMMENDATION by Judge Richard W. Story as to William Emmett Lecroy Jr. RECOMMEND DENYING [105−1] motion to declare federal death penalty unconstitutional due to unusual and infrequent use of the federal death penalty as to William Emmett Lecroy (1) with order for service ( Submission of RR due 12/12/03 for William Emmett Lecroy Jr. ) (djh) (sk). (Entered: 11/25/2003) |
| 11/25/2003 | 242 | | REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [106−1] motion to strike constitutionally invalid aggravating factors from [88−1] notice of intent to seek the death penalty and from indictment as to William Emmett Lecroy (1) with order for service. Govt is ORDERED to identify the offense to which the Superseding Indictment and its Notice of Intent to Seek the Death Penalty refer in connection with the pecuniary gain aggravating factor by 12/15/03. Dfts motion to strike aggravating factors from the Superceding Indictment and from the Government's Notice of Intent to Seek the Death Penalty is in all respects DENIED. ( Submission of RR due 12/12/03 for William Emmett Lecroy Jr. ) (cc by MAG CRD (sk) (sk). (Entered: 11/26/2003) |
| 11/25/2003 | 243 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. GRANTING IN PART AND DENYING IN PART [111−1] motion to require the govt to provide a more specific notice of intent to seek death penalty so that the dft has actual notice of the govt's intent. The court has explained in the |

| | | | |
|---|---|---|---|
| | | | [242−1] R&R on [106−1] motion to strike, has directed the govt to clarify in writing no later than 12/15/03 to what "offense" it refers in the pecuniary gain statutory aggravating factor. The court DENIES dft's request for more specific information about the remaining factors at this time. (cc by MAG CRD) (sk) (sk). (Entered: 11/26/2003) |
| 11/26/2003 | 244 | | REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [101−1] motion to bar consideration of and imposition of the death penalty due to the improper restriction on the right to weigh the sufficiency of aggravating circumstances in the event there are mitigating circumstances with order for service. ( Submission of RR due 12/12/03 for William Emmett Lecroy Jr. ) (cc by MAG CRD) (sk) Modified on 11/26/2003 (sk). (Entered: 11/26/2003) |
| 11/26/2003 | 245 | | NOTICE OF APPEAL to Judge Richard W. Story/USDC by William Emmett Lecroy Jr. of [210−1] order granting govt's motion for a mental examination of dft. (sk) (sk). (Entered: 11/26/2003) |
| 11/26/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [245−1] Magistrate appeal of [210−1] order. (sk) (Entered: 11/26/2003) |
| 12/01/2003 | 246 | | Supplement by defendant to [245−1] Magistrate appeal from Magistrate Judge's Order granting Government's motion for a mental examination of dft. (sk) (sk). (Entered: 12/01/2003) |
| 12/01/2003 | 246 | | REPLY by defendant to response to [219−1] motion for reconsideration of [211−1] order for a mental examination (sk) (sk). (Entered: 12/01/2003) |
| 12/01/2003 | 247 | | Defendant's Initial Proffer relating to Lethal Injection in support of [104−1] motion to delcare federal death penalty unconstitutional (sk) (Additional attachment(s) added on 11/14/2012: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, part 1, # 4 Exhibit 5, part 2, # 5 Exhibit 5, part 3, # 7 Exhibit 5, part 4, # 8 Exhibit 6) (sk). (Entered: 12/01/2003) |
| 12/02/2003 | 248 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [158−1] report & recommendation as the order of this court DENYING [57−1] motion to suppress evidence seized & stmts made on 3/3/91 as to evidence only as to William Emmett Lecroy (1). Motion still pending as to stmts. (cc) (djh) (sk). (Entered: 12/02/2003) |
| 12/02/2003 | 249 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. DIRECTING dft to file copies of the survey instrument and the results with the court under seal; DIRECTING govt to provide a copy of its survey instrument to the court as soon as it is available; DIRECTING govt to file copies of the survey instrument and the results with the court under seal. (cc by CRD) (sk) (sk). (Entered: 12/03/2003) |
| 12/03/2003 | 251 | | Response by USA to [197−1] motion to suppress because of unconstitutional destruction of exculpatory evidence by William Emmett Lecroy Jr. (sk) (sk). (Entered: 12/05/2003) |
| 12/05/2003 | 250 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr., ex parte conference scheduled for 12/016/03 @ 10:00 A.M. as requested by dft in [246−1] supplement to dft appeal & [246−1] reply to govt response to motion. Any objection by the govt should be filed by 12/12/03. (cc) (sk) (sk). (Entered: |

| | | | |
|---|---|---|---|
| | | | 12/05/2003) |
| 12/05/2003 | | | SUBMITTED to Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. on [219–1] motion for reconsideration of [211–1] order for a mental examination (sk) (Entered: 12/05/2003) |
| 12/05/2003 | 252 | | Response by USA to [199–1] motion in limine to exclude jail house snitch testimony. (sk) (sk). (Entered: 12/05/2003) |
| 12/09/2003 | 253 | | REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [103–1] motion to declare federal death penalty unconstitutional and to strike the special findings from superceding indictment based on Ring v. Arizona, 122 S.CT. 2428 (2002) as to William Emmett Lecroy (1) with order for service ( Submission of RR due 12/26/03 ) (sk) (sk). (Entered: 12/09/2003) |
| 12/11/2003 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 11/18/03, 11/19/03, 11/20/03 before Mag Judge Susan S. Cole, by Court Reporter Donna Keeble. (sk) (Entered: 12/11/2003) |
| 12/11/2003 | 255 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: for dates of 11/18/03 Court Reporter: Donna Keeble – (sk) (sk). (Entered: 12/11/2003) |
| 12/11/2003 | 256 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: for dates of 11/19/03 Court Reporter: Donna C. Keeble – (sk) (Additional attachment(s) added on 12/11/2012: # 1 Transcript, part 2, # 2 Transcript, part 3) (sk). (Entered: 12/11/2003) |
| 12/11/2003 | 257 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: for dates of 11/21/03 Court Reporter: Donna Keeble (sk) (Additional attachment(s) added on 12/11/2012: # 1 Transcript, Part 2, # 2 Transcript, Part 3) (sk). (Entered: 12/11/2003) |
| 12/11/2003 | 258 | | Notice of filing by dft William Lecroy of deposition for testimony of Michael Saks pertaining to the [128–1] motion to exclude the proposed testimony of the govt's forsenic document examiner. (sk) (Additional attachment(s) added on 11/26/2012: # 1 Pages 51–100, # 2 Pages 101–138) (sk). (Entered: 12/11/2003) |
| 12/11/2003 | 254 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. DENYING [219–1] motion for reconsideration of [211–1] order for a mental examination. (cc by CRD) (sk) (sk). (Entered: 01/09/2004) |
| 12/12/2003 | 259 | | Post–Hearing Brief by defendant William Emmett Lecroy Jr. in support of [128–1] motion to exclude testimony from Forensic Document Examiner (sk) (sk). (Entered: 12/12/2003) |
| 12/12/2003 | 260 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DIRECTING parties to submit, by 12/22/03, to the Court any additional questions they propose be included in the prospective juror questionnaire or any objections regarding the present draft which is attached in support as Exhibit "A." (cc) (sk) (sk). (Entered: 12/12/2003) |
| 12/12/2003 | 261 | | Objections by dft William Emmett Lecroy Jr. to [242–1] report & recommendation on dft's motion to strike constitutionally invalid aggravating factors from notice of intent to seek the death penalty. (sk) Modified on |

29

| | | | |
|---|---|---|---|
| | | | 12/23/2003 (sk). (Entered: 12/12/2003) |
| 12/12/2003 | 262 | | Objections by dft William Emmett Lecroy Jr. to [243–1] order, construed as a Report & Recommendation on dft's motion to require govt to provide a more specific notice of intent to seek the death penalty. (sk) (sk). (Entered: 12/12/2003) |
| 12/12/2003 | 263 | | Objections by dft William Emmett Lecroy Jr. to [244–1] report & recommendation on motion to bar consideration of and imposition of the death penalty due to the improper restriction on the right to weigh the sufficiency of aggravating circumstances in the event there are mitigating cirucmstances. (sk) (sk). (Entered: 12/12/2003) |
| 12/12/2003 | 264 | | Objections by dft William Emmett Lecroy Jr. to [253–1] report & recommendation on motion to declare the Federal Death Penalty unconstitutional due to the unusual and infrequent use of the Federal Death Penalty. (sk) (sk). (Entered: 12/12/2003) |
| 12/12/2003 | 265 | | ORDER TO SEAL government's Summary of Testimony of Vania Revell, D.O.t as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/23/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 12/12/2003) |
| 12/12/2003 | 266 | | Summary of Testimony of vania Revell, D.O. as to William Emmett Lecroy Jr. (sk) (Additional attachment(s) added on 3/23/2010: # 1 Exhibit A, # 2 Exhibit B) (vld). Modified on 3/23/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 12/12/2003) |
| 12/12/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [241–1] report & recommendation, [242–1] report & recommendation, [244–1] report & recommendation (sk) (Entered: 12/12/2003) |
| 12/16/2003 | 267 | | GOVERNMENT BILL OF PARTICULARS as to William Emmett Lecroy Jr. re: its ntc of intent to seek the death penalty. (djh) (sk). (Entered: 12/16/2003) |
| 12/16/2003 | 268 | | Minutes of Pre–Trial Conference held on 12/16/2003 at 10:00 AM as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/23/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 12/17/2003) |
| 12/16/2003 | 269 | | ORDER DIRECTING the US Attorney appoint another US Attorney to serve as the fire–walled US Attorney in this case (see order for specifics) as to William Emmett Lecroy Jr. (djh) (vld). Modified on 3/23/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 12/17/2003) |
| 12/17/2003 | 272 | | Post–hearing brief by USA opposing dft's [128–1] motion to exclude testimony from Forensic Document Examiner by William Emmett Lecroy Jr. (djh) (sk). (Entered: 12/18/2003) |
| 12/18/2003 | 270 | | REPLY by William Emmett Lecroy Jr. to govt's response to dft's [199–1] motion in limine to exclude jail house snitch testimony (djh) (sk). (Entered: 12/18/2003) |
| 12/18/2003 | 271 | | REPLY by William Emmett Lecroy Jr. to govt's response to dft's [197–1] motion to suppress because of unconstitutional destruction of exculpatory evidence (djh) (sk). (Entered: 12/18/2003) |
| 12/19/2003 | | | |

| | | | |
|---|---|---|---|
| | | | Oral MOTION by defendant William Emmett Lecroy Jr. to extend time through 1/7/04 to file objs [253–1] report & recommendation . (djh) (Entered: 12/22/2003) |
| 12/19/2003 | 273 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. GRANTING [0–0] oral motion to extend time through 1/7/04 to file objs [253–1] report & recommendation, extending time through 1/7/04 for dft to file objs to [253–1] report & recommendation re: [103–1] motion to declare federal death penalty unconstitutional and to strike the special findings from superceding indictment based on Ring v. Arizona, 122 S.CT. 2428 (2002) (cc) (djh) (sk). (Entered: 12/22/2003) |
| 12/22/2003 | 274 | | Corrected REPLY by defendant to response to [197–1] motion to suppress because of unconstitutional destruction of exculpatory evidence (sk) (sk). (Entered: 12/22/2003) |
| 12/23/2003 | 275 | | Government's proposed questions to be included in jury questionnaire re: court's [260–1] order. (djh) (sk). (Entered: 12/23/2003) |
| 12/23/2003 | 276 | | Defendant's proposed revisions to jury questionnaire re: [260–1] order. (sk) (sk). (Entered: 12/23/2003) |
| 12/23/2003 | 277 | | Supplment by defendant to [247–1] Proffer relating to lethal injection in support of [104–1] motion to delcare federal death penalty unconstitutional. (sk) (sk). (Entered: 12/23/2003) |
| 12/23/2003 | 278 | | NON–FINAL REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [197–1] motion to suppress because of unconstitutional destruction of exculpatory evidence; with order for service (Submission of RR due 1/9/04 for William Emmett Lecroy Jr. ) (sk) (sk). (Entered: 12/24/2003) |
| 12/23/2003 | 280 | | Minutes of Pre–Trial Conference held on 12/22/2003 at 2:40 PM as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/23/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 12/24/2003) |
| 12/24/2003 | 279 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ORDERING that the transcript and court reporter notes of the hearing held on 12/22/03 regarding mental health issues be filed under seal. (cc) (sk) (sk). (Entered: 12/24/2003) |
| 12/26/2003 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [253–1] non–final report & recommendation. (sk) (Entered: 12/26/2003) |
| 12/29/2003 | 281 | | Non–Final REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [104–1] motion to delcare federal death penalty unconstitutional on the ground that execution by lethal injection is cruel and unusual punishment; with order for service ( Submission of RR due 1/15/04 ). (sk) (sk). (Entered: 12/30/2003) |
| 12/29/2003 | 282 | | Government's Objections to defendant's [276–1] proposed revisions to jury questionnaire. (sk) (sk). (Entered: 12/30/2003) |
| 01/06/2004 | 288 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DIRECTING Clerk to mail the Juror Questionnaire that is attached hereto as an Appendix to every person whose name has been drawn form the master |

31

| | | | |
|---|---|---|---|
| | | | jury wheel. (cc) (sk) (sk). (Entered: 01/07/2004) |
| 01/07/2004 | 283 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/07/2004) |
| 01/07/2004 | 284 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/07/2004) |
| 01/07/2004 | 285 | | Application in forma pauperis for Order Requiring Subpoena to be issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/07/2004) |
| 01/07/2004 | 286 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/07/2004) |
| 01/07/2004 | 287 | | Objections by dft to [253–1] report & recommendation on dft's motion to declare federal death unconstitutional and to strike special findings from superceding indictment based on Ring v. Arizona. (sk) (sk). (Entered: 01/07/2004) |
| 01/09/2004 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [278–1] R & R recommending that dft's [197–1] motion to suppress because of unconstitutional destruction of exculpatory evidence be denied. (sk) (Entered: 01/09/2004) |
| 01/09/2004 | 289 | | Objections by pla USA to [278–1] report & recommendation on dft's motion to suppress because of unconstitutional destruction of exculpatory evidence. (sk) (sk). (Entered: 01/09/2004) |
| 01/09/2004 | 290 | | REPORT AND RECOMMENDATION by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. RECOMMEND DENYING [128–1] motion to exclude testimony from Forensic Document Examiner, RECOMMEND DENYING AS MOOT [127–1] motion to exclude testimony from Forensic Biologist, J. Bradley Pearson with order for service ( Submission of RR due 1/26/04 ) (sk) (sk). (Entered: 01/12/2004) |
| 01/09/2004 | 290 | | ORDER DECLARING CASE READY FOR TRIAL by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. (sk) (Entered: 01/12/2004) |
| 01/09/2004 | 319 | | SUPPLEMENT to the Response of the United States to Motion for Reconsideration of Order Granting Government's Motion for a Mental Examination of Defendant as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/27/2004) |
| 01/13/2004 | 291 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [190–1] report & recommendation as the order of this court; DENYING [13–1] motion to stay proceedings and/or Motion to DISMISS Indicitment Grand Jury Challenge; DENYING [12–1] motion to stay proceedings Petit Jury Challenge. (cc) (sk) (sk). (Entered: 01/13/2004) |
| 01/13/2004 | 292 | | Video Deposition (2 vols) of Professor Michael Saks taken for defendant William Emmett Lecroy Jr. (re: [258–1] notice of filing of |

| | | | |
|---|---|---|---|
| | | | deposition)(received from chambers on 01/13/04) (sk) (Entered: 01/13/2004) |
| 01/15/2004 | 293 | | Objections by dft to [281–1] report & recommendation on dft's motion to declare the Federal Death Penaly Unconstitutional. (sk) (sk). (Entered: 01/15/2004) |
| 01/16/2004 | 294 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 295 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 296 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 297 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 298 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 299 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 300 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 301 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 302 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/2010 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 303 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 304 | | Application for Writ of Habeas Corpus as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/16/2004) |
| 01/16/2004 | 305 | | Notice of filing by pla of Supplemental Summary of Testimony of Arthur T. Anthony. (sk) (sk). (Entered: 01/16/2004) |
| 01/16/2004 | 306 | | Sealed Document as to William Emmett Lecroy Jr. (sk). Order re defendant's 245 appeal of Magistrate Judge's 210 order granting USA's 189 motion for mental examamination of defendant. Court holds that USA is entitled to conduct mental examination of defendant. UNSEALED PER 461 ORDER DATED |

33

| | | | |
|---|---|---|---|
| | | | 3/30/2005. Additional attachment(s) added on 3/31/2005 (djh). Modified on 3/31/2005 to add pdf and text re unsealing of order(djh). (Entered: 01/20/2004) |
| 01/16/2004 | 307 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [244–1] report & recommendation as the order of this court; DENYING [101–1] motion to bar consideration of and imposition of the death penalty due to the improper restriction on the right to weigh the sufficiency of aggravating circumstances in the event there are mitigating circumstances as to William Emmett Lecroy (1). (cc) (sk) (sk). (Entered: 01/20/2004) |
| 01/20/2004 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [281–1] report & recommendation on [104–1] motion to declare Federal Death Penalty Unconstitutional. (sk) (Entered: 01/20/2004) |
| 01/21/2004 | 308 | | Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/21/2004) |
| 01/21/2004 | 309 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/21/2004) |
| 01/21/2004 | 310 | | Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/21/2004) |
| 01/21/2004 | 311 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to oral order dated 1/11/10 (vld). (Entered: 01/21/2004) |
| 01/21/2004 | 312 | | Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/21/2004) |
| 01/21/2004 | 313 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/21/2004) |
| 01/21/2004 | 314 | | Notice by CRD as to William Emmett Lecroy Jr., pretrial conference set for 10:30 AM on 1/29/04 . (djh) (sk). (Entered: 01/21/2004) |
| 01/22/2004 | 315 | | Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/22/2004) |
| 01/22/2004 | 316 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 01/22/2004) |
| 01/22/2004 | 317 | | ORDERED directing the Georgia Diagnostic and Classification Center to allow Investigators Michael Hutcheson and Susan Miller into the GD&CC for the purpose of an interview on 1/27/2003 as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/29/2010 to unseal pursuant to oral order dated 1/11/10 (vld). (Entered: 01/22/2004) |
| 01/23/2004 | 318 | | |

34

| | | | |
|---|---|---|---|
| | | | Withdrawal by dft of [128–1] motion to exclude testimony from Forensic Document Examiner as to William Emmett Lecroy (1). (sk) (sk). (Entered: 01/23/2004) |
| 01/23/2004 | | | Terminated submissions. (sk) (Entered: 01/23/2004) |
| 01/27/2004 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [290–1] report & recommendation re: [127–1] motion to exclude testimony from Forsenic Biologist; [128–1] motion to exclude testimony from Forsenic Document Examiner. (sk) (Entered: 01/27/2004) |
| 01/28/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 01/27/04 before Judge Richard W. Story , by Court Reporter Sharon Upchurch. (sk) (Entered: 01/28/2004) |
| 01/28/2004 | 320 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [242–1] report & recommendation as the order of this court DENYING [106–1] motion to strike constitutionally invalid aggravating factors from [88–1] notice of intent to seek the death penalty and from indictment as to William Emmett Lecroy (1) (cc) (sk) (sk). (Entered: 01/28/2004) |
| 01/29/2004 | 321 | | Notice of filing by USA as to William Emmett Lecroy Jr. of intent to introduce evidence admissible under FREvid 404(B), as inextricably intertwined, and on other legal bases. (djh) (sk). (Entered: 01/29/2004) |
| 01/29/2004 | 322 | | PRE–TRIAL CONFERENCE HELD before Judge Richard W. Story as to William Emmett Lecroy Jr. Discussions on the following: Jury questionnaires, pending motions & R&R's discussed, courtroom security issues. Ex Parte Hearing held with proceedings under seal. (sk) (sk). (Entered: 02/04/2004) |
| 01/30/2004 | 323 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DIRECTING dft to submit ex parte showing re: [278–1] report & recommendation no later than 02/03/04; ORDERING that juror questionnaires will be provided to parties by 02/09/04; GRANTING [109–1] motion to permit counsel to participate in voir dire; ORDERING that requests to charge for the guilty phase of the trial shall be submitted no later than 02/17/04; DIRECTING that motions in limine shall be filed by 02/06/04; ORDERING that a hearing will be held on 02/05/04 at 10:00 A.M. to address any outstanding matters and on dft's motion [57–2] to suppress statements made on 03/03/91.(cc) (sk) (sk). (Entered: 02/04/2004) |
| 02/02/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 01/29/04 before Judge Richard W. Story , by Court Reporter Sharon D. Upchurch. (sk) (Entered: 02/02/2004) |
| 02/03/2004 | 324 | | Minutes of Hearing held 2/3/2004 as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/1/2010 to unseal pursuant to 01/11/10 oral order (vld). (Entered: 02/04/2004) |
| 02/03/2004 | 325 | | MOTION to Reconsider 1/16/2004 Order relating to Government's Motion for Mental Evaluation in Light of Proffered Testimony as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/1/2010 to unseal pursuant to 01/11/10 oral order (vld). (Entered: 02/04/2004) |
| 02/03/2004 | 326 | | |

| | | | |
|---|---|---|---|
| | | | Government's Response to Defendant's Motion to Reconsider the Court's 1/16/2004 Order Granting the Government's Motion for a Mental Examination of the Defendant as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/1/2010 to unseal pursuant to 01/11/10 oral order (vld). (Entered: 02/04/2004) |
| 02/03/2004 | 327 | | Jackson–Denno HEARING HELD as to William Emmett Lecroy Jr. on before Judge Richard W. Story. Witnesses sworn. Govt exhibits 1,2A,2B,3,4,5A,5B admitted & retained by Court. (sk) (sk). (Entered: 02/04/2004) |
| 02/03/2004 | 328 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [253–1] report & recommendation as the order of this court, DENYING [103–1] motion to declare federal death penalty unconstitutional and to strike the special findings from superceding indictment based on Ring v. Arizona, 122 S.CT. 2428 (2002) as to William Emmett Lecroy (1) (cc by CRD) (sk) (sk). (Entered: 02/04/2004) |
| 02/03/2004 | 329 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [281–1] report & recommendation as the order of this court with one change & additional comments, DENYING [104–1] motion to delcare federal death penalty unconstitutional as to William Emmett Lecroy (1) (cc by CRD ) (sk) (sk). (Entered: 02/04/2004) |
| 02/04/2004 | | | Govt Exhibits admitted: 1, 2A, 2B, 3, 4, 5A, 5B. (sk) (Entered: 02/04/2004) |
| 02/04/2004 | 330 | | ORDERED that Defendant William Emmett Lecroy, Jr. undergo a mental health evaluation to be conducted by Dr Judy Medlin, pursuant to Federal Rule of Criminal Procedure 12.2. It is further ORDERED that the mental health evaluation of the defendant shall be videotaped as specified by this order. It is further ORDERED that the administration of the mental health evaluation shall be limited to the defendant's proposed use of abuse and trauma as a mitigating factor during the penalty phase of the trial. It is further ORDERED that Dr. Judy Medlin shall prepare a report of the mental health evaluation of the Defendant and shall file said report under seal with the Court (vld). Modified on 3/1/2010 to unseal pursuant to 01/11/10 oral order (vld). (Entered: 02/04/2004) |
| 02/05/2004 | 331 | | Minutes of Hearing held 2/5/2004 as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/12/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/05/2004 | 332 | | Notice of Filing of advise of Rights as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/12/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 02/03/04 before Judge Richard W. Story, by Court Reporter Sharon Upchurch. (sk) (Entered: 02/06/2004) |
| 02/06/2004 | 333 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [241–1] report & recommendation as the order of this court, DENYING [105–1] motion to declare federal death penalty unconstitutional due to the unusual and infrequent use of the federal death penalty as to William Emmett Lecroy (1) (cc) (sk) (sk). (Entered: 02/06/2004) |
| 02/06/2004 | 334 | | |

| | | | |
|---|---|---|---|
| | | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [243–1] order/R&R as the order of this court, DENYING [111–1] motion to require the government to provide a more specific notice of intent to seek death penalty so that the defendant has actual notice of the government's intent by William Emmett Lecroy Jr. (cc) (sk) (sk). (Entered: 02/06/2004) |
| 02/06/2004 | 336 | | Application in forma pauperis for Order Requiring Subpoena to be issued for service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/12/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | 337 | | ORDERED that the requested subpoenas be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/12/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | 338 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be issued for service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/12/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | 339 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/12/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | 340 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/12/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | 341 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/12/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | 342 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/12/2010 to unseal pursuant to 1/11/10 oral order(vld). (Entered: 02/06/2004) |
| 02/06/2004 | 343 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | 344 | | Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | 345 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/06/2004) |
| 02/06/2004 | 346 | | Sealed Document as to William Emmett Lecroy Jr. (sk). Order as to telephone conference held 2/6/2004 regarding defendant's invocation of 5th amendment privilege not to submit to a mental health examination. Dr. Medlin to prepare a written report and file it under seal with Court if she is to testify, which would be release to defense counsel and firewalled attorneys. If defense counsel elect to introduce mental health evidence in the sentencing phase of the trial, then Dr. Medlin's report can be released to USA's lead trial attorneys. UNSEALED PER 461 ORDER DATED 3/30/2005. Additional attachment(s) added on 3/31/2005 (djh). Modified on 3/31/2005 to add pdf and text re unsealing of |

| | | | |
|---|---|---|---|
| | | | order (djh). (Entered: 02/06/2004) |
| 02/06/2004 | 347 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DENYING [102–1] motion for pretrial hearing and other necessary procedures to prevent the admission of improper judicial victim impact evidence as to William Emmett Lecroy (1) (cc) (sk) (sk). (Entered: 02/06/2004) |
| 02/06/2004 | 348 | | JURY SELECTION ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. (cc) (sk) (sk). (Entered: 02/06/2004) |
| 02/06/2004 | 335 | | ORDER by Mag Judge Susan S. Cole as to William Emmett Lecroy Jr. ORDERING Lumpkin County Detention Center to allow Dr. Randall Atlas, Daniel Summer, Michael Hutcheson and Susan Miller in their facility on 02/12/2004. (cc) (unsealed per Mag Judge Susan S. Cole on 05/05/2004) (djh) Modified on 05/05/2004 (Entered: 05/05/2004) |
| 02/10/2004 | 350 | | MOTION by William Emmett Lecroy Jr. in limine seeking exclusion during the guilt–innocence phase of all evidence relating to his 1991 arrest, items seized from him and subsequent statements made to law enforcement officers . (sk) (sk). (Entered: 02/10/2004) |
| 02/10/2004 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [350–1] motion in limine seeking exclusion during the guilt–innocence phase of all evidence relating to his 1991 arrest, items seized from him and subsequent statements made to law enforcement officers (sk) (Entered: 02/10/2004) |
| 02/10/2004 | 349 | | MOTION to Recuse United States Attorneys Office as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/10/2004) |
| 02/11/2004 | 351 | | Ex Parte Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/11/2004) |
| 02/11/2004 | 352 | | ORDERED that the Requested Subpoena be Issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/11/2004) |
| 02/11/2004 | 353 | | Application in forma Pauperis for Order Requiring a Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/11/2004) |
| 02/11/2004 | 354 | | ORDERED that the requested subpoena be issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/11/2004) |
| 02/11/2004 | 355 | | Application in forma pauperis for Order Requiring Subpoena to be Issued for Service as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/11/2004) |
| 02/11/2004 | 356 | | ORDERED that the Requested Subpoena be Issued as to William Emmett Lecroy Jr. (sk) (vld). Modified on 3/17/2010 to unseal pursuant to 1/11/10 oral order (vld). (Entered: 02/11/2004) |

| 02/11/2004 | 357 | | MOTION for order re issuance of subpoenas for Marti Carlson & Anita Novey by William Emmett Lecroy Jr. (sk). Modified on 2/25/2010 to unseal pursuant to 01/11/10 order (sk). (Entered: 02/11/2004) |
|---|---|---|---|
| 02/11/2004 | 358 | | ORDER GRANTING 357 Motion for Order of subpoenas as to Marti Carlson & Anita Novey by Defendant as to William Emmett Lecroy Jr. (sk) (sk). Modified on 2/25/2010 to unseal document pursuant to 01/11/10 order (sk). (Entered: 02/11/2004) |
| 02/11/2004 | 359 | | Motion for issuance and service of subpoenas to Teresa Horton & Amanda Horton as to William Emmett Lecroy Jr. (sk) Modified on 2/3/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 02/11/2004) |
| 02/11/2004 | 360 | | Order granting 359 Motion for issuance and service of subpoenas to Teresa Horton & Amanda Horton as to William Emmett Lecroy Jr. (sk) Modified on 2/3/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 02/11/2004) |
| 02/11/2004 | 361 | | Motion for issuance and service of subpoena for Larry LeCroy as to William Emmett Lecroy Jr. (sk) (sk). (Additional attachment(s) added on 2/3/2010: # 1 Motion) (sk). Modified on 2/3/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 02/11/2004) |
| 02/11/2004 | 362 | | Order granting 361 Motion for issuance and service of subpoena for Larry LeCroy as to William Emmett Lecroy Jr. (sk) Modified on 2/3/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 02/11/2004) |
| 02/11/2004 | 363 | | Motion for issuance and service of subpoena to Sheriff Jimmy Berry & Detective K. K. Wrozier as to William Emmett Lecroy Jr. (sk) Modified on 2/3/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 02/11/2004) |
| 02/11/2004 | 364 | | ORDER granting 363 Motion for issuance and service of subpoena as to Sheriff Jimmy Berry & Detective K.K. Wrozier as to William Emmett Lecroy Jr. (sk) Modified on 2/3/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 02/11/2004) |
| 02/12/2004 | 365 | | ORDER DENIED Defendant's Motion to recuse U. S. Attorneys Office as to William Emmett Lecroy Jr. (sk) (sk). Modified on 2/2/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 02/12/2004) |
| 02/12/2004 | 366 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DENYING [127–1] motion to exclude testimony from Forensic Biologist, J. Bradley Pearson per [193–1] order. (cc) (sk) (sk). (Entered: 02/13/2004) |
| 02/12/2004 | | | Terminated submissions. (sk) (Entered: 02/13/2004) |
| 02/12/2004 | 368 | | PETITION by USA as to William Emmett Lecroy Jr. and ORDER by Judge Richard W. Story for writ of habeas corpus ad testificandum as to Mark Allen Foster. (sk) (sk). (Entered: 02/13/2004) |
| 02/12/2004 | 367 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ADOPTING [278–1] report & recommendation as the order of this court, DENYING [197–1] motion to suppress because of unconstitutional destruction of exculpatory evidence as to William Emmett Lecroy (1), DENYING [199–1] motion in limine to exclude jail house snitch testimony as |

| | | | |
|---|---|---|---|
| | | | to William Emmett Lecroy (1) (cc) (sk) (sk). (Entered: 03/04/2004) |
| 02/13/2004 | 369 | | Defendant's Request for follow–up voir dire to the juror questionnaires as to William Emmett Lecroy Jr. (sk) (sk). Modified on 2/2/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 02/13/2004) |
| 02/13/2004 | 370 | | Proposed voir dire questions by defendant William Emmett Lecroy Jr. (sk) (sk). (Entered: 02/13/2004) |
| 02/13/2004 | 371 | | Transcript of Hearing held on 01/27/04 as to William Emmett Lecroy Jr. (sk) Modified on 2/25/2010 to unseal pursuant to order dated 01/11/10 (sk). (sk). (Entered: 02/13/2004) |
| 02/13/2004 | 372 | | Correspondence from FDP as to William Emmett Lecroy Jr. (djh) (sk). Modified on 2/2/2010 to unseal pursuant to 01/11/10 oral order(sk). (Entered: 02/17/2004) |
| 02/13/2004 | 373 | | Response in Opposition to Defendant's Motion in Limine to exclude evidence by USA. (djh) Modified on 1/28/2010 to unseal pursuant to 01/11/10 order (sk). (Additional attachment(s) added on 1/28/2010: # 1 Exhibit A, # 2 Exhibit B) (sk). (Entered: 02/17/2004) |
| 02/13/2004 | 412 | | Government's Proposed Supplemental Questions for Prospective Jurors as to William Emmett Lecroy Jr. (sk) Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 03/10/2004) |
| 02/17/2004 | 374 | | Notice of filing of Government's proposed jury instructions: Guilt innocence phase. (sk) (sk). (Entered: 02/18/2004) |
| 02/17/2004 | | | Voir dire as to defendant William Emmett Lecroy Jr. begins (sk) (Entered: 02/19/2004) |
| 02/17/2004 | 375 | | JURY TRIAL before Judge Richard W. Story begins as to defendant William Emmett Lecroy Jr. Jury panel sworn. Voir Dire. (sk) Modified on 02/19/2004 (sk). (Entered: 02/19/2004) |
| 02/18/2004 | 376 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Voir Dire continues. (sk) (sk). (Entered: 02/19/2004) |
| 02/18/2004 | 377 | | REQUEST TO CHARGE by defendant William Emmett Lecroy Jr. (sk) (sk). (Entered: 02/19/2004) |
| 02/18/2004 | | | Voir dire as to defendant William Emmett Lecroy Jr. continues (sk) (Entered: 02/20/2004) |
| 02/19/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 02/17/04 before Judge Richard W. Story , by Court Reporter Sharon Upchurch. (sk) (Entered: 02/19/2004) |
| 02/19/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 02/18/04 before Judge Richard W. Story, by Court Reporter Sharon Upchurch. (sk) (Entered: 02/19/2004) |
| 02/19/2004 | 378 | | Application for order requiring subpoena to be issued and served upon Amanda Horton Florido as to William Emmett Lecroy Jr. (sk) Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: |

| | | | 02/19/2004) |
|---|---|---|---|
| 02/19/2004 | 379 | | Order for issuance and service of subpoena to Amanda Florido as to William Emmett Lecroy Jr. (sk). Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 02/19/2004) |
| 02/19/2004 | 380 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Vior dire continued. Jury impaneled. Court VERBALLY denied in part & reserved ruling in part as to [350–1] motion in limine. Govt is ORDERED to redact portions of 1991 notes as described by the Court. (sk) Modified on 02/24/2004 (sk). (Entered: 02/20/2004) |
| 02/19/2004 | | | Voir dire as to defendant William Emmett Lecroy Jr. concluded (sk) (Entered: 02/20/2004) |
| 02/19/2004 | | | VERBAL ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DENYING IN PART and reserving ruling in part [350–1] motion in limine seeking exclusion during the guilt–innocence phase of all evidence relating to his 1991 arrest, items seized from him and subsequent statements to law enforcement officers by William Emmett Lecroy Jr. (sk) (Entered: 02/24/2004) |
| 02/20/2004 | 381 | | Motion by USA as to William Emmett Lecroy Jr. to bring electronic equipment into courtroom . (sk) (sk). (Entered: 02/20/2004) |
| 02/20/2004 | 382 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. GRANTING [381–1] motion to bring electronic equipment into courtroom. (cc) (sk) (sk). (Entered: 02/20/2004) |
| 02/20/2004 | 383 | | Motion by USA as to William Emmett Lecroy Jr. to allow weapon in courtroom . (sk) (sk). (Entered: 02/20/2004) |
| 02/20/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 02/19/04 before Judge Richard W. Story , by Court Reporter Sharon D. Upchurch. (sk) (Entered: 02/20/2004) |
| 02/23/2004 | 384 | | Motion for order re issuance and service of subpoenas upon Tracy Buckner & Ronnie Denson as to William Emmett Lecroy Jr. (sk) (sk). Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 02/24/2004) |
| 02/23/2004 | 385 | | Order for issuance and service of subpoenas of Tracy Buckner & Ronnie Denson as to William Emmett Lecroy Jr. (sk) Modified on 1/28/2010 to unseal pursuant to 01/11/10 (sk). (sk). (Entered: 02/24/2004) |
| 02/23/2004 | 386 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. GRANTING [383–1] motion to allow weapon in courtroom (cc) (sk) (sk). (Entered: 02/24/2004) |
| 02/23/2004 | 387 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Jury sworn. Witnesses sworn & testified. Govts exhibits admitted. (sk) (sk). (Entered: 02/24/2004) |
| 02/24/2004 | 388 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Govt exhibits admitted. Witnesses sworn & testified. Court GRANTS dft's ORAL MOTION to exclude pornographic |

| | | | |
|---|---|---|---|
| | | | images, however Court will allow testimony of stored files. (sk) (sk). (Entered: 02/26/2004) |
| 02/24/2004 | | | Oral MOTION by defendant William Emmett Lecroy Jr. to exclude pornographic images from testimony . (sk) (Entered: 02/26/2004) |
| 02/24/2004 | | | VERBAL ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. GRANTING [0–0] oral motion to exclude pornographic images from testimony. The Court will allow testimony of stored files. (sk) (Entered: 02/26/2004) |
| 02/25/2004 | 389 | | Supplemental proposed Guilt–Innocence JURY CHARGE by defendant William Emmett Lecroy Jr. (sk) Modified on 02/26/2004 (sk). (Entered: 02/26/2004) |
| 02/25/2004 | 390 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Witnesses sworn & testified. Govt exhibits admitted. (sk) (sk). (Entered: 02/26/2004) |
| 02/27/2004 | 391 | | SUPPLEMENTAL JURY INSTRUCTION by USA as to William Emmett Lecroy Jr. (djh) (sk). (Entered: 02/27/2004) |
| 02/27/2004 | 392 | | Minutes of Jury Trial held on 02/27/04 as to William Emmett Lecroy Jr. (sk) (sk). Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 03/01/2004) |
| 02/27/2004 | 393 | | Proposed Sentencing Phase Jury Instructions by defendant William Emmett Lecroy Jr. (sk) (sk). (Entered: 03/01/2004) |
| 02/27/2004 | 394 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Dft's oral motion for Rule 29 dismissal VERBALLY DENIED by Court. Witnesses sworn & testified. Exhibits admitted. Charge conference held. (sk) (sk). (Entered: 03/01/2004) |
| 02/27/2004 | | | Oral MOTION by defendant William Emmett Lecroy Jr. for Rule 29 dismissal . (sk) (Entered: 03/01/2004) |
| 02/27/2004 | | | VERBAL ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DENYING oral [0–0] motion for RULE 29 Dismissal by William Emmett Lecroy Jr. (sk) (Entered: 03/01/2004) |
| 03/01/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 02/23/04 before Judge Richard W. Story , by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/01/2004) |
| 03/01/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 02/24/04 before Judge Richard W. Story , by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/01/2004) |
| 03/01/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 02/25/04 before Judge Richard W. Story , by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/01/2004) |
| 03/01/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 02/27/04 before Judge Richard W. Story , by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/01/2004) |

| 03/01/2004 | 395 | | Jury instructions filed. (sk) (sk). (Entered: 03/01/2004) |
|---|---|---|---|
| 03/01/2004 | 396 | | Notice withdrawing intent to present testimony of Dr. David Lisak as to William Emmett Lecroy Jr. (sk) Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 03/01/2004) |
| 03/01/2004 | 397 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Charge conference held. Dft exh admitted. Closing arguments. Court charge to jury. Dft. renewed oral motion for Rule 28 Dismissal. Court VERBALLY DENIED. Jury deliberation. Jury Verdict – Guilty. Penalty phase set to begin 03//03/04. (sk) (sk). (Entered: 03/01/2004) |
| 03/01/2004 | | | Oral MOTION by dft William Emmett Lecroy Jr. for Rule 28 dismissal . (sk) (Entered: 03/01/2004) |
| 03/01/2004 | | | VERBAL ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DENYING oral [0–0] motion for Rule 28 Dismissal by William Emmett Lecroy Jr. (sk) (Entered: 03/01/2004) |
| 03/01/2004 | 398 | | VERDICT of Jury OF GUILTY William Emmett Lecroy (1) count(s) 1s. (sk) (sk). (Entered: 03/01/2004) |
| 03/01/2004 | 399 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: for dates of 02/03/04 (Jackson Denno Hearing) Court Reporter: Sharon D. Upchurch – (sk) (sk). (Entered: 03/01/2004) |
| 03/01/2004 | 400 | | CONFERENCE HELD before Judge Richard W. Story as to William Emmett Lecroy Jr. Court ORDERS witness Bonnie Norris to be barred from court proceedings, courthouse, and to have not communications with Houstons. (sk) (sk). (Entered: 03/02/2004) |
| 03/01/2004 | | | VERBAL ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. ORDERING witness Bonnie Norris barred from court proceedings, courthouse and that she is to have no communications with the Houstons. (sk) (Entered: 03/02/2004) |
| 03/01/2004 | 401 | | Government's Proposed Jury Instructions: Penalty Phase. (sk) (sk). (Entered: 03/02/2004) |
| 03/02/2004 | 402 | | Motion by USA as to William Emmett Lecroy Jr. in limine to exclude the expert testimony of Elizabeth Beck . (sk) (sk). (Entered: 03/02/2004) |
| 03/02/2004 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [402–1] motion in limine to exclude the expert testimony of Elizabeth Beck (sk) (Entered: 03/02/2004) |
| 03/03/2004 | 403 | | Minutes of Conference held on 03/02/04 as to William Emmett Lecroy Jr. (sk) (sk). Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 03/04/2004) |
| 03/03/2004 | 404 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Penalty phase begins. Preliminary instruction conference held. Court DENIED dft's oral motion in limine to exlcude prior evidence. Government proffer victim impact. Witnesses sworn & testified. Govt & Dft exhibits admitted. Court GRANTS [402–1] motion in limine to exclude the testiony of expert witness Dr. Beck. (sk) (sk). (Entered: |

| | | | |
|---|---|---|---|
| | | | 03/04/2004) |
| 03/03/2004 | | | Oral MOTION by defendant William Emmett Lecroy Jr. in limine to exclue prior evidence . (sk) (Entered: 03/04/2004) |
| 03/03/2004 | | | VERBAL ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. DENYING oral [0–0] motion in limine to exclude prior evidence by William Emmett Lecroy Jr. (sk) (Entered: 03/04/2004) |
| 03/03/2004 | | | VERBAL ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. GRANTING [402–1] motion in limine to exclude the expert testimony of Elizabeth Beck (sk) (Entered: 03/04/2004) |
| 03/04/2004 | 405 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Witnesses sworn & tesitfied. Govt & Dft exhibits admitted. Govt rest. (sk) (sk). (Entered: 03/05/2004) |
| 03/05/2004 | 406 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: for dates of 02/27/04 (excerpts from jury trial–testimony of Dr. Werner Spitz) Court Reporter: Sharon D. Upchurch – (sk) (sk). (Entered: 03/05/2004) |
| 03/05/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 03/01/04 before Judge Richard W. Story , by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/05/2004) |
| 03/05/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 03/03/04 before Judge Richard W. Story , by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/05/2004) |
| 03/05/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 03/04/04 before Judge Richard W. Story , by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/05/2004) |
| 03/05/2004 | 407 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Court held an ex parte conference with dft re: expert witness of psychologist. Witnesses sworn & testified. Dft & Govt exhibits admitted. (sk) (sk). (Entered: 03/08/2004) |
| 03/08/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 03/05/04 before Judge Richard W. Story, by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/08/2004) |
| 03/08/2004 | 408 | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Witnesses sworn & testified. Dfts exhibits admitted. Dft rest. Court advised dft of his rights. Dfts waives his downward departure. Charge conference held. (sk) (sk). (Entered: 03/09/2004) |
| 03/08/2004 | 409 | | Notice of filing of Defendant's Proffered Mitigating Circumstances by dft William Emmett Lecroy Jr. (sk) (sk). (Entered: 03/09/2004) |
| 03/09/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 03/08/04 before Judge Richard W. Story, by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/09/2004) |
| 03/09/2004 | 410 | | Penalty Phase Jury instructions. (sk) (sk). (Entered: 03/09/2004) |
| 03/09/2004 | 411 | | |

| | | | |
|---|---|---|---|
| | | | JURY TRIAL before Judge Richard W. Story continues as to defendant William Emmett Lecroy Jr. Dfts exh admitted. Closing arguments. Court charges the jury. Jury deliberation. (sk) (sk). (Entered: 03/10/2004) |
| 03/10/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 03/09/04 before Judge Richard W. Story, by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/10/2004) |
| 03/10/2004 | 413 | | JURY TRIAL before Judge Richard W. Story concluded as to defendant William Emmett Lecroy Jr. Jury deliberation. Jury verdict – Death Sentence. Jury Polled. (sk) (sk). (Entered: 03/10/2004) |
| 03/10/2004 | 414 | | Penaly Phase Special VERDICT of Jury: sentence of death. (sk) (sk). (Entered: 03/10/2004) |
| 03/10/2004 | 415 | | Govt & Dft Exhibit list as to William Emmett Lecroy Jr. (sk) (sk). (Entered: 03/10/2004) |
| 03/10/2004 | | | Steno notes of proceedings held as to William Emmett Lecroy Jr. 03/10/04 before Judge Richard W. Story, by Court Reporter Sharon D. Upchurch. (sk) (Entered: 03/10/2004) |
| 03/10/2004 | 416 | | Sentencing as to William Emmett Lecroy Jr. before Judge Richard W. Story; Court Reporter: Sharon D. Upchurch. (sk) (sk). (Entered: 03/11/2004) |
| 03/11/2004 | 418 | | Order for Psychological Report as to William Emmett Lecroy Jr. to be filed under seal with report attached in support. (sk) Modified on 03/11/2004 (sk). Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 03/11/2004) |
| 03/11/2004 | | | Terminated submissions. (sk) (Entered: 03/11/2004) |
| 03/11/2004 | | | Govt Exhibits filed: 2–7, 12, 14, 15,17A, 18–23, 26, 27, 29–31, 33, 40, 59, 61, 86, 88, 89–91, 103, 159–165, 172, 174, 175. (sk) (Entered: 03/11/2004) |
| 03/11/2004 | 417 | | JUDGMENT AND COMMITMENT William Emmett Lecroy (1) count(s) 1s. Sentenced to Death. $100 Special Assessment. Remanded to CUSM. Signed by Judge Richard W. Story (cc:USA,USM,USPO,PSA,DFT,CNSL/cert copy to FIN) (sk) (sk). (Entered: 03/11/2004) |
| 03/11/2004 | | | Case terminated. (sk) (Entered: 03/11/2004) |
| 03/12/2004 | 419 | | MOTION by Daniel A. Summer, CJA for William Emmett Lecroy Jr. to set reasonable rate of compensation . (djh) (Entered: 03/16/2004) |
| 03/16/2004 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [419–1] motion to set reasonable rate of compensation (djh) (Entered: 03/16/2004) |
| 03/17/2004 | 420 | | MOTION by William Emmett Lecroy Jr. for new trial . (sk) (Entered: 03/17/2004) |
| 03/17/2004 | | | SUBMITTED to Judge Richard W. Story as to William Emmett Lecroy Jr. on [420–1] motion for new trial. (sk) (Entered: 03/17/2004) |
| 03/17/2004 | | | Govt's Exhibits filed (sk) (Entered: 03/18/2004) |
| 03/24/2004 | 421 | | |

| | | | |
|---|---|---|---|
| | | | Response by USA to [420–1] motion for new trial by William Emmett Lecroy Jr. (djh) (Entered: 03/24/2004) |
| 04/02/2004 | 422 | | ORDER by Judge Richard W. Story as to William Emmett Lecroy Jr. in re: [420–1] motion for new trial; extending time 60 days from the date of this order for the court reporter to produce the trial transcript; dft may have have 20 days from the filing date of the transcript to brief the issues he wishes to raise and amend the now–pending [420–1] motion for a new trial . (cc) (sk) (Entered: 04/05/2004) |
| 04/13/2004 | 423 | | TRANSCRIPT filed as to William Emmett Lecroy Jr. RE: for dates of 02/25/04, Excerpt of Trial– Testimony of Vania Revell; Court Reporter: Sharon Upchurch – (sk) (Additional attachment(s) added on 12/11/2012: # 1 Transcript) (sk). (Entered: 04/13/2004) |
| 06/09/2004 | 424 | | Transcript of hearing held on 12/22/03. Court Reporter: Martha J. Frutchey. (sk) Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 06/09/2004) |
| 07/13/2004 | 425 | | TRANSCRIPT of Proceedings (jury trial vol 1) as to William Emmett Lecroy Jr. held on 2/17/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/11/2012: # 1 Transcript of Jury Trial–Vol.1–Part 1, # 2 Transcript of Jury Trial–Vol.1–Part 2) (vld). (Entered: 07/18/2004) |
| 07/13/2004 | 426 | | TRANSCRIPT of Proceedings (jury trial vol 2) as to William Emmett Lecroy Jr. held on 2/18/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/11/2012: # 1 Transcript, part 1, # 2 Transcript, part 2, # 3 Transcript, part 3) (sk). (Entered: 07/18/2004) |
| 07/13/2004 | 427 | | TRANSCRIPT of Proceedings (jury trial vol 3) as to William Emmett Lecroy Jr. held on 2/19/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) Modified on 7/18/2004 to add volume number (djh). (Additional attachment(s) added on 12/11/2012: # 1 Transcript Vol III–Part 1, # 2 Transcript Vol III–Part 2) (vld). (Entered: 07/18/2004) |
| 07/13/2004 | 428 | | TRANSCRIPT of Proceedings (jury trial vol 4) as to William Emmett Lecroy Jr. held on 2/23/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/12/2012: # 1 Transcript, part 1, # 2 Transscript, part 2, # 3 Transcript, part 3) (sk). (Entered: 07/18/2004) |
| 07/13/2004 | 429 | | TRANSCRIPT of Proceedings (jury trial vol 5) as to William Emmett Lecroy Jr. held on 2/24/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/12/2012: # 1 Transcript, part 1, # 2 Transcript, part 2, # 3 Transcript, part 3) (sk). (Entered: 07/18/2004) |
| 07/13/2004 | 430 | | TRANSCRIPT of Proceedings (jury trial vol 6) as to William Emmett Lecroy Jr. held on 2/25/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/12/2012: # 1 Transcript, part 1, # 2 Transcript, part 2, # 3 Transcript, part 3, # 4 Transcript, part 4) (sk). (Entered: 07/18/2004) |

| 07/13/2004 | 431 | | TRANSCRIPT of Proceedings (jury trial vol 7) as to William Emmett Lecroy Jr. held on 2/27/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/14/2012: # 1 Volume VII–Part 1, # 2 Volume VII–Part 2) (vld). (Entered: 07/18/2004) |
|---|---|---|---|
| 07/13/2004 | 432 | | TRANSCRIPT of Proceedings (jury trial vol 8) as to William Emmett Lecroy Jr. held on 3/1/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/14/2012: # 3 Volume VIII) (vld). (Entered: 07/18/2004) |
| 07/13/2004 | 433 | | TRANSCRIPT of Proceedings (jury trial vol 9) as to William Emmett Lecroy Jr. held on 3/3/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/12/2012: # 1 Volume IX–Part 1, # 2 Volume IX–Part 2, # 3 Volume IX–Part 3) (vld). (Entered: 07/18/2004) |
| 07/13/2004 | 434 | | TRANSCRIPT of Proceedings (jury trial volume 10) as to William Emmett Lecroy Jr. held on 3/4/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/12/2012: # 1 Volume X–Part 1, # 2 Volume X–Part 2, # 3 Volume X–Part 3) (vld). (Entered: 07/18/2004) |
| 07/13/2004 | 435 | | TRANSCRIPT of Proceedings (jury trial vol 11) as to William Emmett Lecroy Jr. held on 3/5/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/12/2012: # 1 Volume XI–Part 1, # 2 Volume XI–Part 2, # 3 Volume XI–Part 3) (vld). (Entered: 07/18/2004) |
| 07/13/2004 | 436 | | TRANSCRIPT of Proceedings (jury trial vol 12) as to William Emmett Lecroy Jr. held on 3/8/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/12/2012: # 1 Transcript, part 1, # 2 Transcript, part 2, # 3 Transcript, part 3) (sk). (Entered: 07/18/2004) |
| 07/13/2004 | 437 | | TRANSCRIPT of Proceedings (jury trial vol 13) as to William Emmett Lecroy Jr. held on 3/9/2004 and 3/10/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/11/2012: # 1 Volume XIII – Part 1, # 2 Volume XIII – Part 2) (vld). (Entered: 07/18/2004) |
| 07/30/2004 | 438 | | Transcript of hearing held on 03/02/04. Court Reporter: Sharon D. Upchurc (sk) Modified on 1/28/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 07/30/2004) |
| 08/02/2004 | 439 | | Brief in Support as to William Emmett Lecroy Jr. re: 420 Motion for New Trial (Attachments: # 1 Brief pages 25–38# 2 Exhibit)(sk) (Entered: 08/05/2004) |
| 08/05/2004 | 440 | | Arrest (Isssued as a Detainer) Warrant Returned Executed by Gilmer County Jail on 03/25/04 as to William Emmett Lecroy Jr. (sk) (Entered: 08/09/2004) |
| 08/16/2004 | 441 | | UNOPPOSED MOTION for Extension of Time through 8/30/2004 to Respond to Defendant's Motion for New Trialby USA as to William Emmett Lecroy Jr. (djh) (Entered: 08/18/2004) |
| 08/16/2004 | 442 | | |

| | | | |
|---|---|---|---|
| | | | ORDER granting 441 Unopposed Motion for Extension of Time through 8/30/2004 to Respond to Defendant's Motion for New Trial as to William Emmett Lecroy Jr. (1). Signed by Judge Richard W. Story on 8/16/2004. (djh) (Entered: 08/18/2004) |
| 08/30/2004 | 443 | | RESPONSE in Opposition by USA re 420 Motion for New Trial as to William Emmett Lecroy Jr. filed (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(sk) (Entered: 09/01/2004) |
| 09/17/2004 | 444 | | REPLY TO Government's RESPONSE to Motion as to William Emmett Lecroy Jr. re: 420 Motion for New Trial. (djh) (Entered: 09/22/2004) |
| 10/12/2004 | 445 | | ORDER denying 420 Motion for New Trial as to William Emmett Lecroy Jr. (1). Signed by Judge Richard W. Story on 10/12/04. (sk) (Entered: 10/13/2004) |
| 10/19/2004 | 446 | | Government's MOTION to Supplement Record with Physical Evidence and Other Exhibits as to William Emmett Lecroy Jr. (sk) (Entered: 10/26/2004) |
| 10/21/2004 | 447 | | ORDER granting 446 Motion to Supplement Record with Photographs of Physcial Evidence and Other Exhibits as to William Emmett Lecroy Jr. (1). Signed by Judge Richard W. Story on 10/21/04. (sk) (Entered: 10/26/2004) |
| 10/21/2004 | | | Government's Exhibits as to William Emmett Lecroy Jr. filed in clerk's office re: 447 order. (sk) (Entered: 10/26/2004) |
| 10/25/2004 | 448 | | NOTICE OF APPEAL as to William Emmett Lecroy Jr. re 445 Order on Motion for New Trial, 417 Judgment and Commitment. Transcript Order Form due on 11/8/2004 (sk) (Entered: 10/26/2004) |
| 10/26/2004 | | | Transmission of certified copies of Notice of Appeal, Docket Sheet, 445 order, 417 order as to William Emmett Lecroy Jr. to US Court of Appeals re 448 Notice of Appeal. (sk) (Entered: 10/26/2004) |
| 11/01/2004 | 449 | | USCA Acknowledgment of Receipt of 448 Notice of Appeal filed by William Emmett Lecroy. Case Appealed to USCA/11th Circuit Case Number 04–15597–P (sk) (Entered: 11/02/2004) |
| 11/17/2004 | 450 | | TRANSCRIPT ORDER FORM as to William Emmett Lecroy Jr. for proceedings held on 01/29/04, 2/3/04, 2/5/04, 2/6/04 before Judge Richard W. Story, re 448 Notice of Appeal. Court Reporter: Sharon Upchurch. USCA Appeal Number 04–15597–P (sk) (Entered: 11/17/2004) |
| 11/18/2004 | 451 | | TRANSCRIPT of Proceedings re: pretrial conference as to William Emmett Lecroy Jr. held on 1/29/2004 before Judge Richard W. Story. Court Reporter: Sharon D. Upchurch. (djh) (Additional attachment(s) added on 12/11/2012: # 1 Transcript) (sk). (Entered: 11/22/2004) |
| 11/18/2004 | 452 | | Transcript of hearing held as to William Emmett LeCroy, Jr. Court reporter Sharon D. Upchurch. (djh) Modified on 1/28/2010 to unseal pursuant to 01/11/10 order (sk). (sk). (Entered: 11/22/2004) |
| 11/18/2004 | 453 | | Transcript of hearing held 2/3/2004 before Judge Richard W. Story as to William Emmett Lecroy, Jr. Court Reporter: Sharon Upchurch. UNSEALED PER 461 ORDER DATED 3/30/2005. Additional attachment(s) added on 3/31/2005 (djh). Modified on 3/31/2005 to add pdf and text re unsealing of |

48

| | | | |
|---|---|---|---|
| | | | transcript (djh). (Additional attachment(s) added on 12/11/2012: # 1 Transcript) (sk). (Entered: 11/22/2004) |
| 11/18/2004 | 454 | | Sealed Document as to William Emmett LeCroy, Jr. (djh). Transcript of hearing held 2/5/2004 before Judge Richard W. Story. Court Reporter: Sharon Upchurch. UNSEALED PER 461 ORDER DATED 3/30/2005. Additional attachment(s) added on 3/31/2005 (djh). Modified on 3/31/2005 to add pdf and text re unsealing of transcript (djh). (Additional attachment(s) added on 12/11/2012: # 1 Transcript) (sk). (Entered: 11/22/2004) |
| 11/18/2004 | 455 | | TRANSCRIPT of telephone conference held 2/6/2004 before Judge Richard W. Story. Court Reporter: Sharon Upchurch. UNSEALED PER 461 ORDER DATED 3/30/2005. Additional attachment(s) added on 3/31/2005 (djh). Modified on 3/31/2005 to add pdf and text re unsealing of transcript (djh). (Additional attachment(s) added on 9/6/2011: # 1 Transcript) (sk). (Entered: 11/22/2004) |
| 11/18/2004 | | | Set/Reset Deadlines as to William Emmett Lecroy Jr. re 448 Notice of Appeal: Certificate of Readiness due on 12/6/2004. (djh) (Entered: 11/22/2004) |
| 11/19/2004 | 456 | | Financial Arrangements Completed as to William Emmett Lecroy Jr. re 448 Notice of Appeal filed by William Emmett Lecroy. Case Appealed to USCA/11th Circuit Case Number 04−15597−P (sk) (Entered: 11/22/2004) |
| 12/02/2004 | 457 | | ORDER of USCA as to William Emmett Lecroy Jr. re 448 Notice of Appeal, granting appellant's motion for extension of time through 2/1/2005 to file his initial brief and record excerpts. USCA Appeal Number 04−15597−P. (djh) (Entered: 12/02/2004) |
| 12/02/2004 | 458 | | CERTIFICATE OF READINESS re 448 Notice of Appeal filed by William Emmett Lecroy transmitted to USCA. USCA Case Number 04−15597−P (sk) Additional attachment(s) added on 12/3/2004 (sk). (Entered: 12/02/2004) |
| 12/09/2004 | 459 | | USCA Acknowledgment as to William Emmett Lecroy Jr. re COR as to 448 Notice of Appeal. Case Appealed to USCA/11th Circuit Case Number 04−15597−P (sk) (Entered: 12/13/2004) |
| 02/16/2005 | 460 | | ORDER of USCA (certified copy) GRANTING appellant's motion for extension of page limits, not to exceed 20,000 words as to William Emmett Lecroy, Jr re 448 Notice of Appeal. USCA Appeal Number 04−15597−P. (sk) (Entered: 02/16/2005) |
| 03/30/2005 | 461 | | Order to Unseal Document as to William Emmett Lecroy, Jr., Sealed Document 306 346 453 454 455 . Signed by Judge Richard W. Story on 3/30/05. (rag) (Entered: 03/30/2005) |
| 03/30/2005 | | | Notification of Docket Correction re 306 order filed 1/16/2004, 346 order filed 2/6/2004, 453 transcript filed 11/18/2004, 454 transcript filed 11/18/2004, and 455 transcript filed 11/18/2004. These documents were unsealed per 461 order filed 3/30/2005. (djh) (Entered: 03/31/2005) |
| 03/31/2005 | | | AMENDED CERTIFICATE OF READINESS re 448 Notice of Appeal filed by William Emmett Lecroy, Jr. USCA Case Number 04−15997−P. (sk) (Entered: 03/31/2005) |
| 03/31/2005 | 462 | | |

| | | | |
|---|---|---|---|
| | | | ORDER of USCA granting appellee's motion to file brief in excess of word limit, not to exceed 20,000, as to William Emmett Lecroy, Jr re <u>448</u> Notice of Appeal. USCA Appeal Number 04–15597–P. (djh) (Entered: 03/31/2005) |
| 04/01/2005 | <u>463</u> | | Certified copy of AMENDED CERTIFICATE OF READINESS transmitted to USCA re <u>448</u> Notice of Appeal. Case Appealed to USCA/11th Circuit Case Number 04–15597–P. (Attachments: # <u>1</u> Docket, pages 1 –20 # <u>2</u> Docket, pages 21–40 # <u>3</u> Docket, pages 41–47 # <u>4</u> Tranmission Notice to USCA)(sk) (Entered: 04/01/2005) |
| 04/01/2005 | <u>464</u> | | ORDER of USCA granting appellee's motion for extension of time through 4/6/2005 to file appellee's brief as to William Emmett Lecroy, Jr re <u>448</u> Notice of Appeal. USCA Appeal Number 04–15597–P. (djh) (Entered: 04/01/2005) |
| 04/06/2005 | <u>465</u> | | USCA Acknowledgment of Amended COR as to William Emmett Lecroy, Jr re <u>448</u> Notice of Appeal. Case Appealed to USCA 11th Circuit Case Number 04–15597–P. (djh) (Entered: 04/07/2005) |
| 04/08/2005 | <u>466</u> | | FORTHWITH LETTER from USCA re <u>448</u> Notice of Appeal filed by William Emmett Lecroy, Jr. USCA Case Number 04–15597–P. Appeal Record due by 4/22/2005. (sk) (Entered: 04/11/2005) |
| 04/11/2005 | <u>467</u> | | Certified and Transmitted Record on Appeal as to William Emmett Lecroy, Jr to US Court of Appeals re <u>448</u> Notice of Appeal. (19 vol plg (3 vol sealed), 29 vol tran, 8 env exh) (sk) (Entered: 04/11/2005) |
| 04/18/2005 | <u>468</u> | | USCA Acknowledgment of Original Record as to William Emmett Lecroy, Jr re <u>448</u> Notice of Appeal; Case Appealed to USCA/11th Circuit Case Number 04–15597–P. (4 boxes) (sk) (Entered: 04/18/2005) |
| 04/28/2005 | <u>469</u> | | ORDER of USCA (certified copy) as to William Emmett Lecroy, Jr re <u>448</u> Notice of Appeal; GRANTING Appellant's motion to extend time through 05/02/05 for appellant to file his reply brief. USCA Appeal Number 04–15597–P. (sk) (Entered: 04/28/2005) |
| 06/06/2005 | <u>470</u> | | ORDER of USCA (certified copy) as to William Emmett Lecroy, Jr GRANTING Appellant's unopposed motion for leave to file reply brief that does not exceed 10,000 words re <u>448</u> Notice of Appeal, USCA Appeal Number 04–15597–P. (sk) (Entered: 06/06/2005) |
| 03/06/2006 | <u>471</u> | | ORDER of USCA (certified copy) as to William Emmett Lecroy, Jr re <u>448</u> Notice of Appeal. Appellant's motion for substitution of co–counsel is GRANTED. Paul S. Kish is substituted for Daniel Summer as co–counsel. USCA Appeal Number 04–15597–P. (sk) (Entered: 03/06/2006) |
| 03/06/2006 | <u>472</u> | | JUDGMENT of USCA (certified copy) William Emmett Lecroy Jr. (1) Affirming Decision of the USDC re <u>448</u> Notice of Appeal; USCA Appeal Number 04–15597–P. (sk) (Entered: 03/06/2006) |
| 06/22/2006 | <u>473</u> | | ORDER of USCA (certified copy) as to William Emmett Lecroy, Jr re <u>448</u> Notice of Appeal: DENYING the Petition(s) for Rehearing; USCA Appeal Number 04–15597–P. (sk) (Entered: 06/23/2006) |
| 06/30/2006 | <u>474</u> | | JUDGMENT of USCA (certified copy) William Emmett Lecroy Jr. (1) Affirming Decision of the USDC as to his conviction and sentence of death re Count 1s as to <u>448</u> Notice of Appeal; USCA Appeal Number 04–15597–P. |

| | | | (sk) (Entered: 07/03/2006) |
|---|---|---|---|
| 06/30/2006 | 475 | | Appeal Record Returned as to William Emmett Lecroy, Jr: 448 Notice of Appeal. ( 1 box orig exhs, 48 vol pleadings) (sk) (Entered: 07/03/2006) |
| 05/14/2007 | 476 | | MOTION to Appoint Counsel by William Emmett Lecroy, Jr. (Kearns, Stephanie) (Entered: 05/14/2007) |
| 05/25/2007 | 477 | | ORDER OF CJA 30: Appointment of Attorney John Richard Martin for in Death Penalty Proceedings as to William Emmett Lecroy, Jr. Signed by Judge Susan S. Cole on 5/25/07. (jw) (Entered: 05/25/2007) |
| 05/25/2007 | 478 | | ORDER OF CJA 30: Appointment of Attorney Sandra Louise Michaels as co−counsel for in Death Penalty Proceedings as to William Emmett Lecroy, Jr. Signed by Judge Susan S. Cole on 5/25/07. (jw) (Entered: 05/25/2007) |
| 05/25/2007 | 479 | | ORDER granting 476 Motion to Appoint Counsel John Richard Martin an lead counsel, and Sandra Louise Michaels appointed as co counsel for William Emmett Lecroy Jr. (1). Signed by Judge Susan S. Cole on 5/25/07. (jw) (Entered: 05/25/2007) |
| 07/18/2007 | 480 | | Certification of Consent to Substitution of Counsel for USA as to William Emmett Lecroy, Jr. Jane Wilcox Swift replacing attorney Raymond Joseph Burby, IV and Russell Glenn Vineyard. (Swift, Jane) (Entered: 07/18/2007) |
| 09/12/2007 | 481 | | Notice rescheduling conference for 10/18/07 (sk). Modified on 1/27/2010 to unseal pursuant to 01/11/10 order (sk). (Entered: 09/12/2007) |
| 09/12/2007 | 482 | | Notice rescheduling conference for 10/24/07. (sk) Modified on 1/27/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 09/12/2007) |
| 10/01/2007 | 483 | | NOTICE OF ATTORNEY APPEARANCE William Louis McKinnon, Jr appearing for USA. (McKinnon, William) (Entered: 10/01/2007) |
| 10/25/2007 | 484 | | Order preliminarily approving litigation budget for 28 USC 2255 proceeding. (sk) Modified on 1/27/2010 to unseal pursuant to oral order 01/11/10 (sk). (Entered: 10/25/2007) |
| 10/29/2007 | 485 | | Motion for travel funds. (vld) Modified on 1/27/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 10/30/2007) |
| 10/29/2007 | 486 | | Order GRANTING 485 Motion for travel funds. (vld) . Modified on 1/27/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 10/30/2007) |
| 01/08/2008 | 487 | | Minutes of telephone conference held on 01/08/08. (sk) Modified on 1/27/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 01/11/2008) |
| 01/23/2008 | 488 | | Order APPROVING litigation budget for 28 USC 2255 Proceeding. (clk) Modified on 1/27/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk). (Entered: 01/23/2008) |
| 01/24/2008 | 489 | | NOTICE *of Withdrawal of Counsel, Jane Swift* as to William Emmett Lecroy, Jr filed by USA (McKinnon, William) (Entered: 01/24/2008) |
| 01/28/2008 | 490 | | MEMORANDUM ORDER to Counsel for William Emmett Lecroy, Jr. re procedures for interim payments during representation. The Court |

| | | | |
|---|---|---|---|
| | | | DESIGNATES United States Magistrate Judge Susan S. Cole to review and approve interim vouchers. Signed by Judge Richard W. Story on 01/28/08. (cc J. Motz, CJA Clerk) (sk) (Entered: 01/28/2008) |
| 03/12/2008 | | | SEALED DOCUMENT (jkm) (Entered: 03/12/2008) |
| 03/12/2008 | | | SEALED DOCUMENT (jkm) (Entered: 03/12/2008) |
| 03/12/2008 | | | SEALED DOCUMENT (jkm) (Entered: 03/12/2008) |
| 03/12/2008 | | | SEALED DOCUMENT (jkm) (Entered: 03/12/2008) |
| 03/12/2008 | | | SEALED DOCUMENT (jkm) (Entered: 03/12/2008) |
| 04/17/2008 | 491 | | Motion for funds to travel. (vld) . Modified on 1/27/2010 to unseal pursuant to oral order 01/11/10 (sk). (Entered: 04/17/2008) |
| 04/17/2008 | 492 | | Order GRANTING 491 Motion for funds for travel. (vld) Modified on 1/27/2010 to unseal pursuant to oral order 01/11/10 (sk). (sk). (Entered: 04/17/2008) |
| 04/22/2008 | 493 | | MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 by William Emmett Lecroy, Jr. (Attachments: # 1 Form Motion Under 28 U.S.C. Section 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody) The defendants 28 USC 2255 motion will be forwarded to the Court for consideration. No response is necessary by the U.S. Attorney unless directed to do so by the Court [28 U.S.C. 2255, Rule 4(b)](Civil Action 2:08−cv−83−RWS).(Martin, John) Modified on 4/23/2008 to identify civil action number assigned (sk). (Entered: 04/22/2008) |
| 04/22/2008 | | | Submission of 493 MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 as to William Emmett Lecroy, Jr, submitted to District Judge Richard W. Story. (sk) (Entered: 04/22/2008) |
| 04/23/2008 | 494 | | ORDER that documents attached as Exhibit A are filed under seal. Signed by Judge Richard W. Story on 04/23/08. (sk) (Additional attachment(s) added on 1/27/2010: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 Exhibit A−4) (sk). Modified on 1/27/2010 to unseal exhibits pursuant to 01/11/10 oral order (sk). (Entered: 04/23/2008) |
| 07/10/2008 | 495 | | Motion for funds to travel. (vld) (sk). Modified on 1/27/2010 (sk) to unseal pursuant to oral order dated 01/11/10. (Entered: 07/14/2008) |
| 07/14/2008 | 496 | | Order GRANTING 495 Motion for travel funds. (vld) (sk). Modified on 1/27/2010 to unseal pursuant to oral order 01/11/10 (sk). (Entered: 07/14/2008) |
| 07/16/2008 | 497 | | Amended Order GRANTING 495 Motion for travel funds. (sk) Modified on 1/27/2010 to unseal pursuant to 01/11/10 order (sk). (sk). (Entered: 07/16/2008) |
| 07/16/2008 | 498 | | Second AMENDED Order granting 495 Motion for travel funds. (vld) Modified on 1/27/2010 to unseal pursuant to oral order 01/11/10 (sk). (sk). (Entered: 07/16/2008) |
| 08/19/2008 | 499 | | ORDER Directing USA to Respond to 493 Motion to Vacate Sentence as to William Emmett Lecroy, Jr. Signed by Judge Richard W. Story on 8/19/2008. |

| | | | |
|---|---|---|---|
| | | | (vld) (Entered: 08/19/2008) |
| 09/10/2008 | 500 | | AMENDMENT to 493 MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 by William Emmett Lecroy, Jr. (Martin, John) Modified on 9/10/2008 to correct docket event and link (vld). (Entered: 09/10/2008) |
| 09/18/2008 | 501 | | MOTION for Extension of Time to File Response/Reply *To Doc. 493* by USA as to William Emmett Lecroy, Jr. (McKinnon, William) (Entered: 09/18/2008) |
| 09/29/2008 | 502 | | ORDER granting 501 Motion for Extension of Time to File Response/Reply as to William Emmett Lecroy Jr. (1). The government shall file its response to 493 Motion to vacate not later than 11/18/08. Signed by Judge Richard W. Story on 09/29/08. (sk) (Entered: 09/29/2008) |
| 11/25/2008 | 503 | | MOTION for Extension of Time to Reply to Defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 USC 2255 re: 493 MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 by USA as to William Emmett Lecroy, Jr. (McKinnon, William) (Entered: 11/25/2008) |
| 12/12/2008 | | | Submission of 503 MOTION for Extension of Time to Reply to Defendant's 493 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 USC 225,submitted to District Judge Richard W. Story. (sk) (Entered: 12/12/2008) |
| 12/22/2008 | 504 | | Motion for funds to travel (sk). Modified on 1/27/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 12/23/2008) |
| 12/22/2008 | 505 | | Motion for funds to travel. (sk) Modified on 1/27/2010 to unseal pursuant to 01/11/10 oral order (sk). (sk) (Entered: 12/23/2008) |
| 12/23/2008 | 506 | | Order GRANTING 505 Motion for travel funds. (sk). Modified on 1/27/2010 to unseal pursuant to 01/11/10 order (sk). (Entered: 12/23/2008) |
| 12/23/2008 | 507 | | Order GRANTING 504 Motion for funds to travel (sk). Modified on 1/27/2010 to unseal pursuant to 01/11/10 oral order (sk). (Entered: 12/23/2008) |
| 01/09/2009 | 508 | | RESPONSE in Opposition as to William Emmett Lecroy, Jr filed by USA re 493 MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 (McKinnon, William) (Entered: 01/09/2009) |
| 01/15/2009 | 509 | | ORDER granting 503 Motion for Extension of Time to reply to Defendant's 503 Motion. as to William Emmett Lecroy Jr. (1). The 508 Response filed 01/09/09 shall be demmed to be timely. Signed by Judge Richard W. Story on 01/14/09. (sk) (Entered: 01/15/2009) |
| 02/11/2009 | 510 | | MOTION for Hearing *(Evidentiary) and Discovery* by William Emmett Lecroy, Jr. (Martin, John) (Entered: 02/11/2009) |
| 02/11/2009 | 511 | | REPLY TO RESPONSE to Motion as to William Emmett Lecroy, Jr filed by William Emmett Lecroy, Jr re: 493 MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 *Traverse* (Martin, John) (Entered: 02/11/2009) |
| 03/03/2009 | | | Submission of 510 MOTION for Hearing *(Evidentiary) and Discovery* as to William Emmett Lecroy, Jr, submitted to District Judge Richard W. Story. (sk) (Entered: 03/03/2009) |

| 03/11/2009 | 515 | | Sealed Document. (sk) (Additional attachment(s) added on 1/28/2010: # 1 Exhibit) (sk). (Entered: 04/01/2009) |
|---|---|---|---|
| 03/13/2009 | 512 | | ORDER granting 510 Motion for Hearing as to William Emmett Lecroy Jr. (1) as provided in order. Petitioner shall file a notice of the specific allegation related to jury selection within ten (10) days of the entry of this Order. Petitioner shall file a notice providing more specific information concerning the evidence related to mitigation witnesses he would expect to present on this issue within ten (10) days of the entry of this Order. The Court will then determine if an evidentiary hearing is required as to this issue.The Court will then determine if an evidentiary hearing is required as to this issue. The government may file responses to the aforementioned notices within 5 days of receiving same. After the Court rules on these matters, the Deputy Clerk will confer with counsel to schedule a hearing. Signed by Judge Richard W. Story on 03/12/09. (sk) (Entered: 03/13/2009) |
| 03/27/2009 | 513 | | RESPONSE TO ORDER TO SHOW CAUSE as to William Emmett Lecroy, Jr filed by William Emmett Lecroy, Jr (Martin, John) (Entered: 03/27/2009) |
| 03/30/2009 | 514 | | Request for Leave of Absence for the following date(s): June 1–10, June 18–24, 2009, by Sandra Louise Michaels. (Michaels, Sandra) (Entered: 03/30/2009) |
| 04/01/2009 | 516 | | Order granting 515 Motion for authorization of payment. (sk). Modified on 1/28/2010 to unseal pursuant to oral order dated 01/11/10 (sk) (Entered: 04/01/2009) |
| 04/06/2009 | 517 | | Notice for Leave of Absence for the following date(s): June 15 – 26, 2009 and July 27 – 31, 2009, by William Louis McKinnon, Jr. (McKinnon, William) (Entered: 04/06/2009) |
| 04/09/2009 | 518 | | ORDERED that Petitioners Motion for an Evidentiary Hearing 510 , in so far as it relates to Petitioners nonspecific allegation that the Governments jury expert had improper contact with members of the jury during jury selection, is DENIED. In 3/12/09 512 Order, the Court also requested that the Petitionerprovide more specific information concerning the evidence he expected to presentthrough mitigation witnesses who could have testified about bizarre sexual activities that were allowed or occurred involving Defendant as a child Traverse 511 at 13). At the evidentiary hearing, the Court will hear oral arguments on whether, assuming that the proposed evidence were presented, Petitioner would beentitled to relief on the asserted ground. After those arguments, the Court willmake a determination on whether it will allow further evidence to be presented. If additional evidence is allowed, a later hearing will be scheduled to receive that evidence. Based on the foregoing, Petitioners Motion 510 is GRANTED asprovided above. The Courtroom Deputy Clerk will confer with counsel and set thecase down for an evidentiary hearing. Signed by Judge Richard W. Story on 4/8/2009. (vld) (Entered: 04/09/2009) |
| 08/20/2009 | 519 | | Minute Entry for proceedings held before Judge Richard W. Story: Telephone Conference as to William Emmett Lecroy, Jr. (Court Reporter Sharon Upchurch) (vld) (Entered: 08/20/2009) |
| 01/11/2010 | 520 | | Minute Entry for proceedings held before Judge Richard W. Story: Evidentiary Hearing as to William Emmett Lecroy, Jr. Dft appeared via |

| | | | |
|---|---|---|---|
| | | | conference from FCC Terre Haute, IN. Witnesses sworn and testified. Government & defendant exhs admitted. The Court ORDERS that all sealed documents in this case be unsealed. Hearing not concluded. Court adjourned and will reconvene at 10:30 a.m. on 01/12/10. (Court Reporter Sharon Upchurch) (sk) (Entered: 01/12/2010) |
| 01/11/2010 | | | Oral Order as to William Emmett Lecroy, Jr. that all sealed documents in this case are to be unsealed by Judge Richard W. Story on 01/11/10. (sk) (Entered: 01/12/2010) |
| 01/12/2010 | 521 | | ORDER GRANTING Defendant's request to authorize payment of expenses associated with the travel of Marti Carlson to Atlanta from Dallas, Texas to testify during a proceeding. Signed by Judge Richard W. Story on 01/11/10. (sk) (Entered: 01/12/2010) |
| 01/13/2010 | 522 | | Minute Entry for proceedings held before Judge Richard W. Story: Evidentiary Hearing as to William Emmett Lecroy, Jr. Witnesses sworn and testified. Govt & Defendant exhibits admitted. Hearing not concluded. Court will reconvene at 10:00 a.m. on 01/13/10. (Court Reporter Sharon Upchurch) (sk) (Entered: 01/13/2010) |
| 01/14/2010 | 523 | | Minute Entry for proceedings held before Judge Richard W. Story: Evidentiary Hearing as to William Emmett Lecroy, Jr. Witnesses sworn and testified. Government & Defendant exhibits admitted. Hearing not concluded. Court will reconvenve at 10:00 a.m. on 02/08/10. (Court Reporter Sharon Upchurch) (sk) (Entered: 01/14/2010) |
| 01/26/2010 | 524 | | Sealed Document. (vld) (Entered: 01/27/2010) |
| 01/26/2010 | 525 | | Sealed Document. (vld) (Entered: 01/27/2010) |
| 02/08/2010 | 526 | | Minute Entry for proceedings held before Judge Richard W. Story: Evidentiary Hearing as to William Emmett Lecroy, Jr. Dft appeared via video conference from FCC Terre Haute, IN. Witnesses sworn and testified. Gov't exhibits admitted. Parties to confer regarding briefing schedule. (Court Reporter Elise Evans) (vld) (Entered: 02/09/2010) |
| 02/18/2010 | 527 | | NOTICE *of Proffer of Mitigation Witness Testimony* as to William Emmett Lecroy, Jr (Martin, John) (Entered: 02/18/2010) |
| 02/22/2010 | 528 | | Request for Leave of Absence for the following date(s): April 30, 2010, May 3, 4, 5, 6, 7, 10, 11, 2010, by Sandra Louise Michaels. (Michaels, Sandra) (Entered: 02/22/2010) |
| 02/22/2010 | 529 | | Request for Leave of Absence for the following date(s): April 30, 2010, May 3, 4, 5, 6, 7, 10, 11, 2010, by John Richard Martin. (Martin, John) (Entered: 02/22/2010) |
| 02/22/2010 | 530 | | Sealed Document. (clk) (Entered: 02/22/2010) |
| 02/22/2010 | 531 | | Sealed Document. (clk) (Entered: 02/22/2010) |
| 02/22/2010 | 532 | | Sealed Document. (clk) (Entered: 02/22/2010) |
| 02/22/2010 | 533 | | Sealed Document. (clk) (Entered: 02/22/2010) |
| 03/18/2010 | 534 | | |

| | | |
|---|---|---|
| | | TRANSCRIPT of Proceedings as to William Emmett Lecroy, Jr held on 1/11/2010, before Judge Richard W. Story. Court Reporter/Transcriber Sharon D. Upchurch, Telephone number (404) 215–1354. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/8/2010. Redacted Transcript Deadline set for 4/19/2010. Release of Transcript Restriction set for 6/16/2010. (Attachments: # 1 Notice of Filing Transcript) (sdu) (Entered: 03/18/2010) |
| 03/18/2010 | 535 | TRANSCRIPT of Proceedings as to William Emmett Lecroy, Jr held on 1/12/2010, before Judge Richard W. Story. Court Reporter/Transcriber Sharon D. Upchurch, Telephone number (404) 215–1354. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/8/2010. Redacted Transcript Deadline set for 4/19/2010. Release of Transcript Restriction set for 6/16/2010. (Attachments: # 1 Notice of Filing Transcript) (sdu) (Entered: 03/18/2010) |
| 03/18/2010 | 536 | TRANSCRIPT of Proceedings as to William Emmett Lecroy, Jr held on 1/13/2010, before Judge Richard W. Story. Court Reporter/Transcriber Sharon D. Upchurch, Telephone number (404) 215–1354. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/8/2010. Redacted Transcript Deadline set for 4/19/2010. Release of Transcript Restriction set for 6/16/2010. (Attachments: # 1 Notice of Filing Transcript) (sdu) (Entered: 03/18/2010) |
| 03/19/2010 | 537 | TRANSCRIPT of Evidentiary Proceedings (Vol. IV) as to William Emmett Lecroy, Jr held on 2/8/2010, before Judge Richard W. Story. Court Reporter/Transcriber Elise Evans, Telephone number 404–215–1456. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/9/2010. Redacted Transcript Deadline set for 4/19/2010. Release of Transcript Restriction set for 6/17/2010. (Attachments: # 1 Notice of Filing Transcript) (ee) (Entered: 03/19/2010) |
| 06/01/2010 | 538 | RESPONSE as to William Emmett Lecroy, Jr filed by USA re: 527 Notice (Other) *Government's Response to Defendant's Proffer of Mitigation Witness Testimony* (McKinnon, William) (Entered: 06/01/2010) |
| 06/25/2010 | 539 | REPLY to RESPONSE re: 527 Notice of Proffer of Mitigation Witness Testimony, filed by William Emmett Lecroy, Jr. (Martin, John) Modified on 6/28/2010 (vld). (Entered: 06/25/2010) |
| 12/07/2010 | 540 | ORDER re Defendant's 257 Proffer of Mitigation Witness Testimony. The Court will not conduct a hearing to receive additional evidence as to William Emmett Lecroy, Jr. The parties are ORDERED to submit a Joint Proposed Schedule for final briefing of the issues in this action. Signed by Judge Richard W. Story on 12/07/10. (sk) (Entered: 12/07/2010) |

| 03/01/2011 | 541 | | Post–Hearing Brief as to William Emmett Lecroy, Jr filed by William Emmett Lecroy, Jr re 493 MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 (Martin, John) (Entered: 03/01/2011) |
|---|---|---|---|
| 03/31/2011 | 542 | | RESPONSE in Opposition as to William Emmett Lecroy, Jr filed by USA re 493 MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 (McKinnon, William) (Entered: 03/31/2011) |
| 04/07/2011 | 543 | | NOTICE OF ATTORNEY APPEARANCE Shanya Dingle appearing for USA. (Dingle, Shanya) (Entered: 04/07/2011) |
| 04/07/2011 | 544 | | Notice for Leave of Absence for the following date(s): May 2 – 6, 2011, by Shanya Dingle. (Dingle, Shanya) (Entered: 04/07/2011) |
| 05/02/2011 | 545 | | REPLY TO RESPONSE to Motion as to William Emmett Lecroy, Jr filed by William Emmett Lecroy, Jr re: 493 MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 (Martin, John) (Entered: 05/02/2011) |
| 05/17/2011 | 546 | | Request for Leave of Absence for the following date(s): June 6, 7, 8, 9, 10, August 9, 10, 11, 12, September 1–30, 2011, by Sandra Louise Michaels. (Michaels, Sandra) (Entered: 05/17/2011) |
| 05/18/2011 | | | Submission of 546 Leave of Absence for Attorney Sandra Michaels in excess of 21 days as to William Emmett Lecroy, Jr, submitted to District Judge Richard W. Story. (sk) (Entered: 05/18/2011) |
| 05/18/2011 | 547 | | Request for Leave of Absence for the following date(s): June 6, 7, 8, 9, 10, August 9, 10, 11, 12, September 1, 2, 5, 6, 2011, by John Richard Martin. (Martin, John) (Entered: 05/18/2011) |
| 05/19/2011 | 548 | | Request for Leave of Absence for the following date(s): May 30–June 3, June 6–10, August 9–12, September 1, 2, 5, 6, 9, 12, 13, 14, 15, 16, 19, 20, 21, 22, 23, 26, 27, 28, 29, 30 2011, by John Richard Martin. (Martin, John) Modified on 5/19/2011 (vld). (Entered: 05/19/2011) |
| 12/05/2011 | 549 | | Request for Leave of Absence for the following date(s): May 18, 21, 22, 23, 24, 25, 28, 29, 30, 31, 2012, June 1, 4, 5, 6, 7, 8, 2012, by Sandra Louise Michaels. (Michaels, Sandra) (Entered: 12/05/2011) |
| 01/27/2012 | 550 | | Request for Leave of Absence for the following date(s): May 18, 21, 22, 23, 24, 25, 28, 29, 30, 31, June 1, 4, 5, 6, 7 and 8, 2012, by John Richard Martin. (Martin, John) (Entered: 01/27/2012) |
| 03/30/2012 | 551 | | ORDER denying 493 Motion to Vacate, Set Aside or Correct Sentence pursuant to USC 28:2255. However, his challenge to the constitutionality of the current federal execution protocols is DISMISSED, without prejudice. Signed by Judge Richard W. Story on 3/30/2012. (vld) (Entered: 04/02/2012) |
| 03/30/2012 | 552 | | The Motion to Vacate Sentence –2255– as to William Emmett Lecroy, Jr having been Denied judgment is entered against Movant in favor of Respondent. (vld) (Entered: 04/02/2012) |
| 04/27/2012 | 553 | | MOTION to Alter Judgment by William Emmett Lecroy, Jr. (Martin, John) (Entered: 04/27/2012) |
| 05/16/2012 | | | Submission of 553 MOTION to Alter Judgment as to William Emmett Lecroy, Jr, submitted to District Judge Richard W. Story. (sk) (Entered: 05/16/2012) |

| 08/06/2012 | 554 | | ORDER denying 553 Motion to Alter or Amend Judgment as to William Emmett Lecroy Jr. (1). Signed by Judge Richard W. Story on 08/06/12. (sk) (Entered: 08/06/2012) |
|---|---|---|---|
| 10/02/2012 | 555 | | NOTICE OF APPEAL as to William Emmett Lecroy, Jr. re 551 Order, 552 Clerk's Judgment, 554 Order. Transcript Order Form due on 10/16/2012 (Martin, John) Modified on 10/3/2012 to add document links (sk). (Entered: 10/02/2012) |
| 10/02/2012 | 556 | | MOTION for Certificate of Appealability with Brief In Support by William Emmett Lecroy, Jr. (Attachments: # 1 Exhibit) (Martin, John) (Entered: 10/02/2012) |
| 10/03/2012 | | | Submission of 556 MOTION for Certificate of Appealability as to William Emmett Lecroy, Jr, submitted to District Judge Richard W. Story. (sk) (Entered: 10/03/2012) |
| 10/03/2012 | 557 | | Transmission of Certified Copy of Notice of Appeal, J&C and Docket Sheet as to William Emmett Lecroy, Jr to US Court of Appeals re 555 Notice of Appeal. (sk) (Entered: 10/03/2012) |
| 10/03/2012 | 558 | | NOTICE to counsel re appeal information sheet requirement as to William Emmett Lecroy, Jr. (sk) (Entered: 10/03/2012) |
| 10/03/2012 | | | Request For Presentence Investigation Report as to William Emmett Lecroy, Jr re: 555 Notice of Appeal filed on 10/02/12. (sk) (Entered: 10/03/2012) |
| 10/10/2012 | 559 | | USCA Acknowledgment of Receipt of Notice of Appeal as to William Emmett Lecroy, Jr for 555 Notice of Appeal filed by William Emmett Lecroy, Jr. Case Appealed to U.S.C.A. Case Number 12–15132–P (vld) (Entered: 10/11/2012) |
| 10/11/2012 | 560 | | APPEAL REMARK as to William Emmett Lecroy, Jr. USCA Appointment of John R. Martin as counsel for appeal (Attachments: # 1 Correspondence) (vld) (Entered: 10/11/2012) |
| 10/11/2012 | 561 | | APPEAL REMARK as to William Emmett Lecroy, Jr. USCA appointment of Sandra Michael as counsel for appeal (Attachments: # 1 Correspondence) (vld) (Entered: 10/11/2012) |
| 10/15/2012 | 562 | | TRANSCRIPT ORDER FORM as to William Emmett Lecroy, Jr. re 555 Notice of Appeal. Case Appealed to USCA/11th Circuit Case Number 12–15132–P. Certificate of Readiness due on 10/29/2012. (sk) (Entered: 10/15/2012) |
| 10/19/2012 | 563 | | NOTIFICATION that all necessary Transcripts were previously filed in the District Court as to William Emmett Lecroy, Jr. filed by Court Reporter: Sharon D. Upchurch. (vld) (Entered: 10/19/2012) |
| 12/05/2012 | | | APPEAL REMARK as to William Emmett Lecroy, Jr. in response to USCA email regarding 556 Motion for COA and advising an order has not been entered as of this date. (vld) (Entered: 12/05/2012) |
| 12/19/2012 | 564 | | CERTIFICATE OF APPEALABILITY as to William Emmett Lecroy, Jr re 555 Notice of Appeal on the following issues: Ineffective Assistance – Mental Health Case, Ineffective Assistance – Instruction on Future Dangerousness, |

58

| | | | |
|---|---|---|---|
| | | | Ineffective Assistance – Balancing of Factors Instruction. (see order for specifics) Signed by Judge Richard W. Story on 12/18/12. (sk) (Entered: 12/19/2012) |
| 12/19/2012 | 565 | | Documents forwarded to USCA as to William Emmett Lecroy, Jr.: 564 COA re 555 Notice of Appeal filed by William Emmett Lecroy, Jr. Case Appealed to USCA/11th Circuit Case Number 12–15132–P. (sk) (Entered: 12/19/2012) |
| 12/28/2012 | | | CERTIFICATE OF READINESS re 555 Notice of Appeal filed by William Emmett Lecroy, Jr. transmitted to USCA. Case Appealed to USCA/11th Circuit Case Number 12–15132–P. (sk) (Entered: 12/28/2012) |
| 01/10/2013 | 566 | | ORDER of USCA (certified copy) as to William Emmett Lecroy, Jr re 555 Notice of Appeal; Appellant's motion for an extension of time to FEbruary 27, 2013, to file his initial brief and record excertps is GRANTED. Case Appealed to USCA/11th Circuit Case Number 12–15132–P. (sk) (Entered: 01/11/2013) |
| 02/26/2013 | 567 | | ORDER of USCA (certified copy) as to William Emmett Lecroy, Jr. GRANTING Appellant's motion for an extension to time, to March 11, 2013, to file the initial brief and record excerpts re 555 Notice of Appeal. Case Appealed to USACa/11th Circuit Case Number 12–15132–P. (sk) (Entered: 02/27/2013) |
| 04/17/2013 | 568 | | ORDER of USCA GRANTING appellee's motion for an extension of time, to May 6, 2013, to file the brief as to William Emmett Lecroy, Jr. re 555 Notice of Appeal. Case Appealed to USCA Case Number 12–15132–P. (Attachments: # 1 Correspondence) (vld) (Entered: 04/17/2013) |
| 05/07/2013 | 569 | | FORTHWITH LETTER from USCA re 555 Notice of Appeal filed by William Emmett Lecroy, Jr. Case Appealed to USCA/11th Circuit Case Number 12–15132–P. Appeal Record due by 5/21/2013. (sk) (Entered: 05/07/2013) |
| 05/15/2013 | 570 | | ORDER of USCA re: Motion for Extension of Time, to June 3, 2013, to file the brief as to William Emmett Lecroy, Jr. (Attachments: # 1 Correspondence) (vld) (Entered: 05/15/2013) |
| 06/04/2013 | 571 | | Certified copy of CERTIFICATE OF READINESS transmitted to USCA re 555 Notice of Appeal. Case Appealed to USCA/11th Circuit Case Number 12–15132–P. (Attachments: # 1 Transmission Notice to USCA, # 2 Docket)(sk) (Entered: 06/04/2013) |
| 06/04/2013 | 572 | | Certified and Transmitted Record on Appeal as to William Emmett Lecroy, Jr to US Court of Appeals re 555 Notice of Appeal Case Appealed to USCA/11th Circuit Case Number 12–15132–P. (19 vol pleadings, 37 vol transcripts, 8 vol exhibits) (sk) (Entered: 06/04/2013) |
| 01/15/2014 | 573 | | APPEAL REMARK: Notice of Issuance of Opinion as to Appellant William Emmett Lecroy, Jr. AFFIRMING the Judgment of the District Court, received via email filed by USCA. The Court's mandate will issue at a later date. (Attachments: # 1 USCA Notice of Issuance of Opinion) (vld) (Entered: 01/16/2014) |
| 03/18/2014 | 574 | | JUDGMENT of USCA issued on 1/15/2014, is entered as the judgment of this Court re 555 Notice of Appeal. Case Appealed to USCA Case Number 12–15132. (Attachments: # 1 Notice of Judgment issued as mandate) (vld) |

| | | | |
|---|---|---|---|
| | | | (Entered: 03/18/2014) |
| 03/27/2014 | 575 | | Appeal Record Returned as to William Emmett Lecroy, Jr: 555 Notice of Appeal. Case Appealed to USCA/11th Circuit Case Number 12–15132–P. (56 volumes pleadings and 1 box exhibits) (sk) (Entered: 04/11/2014) |
| 08/12/2014 | | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to William Emmett Lecroy, Jr. returned to USPO. (sk) (Entered: 08/12/2014) |
| 03/11/2015 | 576 | | ORDER of United States Supreme Court: The petition for a writ of certiorari is denied as to William Emmett Lecroy, Jr. (sk) (Entered: 03/11/2015) |
| 04/03/2015 | 577 | | Letter MOTION to Appoint Counsel by William Emmett Lecroy, Jr. (clk) (Entered: 04/03/2015) |
| 04/13/2015 | 578 | | ORDER granting 577 Motion to Appoint Counsel as to William Emmett Lecroy Jr. (1). The Court continues theappointment of John R. Martin as lead counsel and Sandra L. Michaels as cocounsel to represent Defendant in accordance with the CJA Form 30 and 31 filed contemporaneously with this Order as to each counsel. In accordance with the Guidelines and applicable statutes, counsel are DIRECTED to prepare a proposed budget that includes their best estimate of the costs of all services (counsel, expert, investigative, and other) for the case and to submit their proposed budget to the court ex parte under seal by May 30, 2015. Signed by Magistrate Judge J. Clay Fuller on 4/13/2015. (clk) (Entered: 04/13/2015) |
| 04/13/2015 | 579 | | ORDER OF CJA 30: Continued Appointment of Attorney John Richard Martin for in Death Penalty Proceedings as to William Emmett Lecroy, Jr. Signed by by Magistrate Judge J. Clay Fuller on 4/13/2015. Nunc Pro Tunc 5/25/2007. (clk) (Entered: 04/13/2015) |
| 04/13/2015 | 580 | | ORDER OF CJA 30: Continued Appointment of Attorney Sandra Louise Michaels for in Death Penalty Proceedings as to William Emmett Lecroy, Jr. Signed by by Magistrate Judge J. Clay Fuller on 4/13/2015. Nunc Pro Tunc 5/25/2007. (clk) (Entered: 04/13/2015) |
| 04/13/2015 | | | Case as to William Emmett Lecroy, Jr Reassigned to Magistrate Judge J. Clay Fuller. (clk) (Entered: 04/13/2015) |
| 05/28/2015 | 581 | | MOTION for Extension of Time Time to File Proposed Budget re: 578 Order on Motion to Appoint Counsel,, by William Emmett Lecroy, Jr. (Martin, John) (Entered: 05/28/2015) |
| 06/01/2015 | 582 | | ORDER granting 581 Motion for Extension of Time to prepare proposed budget as to William Emmett Lecroy Jr. (1). Counsel shall submit a proposed budget not later than July 31, 2015. Signed by Judge Richard W. Story on 06/01/15. (sk) (Entered: 06/01/2015) |
| 12/04/2018 | 583 | | MOTION to Appoint Counsel *at No Cost to Court* by William Emmett Lecroy, Jr. (Martin, John) (Entered: 12/04/2018) |
| 01/03/2019 | | | Submission of 583 MOTION to Appoint Counsel *at No Cost to Court* as to William Emmett Lecroy, Jr., to District Judge Richard W. Story. (rsg) (Entered: 01/03/2019) |
| 01/07/2019 | 584 | | |

| | | | |
|---|---|---|---|
| | | | ORDER granting 583 Motion to Appoint Counsel as to William Emmett Lecroy Jr. (1). Federal Defender Services of Eastern Tennessee, Inc. (FDSET) is hereby appointed as co−counsel. Counsel from FDSET shall file a notice of appearance immediately and upon such filing will be deemed admitted pro hac vice without need for further application or payment of any fees. This appointment is made based upon representation that FDSET will not bill the Court for any fees or expenses related to their representation. Signed by Judge Richard W. Story on 01/07/2019. (rsg) (Entered: 01/07/2019) |
| 03/01/2019 | 585 | | NOTICE OF ATTORNEY APPEARANCE: Stephen Allen Ferrell appearing on behalf of William Emmett Lecroy, Jr. (dgr) (Entered: 03/01/2019) |
| 12/26/2019 | | | Documents 586−589 are sealed. (rsg) (Entered: 12/26/2019) |
| 08/01/2020 | 590 | | NOTICE OF ATTORNEY APPEARANCE Jane Elizabeth McBath appearing for USA. (McBath, Jane) (Entered: 08/01/2020) |
| 08/01/2020 | 591 | | NOTICE OF FILING Notice Regarding Execution Date as to William Emmett Lecroy, Jr filed by USA (McBath, Jane) (Entered: 08/01/2020) |
| 08/13/2020 | 592 | | NOTICE OF ATTORNEY APPEARANCE Carolyn Cain Burch appearing for USA. (Burch, Carolyn) (Entered: 08/13/2020) |
| 08/24/2020 | 593 | | MOTION to Continue Execution Date by William Emmett Lecroy, Jr. (Attachments: # 1 Exhibit Attachment 1, # 2 Exhibit Attachment 2, # 3 Text of Proposed Order) (Martin, John) (Entered: 08/24/2020) |
| 08/28/2020 | 594 | | MOTION for Leave to File Excess Pages Government's Response to Motion to Reset Execution Date by USA as to William Emmett Lecroy, Jr. (Attachments: # 1 Text of Proposed Order) (Burch, Carolyn) (Entered: 08/28/2020) |
| 08/28/2020 | 595 | | NOTICE OF ATTORNEY APPEARANCE Scott Meisler appearing for USA. (Meisler, Scott) (Entered: 08/28/2020) |
| 08/28/2020 | 596 | | ORDER granting 594 Motion for Leave to File Excess Pages as to William Emmett Lecroy Jr. (1). Signed by Judge Richard W. Story on 08/28/2020. (rsg) (Entered: 08/28/2020) |
| 08/28/2020 | 597 | | NOTICE OF ATTORNEY APPEARANCE Paul T Crane, III appearing for USA. (Crane, Paul) (Entered: 08/28/2020) |
| 08/28/2020 | 598 | | RESPONSE as to William Emmett Lecroy, Jr filed by USA re: 593 MOTION to Continue Execution Date (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Burch, Carolyn) (Entered: 08/28/2020) |
| 08/31/2020 | 599 | | NOTICE OF FILING Defendant's Submission of Clemency Application as to William Emmett Lecroy, Jr filed by USA (Meisler, Scott) (Entered: 08/31/2020) |
| 09/01/2020 | | | NOTICE OF VIDEO PROCEEDING re: 593 MOTION to Continue Execution Date as to William Emmett Lecroy, Jr.: Motion Hearing set for 9/2/2020 at 02:30 PM in GAIN Courtroom 303 before Judge Richard W. Story. Connection Instructions: https://ganduscourts.zoomgov.com/j/1613887791 Meeting ID: 161 388 7791 Password: 841554; Dial In: 1−646−828−7666 Meeting ID: 161 388 7791 |

| | | | |
|---|---|---|---|
| | | | Password: 841554. You must follow the instructions of the court for remote proceedings available <u>here</u>. The procedure for filing documentary exhibits admitted during the proceeding is available <u>here</u>. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by video teleconferencing or telephone conferencing, is strictly and absolutely prohibited.* (sk) (Entered: 09/01/2020) |
| 09/02/2020 | <u>600</u> | | Minute Entry for proceedings held before Judge Richard W. Story: Motion Hearing as to William Emmett Lecroy, Jr. re <u>593</u> MOTION to Continue Execution Date. Cause came before the Court for a Motion Hearing. All counsel appeared via Zoom. The Court heard arguments from counsel. A written order will follow. (Court Reporter Amanda Lohnaas) (dgr) (Entered: 09/04/2020) |
| 09/04/2020 | <u>601</u> | | ORDER denying <u>593</u> Motion To Reset Or Modify Execution Date In Order To Implement Courts Order Appointing Counsel as to William Emmett Lecroy Jr. (1). Signed by Judge Richard W. Story on 09/04/2020. (rsg) (Entered: 09/08/2020) |
| 09/08/2020 | <u>602</u> | | NOTICE OF APPEAL as to William Emmett Lecroy, Jr. Transcript Order Form due on 9/22/2020 (Martin, John) (Entered: 09/08/2020) |
| 09/08/2020 | <u>603</u> | | MOTION for Leave to Proceed in forma pauperis by William Emmett Lecroy, Jr. (Martin, John) (Entered: 09/08/2020) |
| 09/08/2020 | <u>604</u> | | ORDER granting <u>603</u> Motion for Leave to Proceed in forma pauperis as to William Emmett Lecroy Jr. (1). Signed by Judge Richard W. Story on 09/04/2020. (rsg) (Entered: 09/08/2020) |

CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev.12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| GANG | WILLIAM EMMETT LECROY, JR. | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:02-CR-038 | | |

**7. IN CASE/MATTER OF** *(Case Name)*
USA v WILLLIAM EMMETT LECROY, JR.

**8. TYPE PERSON REPRESENTED**
☐ Adult Defendant  ☐ Appellant  ☐ Other
X Habeas Petitioner  ☐ Appellee

**9. REPRESENTATION TYPE**
☐ D1 28 U.S.C. § 2254 Habeas (Capital)  X D3 28 U.S.C. § 2255 (Capital)
☐ D2 Federal Capital Prosecution  ☐ D4 Other (Specify) _____

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18:2119

**11. ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

JOHN RICHARD MARTIN
MARTIN BROTHERS
44 BROAD STREET
202 GRANT BUILDING
ATLANTA, GA 30303

Telephone Number: _____ 404-532-0400 _____

**13. NAME AND MAILING ADDRESS OF LAW FIRM** *(Only provide per instructions)*

**12. COURT ORDER:**
X O Appointing Counsel  ☐ C Co-Counsel
☐ F Subs For Federal Defender  ☐ R Subs For Retained Attorney
☐ P Subs For Panel  ☐ Y Standby Counsel
Prior Attorney's Name: _____  Appointment Date: _____
(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.
(B) The attorney named in Item 11 is appointed to serve as: X LEAD COUNSEL  ☐ CO-COUNSEL
**Name of Co-Counsel** ☐
or Lead Counsel: SANDRA LOUISE MICHAELS  Appointment Date: MAY 25, 2007
(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).
X (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

Signature of Presiding Judge or By Order of the Court

MAY 25, 2007 _____
Date of Order _____ Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.
☐ YES  X NO

## CLAIM FOR SERVICES AND EXPENSES

**14. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial

e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal

k ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o ☐ Other

### HOURS AND COMPENSATION CLAIMED / FOR COURT USE ONLY

| 15. CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $         ) | | | | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators & Experts | | | | | |
| e. Obtaining & Reviewing the Court Record | | | | | |
| f. Obtaining & Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL *Categories b-j* | OUT OF COURT TOTAL *Categories b-j* |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | | |
| j. Other *(Specify on additional sheets)* | | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR =         ) | | | | | |

### CLAIM FOR TRAVEL AND EXPENSES *(Attach itemization of expenses with dates)*

| | | | | | |
|---|---|---|---|---|---|
| 16. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 17. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |

### GRAND TOTALS (CLAIMED AND ADJUSTED):

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|
| _____ TO: _____ | | |

**21. CLAIM STATUS** ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney _____  Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 27. SIGNATURE OF THE PRESIDING JUDGE | DATE | 27a. JUDGE CODE |
|---|---|---|
| | | |

CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev.12/03)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| GANG | WILLIAM EMMETT LECROY, JR. | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:02-CR-038 | | |

**7. IN CASE/MATTER OF** *(Case Name)*
USA v WILLIAM EMMETT LECROY, JR.

**8. TYPE PERSON REPRESENTED**
☐ Adult Defendant  ☐ Appellant  ☐ Other
X Habeas Petitioner  ☐ Appellee

**9. REPRESENTATION TYPE**
☐ D1 28 U.S.C. § 2254 Habeas (Capital)  X D3 28 U.S.C. § 2255
☐ D2 Federal Capital Prosecution  ☐ D4 Other (Specify)

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18:2119

**11. ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix)*, **AND MAILING ADDRESS**

SANDRA LOUISE MCIHAELS
MARTIN BROTHERS
44 BROAD STREET
202 GRANT BUILDING
ATLANTA, GA 30303

Telephone Number: 404-522-0400

**13. NAME AND MAILING ADDRESS OF LAW FIRM** *(Only provide per instructions)*

**12. COURT ORDER:**
☐ O  Appointing Counsel          X C  Co-Counsel
☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel              ☐ Y  Standby Counsel

Prior Attorney's Name: _____  Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL  X CO-COUNSEL

Name of Co-Counsel
or Lead Counsel: JOHN RICHARD MARTIN    Appointment Date: MAY 25, 2007

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

X (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

*Susan S. Cole*
Signature of Presiding Judge or By Order of the Court

MAY 25, 2007
Date of Order          Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.
☐ YES  X NO

## CLAIM FOR SERVICES AND EXPENSES

**14. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding, CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | | HABEAS CORPUS | | | OTHER PROCEEDING | |
|---|---|---|---|---|---|---|---|
| a. ☐ Pre-Trial | e. ☐ Appeal | g ☐ Habeas Petition | k ☐ Petition for the | l. ☐ Stay of Execution | o ☐ Other |
| b ☐ Trial | f. ☐ Petition for the | h ☐ Evidentiary Hearing | U.S. Supreme | m. ☐ Appeal of Denial of Stay | |
| c. ☐ Sentencing | U.S. Supreme Court | i. ☐ Dispositive Motions | Writ of Certiorari | n. ☐ Petition for Writ of Certiorari to the U.S. | |
| d ☐ Other Post Trial | Writ of Certiorari | j. ☐ Appeal | | Supreme Court Regarding Denial of Stay | |

| **HOURS AND COMPENSATION CLAIMED** | | | | **FOR COURT USE ONLY** | |
|---|---|---|---|---|---|
| **15. CATEGORIES** *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| a. In-Court Hearings (RATE PER HOUR = $     ) | | | | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators & Experts | | | | | |
| e. Obtaining & Reviewing the Court Record | | | | | |
| f. Obtaining & Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL *Categories b-j* | OUT OF COURT TOTAL *Categories b-j* |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | | |
| j. Other (Specify on additional sheets) | | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR =     ) | | | | | |

## CLAIM FOR TRAVEL AND EXPENSES *(Attach itemization of expenses with dates)*

| | | | | | |
|---|---|---|---|---|---|
| 16. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 17. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|
| _____ TO: _____ | | |

**21. CLAIM STATUS** ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO  If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney _____  Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 27. SIGNATURE OF THE PRESIDING JUDGE | DATE | 27a. JUDGE CODE |
|---|---|---|
| | | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,      :

     :      CRIMINAL INDICTMENT

v.      :      2:02-CR-038-RWS-JCF

     :

WILLIAM EMMETT LECROY, JR.      :

## ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is the letter motion of Defendant for the appointment of counsel for whatever remaining legal processes are available to him, as well as a request for commutation of his sentence by the President (Doc. 577). Pursuant to 18 U.S.C. §§ 3006A and 3599, and Volume 7 of the *Guidelines for the Administration of the Criminal Justice Act and Related Statutes*, which includes among other applicable provisions Chapter 6, concerning Representation in Federal Death Penalty Cases and in Federal Capital Habeas Court Proceedings ("the *Guidelines*"), Defendant's motion is **GRANTED**. The Court continues the appointment of John R. Martin as lead counsel and Sandra L. Michaels as co-counsel to represent Defendant in accordance with the CJA Form 30 and 31 filed contemporaneously with this Order as to each counsel.

In accordance with the *Guidelines* and applicable statutes, counsel are **DIRECTED** to prepare a proposed budget that includes their best estimate of the

costs of all services (counsel, expert, investigative, and other) for the case and to submit their proposed budget to the court *ex parte* under seal by May 30, 2015.

IT IS SO ORDERED this 13th day of April, 2015.

      /s/ *J. CLAY FULLER*
J. CLAY FULLER
United States Magistrate Judge

CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 02/12)

| 1. CIR./DIST./ DIV. CODE GANG | 2. PERSON REPRESENTED WILLIAM EMMETT LECROY, JR. | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 2:02-CR-038-RWS-JCF | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

**7. IN CASE/MATTER OF (Case Name)**
USA v. LECROY

**8. TYPE PERSON REPRESENTED**
☐ Adult Defendant ☐ Appellee
☐ Habeas Petitioner ☑ Other (Specify)
☐ Appellant

**9. REPRESENTATION TYPE**
☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D4 Other (Specify) _____
☐ D2 Federal Capital Prosecution ☐ D7 State Clemency
☐ D3 28 U.S.C. § 2255 (Capital) ☑ D8 Federal Clemency

**10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:2119 MOTOR VEHICLE THEFT - CARJACKING

**11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS**

Sandra Louise Michaels
44 Broad Street
202 Grant Building
Atlanta, GA  30303

Telephone Number:  (404) 532-0400

**13. NAME AND MAILING ADDRESS OF LAW FIRM**
(Only provide per instructions)

**12. COURT ORDER:**
☐ O Appointing Counsel ☑ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel ☐ Y Standby Counsel

Prior Attorney's Name: _____  Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☑ CO-COUNSEL
Name of Co-Counsel or Lead Counsel: John Richard Martin  Appointment Date: 5/25/2007

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☑ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

Signature of Presiding Judge or By Order of the Court
4/13/2015 _____
Date of Order

5/25/2007
Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.
☐ YES ☑ NO

**CLAIM FOR SERVICES AND EXPENSES**

**14. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial  e. ☐ Appeal
b. ☐ Trial  f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari
c. ☐ Sentencing
d. ☐ Other Post Trial

HABEAS CORPUS
g. ☐ Habeas Petition
gg. ☐ State Court Appearance
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other (Specify) _____
p. ☐ Clemency

**HOURS AND COMPENSATION CLAIMED** / **FOR COURT USE ONLY**

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ ) | | 0.00 | | IN COURT TOTAL Category a | IN COURT TOTAL Category a |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | 0.00 | |
| d. Consultation with Investigators & Experts | | | | | |
| e. Obtaining & Reviewing the Court Record | | | | | |
| f. Obtaining & Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL Categories b-j | OUT OF COURT TOTAL Categories b-j |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | 0.00 | |
| j. Other (Specify on additional sheets) | | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = ) | 0.00 | 0.00 | 0.00 | | |

**CLAIM FOR TRAVEL AND EXPENSES** (Attach itemization of expenses with dates)

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
|---|---|---|---|---|---|
| 17. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | 0.00 | | 0.00 | |

**18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM: _____  TO: _____

**19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**20. CASE DISPOSITION**

**21. CLAIM STATUS** ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____  Date _____

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED $0.00 |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 27a. JUDGE CODE |

CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 02/12)

| 1. CIR./DIST./DIV. CODE<br>GANG | 2. PERSON REPRESENTED<br>WILLIAM EMMETT LECROY, JR. | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>2:02-CR-038-RWS-JCF | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF *(Case Name)*<br>USA v. LECROY | 8. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☐ Appellee<br>☐ Habeas Petitioner ☑ Other *(Specify)*<br>☐ Appellant | 9. REPRESENTATION TYPE<br>☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D4 Other *(Specify)* _____<br>☐ D2 Federal Capital Prosecution ☐ D7 State Clemency<br>☐ D3 28 U.S.C. § 2255 (Capital) ☑ D8 Federal Clemency |
|---|---|---|

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
**18:2119 MOTOR VEHICLE THEFT - CARJACKING**

| 11. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS<br><br>John Richard Martin<br>44 Broad Street<br>202 Grant Building<br>Atlanta, GA 30303<br><br>Telephone Number: (404) 532-0400 | 12. COURT ORDER:<br>☑ O Appointing Counsel ☐ C Co-Counsel<br>☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney<br>☐ P Subs For Panel ☐ Y Standby Counsel<br><br>Prior Attorney's Name: _____ Appointment Date: _____ |
|---|---|

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

13. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

(B) The attorney named in Item 11 is appointed to serve as: ☑ LEAD COUNSEL ☐ CO-COUNSEL
Name of Co-Counsel or Lead Counsel: Sandra Louise Michaels Appointment Date: 5/25/2007

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☑ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

_____
Signature of Presiding Judge or By Order of the Court

| 4/13/2015 | 5/25/2007 |
|---|---|
| Date of Order | Nunc Pro Tunc Date |

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.
☐ YES ☑ NO

**CLAIM FOR SERVICES AND EXPENSES**

14. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial  e. ☐ Appeal
b. ☐ Trial  f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari
c. ☐ Sentencing
d. ☐ Other Post Trial

HABEAS CORPUS
g. ☐ Habeas Petition
gg. ☐ State Court Appearance
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other *(Specify)* _____
p. ☐ Clemency

**HOURS AND COMPENSATION CLAIMED** | **FOR COURT USE ONLY**

| 15. CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ ) | | 0.00 | | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | 0.00 | |
| d. Consultation with Investigators & Experts | | | | | |
| e. Obtaining & Reviewing the Court Record | | | | | |
| f. Obtaining & Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL *Categories b-j* | OUT OF COURT TOTAL *Categories b-j* |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | 0.00 | |
| j. Other *(Specify on additional sheets)* | | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = ) | 0.00 | | 0.00 | 0.00 | |

**CLAIM FOR TRAVEL AND OTHER EXPENSES** *(attach itemization of expenses with dates)*

| 16. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | |
|---|---|---|---|---|
| 17. Other Expenses *(other than expert, transcripts, etc.)* | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | 0.00 | | 0.00 | |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br><br>FROM: _____ TO: _____ | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|

21. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____ Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED<br>$0.00 |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 27a. JUDGE CODE |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 2:02-CR-38-RWS |
| WILLIAM EMMETT LECROY, JR., | 2:08-CV-83-RWS [Capital Case] |
| Defendant/Petitioner. | |

## **ORDER**

This case comes before the Court on Defendant-Petitioner William Emmett LeCroy, Jr.'s "Motion To Reset Or Modify Execution Date In Order To Implement Court's Order Appointing Counsel" ("Motion") [Doc. 593], filed August 24, 2020, the United States' Response in Opposition [Doc. 598], filed August 28, 2020, and "Notice of Defendant's Submission of Clemency Petition" [Doc. 599], filed August 31, 2020.

LeCroy is a federal death row inmate imprisoned at the United States Penitentiary ("USP"), in Terre Haute, Indiana, which lies within the Southern District of Indiana (and the Seventh Circuit Court of Appeals). LeCroy was prosecuted in the Northern District of Georgia, with the undersigned presiding over the jury trial, including the penalty phase, as well as post-trial litigation and post-

conviction habeas proceedings. On August 1, 2020, the United States filed a "Notice Regarding Execution Date" advising that the Director of the Federal Bureau of Prisons ("BOP"), upon the direction of the Attorney General, has scheduled the execution of William Emmett LeCroy, Jr., in accordance with 28 C.F.R. Part 26, to take place on September 22, 2020, prompting the instant Motion. [Doc. 591].

In the Motion, counsel for LeCroy assert that the Court should "reset" or "modify" the execution date to allow counsel to fulfill the duties they were appointed to perform pursuant to 18 U.S.C. § 3599. [Motion at 1].[1] Lead counsel for LeCroy makes this request based on chronic health conditions and the global COVID-19 pandemic, which, taken together, preclude him from attending the execution as requested by LeCroy.[2] [Motion at 3-5]. Counsel request that the

---

[1] Defense counsel cite this Court's May 25, 2007 Order ("Appointment Order") [Doc. 479], appointing and assigning counsel the duties of "providing effective legal and investigative assistance to their client in preparation for clemency proceedings and other possible legal challenges, including being present for the client and giving him counsel at the time of his execution." [Motion at 1-2].

[2] LeCroy has three attorneys of record, John R. Martin ("Lead Counsel" or "Martin"), Sandra Michaels ("Michaels"), who is Martin's spouse, and Stephen Ferrell ("Ferrell") of the Federal Defender Services of Eastern Tennessee, Inc. ("FDSET") (collectively "Counsel"). Ferrell was appointed in January 2019 [Doc. 584] and, thus, has less history with LeCroy than either Martin or Michaels.

2

Case 2:02-cr-00038-RWS-JCF Document 661 Filed 09/04/20 Page 71 of 92

execution be postponed until the Spring of 2021 or "until sometime after a vaccine is available" for COVID-19. [Motion at 6].

The United States opposes the Motion on multiple grounds, including that the Motion, as presently styled, is not properly before this Court. [Doc. 598]. Alternatively, the United States argues that to grant this relief absent identification of a violation of any constitutional or statutory right or court order would constitute an abuse of discretion.

A hearing was held on September 2, 2020 to provide the parties with an opportunity for oral argument.[3]

Having reviewed the record and considered the arguments of counsel, the Court enters the following Order.

## BACKGROUND

The underlying facts, which are not disputed, are summarized by the Eleventh Circuit's decision of March 2, 2006, affirming the conviction and sentence, and need not be repeated here. [Doc. 472 – United States v. LeCroy, 441 F.3d 914 (11th Cir. 2006)]. In sum, on October 7, 2001, LeCroy broke into the home of Joann Tiesler, raped and murdered her, and fled in her car to the Canadian

---

[3] The hearing was conducted via Zoom.gov video conferencing consistent with the parties' stated preference.

3

border, where he was arrested two days later.  He was indicted on a single count of violating 18 U.S.C. § 2119(3) (carjacking), namely, taking a motor vehicle that had been transported, shipped, and received in interstate commerce, with the intent to cause death and serious bodily harm, from the person and presence of Joann Lee Tiesler by force and violence resulting in her death.  [Docs. 1, 32].

The case was tried before a jury in 2004 (February 17, 2004 thru March 10, 2004).  The jury returned a verdict of guilty on March 1, 2004.  [Doc. 398].  Following the penalty phase, on March 10, 2004, the jury issued a special verdict in favor of a death sentence.  [Doc. 414].  The Judgment and Commitment Order ("J&C") was entered pursuant to the jury's special verdict on March 11, 2004.  [Doc. 417].  The J&C expressly provided that the Attorney General and United States Marshal "shall make the arrangements for the execution and supervise implementation of the sentence." [Doc. 417].  LeCroy moved for a new trial and the motion was denied.  [Docs. 420, 445].

On direct appeal, LeCroy's conviction and sentence were affirmed by the Eleventh Circuit Court of Appeals.  [Docs. 448, 472].  His petition for rehearing *en banc* was likewise denied.  [Doc. 473].

LeCroy's post-conviction collateral attack asserting various constitutional challenges to his conviction and sentence was unsuccessful.  On April 22, 2008,

4

LeCroy filed a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255. [Doc. 493]. This Court denied relief following an evidentiary hearing lasting three days. [Doc. 551]. LeCroy appealed and the appellate court issued a certificate of appealability. [Docs. 555, 564]. On January 15, 2004, the Eleventh Circuit affirmed this Court's denial of LeCroy's Section 2255 Motion. [Doc. 573]. The Eleventh Circuit's mandate issued March 17, 2014. [Doc. 574].

The Court was notified on March 11, 2015, that the Supreme Court denied certiorari, at which time LeCroy's conviction became final. [Doc. 576]. And see Washington v. United States, 243 F.3d 1299, 1300-01 (11th Cir. 2001).

LeCroy has submitted one prior clemency petition. [Doc. 598 at 8-9]. In December 2016, LeCroy filed an application for executive clemency. [Doc. 598, Exhibit 1- Declaration of Kira Gillespie ("Gillespie Declaration") ¶ 5]. On January 20, 2017, LeCroy requested to withdraw his petition, and the Office of the Pardon Attorney administratively closed LeCroy's clemency petition without prejudice on January 24, 2017. [Gillespie Declaration ¶ 5].

On August 28, 2020, counsel for LeCroy filed a renewed petition for clemency seeking commutation of his death sentence with the Department of Justice's Office of Pardon Attorney. [Doc. 599].

5

As discussed *supra*, LeCroy has fully exhausted all avenues of relief for asserting substantive challenges to his conviction and sentence. Procedurally, this case has been in a posture for execution since 2015. As stated by counsel for the Government during the hearing, for reasons unrelated to LeCroy's case, the Department of Justice resumed capital executions at some point in 2019, and September 22, 2020 is LeCroy's first scheduled date of execution. He filed this Motion shortly after the execution was announced.

## DISCUSSION

LeCroy argues that, under the All Writs Act, 28 U.S.C. § 1651(a) ("AWA"), this Court may (and should) intervene to enforce its Order Appointing Counsel ("Appointment Order"). [Doc. 578, 580]. LeCroy bases his request on the exigent circumstances presented by the coronavirus pandemic, which restricts the ability of his Lead Counsel to attend the execution on September 22, 2020. LeCroy asks the Court to provide for a delay such that his Lead Counsel may attend the execution.

The Court begins with its authority to reset an execution date.

## I.     Authority to Entertain Defendant's Motion

According to LeCroy, this Court has the authority to reset his execution date in accordance with the Federal Death Penalty Act, 18 U.S.C. §§ 3591, *et seq*. ("FDPA"), and 28 C.F.R. § 26.3(a) to allow for counsel's appointment to be

6

meaningful.[4] The Court concludes, as a general matter, that it has the authority to fix the date of execution if it chooses to do so. However, given the posture of the case, the All Writs Act cannot provide redressability for LeCroy.

## A. The Federal Death Penalty Act

LeCroy was sentenced to death pursuant to FDPA, 18 U.S.C. §§ 3591, *et seq*. Section 3596 governs implementation of the sentence and provides in part:

> A person who has been sentenced to death pursuant to this chapter shall be committed to the custody of the Attorney General until exhaustion of the procedures for appeal of the judgment of conviction and for review of the sentence. When the sentence is to be implemented, the Attorney General shall release the person sentenced to death to the custody of a United States marshal, who shall supervise implementation of the sentence in the manner prescribed by the law of the State in which the sentence is imposed. . . .

18 U.S.C. § 3596(a) (1994). For purposes of Section 3596(a), "the State in which the sentence is imposed" for purposes of § 3596(a) of the FDPA is that of the sentencing court. United States v. Battle, 173 F.3d 1343, 1350 (11th Cir. 1999); see also United States v. Bourgeois, 423 F.3d 501, 509 (5th Cir. 2005); United States v. Hammer, 121 F. Supp. 2d 794, 798 (M.D. Pa. 2000) (citing 18 U.S.C. § 3595(a) and (c)) ("The term 'imposed' throughout the federal death penalty

---

[4] LeCroy also points to the BOP Execution Protocol. [Doc. 593 at 7 (citing Roane *et. al*. v. Barr, 1:19-mc-00145-TSC, at 0874, 0883, 0915 (D.D.C. Aug. 30, 2019))].

7

statute relates to the adjudication by the court and not the actual infliction of the punishment"). Here, imposition of sentence occurred in the State of Georgia, in the Northern District of Georgia. See O.C.G.A. § 17-10-38(a).

As noted, LeCroy has exhausted the procedures for appeal of the judgment of conviction and for review of his sentence and steps have been taken to implement the sentence.

**B.      Regulations Governing Implementation of Sentence**

Subsection (a) of the applicable federal regulation, entitled, "Date, Time, Place, and Method of Execution," reads in pertinent part:

> *Except to the extent a court orders otherwise*, a sentence of death shall be executed: (1) On a date and at a time designated by the Director of the Federal Bureau of Prisons . . . . If the date designated for execution passes by reason of a stay of execution, then a new date shall be designated promptly by the Director of the Federal Bureau of Prisons when the stay is lifted[.] . . .

28 C.F.R. § 26.3(a)(1) (2008) (emphasis added). Similarly, Subsection 26.4(c) speaks to who may be present at the execution and begins with the caveat, "*Except to the extent a court orders otherwise . . . .*" 28 C.F.R. § 26.4(c) (emphasis added).

**C.      Analysis**

As an initial matter, the parties agree that the Executive and Judicial Branches share jurisdiction over implementation of the FDCPA sentence, and that Congress does not prescribe the rules for fixing the date of execution. See

8

Case 2:02-cr-00038-RWS-JCF Document 601 Filed 09/04/20 Page 77 of 92

Bucklew v. Precythe, 139 S. Ct. 1112, 1122 (2019); see also Holden v. State of Minnesota, 11 S. Ct. 143, 147–48 (1890); and see Bourgeois, 423 F.3d at 509.

Based upon the regulation language expressly contemplating Court action ("[e]xcept to the extent a court orders otherwise"), LeCroy argues that an Order from this Court would supersede any action taken by the Executive Branch; that the sentencing court's authority is *superior* to the power of the Executive Branch. On the other hand, the Government contends that "the 'except' clause [within the 1993 regulations] is merely a recognition that both the Judiciary and the Executive Branch have authority to set a date during the implementation of a capital sentence" but does not afford the Court unbridled discretion once a date of execution has been set. [Doc. 598 at 15].

As stated previously, the Court delegated the authority to implement or carry out the sentence to the Attorney General in its J&C, which expressly provided that the Attorney General and United States Marshal "shall make the arrangements for the execution and supervise implementation of the sentence." [Doc. 417]. That the Court did not elect to take on the initial responsibility for setting the date of execution when imposing judgment is significant. More importantly, the execution has already been assigned a date certain and set for September 22, 2020 by the Attorney General.

9

The Government contends that, once the execution date is set, the only mechanism for delaying execution is by pursuing equitable relief such as seeking a stay of execution or an injunction, which places a higher burden on LeCroy. See, e.g., Hill v. McDonough, 126 S. Ct. 2096, 2104 (2016). As discussed in greater detail below, the Government's statement of the law is correct. If the Court were amenable to LeCroy's request and inclined to "reset" or "modify" the date of execution, granting the requested relief (i.e., continue or postpone execution) would amount to a stay.

Yet, the Motion explicitly denies that LeCroy is seeking a stay or injunction. [Motion at 2, 8]. As noted, LeCroy suggests:

> [A]n order from this Court setting or modifying Mr. LeCroy's execution would not be a stay or an injunction. Because the Government's regulations are conditioned upon this Court's action, issuance of an order setting a different execution date does not enjoin a government action; it instead renders the BOP date-setting regulations, by their own terms, non-operational.

[Motion at 8 (citing 28 C.F.R. § 26.3; 28 C.F.R. § 26.4)]. In the current posture of the case, with an imminent execution date set, the Court disagrees that setting a different execution date merely "renders BOP date-setting regulations non-operational."

And, as discussed below, LeCroy cannot achieve what he seeks by attempting to invoke the Court's authority under the All Writs Act.

10

## II.     Defendant LeCroy's Motion to Reset the Execution Date

As stated above, LeCroy's Motion does not seek a stay; instead he seeks for the Court to enforce its Appointment Order through the All Writs Act.

### A.     All Writs Act

Pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."  28 U.S.C. § 1651(a).  "The purpose of the power codified in [Section 1651] is to allow courts 'to protect the jurisdiction they already have, derived from some other source.'" Schiavo ex rel. Schindler v. Schiavo, 403 F.3d 1223, 1229 (11th Cir. 2005) (citation omitted); see generally Baze v. Parker, 711 F. Supp. 2d 774, 779 (E.D. Ky. 2010) (in context of state clemency proceeding, finding lack of jurisdiction where habeas proceedings had concluded, and noting "[w]ithout the underlying habeas jurisdiction under 28 U.S.C. § 2254, the Court lacks any independent jurisdiction over this litigation, and thus cannot invoke the All Writs Act to grant relief "in aid of [its] respective jurisdiction. . . ."), aff'd, 632 F.3d 338 (6th Cir. 2011).  The AWA "is an extraordinary remedy that . . . is essentially equitable and, as such, not generally available to provide alternatives to other, adequate remedies at law."  Schiavo, 403 F.3d 1223 at 1229. (citation and internal quotation marks omitted).

11

## B.      Appointment Order

LeCroy invokes the AWA and asks the Court to enforce its Order Appointing Counsel as his basis for relief. The Court's Appointment Order issued pursuant to Title 18, United States Code, Section 3599, which requires that LeCroy be provided with assistance of counsel "throughout every subsequent stage of available judicial proceedings, . . . [including] applications for stays of execution and other appropriate motions and procedures, . . . competency proceedings and proceedings for executive or other clemency as may be available to the defendant." 18 U.S.C. §3599(e); see also Harbison v. Bell, 129 S. Ct. 1481, 1486 (2009). LeCroy contends that the statute—and the attendant regulations[5]—require the presence of his choice of counsel—here, Lead Counsel—at the execution itself.

At the hearing, Lead Counsel for LeCroy explained the importance of his presence at the execution.  It is, he contends, the "near-sacred duty of appointed

---

[5] Pursuant to 28 C.F.R § 26.4(c), "[i]n addition to the Marshal and the Warden, the following persons shall be present at the execution:

> (3) Not more than the following numbers of persons selected by the prisoner[, including]:
>
> (ii) Two defense attorneys[.] . . ."

28 U.S.C. § 26.4(c)(3)(ii) (2008).

12

counsel, particularly appointed counsel who has a long-standing relationship of confidence and trust with the client." [Declaration of Carol A. Wright, Chief of the Capital Habeas Unit for the Middle District of Florida, Doc. 593, Exhibit 2 at ¶¶ 26–27].

Lead Counsel asserts that the exigent circumstances created by the pandemic interfere with his ability to fulfill his professional duties.

### C. Exigent Circumstances Due to COVID-19

The coronavirus pandemic has significantly altered the judicial operations of the Northern District of Georgia and has created an unusual environment in which the Court seeks to continue its work in new and novel ways, as illustrated by the video hearing held in this case. Although the Court is learning to adapt, not unlike other agencies, entities, and individuals tasked with essential work, the pandemic presents hardships on all who work within the judicial system. But to the extent reasonably possible, the work of the judicial system continues.[6]

Evidence has been presented that the BOP is considering accommodations to their modified COVID-19 restricted operations on a case-by-case basis, and that

---

[6] See generally, United States v. Lee, 2020 WL 3921174, at *5 (E.D. Ark. July 10, 2020) (refusing the postpone execution date due to pandemic on distinguishable and less compelling facts; recognizing that Congress has not seen fit to suspend federal executions and declining to substitute its own judgment for that of Executive Branch).

13

there are alternatives for counsel short of being physically present for in-person meetings at the prison leading up to the date of execution. [Doc. 598, Exhibit 2 – Declaration of Tom Watson ("Watson Declaration")].

However, the record does not include documentation of any specific requests made by counsel to assist in carrying out professional obligations during BOP's modified operations and/or in light of Lead Counsel's health concerns.[7] Significantly, Counsel do not assert that they are unable to pursue relief on LeCroy's behalf and have, in fact, filed a renewed clemency petition and requested oral argument via videoconference. [Doc. 599].

Nevertheless, Lead Counsel requests the Court reset the execution date so that he can fulfill his obligations under the Appointment Order.

**D.     The AWA Does Not Excuse LeCroy From Seeking a Stay**

Invoking the All Writs Act does not excuse a movant from making a showing that a stay or injunction, if sought, is warranted. Dunn v. McNabb, 138 S. Ct. 369 (2017) (quoting Hill, 126 S. Ct. at 2104) (vacating injunction enjoining execution issued by trial court, and stating, "The All Writs Act does not excuse a

---

[7] According to the BOP, the only in-person visit to be scheduled by one of the defense team (Ferrell) was to be accommodated but was cancelled. [Watson Declaration ¶ 5]. Unmonitored video conferencing is also available (since mid-July) and no requests have been made by counsel. [Watson Declaration ¶ 8]. BOP reports that Lecroy has had ten unmonitored telephone calls with counsel since March 2020. [Watson Declaration ¶ 7].

Case 2:02-cr-00038-RWS-JCF Document 601 Filed 09/04/20 Page 15 of 19

court from . . . finding that [prisoner] has a significant possibility of success on the merits. . . ."); accord Schiavo, 403 F.3d at 1229 ("[T]he All Writs Act cannot be used to evade the requirements for . . . injunctions") (citations omitted).[8]

The Supreme Court teaches that, regardless of the legal vehicle, "inmates seeking time to challenge the manner in which the State plans to execute them must satisfy all of the requirements for a stay, including a showing of a significant possibility of success on the merits." Hill, 126 S. Ct. at 2104 (state death row inmate seeking to bring constitutional challenge to method of execution as civil rights action pursuant to 42 U.S.C. § 1983 was not entitled to stay of execution as matter of course); accord Grayson v. Allen, 491 F.3d 1318, 1322 (11th Cir. 2007); and see Lee v. Warden USP Terre Haute, 2019 WL 6608724, at *3, 9-11 (S.D. Ind. December 5, 2019) ("standards governing preliminary injunctions apply to motions to stay executions in habeas proceedings") (citations omitted).

---

[8] The Eleventh Circuit's ruling in Schiavo makes clear that, notwithstanding "legal decisions affecting life or death[,] . . . where the relief sought is in essence a preliminary injunction [a stay], the All Writs Act is not available because other, adequate remedies at law exist[.]  Schiavo, 403 F.3d at 1226, 1228-29 (refusing to authorize emergency injunctive relief under All Writs Act pending appeal where trial court's denial of injunctive relief – and not overturn medical decision to withdraw life sustaining measures of patient – was not an abuse of discretion and given that likelihood of success on merits was also required under AWA).

15

"Injunctive relief is an equitable remedy that is not available as a matter of right." Grayson, 491 F.3d at 1322.  A stay of execution may be granted only "if the movant establishes that (1) he has a substantial likelihood of success on the merits, (2) he will suffer irreparable injury unless the injunction issues, (3) the injunction would not substantially harm the other litigant, and (4) if issued, the injunction would not be adverse to the public interest." Long v. Secretary, Dep't of Corr., 924 F.3d 1171, 1176 (11th Cir.) (citing, *inter alia*, Powell v. Thomas, 641 F.3d 1255, 1257 (11th Cir. 2011)), cert. denied sub nom. Long v. Inch, 139 S. Ct. 2635 (2019); see generally Schiavo, 403 F.3d at 1226 (reiterating that "injunctive relief may not be granted unless the plaintiff establishes the substantial likelihood of success criterion").

In this case, as is evident from these proceedings, LeCroy has three highly capable attorneys appointed to represent him.  The interests being asserted by Lead Counsel for LeCroy and his wish to fulfill his professional and ethical obligation to his client, to honor LeCroy's request that he be present for the execution, are not only sincere but undoubtedly weighty.  Counsel's impassioned plea that the Court should reset the execution date in order to accommodate this wish is compelling.  To be sure, LeCroy's defense team has earned the respect of the Court.

16

But no matter how Counsel seeks to package it, the factual basis for the

Motion and the nature (and effect) of the relief being sought reveal that LeCroy

actually seeks a stay of execution. "[A] stay operates upon the judicial proceeding

itself. It does so either by halting or *postponing* some portion of the proceeding, or

by temporarily divesting an order of enforceability." Nken v. Holder, 129 S. Ct.

1749, 1758 (2009) (recognizing functional overlap and distinctions between an

injunction and a stay within context of deciding standard for stay pending judicial

review of removal order under alien removal statute) (citation omitted; emphasis

provided). A stay is exactly what LeCroy's Motion requests – he asks the Court to

*postpone* his execution in light of the pandemic and limitations of Lead Counsel.

Although presented within a different statutory scheme, in Nken, the Supreme

Court rejected the argument that relief was available under the AWA and held that

"traditional stay factors" had to be established before relief could be granted.

Nken, 129 S. Ct. at 1756-58.

The undersigned, like the Schiavo majority, acknowledges the emotional

appeal of Counsel's AWA argument, but is constrained to decide the issue based

on the controlling law. The Court concludes that what LeCroy actually seeks in his

Motion is a stay of execution. He seeks this relief because of the pandemic and the

fact that his longest-serving Lead Counsel and attorney of choice cannot be

17

physically present for the execution in this environment. The Court believes LeCroy's Motion and Counsel's request to be genuine and compelling.

However, LeCroy has no pending habeas action, and his clemency petition is before the Department of Justice's Office of Pardon Attorney, also part of the Executive Branch. In addition, LeCroy has not moved for a stay of execution and has not attempted to satisfy the traditional criteria for imposing a stay.

As discussed *supra*, the All Writs Act does not confer jurisdiction not otherwise established. Because the Court cannot reconcile LeCroy's claim (that the requested relief would not amount to stay of execution) with the controlling law, and because LeCroy has not moved for a stay, LeCroy's request is not redressable by The All Writs Act.[9]

If relief is ultimately sought by LeCroy via the appropriate vehicle and presented in a proper forum, the arguments advanced here may yield a different result.[10]

---

[9] Given its ruling, the Court need not reach or discuss LeCroy's arguments under 28 U.S.C. § 26.4(c) and O.C.G.A. § 17-10-41.

[10] The Court is not convinced that Defendant's request does not solely implicate execution of the sentence and require a habeas action in the Southern District of Indiana. "[C]hallenges to the execution of a sentence, rather than the validity of the sentence itself, are properly brought under [28 U.S.C.] § 2241. Antonelli v. Warden, U.S.P. Atlanta, 542 F.3d 1348, 1352 (11th Cir. 2008) (citing Bishop v. Reno, 210 F.3d 1295, 1304 (11th Cir. 2000)).

18

## CONCLUSION

For all of these reasons, it is hereby **ORDERED** that the Defendant LeCroy's "Motion To Reset Or Modify Execution Date In Order To Implement Court's Order Appointing Counsel" [Doc. 593] is **DENIED**.

**SO ORDERED** this 4th day of September, 2020.

_____
**RICHARD W. STORY**
United States District Judge

19

Case 2:02-cr-00038-RWS-JCF Document 606 Filed 09/08/20 Page 88 of 92
Case 2:02-cv-00050-RWS-JCF Document 602 Filed 09/08/20 Page 1 of 3

88

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. |
| | : | |
| | : | 2:02-CR-38-RWS |
| | : | |
| v. | : | 2:08-CV-83-RWS |
| | : | |
| | : | [CAPITAL CASE] |
| WILLIAM EMMETT LECROY, JR., | : | |
| | : | |
| Defendant/Petitioner. | : | |

_____

## <u>NOTICE OF APPEAL</u>

Defendant/Petitioner William Emmett Lecroy, Jr. hereby gives notice of his appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the United States District Court for the Northern District of Georgia, Gainesville Division, denying Defendant/Petitioner William Emmett Lecroy, Jr's "Motion to Reset or Modify Execution Date in Order to Implement Court's Order Appointing Counsel," entered by the Court on September 4, 2020 (<u>Doc. 601</u>).

[signatures on next page]

{1}

This 8th day of September, 2020.

Respectfully submitted,


BY:   /s/ John R. Martin
John R. Martin
1099 St. Louis Pl
Atlanta, Georgia  30306
Ph: (404) 433-7446
jack@martinbroslaw.com
*Attorney for Petitioner William Lecroy, Jr.*

/s/Sandra Michaels
Sandra Michaels
965 Virginia Avenue NE
Atlanta, Georgia 30306
Ph: (404) 312-5781
SLMichaelsLaw@gmail.com

/s/Stephen Ferrell
Stephen Ferrell
Federal Defender Services of Eastern
Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN  37929
Ph:  (865) 637-7979
Stephen_Ferrell@fd.org

{2}

Case 2:02-cr-00030-RWS-JCF Document 602 Filed 09/08/20 Page 3 of 3

{3}

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, the foregoing **Notice of Appeal** was filed electronically. Service was made upon Filing Users through the Electronic Filing System.  Service was accomplished via regular U.S. Mail on any participating party or counsel who was not served through the Electronic Filing System.

/s/ John R. Martin
John R. Martin

{3}

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 2:02-CR-38-RWS |
| WILLIAM EMMETT LECROY, JR., | 2:08-CV-83-RWS [CAPITAL CASE] |
| Defendant/Petitioner. | |

## ORDER

This matter comes before the Court on a Motion to Proceed on Appeal *In Forma Pauperis*, filed September 8, 2020 by Defendant/Petitioner WILLIAM EMMETT LECROY, JR. ("LeCroy"). [Doc. 603].

Even if a party has made the requisite financial showing, an appeal may not be taken *in forma pauperis* if the trial court certifies, either before or after the notice of appeal is filed, that the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(3). A party demonstrates good faith by seeking appellate review of any issue that is not frivolous judged under an objective standard. See Coppedge v. United States, 369 U.S. 438, 445 (1962); Busch v. County of Volusia, 189 F.R.D. 687, 691 (M.D. Fla. 1999); United States v. Wilson, 707 F. Supp. 1582, 1583 (M.D. Ga. 1989), aff'd, 896 F.2d 558 (11th Cir. 1990). An issue is frivolous when it

Case 2:02-cr-00038-RWS-JCF Document 604 Filed 09/08/20 Page 2 of 2

appears that the legal theories are "indisputably meritless." See Neitzke v. Williams, 490 U.S. 319, 327 (1989); Carroll v. Gross, 984 F.2d 392, 393 (11th Cir. 1993); see also Napier v. Preslicka, 314 F.3d 528, 531 (11th Cir. 2002) (an *in forma pauperis* action is frivolous, and thus not brought in good faith, if it is "without arguable merit either in law or fact"); Bilal v. Driver, 251 F.3d 1346, 1349 (11th Cir. 2001) (same). "Arguable means capable of being convincingly argued." Sun v. Forrester, 939 F.2d 924, 925 (11th Cir. 1991) (per curiam). Where a claim is arguable, but ultimately will be unsuccessful, it should be allowed to proceed. See Cofield v. Alabama Pub. Serv. Comm'n., 936 F.2d 512, 515 (11th Cir. 1991).

Having considered LeCroy's Motion to Proceed on Appeal *In Forma Pauperis*, as well as the legal issues raised previously [Docs. 593, 598, and 601], the Court finds that LeCroy's claim is arguable, and that the appeal is being brought by defense counsel on LeCroy's behalf in good faith.

It is hereby **ORDERED** that LeCroy's Motion to Proceed on Appeal *In Forma Pauperis* is **GRANTED**.

**SO ORDERED** this 8th day of September, 2020.

RICHARD W. STORY
United States District Judge

2