### IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT

_____

No. 20-13353-P
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM EMMETT LECROY, JR.,

Defendant - Appellant.

_____

On Appeal from the United States District Court for the
Northern District of Georgia
_____

BEFORE:   WILLIAM PRYOR, Chief Judge, NEWSOM, and LUCK, Circuit Judges.

BY THE COURT:

Appellant's motion to stay execution pending the Court's review of his petition for rehearing en banc is DENIED because he has not made the requisite showing.   *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 21, 2020

John Richard Martin
Martin Brothers, PC
1099 ST LOUIS PL
ATLANTA, GA 30306

Appeal Number:  20-13353-P
Case Style:  USA v. William LeCroy, Jr.
District Court Docket No:  2:02-cr-00038-RWS-JCF-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: David L. Thomas
Phone #: (404) 335-6171

MOT-2 Notice of Court Action