ORIGINAL

Page 1 of 3

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

MAR 1 1 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

CC served 3/11/04

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**WILLIAM EMMETT LECROY, JR.**

Case No.  2:02-CR-038-01-RWS

**Defendant's Attorney:**
**Stephanie Kearns, Paul Kish,**
**Brian Mendelsohn & Dan Summer**

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant was found guilty by jury on Count One of the Superseding Indictment.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 U.S.C. § 2119(3) | With the Intent to Cause Death and Serious Bodily Harm, did take a Ford Explorer Motor Vehicle that had been Transported, Shipped, and Received in Interstate Commerce from the Person and Presence of Joann Lee Tielser by Force and Violence Resulting in her Death. | One |

The jury also found the following:

1. The defendant, William Emmett LeCroy, Jr., was more than 18 years of age at the time of the offense (18 U.S.C. § 3591(a) ).

2. The defendant, William Emmett LeCroy, Jr.,:
a. intentionally killed Joann Lee Tiesler (18 U.S.C. § 3591(a)(2)(A) );
b. intentionally inflicted serious bodily injury that resulted in the death of Joann Lee Tiesler (18 U.S.C. § 3591(a)(2)(B) ).

3. The defendant, William Emmett LeCroy, Jr.,:
a. committed the offense in an especially heinous, cruel, and depraved manner in that it involved torture and serious physical abuse to Joann Lee Tiesler (18 U.S.C. § 3592(c)(6) );
b. committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9) ).

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of $100.00 which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

417

2:02-CR-038-01-RWS : WILLIAM EMMETT LECROY, JR.

Defendant's Soc. Sec. No. 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          Date of Imposition of Sentence: March 10, 2004
Defendant's Date of Birth: April 12, 1970
Defendant's Mailing Address:
None known

Signed this the ___//th___ day of March, 2004.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

2:02-CR-038-01-RWS : WILLIAM EMMETT LECROY, JR.

## SENTENCE

The defendant is hereby sentenced to death for the death of Joann Lee Tiesler. The sentence shall be carried out within sixty days of the date when the conviction and sentence are final and no further direct appeal is allowable. During the pendency of your appeal, you are hereby committed to the custody of the Attorney General. When the judgment is final upon appeal, the Attorney General shall release you to the custody of the United States Marshal who shall make the arrangements for the execution and supervise implementation of the sentence. The manner of execution shall be by any means prescribed by law in the State of Georgia at the time of the execution. Pursuant to 18 U.S.C. § 3597, the United States Marshal may utilize the services of a state facility, and the services of state officials, employees and agents in carrying out the sentence. The United States Marshal may also utilize the assistance of the United States Marshal for the Northern District of Georgia in carrying out the sentence. The Attorney General shall pay the cost thereof in an amount approved by the Attorney General.

The defendant is remanded to the custody of the United States Marshal.

## **RETURN**

I have executed this judgment by delivering the defendant to the custody of the Attorney General as follows:

_____

_____

_____

_____

Defendant delivered on _22 September 2020_ to _Northern District of Georgia_

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal